EXHIBIT A

**CAUSE NO.: 01-21-0002-2315**

| | |
|---|---|
| **KURT KNAPTON,**<br>***Claimant*** | |
| **v.** | **American Arbitration Association** |
| **CLICK VISION GROUP, LLC, DANA BRENT SIMPSON, AND ACUITY ADVISORS LLC,**<br>***Respondents*** | |

**SETTLEMENT AGREEMENT**

This Settlement Agreement (the "Agreement") is entered into by and between Kurt Knapton ("Claimant") and Click Vision Group, LLC, Dana Brent Simpson, and Acuity Advisors LLC ("Respondents") (collectively the "Parties"), and is effective as of the date of execution.

**RECITALS**

A. Claimant made claims in the above styled and numbered cause (the "Arbitration"). For a more thorough description of the Parties' respective allegations and defenses, but not by way of limitation, reference is hereby made to the pleadings on file in the Arbitration.

B. The Parties are aware of the hazards and costs of continued litigation and/or dispute resolution related to the Arbitration and seek to mitigate same by settling the Arbitration.

**COVENANTS, TERMS, AND CONDITIONS**

NOW, THEREFORE, in consideration of the foregoing recitals, the mutual covenants and promises set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby expressly acknowledged by the Parties, the Parties hereby agree as follows:

1. Payments to Claimant. In consideration of this Agreement, Respondents agree to remit total payment in the amount of Five Hundred Thousand Dollars and 00/100 ($500,000.00) (the "Settlement Funds") to Claimant by wire transfer on or before July 28, 2022 at 5:00 PM c.s.t.

2. No Legal Impediments: Respondents represent that there are no legal impediments to their ability to comply with this Agreement.

3. Respondents Click Vision Group, LLC, Dana Brenton Simpson, and Acuity Advisors LLC agree that they are proper parties to the Arbitration.

4. Dismissal of Claims. Claimant understands that the payments to be made as stated above are in full and final satisfaction of all of Claimant's claims that were brought in the Arbitration against Respondents. This Agreement is intended to resolve all claims amongst the Parties, arising out of or related to, the events forming the basis of the Arbitration. Claimant also agrees to non-suit with prejudice his suit against the Respondents in Cause Number 348-332477-

DBS KK

22, *Kurt Knapton v. Click Vision Group, LLC, Dana Brent Simpson, and Acuity Advisors, LLC*, pending before the 348th Judicial District Court, Tarrant County, Texas.

5. Agreed Arbitration Consent Award. Respondents shall execute an Agreed Arbitration Consent Award, a copy of which is attached hereto as Exhibit A, concurrently with this Agreement. Upon execution of this Agreement, the Respondents consent to entry of an Agreed Arbitration Consent Award in the amount of $850,000.00, plus post-judgment interest and attorney's fees incurred in the collection of said award, subject to the Arbitrator's approval of this Agreed Arbitration Consent Award, without which approval this Agreement is void.

It is agreed that the Agreed Arbitration Consent Award is nondischargeable in bankruptcy.

Claimant agrees and represents that he will not abstract, move to confirm, collect, or otherwise enforce the Agreed Arbitration Consent Award, unless there is an Event of Default as defined in this Agreement. Once final payment is received as set forth in this Agreement, Claimant agrees to release the Agreed Arbitration Consent Award by written instrument furnished to Respondents. All applicable statutes of limitation shall be tolled until final payment is received.

6. Event of Default. Any of the following events shall be considered an "Event of Default," as that term is used herein: (i) The return or rejection of any check, wire transfer, or any other negotiable instrument provided as payment by any banking institution for "insufficient funds"; (ii) Respondents' failure to make payment when due; or (iii) Respondents' failure in the performance of any other terms of this Agreement.

7. Form of Payment. Payment must be made in the form of a wire transfer, pursuant to the following instructions:

JPMorgan Chase Bank, N.A., 383 Madison Avenue, New York, NY 10017
ABA # - 021000021
SWIFT # - CHASUS33 (optional for Domestic wire transfers)
Account Number – 000000710481474
For Account of – KURT KNAPTON MARTHA MCKAIG KNAPTON

8. Non-Payment Event of Default. Upon the occurrence of an Event of Default as defined in Section ~~7~~ of this Agreement, Claimant may without further notice terminate this Agreement and/or commence collection of the Agreed Arbitration Consent Award by all available means.

6 KRK

9. Non-contestability of Agreed Arbitration Consent Award in the Event of Default: Upon the occurrence of an Event of Default as defined in Section ~~7~~ of this Agreement, Respondents waive all rights to judicially contest the Agreed Arbitration Consent Award.

6 KRK

10. Mutual Release.

(a) Except for any obligations under this Agreement and Agreed Arbitration Consent Award, Claimant agrees to release and forever discharge Respondents and their respective

DBS KRK

present and former officers, directors, agents, members, as well as its respective predecessors, successors, assigns, parents, affiliates, and subsidiaries from any and all claims, demands, debts, liens, obligations, injuries, liabilities, cause or causes of action, either at law or in equity, whether statutory, in contract or in tort, of any kind or character which it has, or owns, or may now or in the future have for actual damages, compensatory damages, consequential and incidental damages, loss of revenue, attorney's fees, interest, expenses, punitive or exemplary damages, or any other loss, harm or damage caused to, incurred by, or arising out of or related to the claims made the basis of the Arbitration, or that are now existing, whether known or unknown.

(b) Except for any obligations under this Agreement and the Agreed Arbitration Consent Award, Respondents agree to release and forever discharge Claimant and his successors, assigns, and agents, from any and all claims, demands, debts, liens, obligations, injuries, liabilities, cause or causes of action, either at law or in equity, whether statutory, in contract or in tort, of any kind or character which it has, or owns, or may now or in the future have for actual damages, compensatory damages, consequential and incidental damages, loss of revenue, attorney's fees, interest, expenses, punitive or exemplary damages, or any other loss, harm or damage caused to, incurred by, or arising out of or related to the claims made the basis of the Arbitration, or that are now existing, whether known or unknown.

11. <u>Finality and Validity of Agreement.</u> The Parties each agree and understand that this Agreement and its terms are contractual and are not mere recitals. The Parties also agree that this Agreement is final and binding upon each of them. The Parties hereby acknowledge, represent and agree that this Agreement may be plead as an absolute and final bar to any and all suits which may hereafter be brought by Claimant concerning any of the matters made the subject of this Agreement.

12. <u>Comprehensiveness of Agreement</u>. The Parties each agree that this Agreement contains the entire agreement between Claimant and Respondents in resolution of the Arbitration and any and all claims that were asserted between these Parties in the Arbitration and supersedes and replaces any and all prior and contemporaneous written and/or oral agreements, statements, promises, and/or understandings not expressly incorporated in this Agreement.

13. <u>No Other Representations.</u> The Parties expressly warrant and represent and do hereby state and represent that no promise or agreement which is not herein expressed has been made to them in executing the Agreement, and that they are not relying upon any statement or any representation of any kind not specifically set forth herein. The Parties are relying on their own judgment and have been represented by their own legal counsel in this matter. The Parties represent that they have read the entire contents of this Agreement and understand its legal consequences.

14. <u>Subsequent Modifications in Writing.</u> The Parties each agree that any subsequent attempt to modify this Agreement must be in writing and signed by each of the Parties for such modification to be legally binding.

DBS

15. Construction. The Parties each agree that this Agreement has been and shall be construed to have been drafted by all Parties so that the rule of construing ambiguities against the drafter of the document shall have no force or effect.

16. Multiple Copies. This Agreement may be executed by facsimile or electronically imaged signatures and in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

17. Waiver of Jury Trial. The Parties hereby waive their right to a jury trial regarding any dispute arising out of this agreement.

18. Applicable Law. This Agreement shall be governed by and construed in accordance with the laws of the State of Texas.

19. No Additional Waivers. No waiver by either party of any default or breach of any term, condition or covenant of this Settlement Agreement shall be deemed to be a waiver of any other breach of the same or any other term, condition or covenant of the Settlement Agreement.

20. Effective Date. This Settlement Agreement is effective as of the date executed below.

**I AGREE TO AND UNDERSTAND THE TERMS OF AGREEMENT STATED IN THIS AGREEMENT:**

Respondents:

Dana Brent Simpson — Date: 7/18/22

Click Vision Group, LLC by Dana Brent Simpson — Date: 7/18/22

Acuity Advisors LLC by Dana Brent Simpson — Date: 7/18/22

Claimant:

Kurt Knapton — Date: July 18, 2022

APPROVED AS TO FORM:

Hunnicutt Law Group
J. Stephen Hunnicutt
Steve@HunnicuttLaw.com
Timothy A. Robinson
Tim@Hunnicuttlaw.com
17330 Preston Road, Suite 200-C
Dallas, Texas 75252
*Counsels for Respondents*

Curnutt & Hafer, LLP
Stephen W. Kotara
skotara@curnutthafer.com
Gregg Butts
gbutts@curnutthafer.com
301 W. Abram St.
Arlington, Texas 76010
*Counsels for Claimant*

# EXHIBIT A

**CAUSE NO.: 01-21-0002-2315**

| | |
|---|---|
| **KURT KNAPTON,**<br>***Claimant***<br><br>**v.**<br><br>**CLICK VISION GROUP, LLC, DANA BRENT SIMPSON, AND ACUITY ADVISORS LLC,**<br>***Respondents*** | **American Arbitration Association** |

**AGREED ARBITRATION CONSENT AWARD**

On this date, the parties presented this Agreed Arbitration Consent Award for entry. Claimant Kurt Knapton and Respondents, Click Vision Group, LLC, Dana Brent Simpson, and Acuity Advisors LLC, jointly and severally, consent to the entry of this Agreed Arbitration Consent Award. After considering the premises, the Arbitrator hereby **ISSUES** this Agreed Arbitration Consent Award in favor of Claimant Kurt Knapton under Rule 48 of American Arbitration Association Commercial Arbitration and Mediation Procedures.

1. It is **AGREED** and **ORDERED** that Respondents, Click Vision Group, LLC, Dana Brent Simpson, and Acuity Advisors LLC are proper parties to this Arbitration.

2. The undersigned Arbitrator **ORDERS** that Claimant Kurt Knapton have and recover from Respondents, Click Vision Group, LLC, Dana Brent Simpson, and Acuity Advisors LLC, jointly and severally, and **AWARDS** Claimant Kurt Knapton, the following:

   a. Actual damages in the amount of $850,000.00 for civil fraud and concerted-misconduct estoppel committed by Respondents, Click Vision Group, LLC, Dana Brent Simpson, and Acuity Advisors LLC, against Claimant Kurt Knapton;

   b. Post-judgment interest on all of the above at the rate of 5% compounded annually, from the July 28, 2022 until all amounts are paid in full;

**EXHIBIT A**

c. Post-judgment collection costs and attorney's fees.

3. It is **AGREED** that this Agreed Arbitration Consent Award is nondischargeable in bankruptcy.

4. All arbitration costs are allocated to Claimant.

5. This Agreed Arbitration Consent Award disposes of all claims and all parties submitted to this Arbitration before me and is FINAL.

SIGNED on this ____ day of ________, 2022.

______________________________
Jim Moseley
Arbitrator

**AGREED AS TO FORM AND SUBSTANCE:**

Respondents:

______________________________ 7/18/22
Dana Brent Simpson Date

______________________________ 7/18/22
Click Vision Group, LLC by Dana Brent Simpson Date

______________________________ 7/18/22
Acuity Advisors, LLC by Dana Brent Simpson Date

Claimant:

______________________________ July 18, 2022
Kurt Knapton Date

**EXHIBIT A**

**APPROVED AS TO FORM:**

Hunnicutt Law Group
J. Stephen Hunnicutt
Steve@HunnicuttLaw.com
Timothy A. Robinson
Tim@Hunnicuttlaw.com
17330 Preston Road, Suite 275-B
Dallas, Texas 75252
*Counsels for Respondents*

Curnutt & Hafer, LLP
Stephen W. Kotara
skotara@curnutthafer.com
Gregg Butts
gbutts@curnutthafer.com
301 W. Abram St.
Arlington, Texas 76010
*Counsels for Claimant*

141-335985-22

FILED
TARRANT COUNTY
10/27/2022 6:00 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 141-335985-22

FILED
TARRANT COUNTY
2022 OCT 31 PM 12:00
THOMAS A. WILDER
DISTRICT CLERK

| | | |
|---|---|---|
| **KURT KNAPTON,** <br> **Applicant,** | § <br> § <br> § <br> § | **IN THE DISTRICT COURT** |
| **v.** | § <br> § <br> § <br> § | **TARRANT COUNTY, TEXAS** |
| **CLICK VISION GROUP, LLC., DANA BRENTON SIMPSON, AND ACUITY ADVISORS, LLC,** <br> **Respondents.** | § <br> § <br> § <br> § | **14P[1] JUDICIAL DISTRICT** |

**CORRECTED FINAL JUDGMENT**

In an arbitration proceeding before the American Arbitration Association numbered 01-21-0002-2315, Applicant Kurt Knapton and Respondents Click Vision Group, LLC, Dana Brent (Brenton) Simpson, and Acuity Advisors, LLC entered into an Agreed Arbitration Consent Award, and the arbitrator, the Honorable Jim Moseley, signed and entered a July 21, 2022 Consent Award of Arbitrator that made the parties' Agreed Arbitration Consent Award the arbitrator's award.

Therefore, the Court RENDERS judgment for Applicant Kurt Knapton on the Consent Award of Arbitrator and orders that Applicant Kurt Knapton recover the following from Respondents Click Vision Group, LLC, Dana Brenton Simpson, and Acuity Advisors, LLC,jointly and severally:

a. Actual damages in the amount of $850,000.00;

b. Postjudgment interest on all the above at the rate of 5% compounded annually, from July 28, 2022 until all amounts are paid in full;

c. Postjudgment collection costs and attorney fees upon further order of the Court; and

d. Court costs.

A CERTIFIED COPY
ATTEST: 10/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Thomas Vasquez

This judgment finally disposes of all claims and all parties.

The Court orders execution to issue for this judgment.

SIGNED on ______ L , 2022.

:r.c:
/RESIDING JUDGE

DISTRICT COURT OF TARRANT COUNTY, TEXAS
A CERTIFIED COPY
ATTEST: 10/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Thomas Vasquez

048-344226-23
EXHIBIT C

FILED
TARRANT COUNTY
10/17/2024 2:03 PM
THOMAS A. WILDER
DISTRICT CLERK

**CAUSE NO. 048-344226-23**

| | | |
|---|---|---|
| **KURT KNAPTON,** | § | **IN THE DISTRICT COURT** |
| **Applicant,** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **DANA BRENTON SIMPSON** | § | |
| **Respondent.** | § | **48th JUDICIAL DISTRICT** |

**ORDER**

On September 25, 2024, the Court heard Applicant Kurt Knapton's Third Motion to Compel and Motion for Death-Penalty Sanctions. The Applicant appeared by counsel. Respondent Dana Brenton Simpson appeared in person, *pro se*, after being duly notified of the time and place of the hearing on the Motion.

The Court, having considered the evidence and the arguments of counsel, is of the opinion that the sanctions and relief set forth below should be **GRANTED** and further finds that Respondent Dana Brenton Simpson has continuously refused to follow this Court's orders and engaged in the following pattern of discovery abuse: (1) Respondent failed to appear for his July 21, 2023 deposition; (2) Respondent refused to answer deposition questions sixty-two times in his October 11, 2023 deposition; (3) Respondent failed to obey this Court's February 5, 2024 Order compelling him to respond to Applicant's discovery requests; (4) Respondent failed to obey this Court's August 12, 2024 Order compelling him to respond to Applicant's discovery requests; (5) Respondent failed to appear for his September 9,

A CERTIFIED COPY
ATTEST: 10/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Thomas Vasquez

2024 deposition, as ordered by this Court's August 12, 2024, Order; (6) Respondent failed to obey this Court's August 24, 2024, order requiring him to pay Applicant $3,500.00 as sanctions and an award of expenses; and (9) Respondent failed to respond to Applicant's Fourth Request for Production.

This Court has already imposed lesser monetary sanctions against Respondent, but Respondent has continued to engage in discovery abuse and ignore this Court's orders to properly answer discovery and pay reasonable expenses. This Court therefore finds that Respondent's conduct in failing to respond to discovery justifies the Court's presumption that Respondent's defenses to Applicant's Motion for Declaratory Relief and for Turnover Relief lack merit and that lesser sanctions are ineffective. THEREFORE, the Court finds that Applicant's Motion for Death-Penalty Sanctions should be and hereby is **GRANTED**.

IT IS THEREFORE ORDERED AND ADJUDGED that Respondent's pleadings are hereby stricken from the record, default is hereby entered against Respondent, and Applicants Motion for Turnover Relief is hereby **GRANTED**.

In satisfaction of Applicant's judgment rendered on October 31, 2022, the Court makes the following findings and renders the following orders:

1. The real property located at 2621 Huntly Lane, Flower Mound, Denton County, Texas and legally described as "Lot 39, in Block A, of Hillcrest At Wellington, Phase Two, an addition of the Town of Flower Mound, Denton County, Texas, according to the Map or Plat thereof recorded in/under Cabinet Q, Slide 12, Map/Plat Records, Denton County, Texas" is not the exempt homestead of Respondent Dana Brenton Simpson.

DISTRICT COURT OF TARRANT COUNTY, TEXAS
A CERTIFIED COPY
ATTEST: 10/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Thomas Vasquez

2. It is **FURTHER ORDERED** that Respondent Dana Brenton Simpson turn over to the Denton County, Texas Constable Danny Fletcher the real property located at 2621 Huntly Lane, Flower Mound, Denton County, Texas and legally described as "Lot 39, in Block A, of Hillcrest At Wellington, Phase Two, an addition of the Town of Flower Mound, Denton County, Texas, according to the Map or Plat thereof recorded in/under Cabinet Q, Slide 12, Map/Plat Records, Denton County, Texas" for levy and execution sale.

3. It is **FURTHER ORDERED** that the District Clerk shall issue a writ of execution directed to Denton County, Texas Constable Danny Fletcher, Precinct 4, 6200 Canyon Falls Drive, Suite 300, SW Courthouse, Flower Mound, Texas 76226, to levy on the real property located at 2621 Huntly Lane, Flower Mound, Denton County, Texas and legally described as "Lot 39, in Block A, of Hillcrest At Wellington, Phase Two, an addition of the Town of Flower Mound, Denton County, Texas, according to the Map or Plat thereof recorded in/under Cabinet Q, Slide 12, Map/Plat Records, Denton County, Texas," and, after giving notice of sale, to sell the property at public auction to the highest bidder for cash, applying the proceeds of the sale to payment of the expenses of sale and court costs, with the balance paid over to Applicant Kurt Knapton for crediting on the judgment dated October 31, 2022, attached as Exhibit A. In so doing, the Constable shall perform all duties and procedures as required by the Texas Rules of Civil Procedure for sale under writ of execution.

4. It is **FURTHER ORDERED** that Applicant Kurt Knapton recover from Respondent Dana Brenton Simpson the following sums from the balance of the proceeds of the sale:

DISTRICT COURT OF TARRANT COUNTY, TEXAS
A CERTIFIED COPY
ATTEST: 10/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Thomas Vasquez

a. Reasonable and necessary post-judgment attorney fees in the sum of $17,960.00,

b. Reasonable and necessary post-judgment collection costs in the sum of $2,073.82,

c. Cost of Court in an amount to be determined by the Clerk of the Court; and

d. Post-judgment interest on $850,000.00 at the rate of 5% compounded annually from July 28, 2022, to September 25, 2024, in the amount of $95,956.21, and from September 26, 2024, until paid in full in the per diem amount of $121.31.

SIGNED on October 17th, 2024.

PRESIDING JUDGE

A CERTIFIED COPY
ATTEST: 10/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Thomas Vasquez

EXHIBIT A

A CERTIFIED COPY
ATTEST: 10/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Thomas Vasquez

141-335985-22

FILED
TARRANT COUNTY
10/27/2022 6:00 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 141-335985-22

| | | |
|---|---|---|
| **KURT KNAPTON,** <br> **Applicant,** | § <br> § <br> § <br> § <br> § | **IN THE DISTRICT COURT** |
| **v.** | § <br> § <br> § | **TARRANT COUNTY, TEXAS** |
| **CLICK VISION GROUP, LLC., DANA BRENTON SIMPSON, AND ACUITY ADVISORS, LLC,** <br> **Respondents.** | § <br> § <br> § <br> § | **14P[1] JUDICIAL DISTRICT** |

FILED
TARRANT COUNTY
2022 OCT 31 PM 12:00
THOMAS A. WILDER
DISTRICT CLERK

## CORRECTED FINAL JUDGMENT

In an arbitration proceeding before the American Arbitration Association numbered 01-21-0002-2315, Applicant Kurt Knapton and Respondents Click Vision Group, LLC, Dana Brent (Brenton) Simpson, and Acuity Advisors, LLC entered into an Agreed Arbitration Consent Award, and the arbitrator, the Honorable Jim Moseley, signed and entered a July 21, 2022 Consent Award of Arbitrator that made the parties' Agreed Arbitration Consent Award the arbitrator's award.

Therefore, the Court RENDERS judgment for Applicant Kurt Knapton on the Consent Award of Arbitrator and orders that Applicant Kurt Knapton recover the following from Respondents Click Vision Group, LLC, Dana Brenton Simpson, and Acuity Advisors, LLC,jointly and severally:

a. Actual damages in the amount of $850,000.00;

b. Postjudgment interest on all the above at the rate of 5% compounded annually, from July 28, 2022 until all amounts are paid in full;

c. Postjudgment collection costs and attorney fees upon further order of the Court; and

d. Court costs.

DISTRICT COURT OF TARRANT COUNTY, TEXAS
A CERTIFIED COPY
ATTEST: 10/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Thomas Vasquez

This judgment finally disposes of all claims and all parties.

The Court orders execution to issue for this judgment.

SIGNED on ________ ____, 2022.

:r.c:
/RESIDING JUDGE

DISTRICT COURT OF TARRANT COUNTY, TEXAS
A CERTIFIED COPY
ATTEST: 10/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Thomas Vasquez

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 93281220
Filing Code Description: No Fee Documents
Filing Description: ***ORDER***
Status as of 10/17/2024 2:42 PM CST

Associated Case Party: KURTKNAPTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Douglas Hafer | | dhafer@curnutthafer.com | 10/17/2024 2:03:33 PM | SENT |
| Kelly Curnutt | 787316 | kcurnutt@curnutthafer.com | 10/17/2024 2:03:33 PM | SENT |
| Stephen Kotara | | skotara@curnutthafer.com | 10/17/2024 2:03:33 PM | SENT |
| Hunter Rogers | | hrogers@curnutthafer.com | 10/17/2024 2:03:33 PM | SENT |

Associated Case Party: DANABRENTONSIMPSON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Benjamin Sanchez | 24006288 | service@sanchezlawfirm.com | 10/17/2024 2:03:33 PM | SENT |
| Douglas Alford | 24132234 | civil@gonzalezlawgroup.net | 10/17/2024 2:03:33 PM | SENT |
| Dana BrentonSimpson | | brent.simpson@me.com | 10/17/2024 2:03:33 PM | SENT |

DISTRICT COURT OF TARRANT COUNTY, TEXAS
A CERTIFIED COPY
ATTEST: 10/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Thomas Vasquez



# IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC

**Forensic Analysis / Investigation Report – Initial Issuance**

**January 22, 2021**

Lubbock, Texas

**IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC**

**Forensic Analysis / Investigation Report - Initial Issuance**
**January 22, 2021**

**INDEX**

| Description | Bates Reference DFG… |
|---|---|
| **Executive Summary** | **4 - 31** |
| Initial Issuance | 4 |
| Overview | 5 - 6 |
| Statement of Predication | 7 |
| Nature of Evidence Obtained | 8 |
| Principals | 9 |
| Hypotheses (Allegations) of Fraud | 10 |
| Investigation Scope / Objectives | 11 |
| Method of Presentation | 12 |
| History and Chronology | 13 - 18 |
| Exhibit Sections A - C: Financial Statement Fraud: Concealment of Misappropriation and Perpetration of a Ponzi Scheme | 19 - 28 |
| Summary of Evidence of *Mens Rea* | 29 |
| Conclusions Regarding the Allegations Presented | 30 |
| Exhibit Section D: Completion Issues / Predication Support for Subpoena | 31 |

**Evidence Exhibits**

| Exhibit | Description | Bates Reference DFG… |
|---|---|---|
| Exhibit A1 | Financial Statements: Click Vision Group, LLC; 2016 - 2019 | 32 - 36 |
| Exhibit A2 | QuickBooks General Ledger - Equity Extract | 37 - 38 |
| Exhibit A3 | QuickBooks General Ledger - Notes Payable Extract | 39 - 40 |
| Exhibit A4 | QuickBooks Balance Sheet - Produced May 21, 2020 | 41 - 42 |
| Exhibit B1 | Bank Statement Analysis: Chase Bank Account *7310; May 2019 - November 2019 | 43 - 50 |
| Exhibit B2 | Bank Statements: Chase Bank Account *7310; May 2019 - November 2019 | 51 - 79 |
| Exhibit B3 | Wire Transfer Documentation for $100,000 Loan on May 31, 2019 | 80 - 82 |
| Exhibit B4 | Wire Transfer Documentation for $25,000 Loan on September 17, 2019 | 83 - 84 |
| Exhibit B5 | Bank Statement Analysis: Azlo Bank Account *6318 January 2019 - December 2019 | 85 - 86 |
| Exhibit B6 | Bank Statement Extracts: Azlo Bank Account *6318 January 2019 - December 2019 | 87 - 92 |

**IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC**

**Forensic Analysis / Investigation Report - Initial Issuance**
**January 22, 2021**

**INDEX**

| | Description | Bates Reference DFG… |
|---|---|---|
| Exhibit C1 | NTAN Presentation: "Capitalization" Slide | 93 - 94 |
| Exhibit C2 | December 5, 2019 Email from Gibson to Simpson RE Bulkley Capital Issues | 95 - 98 |
| Exhibit C3 | May 22, 2020 Email from Simpson to Henn RE "May 2020 Data Release" | 99 - 101 |
| Exhibit C4 | Emails from Knapton and Ketterick to Tom Howell, CPA | 102 - 105 |
| Exhibit C5 | December 2020 Strategic Planning Meeting Slide That References William Atkinson Assoc. | 106 - 107 |
| Exhibit C6 | Chart Reflecting Active Customer Practices | 108 - 109 |
| Exhibit C7 | Chart Reflecting Order Data | 110 - 111 |
| Exhibit C8 | Analysis of Customer Contact Lens Click-Through and Direct Response Data | 112 - 114 |
| Exhibit D1 | Original Notice of Records Inspection | 115 - 117 |
| Exhibit D2 | Affidavit of Kurt Knapton | 118 - 119 |

IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC

FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance
Executive Summary

## INITIAL ISSUANCE

This forensic investigation report (the "Report") has been prepared based on an analysis of the information provided through January 19, 2021.

The Report can also be considered to be a "predication" report that results in providing a basis for probable cause to obtain additional information through a subpoena process. Additional information provided could result in a modification of the presented victim losses for presentation to a trier of fact for the rendering of a verdict.

As such, we reserve the right to amend and/or add to this report based on the receipt of additional documentation and the various analyses performed on that information. Additionally, we reserve the right to interview additional witnesses, including the suspect, as may be determined necessary.

Knapton 022

DFG004

15

## OVERVIEW

Victim Information / Engagement Scope

We have been contracted by accredited investor Kurt Knapton ("Knapton"), in his capacity as an investor in the Click Vision Group, LLC, a Texas Limited Liability Company ("CVG", the "Company"), to perform a records inspection of CVG in accordance with Section 9.2.B of the Company Agreement. This inspection was to cover the time period from December 20, 2016 to December 9, 2020. Brent D. Simpson ("Simpson") is noted as the President and serves as the primary contact for CVG.

Our contract also extends to the performance of a forensic investigation of the records of CVG. In the absence of cooperation by Simpson, our investigation is limited to information provided to Knapton as an investor throughout the investment relationship. That information will be described throughout this Report.

Historical Background

This engagement is predicated upon certain issues that surfaced following a failed due diligence process in which a potential investor, Daniel Henn of MD Holdings, stepped away in October of 2020. Those issues included evidence of alleged fraud perpetrated by Simpson regarding unverifiable financial information, altered / fictitious financial documents, and alleged fictitiously created customer data.

During that due diligence process, Knapton held two convertible notes with CVG, one for $100,000 coming due on October 24, 2020, and one for approximately $166,000 coming due on December 16, 2020. Subsequent to the failed due diligence process, Knapton began considering whether to exercise these convertible notes. Due to Knapton's growing concerns, he decided not to convert these notes to equity. Payment by CVG of the October 2020 convertible note did not occur. Simpson subsequently ceased communication with Knapton. Based on this nonpayment, the lack of communication, and the upcoming due date for the December 16, 2020 convertible note, Knapton engaged our firm on December 4, 2020 for the performance of the previously referenced services. Simpson had also ceased communication with another investor Reid Walker. Subsequently, the December 16, 2020 convertible note was not paid. As of the date of this Report, Simpson has not communicated with Knapton or Walker.

Upon contracting, we prepared our Notice of Inspection to Simpson and communicated the Notice to Simpson on December 14, 2020 via email. We also noticed Simpson by Federal Express service and obtained proof of delivery as of 11:23am on December 15, 2020. To date, we have received no response from Simpson or any representative of CVG.

Accordingly, due to Simpson's lack of response, the records inspection was not able to be performed. This remains possible if the requested information is obtained through subpoena or a future discovery process.

Regardless of Simpson's lack of response, Knapton was in possession of some Company information obtained through the normal course of his investment relationship with CVG.

## OVERVIEW

However, some of the most persuasive evidence includes information provided on May 22, 2020 to Henn as part of his due diligence process. Knapton testifies that the due diligence process was plagued with delays in providing Henn with information that he had requested.

Finally, on May 22, 2020, the Friday before the Memorial Day holiday weekend, Simpson provided a large portion of the information to Henn via email and a SharePoint link included in the email. This information is referred to throughout this Report as the "May 2020 Data Release".

Based on the issues that arose based on his analysis of this information, Henn stepped away from the due diligence process in October of 2020. As Henn made his findings known to Knapton, it became apparent that there may be an issue or issues of fraud on the part of Simpson. The information included in this release represents significant evidence of the alleged perpetration of fraudulent activity by Simpson and also served as a basis for certain decisions by Knapton, as will be referenced in this Report.

Accordingly, the May 2020 Data Release is one of the most significant events in the history of CVG.

Accordingly, we performed the forensic investigation portion of this engagement based on information that Knapton had obtained throughout his investment relationship, along with the significant information received as part of the May 2020 Data Release.

IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC

FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance
Executive Summary

## STATEMENT OF PREDICATION

Before a forensic investigation can begin, there must be predication (probable cause) to conduct the investigation. As such, the following Statement of Predication is presented:

As introduced in the Overview section of this report, a myriad of issues of potential fraud were identified in and around October of 2020. The evidence includes, but is not limited to the following:

- Fictitiously Created Contact Information
- Fictitiously Created Customer Information
- Altered Bank Statements
- Creation of Fictitious Bank Statements / Bank Account Activity
- Fraudulent Financial Statements
- Fraudulent Representations of Fact

Based on our review of this evidence, we determined that significant predication existed to commence a formal forensic investigation.

The result of that investigation is the subject matter of this Report.

Knapton 025
DFG007
18

## NATURE OF EVIDENCE OBTAINED

The accumulation of evidence obtained in a forensic investigation is normally obtained with the following "ends" in mind:

*Commitment* – The evidence is intended to provide information as to the allegation that a crime has been committed.

*Concealment* – The evidence is provided to reflect that efforts were made to conceal the crime committed. Efforts to conceal serve to provide evidence as to the alleged perpetrator's state of mind known as *mens rea. Mens rea* can be further classified into three categories as follows:

- Intent – acting with a deliberate, purposeful resolve to bring about a particular result (benefit personally)
- Knowledge – the deliberate indifference to one's behavior that almost certainly creates a risk that results in a criminal outcome. Included is the concept that the offender is aware of their conduct and did not act through ignorance, mistake, or accident.
- Reckless Conduct – knowledge of a significant risk and acting with a conscious disregard that exposes others to that risk – a gross deviation from a standard of care that a reasonable person would take in a given situation.
- Reckless Negligence – acting without knowledge of a significant risk, yet in a position that the individual should have known the risk - a gross deviation from a standard of care that a reasonable person would take in a given situation.

*Conversion* – The evidence is provided to reflect that the perpetrator of an alleged crime benefited personally from the transaction, while causing a loss to the victim organization.

The evidence included in this Report has been accumulated for the purpose of presenting that all three elements of fraud exist in the matters under investigation.

---

## Types of Fraud

The evidence obtained in an investigation is used to classify the fraud according to the three types of fraud (either as one type, or a combination of two or even three of the types of fraud) as presented below:

*Misappropriation:* The taking of company assets

*Corruption:* Collusion involving more than one person to commit fraudulent acts, including but not limited to bribery, kickbacks, bid-rigging, and illegal gratuities

*Financial Statement:* The intentional misrepresentation of the financial position and/or the results of operations of a company

Conclusions reached, based on the evidence included in this Report, have been classified as referenced in accordance with these types of fraud.

Appendix (Exhibits A - M) Page 27 of 318
IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF
CLICK VISION GROUP, LLC

FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance
Executive Summary

## PRINCIPALS

Suspect

Brent Dana Simpson
Click Vision Group, LLC

Last Known Address

*Residence*

2901 Queen Mary Drive
Flower Mound, Texas 75022

*Business*

14555 Dallas Parkway, Suite 100-272
Dallas, Texas 75254

Last Known Contact Information

Phone: 972-807-3195 (Office)
Phone: 214-532-2130 (Mobile)
Email Address: brent@clickoptical.com

Victims

Kurt Knapton, Accredited Investor [Exposure of Approximately $566,000.00]
Email: krodk@sbcglobal.net
Phone: 817-307-2898

Other Investors [Cumulative Exposure of $1,500,000.00]

Cumulative Investor Loss Exposure - Approximately **$2,066,000.00**

Investigation performed by and under the direction of,

Steve Dawson CPA, CFE (President) and
Jeff Smith, CFE – Senior Investigator

of

Dawson Forensic Analytics, P.L.L.C.
d/b/a DAWSON FORENSIC GROUP
P. O. Box 54462
Lubbock, Texas 79453
Phone: 806-368-5779

for

Kurt Knapton, Accredited Investor; Dozens of Other Investors, and

Relevant Prosecuting Authorities and Law Enforcement Officials

Knapton 027

DFG009

20

IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC

FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance
Executive Summary

## HYPOTHESES (ALLEGATIONS) OF FRAUD

Based on the information presented in the Overview and Statement of Predication Sections of this Report, the general hypothesis is that CVG is not an actual operating company but rather the manifestation of a Ponzi scheme.

The information obtained provides evidence that CVG was the Company used by Simpson to effectuate and perpetuate a continuing Ponzi scheme. No evidence exists that provides proof that CVG ever operated as a legitimate company. However, a significant amount of evidence exists that the ability to obtain funds from investors was based on Simpson's creation of fictitious documentation and representations regarding the success of CVG.

Accordingly, the following allegations of fraud were developed:

Allegations of Fraud (Type – Financial Statement)

1. Brent D. Simpson, as President of Click Vision Group, LLC, with willful Intent and Knowledge, used his position to benefit personally and to defraud investors of Click Vision Group, LLC through the perpetuation of a Ponzi scheme effectuated to persuade investment in the Company.

Allegation of Fraud (Type – Misappropriation)

1. Brent D. Simpson, as President of Click Vision Group, LLC, with willful Intent and Knowledge, used his position to benefit personally and to defraud investors of Click Vision Group, LLC through the use of funds for purposes other than for the operation of Click Vision Group, LLC.

Knapton 028

DFG010

21

IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC

**FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance**
**Executive Summary**

## INVESTIGATION SCOPE / OBJECTIVES

The primary objective of this investigation is to determine if evidence exists that could support a presentation of fraud to a trier of fact for the rendering of a verdict regarding the allegations as presented.

The determination of guilt or innocence (a verdict) is the responsibility of the trier of fact and cannot be relegated to the contents of this Report. This Report provides conclusions regarding what the evidence suggests. These conclusions can be used in the forensic presentation of the evidence to a trier of fact, who retains the responsibility for the rendering of the verdict.

The information that follows provides a detail of the evidence obtained that could be used to accomplish these objectives.

Knapton 029

DFG011

22

IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC

FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance
Executive Summary

## METHOD OF PRESENTATION

The presentation of the volume and nature of the issues included in this Report is considered to be somewhat problematic. In the context of the allegations of the fraud types of Financial Statement Fraud and Misappropriation, the issues relate to and support both types of fraud. As such, though narrative in format, we have chosen to present the History and Chronology of financial events as noted in the following Report section and have included any reference to supporting evidence within this narrative.

**Exhibit Sections A - C** provide additional examples of the types of evidence that exists to support a presentation of fraud to a trier of fact for the rendering of a verdict.

Supporting Exhibits referenced throughout these sections of the Report are included in the Exhibit Section of this Report.

Knapton 030

DFG012

23

## HISTORY AND CHRONOLOGY

Click Vision Group, LLC is a Texas Limited Liability Company reflecting a Certificate Filing Date of December 20, 2016; File Number 0802608289. Brent D. Simpson is listed as the President and a Director of the Company. As of January 12, 2021, the Texas State Comptroller's Franchise Tax Account Status lists the Company as "Active".

*Initial Investments*

Simpson presumably funded a total of $150,000 as a capital injection at the establishment of the Company in 2016.

- As referenced throughout this Report, there has been no evidence provided that would support this capital injection.
- The general ledger does not reflect an account for Simpson's equity, yet the Balance Sheet financial statement does reflect a balance.

On December 29, 2016, CVG executed a $50,000 revenue sharing agreement with Dr. David Moore of Clear Eye Associates & Optical of Fort Worth, Texas. CVG's records (specifically the Chase Bank operating bank statement) reflect that this amount was paid in full in the amount of $110,000 on November 28, 2019.

On January 30, 2017, CVG executed a $50,000 revenue sharing agreement with Michael and Carol Moore of Durango, Colorado. On December 8, 2017, the Moores sued Click Vision Group, Simpson, and Jake Nelan (allegedly another founding owner of CVG) in District Court alleging fraudulent inducement, fraudulent acts by the defendants, and alleging that this revenue sharing agreement was an unregistered security and thus in violation of the Colorado Securities Act. This lawsuit was settled on August 24, 2018.

> [DFG Note: Knapton initially invested in CVG in June of 2018. Knapton testifies that there was never any disclosure of the existence of this lawsuit by Simpson during the time period that Knapton was analyzing whether to invest in CVG. Additionally, Simpson presented at the North Texas Angel Network ("NTAN") meeting on May 15, 2018 and also did not disclose the existence of the lawsuit. Knapton testifies that the major contributing factor in his decision to invest in CVG was based on information presented in the NTAN presentations.]

*Additional Investors*

During 2017, two additional investors; the J&J Ainsworth Family LP ("J&J"), and MCT Texas Partners LP ("MCT"), each invested $250,000 for an 8% equity stake in CVG.

In March of 2018, CVG executed a term loan for $25,000 with a 6% interest rate with investor Michael G. Carrigan. The note was paid in full, with interest, on August 14, 2018.

## HISTORY AND CHRONOLOGY

In March of 2018, CVG executed a term loan for $25,000 with a 6% interest rate with investor Rodriquez Capital. The existence of this debt was represented as providing Rodriquez Capital with a .6% equity stake. This loan was paid in full, with interest, on December 8, 2018.

> [DFG Note: Knapton initially invested in CVG in June of 2018. Simpson presented at the North Texas Angel Network ("NTAN") meeting on May 15, 2018. As part of that presentation was a slide regarding "Capitalization". As will be presented in the Financial Statement Fraud section of this Report, this slide contained significant misrepresentations associated with these notes and ownership of CVG. These misrepresentations contributed to the ability to continue the alleged Ponzi scheme for an extended period of time. Knapton testifies that the major contributing factor in his decision to invest in CVG was based on information presented in the NTAN presentation.]

*April 2, 2018 Amended and Restated Company Agreement*

In April of 2018, the parties executed an Amended and Restated Company Agreement (the "Agreement"), signed by Simpson, J&J, and MCT. The purpose stated in the Agreement was to convert J&J's and MCT's capital contributions to debt. A joinder to the Agreement memorialized that Jake Nelan withdrew and resigned from the Company in all respects.

The notes executed by this Agreement for each of J&J and MCT are represented by a 15%, one-year term note due April 2, 2019 in the amount of $125,000, and a 15%, two-year convertible note due April 2, 2020 in the amount of $125,000. As such, these notes totaled $500,000. The security agreements for these notes generally collateralize the assets, current and future, of CVG, along with Simpson's personal assets.

> [DFG Note: Knapton initially invested in CVG in June of 2018. Simpson presented at the North Texas Angel Network ("NTAN") meeting on May 15, 2018. As part of that presentation was a slide regarding "Capitalization". As will be presented in detail in this Report, this slide contained significant misrepresentations associated with these notes and ownership of CVG. These misrepresentations contributed to the ability to continue the alleged Ponzi scheme for an extended period of time. Knapton testifies that the major contributing factor in his decision to invest in CVG was based on information presented in the NTAN presentations.
>
> Other issues exist regarding the adherence to and/or reporting of the terms of this Agreement. It appears that J&J and MCT retained their respective 8% equity stake in CVG as part of the Agreement. CVG's tax returns reflect that each received a distribution of $250,000, then recapitalized their position with the new notes referenced above. As will be explained further in the Fraudulent Financial Statements section of this Report, it appears that J&J and MCT reflect equity positions and notes payable due to them in the same amounts. However, it is noted that no new funds were injected into CVG as a part of the Agreement.]

## HISTORY AND CHRONOLOGY

*Knapton's and Others' Investment Activity: 2018-2019*

Knapton began investing in CVG beginning in June of 2018 through October of 2018 by executing several convertible notes totaling $400,000. These notes are referenced in this Report as follows:

- #1 – Two-year term, dated June 19, 2018 for $100,000
- #2 – Two-year term, dated August 13, 2018 for $200,000
- #3 – Two-year term, dated October 24, 2018 for $100,000

Investor Reid Walker also executed a two-year term, $500,000 convertible note with CVG on October 24, 2018.

On March 1, 2019, Knapton executed a one-year consulting agreement with CVG for $30,000. This amount was eventually rolled into convertible note #4 on December 16, 2019.

On June 1, 2019, Knapton executed a $100,000 bridge loan with CVG that was eventually rolled into convertible note #4 on December 16, 2019, along with approximately $10,000 of capitalized interest.

On September 30, 2019, Knapton executed a $25,000 bridge loan with CVG that was eventually rolled into convertible note #4 on December 16, 2019, along with approximately $1,000 of capitalized interest.

As such, Knapton's convertible note #4, due December 16, 2019, amounted to approximately $166,000.

On September 13, 2019, Matt Bowman executed a bridge loan with CVG for $50,000. This loan was paid in full, with interest, in December of 2019.

Effective August 13, 2020, two of Knapton's convertible notes (#1 and #2) were exercised for conversion to member's equity, along with payment to Knapton of approximately $39,000 in interest on the notes.

*Failed Due Diligence: 2019*

In July of 2019, Simpson introduced Knapton to several investors (Dave Gibson and Marty Quinn), who were interested in performing due diligence on CVG (the "Gibson Due Diligence"). On December 9, 2019, these investors stepped away from the due diligence process due to certain factors including, but not limited to,

- Incomplete and unresponsive data sets provided by Simpson,
- Perceived minimal oversight over the financial processes, and
- Discrepancies in purported vendor payments (specifically to Bulkley Capital).

## HISTORY AND CHRONOLOGY

[DFG Note: Specific evidence associated with these issues is presented in detail in the Financial Statement Fraud section of this Report. This evidence provides additional information that supports a presentation that Simpson was perpetuating a Ponzi scheme using fictitiously created documentation.]

In January of 2020, CVG hired Sean Ketterick as the Chief Operating Officer.

*Investor Buyout*

On January 10, 2020, an investor buy-out agreement was executed which effectively represented a change of control from Simpson, J&J, and MCT to a new entity, Acuity Advisors, LLC ("Acuity"). This Agreement thus resulted in these parties no longer being members of CVG.

Acuity is a Delaware domestic limited liability company properly established on November 28, 2019 as noted in file number 7699157 with the Division of Corporations of the Delaware Department of State. Simpson represented to Knapton that he funded Acuity with $640,490 from friends and others.

CVG's records reflect that the J&J and MCT combined loan amounts were paid in the amount of $640,490.00 on November 28, 2019, using $640,490.00 of funds provided by Acuity through a one-year convertible note in the amount of $640,490.00.

CVG's records reflect that CVG paid back a total of $315,923 on the Acuity note in December of 2019.

Additionally, as part of the buy-out agreement, both J&J and MCT were paid $125,000 on January 10, 2020 and an additional $303,500 on May 30, 2020 for a total of $428,500. Thus, the total buy-out amounted to $857,000. Simpson was paid a total of $100.00.

Due to the "change of control", all of Knapton's and Walker's convertible notes were subject to immediate payout. However, that has not occurred as of the writing of this Report.

*Other Investors – 2020*

On January 20, 2020, a total of three Camillo Investor Group investors executed a $500,000, 6%, two-year convertible note with CVG.

On March 31, 2020, a total of twelve Baylor Angel Network investors executed a $497,000, 6%, two-year convertible note with CVG. It was represented to these investors that the funds would be used for debt reduction, working capital, and for sales and marketing growth. It appears that the funds were used for debt reduction only.

## HISTORY AND CHRONOLOGY

*Failed Due Diligence: October 2020*

As previously referenced, during 2020, potential investor Daniel Henn, a Partner at MD Holdings ("Henn") began his due diligence process to analyze the possibility of investing in CVG.

As part of Henn's due diligence process, after delays in providing information responsive to his requests, Simpson provided the May 2020 Data Release to Henn.

> [DFG Note: The information provided is presented in detail in the Financial Statement Fraud section of this Report. This detail provides evidence that the information provided to Henn was fictitious and was created by Simpson to encourage Henn's investment in CVG, thus keeping the Ponzi scheme active.]

On October 27, 2020, Henn stepped away from the due diligence process due to certain factors including, but not limited to,

- Lack of response from Simpson relative to basic data requests,
- Inability to reconcile CVG's books,
- Failed cash proof,
- Fictitious contact information,
- Simpson's providing of bogus/doctored data including order data, revenue sharing data, and customer click-through data.

Subsequent to Henn ending his due diligence process, evidence was identified that Simpson had provided Henn and other potential investors with,

- Altered / Manipulated bank statements,
- Fictitious contact information,
- Fictitious customer data,
- Fictitious order data,
- Fictitious revenue sharing data,
- Fictitious expense information, and
- Fictitious customer-click-through data.

Additionally, Sean Ketterick, the previously referenced Chief Operating Officer, informed Knapton of issues with Simpson's recent behavior including,

- Deceptive communication and behavior,
- Providing of customer and customer-click-through data with material discrepancies,
- Stonewalling accounting firms,
- Ghosting meetings,
- Procrastination,
- Supplying misinformation,
- Hoarding access to data,

IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC
FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance
Executive Summary

## HISTORY AND CHRONOLOGY

- No proof of customer activity or IT integrations,
- Inability to make payroll,
- Not paying vendors,
- Collection inquiries to the Company,
- Cancellation of employee health care benefits for nonpayment, and
- Ketterick's termination.

Knapton did not exercise the option of conversion for his $100,000 convertible note #3 which came due on October 24, 2020, or his approximate $166,000 convertible note which came due on December 16, 2020. CVG has not honored payment of these notes. Reid Walker also did not exercise his option of his $500,000 convertible note which came due on October 24, 2020. Walker extended the due date by six months rather than call in the note as due and payable. Simpson has become completely nonresponsive to Knapton, Walker, and our requests regarding the records inspection.

---

The following sections provide more detailed examples of the alleged fraud perpetrated throughout the life of CVG.

Knapton 036
DFG018
29

## FINANCIAL STATEMENT FRAUD: CONCEALMENT OF MISAPPROPRIATION AND PERPETRATION OF A PONZI SCHEME

### Exhibit Sections A - C

Synopsis

Financial Statement Fraud encompasses the Production of Fraudulent Financial Statements (e.g., Balance Sheet, Income Statement, Statement of Cash Flows), the Production of Fraudulent Financial Documents (e.g., altered and/or created bank statements), as well as Statements that are Fraudulent.

Per this investigation, the following evidence supports the alleged existence of all three of these Financial Statement Fraud categories:

**Exhibit Section A**: Production of Fraudulent Financial Statements

Simpson provided a general ledger, allegedly from the QuickBooks accounting records, to Dan Henn for his use in his due diligence process. This general ledger covered the period from June of 2017 through September of 2019. Notable observations from a review of the general ledger are as follows:

- Since the general ledger begins six months after the formation of the Company, there is no trail of activity for the first six months of the Company's history. Of note, Simpson allegedly credited $150,000 for his capital contribution to the Company, yet no bank statements have been provided to validate this, and the ledger cannot validate this since it did not exist.

- Financial statements provided to Knapton throughout the investment relationship indicate that, for 2016, the Company incurred a total of $154,178 in expenses. To date, we have been provided the Forms 1065 partnership tax returns for 2017 and 2018. However, we have been provided no tax reporting information for 2016 or 2019. Again, since there is no general ledger until June of 2017, we have no manner in which to verify this information.

- **Exhibit A1** to this Report are the referenced financial statements that include the periods 2016 – 2019. The financial statements were provided as part of the May 2020 Data Release from Simpson to Henn. Notable observations are as follows:

    - The Amended and Restated Company Agreement that was executed April 2, 2018 involved the conversion of J&J's and MCT's equity to debt. However, the general ledger for all periods reflects J&J and MCT equity in the amount of $250,000 each. Conversely, the Balance Sheet financial statement reflects that the equity has been converted to debt. Finally, the Form 1065 "partnership tax return" reflects the conversion of this equity to debt.

    - The general ledger does not reflect an equity account for Brent Simpson, yet the Balance Sheet financial statement reflects the previously referenced $150,000.

IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC

FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance
Executive Summary

**FINANCIAL STATEMENT FRAUD:
CONCEALMENT OF MISAPPROPRIATION AND PERPETRATION OF A PONZI SCHEME**

**Exhibit Sections A - C**

- As an additional example of mismatch between the financial statements and the general ledger, retail sales for 2018 per the general ledger amounted to $10,926,455.00. Retail sales per the Income Statement financial statement amounts to $10,461,816.87. This results in a discrepancy of over $460,000 for that single line-item alone.

**Exhibit A2** represents the extract of the equity section of the general ledger. It is evident that the equity accounts activity is not reflective of the actual activity that is presented in the financial statements or the bank accounts.

**Exhibit A3** represents the extract of the notes payable section of the general ledger. It is evident that the notes payable activity is not reflective of the actual activity that is presented in the financial statements or the bank accounts.

**Exhibit A4** is a Balance Sheet produced from the QuickBooks accounting records as of May 21, 2020 provided by Simpson in the May 2020 Data Release to Henn. The equity section still reflects J&J and MCT equity balances of $250,000.00 each. Again, the other balance sheets referenced previously do not include these investors in the equity section. This balance sheet does not include an equity balance for Simpson. As referenced previously, Acuity Advisors, LLC, wholly owned by Simpson, executed an asset purchase agreement with CVG, thus becoming the sole member of CVG. Accordingly, one would expect to see Accuity as the member, not J&J and MCT. As such, material questions result from attempting to determine who owns what based on the conflicting information provided.

> [DFG Note: Based on just these examples of the inconsistency and errancy of the financial statements and accounting records, there cannot be any reliance placed on their validity. Additionally, when considered in conjunction with the evidence provided in **Exhibit Sections B** and **C**, these inconsistencies and errors are not categorized as issues of poor accounting or errors, but rather additional evidence of the efforts Simpson expended to maintain the façade of the Ponzi scheme.]

**Exhibit Section B**: Production of Fraudulent Financial Documents

*Bank Statements – Chase Bank Operating Account*

The bank statements provided by Simpson in the May 2020 Data Release include the period from May of 2019 through November of 2019. These bank statements clearly indicate that the statements were altered and/or fictitiously created altogether.

**Exhibit B1** presents our analysis of the cosmetic content of these bank statements that indicate the altering and/or creation of fictitious bank statements.

Knapton 038

DFG020

31

**FINANCIAL STATEMENT FRAUD:**
**CONCEALMENT OF MISAPPROPRIATION AND PERPETRATION OF A PONZI SCHEME**

**Exhibit Sections A - C**

These specific bank statements are included as **Exhibit B2** to this Report.

Each of these statements include the following cosmetic issues that differ from a normal, standard Chase bank statement:

- The customer service information on page one references www.Chase.com. Normal Chase bank statements do not include the "www" in this reference.
- The statements are missing the Chase internal design bar code that is typically located above the mailing address on the left side of page one.
- The statements include a bar code on the right side of alternating pages. We read these bar codes with a scanner and determined that, for those that could be interpreted, the bar codes did not represent valid information but rather a USPS shipping address unrelated to the parties to this case.

Other specific noted alterations are as follows presented by month:

May 2019

- The ATM & Debit Card Withdrawals section totals $20,779.98. However, the actual entries in this section total $15,274.71, representing a difference of $5,505.27.
- The Electronic Withdrawals section totals $129,919.14. However, the actual entries in this section total $130,640.64, representing a difference of $721.50.
    - According to Knapton, he wired the Company $100,000 as a bridge loan on May 31, 2019. This wire does not appear in this bank statement, nor does it appear in the general ledger for the bank account or the notes payable account. **Exhibit B3** represents the wire transfer documentation that reflects the wire to this CVG bank account at Chase Bank.
- The Ending Daily Balances are off starting May 7, 2019 due to the ATM & Debit Card Withdrawals difference noted above. By May 30, 2019, the total difference is $4,783.77.

June 2019

- The $100,000 missing wire from Knapton referenced for the May 2019 statement also does not appear in this statement.
- In the Electronic Withdrawals section, the 06/17 Headstrong Sunwear Billing for $12,400.00 is truncated to $12,400. The trailing decimal and zeros are missing.

## FINANCIAL STATEMENT FRAUD: CONCEALMENT OF MISAPPROPRIATION AND PERPETRATION OF A PONZI SCHEME

### Exhibit Sections A - C

- The Ending Daily Balance is off on June 14, 2019 by a total of $333.00.
- The date range for this statement is June 1, 2019 through June 28, 2019 which is a shorter period than a standard bank statement.

July 2019

- The date range for this statement is June 29, 2019 through July 31, 2019 which is a longer period than a standard bank statement.
- The Daily Balance is off on July 17, 2019 by a total of $47,442.23.

August 2019

- The date range for this statement does not include August 31, 2019. The date range for the following month's statement also does not include August 31, 2019.

September 2019

- As noted above, the date range for this statement does not include August 31, 2019.
    - According to Knapton, he wired the Company $25,000 as a bridge loan on September 17, 2019. This wire does not appear in this bank statement, nor does it appear in the general ledger for the bank account or the notes payable account. **Exhibit B4** represents the wire transfer documentation that reflects the wire to this CVG bank account at Chase Bank.
- When zoomed in, the solid line above Total Electronic Withdrawals reflects tampering on the left side. This imperfection reveals that this is not a genuine bank statement format line. The words "rt*daily ending balance2" appear in white font within this black line and is a clear indicator of the alteration or creation of a bank statement. The last page of **Exhibit B2** provides an example of this tampering in the "zoomed in" state.

October 2019

- The Checking Summary section totals $280,566.40. However, the actual entries in this section total $280,566.04, representing a difference of $.36.
- The Electronic Withdrawals section totals $190,596.48. However, the actual entries in this section total $187,109.98, representing a difference of $3,486.50.
- The Checking Summary notes 16 electronic withdrawals. The number of electronic withdrawals per the statement section totals 15.

IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC

FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance
Executive Summary

## FINANCIAL STATEMENT FRAUD: CONCEALMENT OF MISAPPROPRIATION AND PERPETRATION OF A PONZI SCHEME

### Exhibit Sections A - C

- According to Knapton, Bulkley Capital denied ever having received $30,000 and thus invalidates the 10/11 withdrawal for that amount. Additional information is provided in **Exhibit Section C** regarding the fictitious nature of this transaction.

- When zoomed in, the solid line above Total Electronic Withdrawals reflects tampering on the left side. This imperfection reveals that this is not a genuine bank statement format line. The words “rt*daily ending balance2” appear in white font within this black line and is a clear indicator of the alteration or creation of a bank statement.

- The Ending Daily Balances are off starting October 17, 2019. By October 31, 2019, the total difference is $3,486.50.

November 2019

- The date range on page one goes through November 31, 2019. There is no such date as November 31st. The date range on the remaining pages is properly stated as November 30, 2019.

- The Checking Summary section totals $246,537.61. However, the actual entries in this section total $246,547.61, representing a difference of $10.00.

- The Deposits and Additions section totals $1,040,490.00. However, the actual entries in this section total $1,140,490.00, representing a difference of $100,000.00.

- The ATM & Debit Card Withdrawals section totals $72,575.90. However, the actual entries in this section total $67,575.90, representing a difference of $5,000.00.

- The Electronic Withdrawals section totals $1,001,932.89. However, the actual entries in this section total $1,038,225.89, representing a difference of $36,293.00.

- When zoomed in, the solid line above Total Electronic Withdrawals reflects tampering on the left side. This imperfection reveals that this is not a genuine bank statement format line. The words “rt*daily ending balance2” appear in white font within this black line and is a clear indicator of the alteration or creation of a bank statement.

- The Ending Daily Balances section of this statement is missing altogether.

Knapton 041

DFG023

34

**FINANCIAL STATEMENT FRAUD:**
**CONCEALMENT OF MISAPPROPRIATION AND PERPETRATION OF A PONZI SCHEME**

**Exhibit Sections A - C**

*Bank Statements – AZLO Business, Inc. Retail Account*

As part of the May 2020 Data Release, Simpson provided Henn with a file representing activity with customers in this retail bank account. **Exhibit B5** represents an extract from this file that notes the following:

- There was a $700,000.00 transfer from this account to the Operating account at Chase Bank dated April 2, 2019. There are three other transfers (one in August 2019 for $700,000.00, one in November 2019 for $500,000.00, and one in December 2019 for $500,000.00), that all include the exact same Description transaction identification number AND date as included on the April 2, 2019 transfer. As such, these transfers total $2,400,000.00.

  [DFG Note: This type of transaction identification is not possible in an authentic bank statement. This provides evidence of the performance of a cut-and-paste action that supports that these statements, and activity reflected in the statements was created as a fictitious document.]

**Exhibit B6** to this Report represents the pages of the fictitiously created statements that reflect these transfers.

[DFG Note: Not only does this exhibit reflect the noted transfer transactions, but it also provides evidence of the efforts Simpson expended to create a letterhead for an AZLO bank account that would appear to be legitimate on its surface.

As will be described in further detail in **Exhibit Section C**, even the revenue sharing transactions reflected in these statements are indicated as fictitious.]

**Exhibit Section C**: Statements That Are Fraudulent

In this aspect of Financial Statement Fraud, the focus is on "Statements" that are fraudulent. These "statements" are not the financial statements such as a balance sheet or income statement, but rather are defined as verbal or written "representations". As such, the information in this section includes these types of representations, along with the accompanying evidence that renders them to be considered fraudulent.

NTAN Presentation

**Exhibit C1** represents the "Capitalization" slide from the NTAN presentation referenced in the History and Chronology section of this Report. As noted, Knapton based his decision on investing in CVG largely based on the information represented in this presentation.

IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC

FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance
Executive Summary

## FINANCIAL STATEMENT FRAUD: CONCEALMENT OF MISAPPROPRIATION AND PERPETRATION OF A PONZI SCHEME

### Exhibit Sections A - C

The following describes the gross misrepresentations included on this slide:

- Brent Simpson is represented as having invested $150,000 into CVG. As presented previously, there is no evidence that supports this as a fact.

- J&J and MCT each reflect a total of $250,000 in notes due from CVG, thus totaling $500,000. The footnotes on the slide indicate that these notes are due “4/2/2020”. In fact, per the actual note terms, one-half of this amount, or $250,000 is due 4/2/2019. This represents a gross misrepresentation of future debt service that misleads potential investors.

- The debt outstanding due to Rodriguez Capital indicates a .6% ownership interest in CVG. There is no evidence that supports Rodriquez capital as ever holding an equity stake.

- Also as noted in the History and Chronology section of this Report, the Amended and Restated Company Agreement of April 2, 2018 indicates that J&J’s and MCT’s equity was converted to debt. This is consistent with this slide yet is inconsistent within itself in that the are each reflected as 8% equity holders. Additionally, as noted previously in **Exhibit Section A**, whether or not these investors are equity holders depends on which version of the alleged fictitious financial statements are being referenced. Additionally, as noted previously in **Exhibit Section A**, whether or not these investors are note holders depends on whether to accept the conflicting alleged fictitious financial statements, or the general ledger activity.

  [DFG Note: Generally, the financial statements, the general ledger, and the tax returns all provide different and/or conflicting information regarding the investments of J&J and MCT. When considered in conjunction with the misrepresentations noted on this slide presentation, the ability to ascertain truth is not present.]

<u>The Gibson Due Diligence</u>

As noted in **Exhibit Section B**, one of the Chase Bank transactions was a $30,000 payment to Bulkley Capital (“Bulkley”). It was noted that Bulkley disputed that they ever received this payment. The significance of this evidence is illustrated by the fact that Gibson knew the Bulkley representative well and thus knew of the problem with the payment. Simpson’s story regarding the payment to Bulkley is best presented in an email from Gibson to Simpson dated December 5, 2019. This email is included as **Exhibit C2** to this Report. As stated previously in this Report, Gibson stepped away from the due diligence process on December 9, 2019.

Knapton 043

DFG025

36

Appendix (Exhibits A - M) Page 44 of 318
IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF
CLICK VISION GROUP, LLC
FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance
Executive Summary

## FINANCIAL STATEMENT FRAUD: CONCEALMENT OF MISAPPROPRIATION AND PERPETRATION OF A PONZI SCHEME

## Exhibit Sections A - C

Fictitious Contact Information

The May 2020 Data Release to Henn was transmitted via email from Simpson to Henn on Friday, May 22, 2020 at 5:02pm. This was the Friday before the start of the three-day memorial holiday weekend.

Knapton testifies that the due diligence process was not going well and feared that Henn would eventually withdraw from the process. In response, Simpson provided the data release to continue the due diligence process. Knapton also testifies that once this data was finally provided, he felt more comfortable in making the decision to convert his currently maturing convertible notes to equity.

This email is included as **Exhibit C3** to this Report. The content of the email includes evidence of Statements That Are Fraudulent as follows:

*Accounting Firm / External Accountant Issue*

Simpson states that he terminated the internal bookkeeper and hired Bill Thompson, PC, "a small local firm". No evidence could be located that proves this is a real person or firm. Per Knapton's testimony, Simpson subsequently stated that Bill Thompson passed away and that the matters would be handled by another CPA Tom Howell ("Howell"). No evidence could be located that proves Howell is a real person or that he has a valid firm association. Attempts by Knapton and Ketterick to contact Howell have proved fruitless. Howell did not attend scheduled meetings for which he was to attend. No one has ever seen Howell.

**Exhibit C4** represents copies of emails where Knapton and Ketterick attempted to contact and obtain information from Howell. No response was ever received.

In addition to the lack of ability to validate that Thompson or Howell are real individuals that performed work for CVG, Simpson introduced a third firm, William Atkinson Assoc., for which no evidence exists that this is a real person or firm that has ever performed work for CVG. **Exhibit C5** is a page from a December 2020 strategic planning meeting where Atkinson was referenced.

> [DFG Note: There is no evidence that proves any of these CPA service providers are real and ever performed services for CVG. This provides additional evidence that Simpson controlled all information and went to great lengths such as to create fictitious contact information to continue to perpetrate the Ponzi scheme.]

*Fictitious Customer Contact Information*

The email presented as **Exhibit C2** also includes the contact information for two of the business managers of specific customers that Simpson instructed Henn were available for discussion (Matthew Sanders of Tacoma Eye Care and Chad Reynolds of Vision People).

Knapton 044
DFG026
37

IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC

FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance
Executive Summary

**FINANCIAL STATEMENT FRAUD:**
**CONCEALMENT OF MISAPPROPRIATION AND PERPETRATION OF A PONZI SCHEME**

**Exhibit Sections A - C**

Knapton testifies that he contacted these individuals and neither of them knew of CVG or Simpson and had certainly never conducted business with either.

As part of the May 2020 Data Release, Simpson provided the contact information for the approximate 390 practices which allegedly conducted business with CVG. Knapton contacted dozens of these companies (business managers and the actual service providers) and without fail, was informed that they did not conduct business with CVG and/or Simpson.

> [DFG Note: This evidence indicates that the database of information, more of which will be described below in this Report, is fictitious information. None of the contact information provided evidence that these companies had done any business with CVG and/or Simpson. As is common in a Ponzi scheme, there is no real operating company with real customers. The evidence indicates that this is the case with CVG.]

*Fictitious Customer Data*

Some of the most compelling evidence that CVG is not an operating company is the customer data that was provided in the May 2020 Data Release. Simpson provided an Excel workbook entitled *"Practice (Volume Revenue Response Demographic).xlsx"*. This workbook provides information according to three categories as follows:

- Customer Order Data
- Revenue Sharing Data
- Customer Click-Through Data

Customer Order Data

**Exhibit C6** represents a chart of the Active Customer Practices. This chart was produced by Knapton from the Excel workbook. As is evident, growth was quite linear and reflects a total of over 350 practices as customers of CVG.

**Exhibit C7** represents a chart of the Order Data by product type over 6 periods of time. As is evident from this chart, there is uniformity in product type and time period that is outside of reasonable expectation. Expectation is that a more scattered reflection of orders would be valid. This chart leads one to the conclusion that all products were ordered by customers at the same time, and also NOT ordered by customers at the same time. This pattern is too uniform to be considered believable (e.g., all products peak at period 2, all products reflect the valley at period 3, all products basically flat line from period 4 to 5).

> [DFG Note: The order data, as presented, is not "believable" as a normal pattern of expectancy regarding these products. This evidence provides additional support that the data is fictitious. This is a consistent conclusion when considered in conjunction with the evidence of the previously referenced fictitious creation of customer contact data.]

Knapton 045

DFG027

38

## FINANCIAL STATEMENT FRAUD: CONCEALMENT OF MISAPPROPRIATION AND PERPETRATION OF A PONZI SCHEME

### Exhibit Sections A - C

Revenue Sharing Data

As established in **Exhibit Section B**, the transactions reflected in the alleged fictitiously created AZLO bank account are also fictitious. The revenue sharing occurs when a customer of one of the practices orders through CVG. As a reward incentive, the optometrists' practices receive a revenue share from CVG.

> [DFG Note: It has been previously presented in this Report that the evidence indicates that the customers (optometry practices) do not conduct business with CVG, and that the AZLO revenue sharing account is fictitiously created. Accordingly, this evidence indicates that the revenue sharing data included in this Excel workbook is also fictitious. The analysis of the customer click-through information that follows lends additional support to the fictitiously created nature of the information provided for revenue sharing.]

Customer Click-Through Data

In the May 2020 Data Release, specifically in the Excel workbook, Simpson provided Customer Contact Lens Click-Through and Direct Response Data. Knapton, Henn, and Ketterick analyzed this data, which is represented as **Exhibit C8** to this Report.

This analysis reflects information that one could say "clearly indicates' that the underlying information was fictitiously created. As is evident, the results are "tightly compacted" and reflect "no outliers".

> [DFG Note: This analysis provides some of the more compelling evidence of the fictitious nature of the data provided for due diligence.]

## SUMMARY OF EVIDENCE OF *MENS REA*

Evidence of Mens Rea (Concealment)

The evidence referenced in this Report, along with the evidence presentations provided in **Exhibit Sections A - C**, could be used to provide evidence of *mens rea* according to the categories as follows:

> Intent – The evidence indicates that Simpson went to great lengths to present financial information that was not valid. This includes the alleged creation of fictitious financial statements, fictitious financial transactions within bank statements, omission of financial transactions in the general ledger, altering and/or creation of fictitious bank statements, and creation of fictitious contacts and customer data.
>
> The nature of these issues supports a presentation to a trier of fact that these were deliberate, purposeful acts to bring about a particular result (to benefit personally and/or to entice further investment).
>
> Knowledge – Based on the volume of transactions, along with the exhibited extent to which fraudulent information was allegedly created, the evidence could be used to support that Simpson was aware of his conduct and did not act through ignorance, mistake, or accident. The creation of fictitious documents is cannot be considered an accidental occurrence.

The evidence presented in this Report could be used to establish that Simpson controlled ALL information of CVG and went to great effort to maintain that control and to maintain the façade that CVG was an actual operating company.

With this control, Simpson could create documentation and data that, when properly analyzed, reveals its fictitious nature.

IMO RECORDS INSPECTION / FORENSIC INVESTIGATION OF CLICK VISION GROUP, LLC

FORENSIC ANALYSIS / INVESTIGATION REPORT – Initial Issuance
Executive Summary

## CONCLUSIONS REGARDING THE ALLEGATIONS PRESENTED

The evidence obtained and presented in this Report could be used to support a presentation of fraud to a trier of fact for the rendering of a verdict regarding the allegations as presented.

The evidence indicates that crimes allegedly have been committed as follows:

- Financial Statement Fraud (all three categories)
- Misappropriation through the use of investor funds for unauthorized / unsupported purposes

The evidence indicates that methods were employed to conceal the existence of these alleged crimes as follows:

- Willful Intent and Knowledge are present as evidenced by the alteration of documentation and the creation of extensive fictitious information.

The evidence indicates that Simpson benefitted personally while subjecting the investor victims to financial loss as follows:

- Use of investor funds for unauthorized / unsupported purposes.
- Conveyance of funds from CVG to Acuity, a new entity under Simpson's control.

Knapton 048

DFG030

41

## COMPLETION ISSUES / PREDICATION SUPPORT FOR SUBPOENA

## Exhibit Section D

### Synopsis

The information presented in this Report provides the evidence necessary to present a case of alleged fraud to a trier of fact for the rendering of a verdict.

In addition to the information presented, we believe the receipt of the additional requested information can lead to a modification of the amounts and types of alleged fraud presented in this Report.

### Support for Subpoena Request

Since this is an open report pending the receipt of additional requested information, one of its primary purposes is to also serve as predication (or probable cause) to support a subpoena of additional information. Based on the evidence analyzed to date, receipt of the information requested for the original records inspection is considered necessary to complete a proper forensic investigation. It is believed that the receipt of this information will reveal the true nature and extent of alleged fraudulent activities perpetrated by Simpson.

Our original Notice of Records Inspection is included as **Exhibit D1** to this Report as support for the information requested.

### Affidavit of Kurt Knapton

Much of the representations included in this Report are based on the testimony of Kurt Knapton. As such, Knapton's sworn affidavit to his referenced testimony is included as **Exhibit D2** to this Report.

### Information Not Exhibited in This Report

The Exhibits referenced in this Report are provided as support for the examples presented. Additional documentation that may be referenced but not included in this Report as an "Initial Issuance" report are on file at the offices of Kurt Knapton and the Dawson Forensic Group and are available upon request for prosecution and/or litigation purposes.

### Open Reporting

Since this is an Initial Issuance Report, we reserve the right to modify or supplement the Report based on the receipt of additional information, if any.

Appendix (Exhibits A - M) Page 50 of 318

**EXHIBIT A1**

**Financial Statements: Click Vision Group, LLC; 2016 - 2019**

Knapton 050

DFG032

43

Click Vision Group LLC

## Income Statement

January 1, 2017 through December 31, 2019

| Revenue | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|
| Gross sales | 22,111,022 | 10,926,455 | 1,723,573 | |
| (Less sales returns and allowances) | | | | |
| **Net Sales** | **22,111,022** | **10,926,455** | **1,723,573** | |
| **Cost of Goods Sold** | | | | |
| Goods Purchased from Distributors | 13,715,637 | 6,682,947 | 989,621 | |
| Payments to Practices | 4,196,836 | 2,455,394 | 362,976 | |
| Transaction Processing | 641,199 | 320,535 | 51,532 | |
| Shipping | 680,509 | 344,908 | 63,826 | |
| Returns | 171,347 | 56,999 | | |
| Consumer Discounts | | | 79,566 | |
| **Cost of Goods Sold** | 19,405,528 | 9,860,783 | 1,547,521 | |
| **Gross Profit (Loss)** | **2,705,494** | **1,065,672** | **176,052** | |
| **Expenses** | | | | |
| EHR Partnership | 346,551 | 136,239 | 30,163 | |
| Advertising and Marketing | 546,831 | 310,452 | 120,749 | 7,830 |
| Legal and Accounting | 296,172 | 59,104 | 35,362 | 2,875 |
| Sales Operations | 396,182 | 202,019 | 35,342 | |
| Employee Benefits | 16,435 | 13,398 | 18,402 | |
| Furniture and equipment | 21,514 | 8,662 | | 6,722 |
| Payroll taxes | 7,763 | 11,860 | 13,870 | |
| Rent | 27,960 | 11,052 | 6,600 | |
| IT Development | 633,304 | 259,776 | 170,713 | 116,077 |
| Salaries and wages | 82,176 | 149,747 | 169,651 | |
| Business Operations | 146,623 | 94,198 | 26,700 | 16,454 |
| Travel | 71,880 | 65,443 | 21,437 | 4,220 |
| Data Warehouse and Hosting | 54,291 | 19,437 | | |
| Other | | | | |
| Total Operating Expenses | 2,647,681 | 1,341,387 | 648,989 | 154,178 |
| **Income From Operating Income (Loss)** | **57,813** | **(275,715)** | **(472,937)** | **(154,178)** |
| **Non-Operating Expenses** | | | | |
| Accrued Interest | 193,376 | 73,101 | | |
| Escrow Account Payments (MyVisionExpress) | (57,000) | | | |
| Deferred Income Tax | | | | |
| Total Non-Operating Expenses | **149,114** | **73,101** | | |
| **Net Income** | **(91,301)** | **(348,816)** | **(442,775)** | **(154,178)** |

Click Vision Group LLC

## Balance Sheet

January 1, 2018 through December 31, 2019

| Assets | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|
| ***Current Assets*** | | | | |
| Cash | 493,392 | 697,170 | 122,885 | 45,822 |
| Accounts receivable | | | | |
| Inventory | | | | |
| Prepaid expenses | | | | |
| Short-term investments | | | | |
| *Total current assets* | 493,392 | 697,170 | 122,885 | 45,822 |
| ***Fixed (Long-Term) Assets*** | | | | |
| Long-term investments (Data Extraction) | | | | |
| Property, plant, and equipment | | | | |
| (Less accumulated depreciation) | | | | |
| Intangible assets (Development Costs of Data) | | | | |
| Intangible assets (Trademarks) | | | | |
| *Total fixed assets* | | | | |
| ***Other Assets*** | | | | |
| Deferred income tax | | | | |
| Escrowed Funds (MyVisionExpress) | 57,000 | | | |
| Other | | | | |
| *Total Other Assets* | 57,000 | | | |
| **Total Assets** | **550,392** | **697,170** | **122,885** | **45,822** |

| Liabilities and Owner's Equity | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|
| ***Current Liabilities*** | | | | |
| Accounts payable | | | | |
| Short-term debt (Revenue Share Agreement) | | | | |
| Short-term debt (J&J) | | | | |
| Short-term debt (MCT) | | | | |
| Short-term debt (Kurt Knapton) | 565,923 | | | |
| Short-term debt (Reid Walker) | 500,000 | | | |
| Short-term debt (Acuity Advisors) | 324,567 | | | |
| Income taxes payable | | | | |
| Accrued salaries and wages | | | | |
| Unearned revenue | | | | |
| Current portion of long-term debt | | | | |
| *Total current liabilities* | 1,390,490 | | | |
| ***Long-Term Liabilities*** | | | | |
| Long-term debt (Revenue Share Agreement) | | 50,000 | 100,000 | 50,000 |
| Long-term debt (Revenue Share Agreement) | | | | |
| Long-term debt (J&J) | | 250,000 | | |
| Long-term debt (MCT) | | 250,000 | | |
| Long-term debt (Kurt Knapton) | | 400,000 | | |
| Long-term debt (Reid Walker) | | 500,000 | | |
| Deferred income tax | | | | |
| Other | | | | |
| *Total long-term liabilities* | | 1,450,000 | 100,000 | 50,000 |
| ***Interest*** | | | | |
| Accrued Interest | 77,137 | 73,101 | | |
| ***Owner's Equity*** | | | | |
| Owner's investment | 150,000 | 150,000 | 650,000 | 150,000 |
| Retained earnings | (1,067,235) | (975,931) | (627,115) | (154,178) |
| Other | | | | |
| *Total owner's equity* | (917,235) | (825,931) | 22,885 | (4,178) |
| **Total Liabilities and Owner's Equity** | **550,392** | **697,170** | **122,885** | **45,822** |

| Common Financial Ratios | | | | |
|---|---|---|---|---|
| **Debt Ratio**(Total Liabilities / Total Assets) | 2.53 | 2.18 | 0.65 | 1.09 |
| **Current Ratio**(Current Assets / Current Liabilities) | 0.40 | | | |
| **Working Capital**(Current Assets - Current Liabilities) | (897,098) | 697,170 | 122,885 | 45,822 |
| **Assets-to-Equity Ratio**(Total Assets / Owner's Equity) | -0.60 | -0.84 | 5.37 | -10.97 |
| **Debt-to-Equity Ratio**(Total Liabilities / Owner's Equity) | -1.52 | -1.76 | 4.37 | -11.97 |

Click Vision Group LLC

# Cash Flow Statement

January 1, 2018 through December 31, 2019

| | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|
| **Cash at Beginning of Year:** | **697,170** | **122,885** | **45,822** | **150,000** |
| **Operations** | | | | |
| Cash receipts from | | | | |
| Customers | 22,111,022 | 10,926,455 | 1,723,573 | |
| Other Operations | | | | |
| Cash paid for | | | | |
| Cost of Goods | (19,405,528) | (9,860,783) | (1,547,521) | |
| General operating and administrative expenses | (2,541,308) | (1,166,382) | (447,066) | (154,178) |
| Wage expenses | (106,373) | (175,005) | (201,923) | |
| Income taxes | | | | |
| Net Cash Flow from Operations | 57,813 | (275,715) | (472,937) | (154,178) |
| **Financing Activities** | | | | |
| Cash receipts from | | | | |
| Issuance of stock | | | 500,000 | |
| Borrowing | 640,490 | 900,000 | 50,000 | 50000 |
| Cash paid for | | | | |
| Repurchase of stock (treasury stock) | | | | |
| Repayment of loans | (700,000) | (50,000) | | |
| Interest | (202,078) | | | |
| Dividends | | | | |
| Net Cash Flow from Financing Activities | (261,588) | 850,000 | 550,000 | 50,000 |
| Net Increase in Cash | **(203,778)** | **574,285** | **77,063** | **(104,178)** |
| **Cash at End of Year:** | **493,392** | **697,170** | **122,885** | **45,822** |

Click Vision Group LLC

# Capital Accounts

December 31, 2019

## Nondiluted Ownership

| Name | Capital | Nondiluted Ownership |
|---|---|---|
| Brent Simpson | 150,000 | 84.00% |
| J&J Family Trust | | 8.00% |
| MCT Family Trust | | 8.00% |

## Convertible Notes

| Name | Note Amount | Note Date | Note Rate | Note Due Date | Conversion Date | Conversion Valuation | Payoff Provision |
|---|---|---|---|---|---|---|---|
| Kurt Knapton | 100,000 | 6/19/18 | 6% | 6/19/20 | Elective | 3,500,000 | No |
| Kurt Knapton | 200,000 | 8/13/18 | 6% | 8/13/20 | Elective | 3,500,000 | No |
| Reid Walker | 500,000 | 10/24/18 | 6% | 10/24/20 | Elective | 9,250,000 | No |
| Kurt Knapton | 100,000 | 10/24/18 | 6% | 10/24/20 | Elective | 9,250,000 | No |
| Kurt Knapton | 165,923 | 12/19/19 | 6% | 12/19/20 | Elective | 9,250,000 | No |
| **Total Notes** | **1,065,923** | | | | | | |

## Diluted Ownership

| Name | Capital | Diluted Ownership |
|---|---|---|
| Brent Simpson | 150,000 | 67.14% |
| J&J Family Trust | | 8.00% |
| MCT Family Trust | | 8.00% |
| Reid Walker | | 5.41% |
| Kurt Knapton | | 11.45% |
| **Total** | **150,000** | **100%** |

Knapton 054

DFG036

Appendix (Exhibits A - M) Page 55 of 318

**EXHIBIT A2**

**QuickBooks General Ledger – Equity Extract**

Knapton 055

DFG037

48

**KURT KNAPTON - CLICK VISION GROUP, LLC**
**General Ledger Extract - Owners' Equity**

**Exhibit A2**

Knapton 056

| Account | Date | Transaction Type | Name | Memo/Description | Split/Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Owner's Equity | | | | | | | | |
| J&J Equity | | | | | | | | |
| | 03/20/2017 | Deposit | J&J Ainsworth Family Trust | | Owner's Equity:J&J Equity | | 175,000.00 | 175,000.00 |
| | 11/22/2017 | Deposit | J&J Ainsworth Family Trust | | Owner's Equity:J&J Equity | | 75,000.00 | 250,000.00 |
| Total for J&J Equity | | | | | | | 250,000.00 | |
| MCT Equity | | | | | | | | |
| | 03/20/2017 | Deposit | MCT Family Trust | | Owner's Equity:MCT Equity | | 175,000.00 | 175,000.00 |
| | 11/24/2017 | Deposit | MCT Family Trust | | Owner's Equity:MCT Equity | | 75,000.00 | 250,000.00 |
| Total for MCT Equity | | | | | | | 250,000.00 | |
| Total for Owner's Equity | | | | | | | 500,000.00 | |

DFG038

Appendix (Exhibits A - M) Page 57 of 318

**EXHIBIT A3**

**QuickBooks General Ledger – Notes Payable Extract**

Knapton 057

DFG039

50

**KURT KNAPTON - CLICK VISION GROUP, LLC**
**General Ledger Extract - Notes Payable**

**Exhibit A3**

| Account | Date | Transaction Type | Name | Memo/Description | Spit/Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Notes Payable | | | | | | | | |
| | 12/29/2016 | Deposit | David Moore | Dr. David Moore Revenue Share | Notes Payable | | 50,000.00 | 50,000.00 |
| | 01/23/2017 | Deposit | Michael Moore | | Notes Payable | | 50,000.00 | 100,000.00 |
| | 03/13/2018 | Deposit | | Note Payable | Notes Payable | | 25,000.00 | 125,000.00 |
| | 03/13/2018 | Deposit | | Note Payable | Notes Payable | | 25,000.00 | 150,000.00 |
| | 06/21/2018 | Deposit | Kurt Knapton | | Notes Payable | | 100,000.00 | 250,000.00 |
| | 08/14/2018 | Deposit | Kurt Knapton | | Notes Payable | | 200,000.00 | 450,000.00 |
| | 08/14/2018 | Check | Michael Carrigan | | Notes Payable | 26,555.26 | | 423,444.74 |
| | 10/25/2018 | Deposit | Reid Walker | | Notes Payable | | 500,000.00 | 923,444.74 |
| | 10/26/2018 | Deposit | Kurt Knapton | | Notes Payable | | 100,000.00 | 1,023,444.74 |
| | 12/10/2018 | Check | Marcos Rodriguez | | Notes Payable | 27,268.68 | | 996,176.06 |
| | 04/29/2019 | Check | David Moore | | Notes Payable | 110,000.00 | | 886,176.06 |
| Total for Notes Payable | | | | | | 163,823.94 | 1,050,000.00 | |

Knapton 058

DFG040

**EXHIBIT A4**

**QuickBooks Balance Sheet – Produced May 21, 2020**

# Click Vision Group LLC

## Balance Sheet

**All Dates**

| | | Total |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| **Click Optical - Retail** | | 1,831,048.70 |
| **CVG - Business Operations** | | 165,332.39 |
| **Total Bank Accounts** | **$** | **1,996,381.09** |
| **Total Current Assets** | **$** | **1,996,381.09** |
| **Fixed Assets** | | |
| **Furniture and Equipment** | | 19,599.00 |
| **Total Fixed Assets** | **$** | **19,599.00** |
| **TOTAL ASSETS** | **$** | **2,015,980.09** |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Other Current Liabilities** | | |
| **Notes Payable** | | 886,176.06 |
| **Total Other Current Liabilities** | **$** | **886,176.06** |
| **Total Current Liabilities** | **$** | **886,176.06** |
| **Total Liabilities** | **$** | **886,176.06** |
| **Equity** | | |
| **Owner's Equity** | | |
| **J&J Equity** | | 250,000.00 |
| **MCT Equity** | | 250,000.00 |
| **Total Owner's Equity** | **$** | **500,000.00** |
| **Retained Earnings** | | |
| **Net Income** | | 629,804.03 |
| **Total Equity** | **$** | **1,129,804.03** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **2,015,980.09** |

Thursday, May 21, 2020 05:29:50 PM GMT-7 - Cash Basis

Appendix (Exhibits A - M) Page 61 of 318

**EXHIBIT B1**

**Bank Statement Analysis: Chase Bank Account *7310;**
**May 2019 – November 2019**

Knapton 061

DFG043

54

**KURT KNAPTON - CLICK VISION GROUP, LLC** **Exhibit B1**
**Bank Statement Analysis**
**Chase Bank Account *7310; May 2019 - November 2019**

**May 2019 Statement**

Numerical Alterations

| | Totals | Detail | Difference |
|---|---|---|---|
| Checking Summary | 398,275.23 | 398,275.23 | 0.00 |
| ATM & Debit Card Withdrawals | 20,779.98 | 15,274.71 | (5,505.27) |
| Electronic Withdrawals | 129,919.14 | 130,640.64 | 721.50 |

Format Alterations

Page 1

The customer service information on genuine statements do not include the "www" before Chase.com.

The statement is missing a Chase internal design bar code above the mailing address on left hand side.

According to Knapton's testimony, there should be a $100,000 wire IN for May 31st. This is not on the statement.

Page 2

The Daily Ending Balance is incorrect starting on May 7th because of the issues in the ATM & Debit Card Withdrawals section.

**KURT KNAPTON - CLICK VISION GROUP, LLC** **Exhibit B1**
**Bank Statement Analysis**
**Chase Bank Account *7310; May 2019 - November 2019**

**June 2019 Statement**

Numerical Alterations

| Totals | Detail | Difference |
|---|---|---|
| Checking Summary | | |
| 266,812.88 | 266,812.88 | 0.00 |
| ATM & Debit Card Withdrawals | | |
| 13,173.02 | 13,173.02 | 0.00 |
| Electronic Withdrawals | | |
| 118,289.33 | 118,289.33 | 0.00 |

Format Alterations

Page 1

The date range for this month's statement does not conform to the typical date range of a full genuine statement (<full month).

The customer service information on genuine statements do not include the "www" before Chase.com.

The statement is missing a Chase internal design bar code above the mailing address on left hand side.

The previously referenced expected $100,000 wire IN does not occur at the beginning of this month.

Page 2

The "6/17 Headstrong Sunwear Billing" amount is written in a truncated 12,400 and should read 12,400.00.

The Daily Ending Balance is off $333.00 on June 14th.

**KURT KNAPTON - CLICK VISION GROUP, LLC** **Exhibit B1**
**Bank Statement Analysis**
**Chase Bank Account *7310; May 2019 - November 2019**

**July 2019 Statement**

Numerical Alterations

| | Totals | Detail | Difference |
|---|---|---|---|
| Checking Summary | 123,330.75 | 123,330.75 | 0.00 |
| ATM & Debit Card Withdrawals | 29,041.90 | 29,041.90 | 0.00 |
| Electronic Withdrawals | 114,440.23 | 114,440.23 | 0.00 |

Format Alterations

Page 1

The date range for this month's statement runs more than 31 days - the most on a genuine MONTHLY statement

The customer service information on genuine statements do not include the "www" before Chase.com.

The statement is missing a Chase internal design bar code above the mailing address on left hand side.

Page 2

The Daily Ending Balance is off $47,442.23 on July 17th.

**KURT KNAPTON - CLICK VISION GROUP, LLC** **Exhibit B1**
**Bank Statement Analysis**
**Chase Bank Account *7310; May 2019 - November 2019**

**August 2019 Statement**

Numerical Alterations

| Totals | Detail | Difference |
|---|---|---|
| Checking Summary | | |
| 655,870.45 | 655,870.45 | 0.00 |
| ATM & Debit Card Withdrawals | | |
| 37,619.32 | 37,619.32 | 0.00 |
| Electronic Withdrawals | | |
| 129,840.98 | 129,840.98 | 0.00 |

Format Alterations

Page 1

The date range for this month's statement does not include August 31st. The next month's statement also does not include it.

The customer service information on genuine statements do not include the "www" before Chase.com.

The statement is missing a Chase internal design bar code above the mailing address on left hand side.

**KURT KNAPTON - CLICK VISION GROUP, LLC** **Exhibit B1**
**Bank Statement Analysis**
**Chase Bank Account *7310; May 2019 - November 2019**

**September 2019 Statement**

Numerical Alterations

| Totals | Detail | Difference |
|---|---|---|
| Checking Summary | | |
| 496,595.98 | 496,595.98 | 0.00 |
| ATM & Debit Card Withdrawals | | |
| 17,775.17 | 17,775.17 | 0.00 |
| Electronic Withdrawals | | |
| 141,499.30 | 141,499.30 | 0.00 |

Format Alterations

Page 1

The date range for this month's statement does not include August 31st. The previous month's statement also does not include it.

The customer service information on genuine statements do not include the "www" before Chase.com.

The statement is missing a Chase internal design bar code above the mailing address on left hand side.

According to Knapton's testimony, there should be a $25,000.00 wire IN on September 17th. This is not on the statement.

Page 2

The solid line above Total Electronic Withdrawals shows tampering on the left side. When zoomed in, there is a small, visible imperfection reflecting that this line is not a genuine statement line. You can see "rt*daily ending balance2" in white font within the black line.

**KURT KNAPTON - CLICK VISION GROUP, LLC** **Exhibit B1**
**Bank Statement Analysis**
**Chase Bank Account *7310; May 2019 - November 2019**

**October 2019 Statement**

Numerical Alterations

| | Totals | Detail | Difference |
|---|---|---|---|
| Checking Summary | 280,566.40 | 280,566.04 | (0.36) |
| ATM & Debit Card Withdrawals | 25,433.46 | 25,433.46 | 0.00 |
| Electronic Withdrawals | 190,596.48 | 187,109.98 | (3,486.50) |

Format Alterations

Page 1

The customer service information on genuine statements do not include the "www" before Chase.com.

The statement is missing a Chase internal design bar code above the mailing address on left hand side.

The Checking Summary notes there are 16 electronic withdrawals. There are only 15 noted on page 2.

Page 2

According to Knapton's testimony, Bulkley Capital denies having ever received $30,000 from Click Vision Optical, thus invalidating the 10/11 withdrawal listed in the Total Electronic Withdrawals section.

The solid line above Total Electronic Withdrawals shows tampering on the left side. When zoomed in, there is a small, visible imperfection reflecting that this line is not a genuine statement line. You can see "rt*daily ending balance2" in white font within the black line.

**KURT KNAPTON - CLICK VISION GROUP, LLC** **Exhibit B1**
**Bank Statement Analysis**
**Chase Bank Account *7310; May 2019 - November 2019**

**November 2019 Statement**

Numerical Alterations

| | Totals | Detail | Difference |
|---|---|---|---|
| Checking Summary | 246,537.61 | 246,547.61 | 10.00 |
| Deposits and Additions | 1,040,490.00 | 1,140,490.00 | 100,000.00 |
| ATM & Debit Card Withdrawals | 72,575.90 | 67,575.90 | (5,000.00) |
| Electronic Withdrawals | 1,001,932.89 | 1,038,225.89 | 36,293.00 |

Format Alterations

Page 1

The date range reflects that this statement goes through November 31st, which is not a real date.

The customer service information on genuine statements do not include the "www" before Chase.com.

The statement is missing a Chase internal design bar code above the mailing address on left hand side.

Page 2

The date range on this page for the statement is corrected to reflect November 30th.

The solid line above Total Electronic Withdrawals shows tampering on the left side. When zoomed in, there is a small, visible imperfection reflecting that this line is not a genuine statement line. You can see "rt*daily ending balance2" in white font within the black line.

The Daily Ending Balance section is missing from this statement entirely.

**EXHIBIT B2**

**Bank Statements: Chase Bank Account *7310;
May 2019 – November 2019**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 01, 2019 through May 31, 2019
Account Number: ████████ 31

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017191 DRE 201 210 15619 NNNNNNNNNNN 1 000000000 D2 0000
CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$548,974.35** |
| ATM & Debit Card Withdrawals | 7 | -20,779.98 |
| Electronic Withdrawals | 15 | -129,919.14 |
| **Ending Balance** | **22** | **$398,275.23** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | Card Purchase 05/01 Pentavision US 310-637-8765 Card 9682 | $13,123.00 |
| 05/06 | Recurring Card Purchase 05/05 MSFT * Dynamics365 800-642-7676 WA Card 9682 | 1,617.70 |
| 05/06 | Recurring Card Purchase 05/05 MSFT * Office 800-642-7676 WA Card 9682 | 303.81 |
| 05/06 | Recurring Card Purchase 05/05 Wework 855-593-9675 NY Card 9682 | 157.21 |
| 05/08 | Card Purchase 05/07 Sendgrid 800-736-0098 WA 05/01 Card 9682 | 14.92 |
| 05/24 | Card Purchase 05/23 American Air00172717338 Fort Worth TX Card 9682 | 32.49 |
| 05/24 | Card Purchase 05/23 Hotels.com/Expedia Card 9682 | 25.58 |
| **Total ATM & Debit Card Withdrawals** | | **$20,779.98** |

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $20,779.98 |
| Total Card Deposits & Credits | $0.00 |

CHASE

May 01, 2019 through May 31, 2019
Account Number: [redacted] 31

## ATM & DEBIT CARD SUMMARY *(continued)*

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $20,779.98 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Tipit, Inc Billing 1066576774 CCD ID: 9305953001 | $13,215.00 |
| 05/02 | ADP Payroll Fee Billing 106670959 CCD ID: 9659605001 | 40.00 |
| 05/07 | United Healthcare Billing 106630665 CCD ID: 2837428417 | 1,127.00 |
| 05/07 | WP Engine Httpswpengine TX Billing 1066287561 CCD ID: 3627439912 | 4,217.00 |
| 05/08 | Ferguson Braswell Fraser Kubasta PC Billing 1067346383 CCD ID: 8374756628 | 7,727.00 |
| 05/13 | ADP Payroll Billing 1066737483 CCD ID: 9659605001 | 4,217.00 |
| 05/13 | MPD Ventures Billing 1066234745 CCD ID: 3648112316 | 26,750.00 |
| 05/15 | Kiwitech Inc Billing 1062735456 CCD ID: 2637772551 | 8,379.27 |
| 05/16 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 28,630.00 |
| 05/16 | Headstrong Sunwear Billing 1067364639 CCD ID: 9274626772 | 11,400.00 |
| 05/16 | Brent Simpson Quickpay 1062347266 | 4,988.11 |
| 05/16 | Richard Bardon Quickpay 1062846562 | 2,593.76 |
| 05/20 | Chris Fernandez Billing 1062643553 CCD ID: 2928576784 | 4,000.00 |
| 05/29 | Tipit, Inc Billing 1064157557 CCD ID: 9305953001 | 9,861.00 |
| 05/30 | ADP Payroll Billing 1066898745 CCD ID: 9659605001 | 3,495.50 |
| **Total Electronic Withdrawals** | | **$129,919.14** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/01 | $535,759.35 |
| 05/02 | 535,719.35 |
| 05/07 | 511,951.80 |
| 05/08 | 504,224.80 |
| 05/13 | 473,229.30 |
| 05/15 | 464,850.03 |
| 05/16 | 417,238.16 |
| 05/20 | 413,238.16 |
| 05/29 | 401,770.73 |
| 05/30 | 398,275.23 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



May 01, 2019 through May 31, 2019
Account Number:  **31**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

May 01, 2019 through May 31, 2019
Account Number: [redacted] 31

This Page Intentionally Left Blank

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 01, 2019 through June 28, 2019
Account Number: 31

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017251 DRE 201 210 18419 NNNNNNNNNNN 1 000000000 D2 0000

CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$398,275.23** |
| ATM & Debit Card Withdrawals | 6 | -13,173.02 |
| Electronic Withdrawals | 14 | -118,289.33 |
| **Ending Balance** | **20** | **$266,812.88** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | Recurring Card Purchase 06/04 MSFT * Dynamics365 800-642-7676 WA Card 9682 | $955.36 |
| 06/05 | Recurring Card Purchase 06/04 MSFT * Office 800-642-7676 WA Card 9682 | 477.68 |
| 06/05 | Recurring Card Purchase 06/03 Wework 855-593-9675 NY Card 9682 | 2,874.00 |
| 06/07 | Recurring Card Purchase 06/06 Sendgrid 800-736-0098 WA Card 9682 | 750.00 |
| 06/10 | Card Purchase 06/09 American Air00172717338 Fort Worth TX Card 9682 | 4,788.43 |
| 06/10 | Card Purchase 06/09 Hotels.com/Expedia Card 9682 | 3,327.55 |
| **Total ATM & Debit Card Withdrawals** | | **$13,173.02** |

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $13,173.02 |
| Total Card Deposits & Credits | $0.00 |



June 01, 2019 through June 28, 2019

Account Number: 31

## ATM & DEBIT CARD SUMMARY *(continued)*

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $13,173.02 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | ADP Payroll Fee Billing 1093947576 CCD ID: 9659605001 | 40.00 |
| 06/06 | United Healthcare Billing 1092248348 CCD ID: 2837428417 | 1,127.00 |
| 06/06 | WP Engine Httpswpengine TX Billing 1076287561 CCD ID: 3627439912 | 4,819.00 |
| 06/07 | Peter Monica Billing 1073743991 CCD ID: 2837463822 | 22,530.00 |
| 06/10 | MPD Ventures Billing 1091574445 CCD ID: 3648112316 | 26,350.00 |
| 06/10 | Ferguson Braswell Fraser Kubasta PC Billing 1077346354 CCD ID: 8374756628 | 8,111.00 |
| 06/13 | ADP Payroll Billing 1076737483 CCD ID: 9659605001 | 3,495.50 |
| 06/14 | Kiwitech Inc Billing 1073745456 CCD ID: 2637772551 | 4,641.88 |
| 06/17 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 25,472.00 |
| 06/17 | Headstrong Sunwear Billing 1077366239 CCD ID: 9274626772 | 12,400 |
| 06/17 | Brent Simpson Quickpay 1092347266 | 3,722.35 |
| 06/17 | Richard Bardon Quickpay 1092846253 | 2,047.10 |
| 06/18 | ADP Payroll Fee Billing 1076703467 CCD ID: 9659605001 | 39.00 |
| 06/27 | ADP Payroll Billing 1073589001 CCD ID: 9659605001 | 3,494.50 |
| **Total Electronic Withdrawals** | | **$118,289.33** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 06/04 | $398,235.23 | 06/13 | 318,629.71 |
| 06/05 | 393,928.19 | 06/14 | 313,654.83 |
| 06/06 | 387,982.19 | 06/17 | 270,346.38 |
| 06/07 | 364,702.19 | 06/18 | 270,307.38 |
| 06/10 | 322,125.21 | 06/27 | 266,812.88 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



June 01, 2019 through June 28, 2019
Account Number: 31

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 29, 2019 through July 31, 2019
Account Number: 31

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017388 DRE 201 210 21519 NNNNNNNNNNN 1 000000000 D2 0000
CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$266,812.88** |
| ATM & Debit Card Withdrawals | 8 | -29,041.90 |
| Electronic Withdrawals | 15 | -114,440.23 |
| **Ending Balance** | **23** | **$123,330.75** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | Recurring Card Purchase 07/03 Wework 855-593-9675 NY Card 9682 | $2,874.00 |
| 07/07 | Recurring Card Purchase 07/06 Sendgrid 800-736-0098 WA Card 9682 | 480.00 |
| 07/08 | Recurring Card Purchase 07/07 MSFT * Office 800-642-7676 WA Card 9682 | 593.69 |
| 07/08 | Recurring Card Purchase 07/07 MSFT * Dynamics365 800-642-7676 WA Card 9682 | 1,652.71 |
| 07/11 | Card Purchase 07/10 Pentavision US 310-637-8765 Card 9682 | 11,751.00 |
| 07/15 | Card Purchase 07/14 American Air00172717338 Fort Worth TX Card 9682 | 3,580.18 |
| 07/17 | Card Purchase 07/16 American Air00172717338 Fort Worth TX Card 9682 | 3,934.34 |
| 07/22 | Card Purchase 07/21 American Air00172717338 Fort Worth TX Card 9682 | 4,175.98 |
| **Total ATM & Debit Card Withdrawals** | | **$29,041.90** |

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $29,041.90 |
| Total Card Deposits & Credits | $0.00 |

Knapton 077



June 29, 2019 through July 31, 2019
Account Number: **31**

## ATM & DEBIT CARD SUMMARY *(continued)*

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $29,041.90 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | ADP Payroll Fee Billing 1073947576 CCD ID: 9659605001 | 38.00 |
| 07/06 | United Healthcare Billing 1073748348 CCD ID: 2837428417 | 1,127.00 |
| 07/06 | WP Engine Httpswpengine TX Billing 1076287561 CCD ID: 3627439912 | 5,301.00 |
| 07/07 | Peter Monica Billing 1073743991 CCD ID: 2837463822 | 28,500.00 |
| 07/10 | Ferguson Braswell Fraser Kubasta PC Billing 1077346354 CCD ID: 8374756628 | 9,023.00 |
| 07/11 | ADP Payroll Billing 1076737483 CCD ID: 9659605001 | 3,493.50 |
| 07/12 | Tipit, Inc Billing 1066576774 CCD ID: 9305953001 | 10,798.00 |
| 07/14 | Kiwitech Inc Billing 1073745456 CCD ID: 2637772551 | 5,152.00 |
| 07/16 | ADP Payroll Fee Billing 1076703467 CCD ID: 9659605001 | 37.00 |
| 07/17 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 26,491.00 |
| 07/17 | Headstrong Sunwear Billing 1077366239 CCD ID: 9274626772 | 16,120.00 |
| 07/17 | Brent Simpson Quickpay 1072347266 | 2,464.71 |
| 07/17 | Richard Bardon Quickpay 1072846253 | 2,366.52 |
| 07/25 | ADP Payroll Billing 1073589001 CCD ID: 9659605001 | 3,492.50 |
| 07/30 | ADP Payroll Fee Billing 1076703467 CCD ID: 9659605001 | 36.00 |
| **Total Electronic Withdrawals** | | **$114,440.23** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/02 | $266,774.88 | 07/10 | 217,223.48 | 07/16 | 182,411.80 |
| 07/05 | 263,900.88 | 07/11 | 201,978.98 | 07/17 | 178,477.46 |
| 07/06 | 257,472.88 | 07/12 | 191,180.98 | 07/22 | 126,859.25 |
| 07/07 | 228,492.88 | 07/14 | 186,028.98 | 07/25 | 123,366.75 |
| 07/08 | 226,246.48 | 07/15 | 182,448.80 | 07/30 | 123,330.75 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



 June 29, 2019 through July 31, 2019
Account Number: 31

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**



CHASE

June 29, 2019 through July 31, 2019

Account Number: [redacted] 31

This Page Intentionally Left Blank

CHASE
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

August 01, 2019 through August 30, 2019
Account Number: [redacted] 31

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017552 DRE 201 210 24819 NNNNNNNNNNN 1 000000000 D2 0000

CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$123,330.75** |
| Deposits and Additions | 1 | 700,000.00 |
| ATM & Debit Card Withdrawals | 8 | -37,619.32 |
| Electronic Withdrawals | 14 | -129,840.98 |
| **Ending Balance** | **23** | **$655,870.45** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/15 | Account Transfer From Chk …6813 Transaction#: 2638475888 | $700,000.00 |
| **Total Deposits and Additions** | | **$700,000.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | Recurring Card Purchase 08/03 Wework 855-593-9675 NY Card 9682 | $2,874.00 |
| 08/06 | Card Purchase 08/05 Hotels.com/Expedia Card 9682 | 12,734.77 |
| 08/06 | Recurring Card Purchase 08/05 Sendgrid 800-736-0098 WA Card 9682 | 601.00 |
| 08/08 | Recurring Card Purchase 08/07 MSFT * Dynamics365 800-642-7676 WA Card 9682 | 1,587.71 |
| 08/08 | Recurring Card Purchase 08/07 MSFT * Office 800-642-7676 WA Card 9682 | 542.43 |
| 08/13 | Card Purchase 08/12 Pentavision US 310-637-8765 Card 9682 | 10,711.00 |
| 08/20 | Card Purchase 08/19 American Air00172717338 Fort Worth TX Card 9682 | 4,454.08 |
| 08/25 | Card Purchase 08/24 American Air00172717338 Fort Worth TX Card 9682 | 4,114.33 |
| **Total ATM & Debit Card Withdrawals** | | **$37,619.32** |



August 01, 2019 through August 30, 2019
Account Number: [redacted] 31

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $37,619.32 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $37,619.32 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | United Healthcare Billing 1073748348 CCD ID: 2837428417 | 1,127.00 |
| 08/05 | WP Engine Httpswpengine TX Billing 1076287561 CCD ID: 3627439912 | 5,831.00 |
| 08/06 | Peter Monica Billing 1073743991 CCD ID: 2837463822 | 32,260.00 |
| 08/08 | ADP Payroll Billing 1076737483 CCD ID: 9659605001 | 3,491.50 |
| 08/09 | Ferguson Braswell Fraser Kubasta PC Billing 1077346354 CCD ID: 8374756628 | 11,641.00 |
| 08/13 | ADP Payroll Fee Billing 1076703467 CCD ID: 9659605001 | 35.00 |
| 08/13 | Kiwitech Inc Billing 1073745456 CCD ID: 2637772551 | 5,719.00 |
| 08/16 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 27,551.00 |
| 08/16 | Headstrong Sunwear Billing 1077366239 CCD ID: 9274626772 | 20,956.00 |
| 08/16 | Brent Simpson Quickpay 1072347266 | 2,798.75 |
| 08/16 | Richard Bardon Quickpay 1072846253 | 2,461.23 |
| 08/19 | Tipit, Inc Billing 1066576774 CCD ID: 9305953001 | 12,445.00 |
| 08/22 | ADP Payroll Billing 1091589001 CCD ID: 9659605001 | 3,490.50 |
| 08/27 | ADP Payroll Fee Billing 1093703467 CCD ID: 9659605001 | 34.00 |
| **Total Electronic Withdrawals** | | **$129,840.98** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/04 | $120,456.75 | 08/13 | 34,175.34 | 08/22 | 660,018.78 |
| 08/05 | 113,498.75 | 08/15 | 734,175.34 | 08/25 | 655,904.45 |
| 08/06 | 67,902.98 | 08/16 | 680,408.36 | 08/27 | 655,870.45 |
| 08/08 | 62,281.34 | 08/19 | 667,963.36 | | |
| 08/09 | 50,640.34 | 08/20 | 663,509.28 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



CHASE

August 01, 2019 through August 30, 2019
Account Number: [redacted] 31

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

EQUAL HOUSING LENDER **JPMorgan Chase Bank, N.A. Member FDIC**

10175520202000000062

Appendix (Exhibits A - M) Page 84 of 318

CHASE

August 01, 2019 through August 30, 2019
Account Number: [redacted] 31

This Page Intentionally Left Blank

Knapton 084
Page 4 of 4
DFG066
77

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

September 01, 2019 through September 30, 2019

Account Number: 31

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00016582 DRE 201 210 27619 NNNNNNNNNNN 1 000000000 D2 0000

CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

**Good news! We're making it easier to get a replacement account number if your account is compromised.**

Starting November 17, 2019, if your account is compromised, we can simply issue you a replacement account number without the hassle of closing your existing account and opening a new one. This will allow you to continue using your existing debit card.

We've updated our Deposit Account Agreement to explain this change:

> *We can assign and transfer your account information and documentation to a replacement account number at our discretion. We may make this assignment when your account is reported compromised by you or any signer. If we issue you a replacement account number, this Deposit Account Agreement governing you and your account will continue to apply, without interruption, as if you retained the discontinued account number.*

Please call us at the number at the top of this statement if you have any questions.

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$655,870.45** |
| ATM & Debit Card Withdrawals | 5 | -17,775.17 |
| Electronic Withdrawals | 14 | -141,499.30 |
| **Ending Balance** | **19** | **$496,595.98** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

CHASE

September 01, 2019 through September 30, 2019
Account Number: [redacted] 31

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Recurring Card Purchase 09/02 Wework 855-593-9675 NY Card 9682 | $2,874.00 |
| 09/05 | Recurring Card Purchase 09/04 Sendgrid 800-736-0098 WA Card 9682 | 672.00 |
| 09/09 | Recurring Card Purchase 09/08 MSFT * Dynamics365 800-642-7676 WA Card 9682 | 1,615.51 |
| 09/09 | Recurring Card Purchase 09/08 MSFT * Office 800-642-7676 WA Card 9682 | 576.66 |
| 09/10 | Card Purchase 09/09 Pentavision US 310-637-8765 Card 9682 | 12,037.00 |
| **Total ATM & Debit Card Withdrawals** | | **$17,775.17** |

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $17,775.17 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $17,775.17 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | United Healthcare Billing 1083748348 CCD ID: 2837428417 | 1,127.00 |
| 09/04 | WP Engine Httpswpengine TX Billing 1086287561 CCD ID: 3627439912 | 6,414.00 |
| 09/05 | ADP Payroll Billing 1083589001 CCD ID: 9659605001 | 3,489.50 |
| 09/05 | Peter Monica Billing 1083743991 CCD ID: 2837463822 | 32,260.00 |
| 09/08 | Ferguson Braswell Fraser Kubasta PC Billing 1087346354 CCD ID: 5381063721 | 13,886.00 |
| 09/10 | ADP Payroll Fee Billing 1086703467 CCD ID: 9659605001 | 33.00 |
| 09/12 | Kiwitech Inc Billing 1083745456 CCD ID: 8208226230 | 6,348.00 |
| 09/12 | Tipit, Inc Billing 1086576774 CCD ID: 9305953001 | 12,068.00 |
| 09/15 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 28,653.00 |
| 09/15 | Headstrong Sunwear Billing 1087366239 CCD ID: 9274626772 | 27,243.00 |
| 09/15 | Brent Simpson Quickpay 1082347266 | 3,613.98 |
| 09/15 | Richard Bardon Quickpay 1082846253 | 2,843.32 |
| 09/19 | ADP Payroll Billing 1083589001 CCD ID: 9659605001 | 3,488.50 |
| 09/24 | ADP Payroll Fee Billing 1086703467 CCD ID: 9659605001 | 32.00 |
| **Total Electronic Withdrawals** | | **$141,499.30** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/03 | $652,996.45 |
| 09/04 | 645,455.45 |
| 09/05 | 609,033.95 |
| 09/08 | 595,147.95 |
| 09/09 | 592,922.78 |
| 09/10 | 580,885.78 |
| 09/12 | 562,469.78 |

Knapton 086



CHASE

September 01, 2019 through September 30, 2019

Account Number: 31

1016582020000000062

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT |
|---|---|
| 09/15 | $500,116.48 |
| 09/19 | 496,627.98 |
| 09/24 | 496,595.98 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

Appendix (Exhibits A - M) Page 88 of 318

CHASE

September 01, 2019 through September 30, 2019
Account Number: 31

This Page Intentionally Left Blank

Knapton 088

Page 4 of 4 DFG070

81

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

October 01, 2019 through October 31, 2019
Account Number: [redacted] 31

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017881 DRE 201 210 30919 NNNNNNNNNNN 1 000000000 D2 0000
CLICK VISION GROUP LLC
5215 N O CONNOR BLVD FL 11
IRVING TX 75039-3713

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$496,595.98** |
| ATM & Debit Card Withdrawals | 7 | -25,433.46 |
| Electronic Withdrawals | 16 | -190,596.48 |
| **Ending Balance** | **23** | **$280,566.40** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | Card Purchase 10/02 American Air00172717338 Fort Worth TX Card 9682 | $3,713.49 |
| 10/03 | Recurring Card Purchase 10/02 Wework 855-593-9675 NY Card 9682 | 2,874.00 |
| 10/05 | Recurring Card Purchase 10/04 Sendgrid 800-736-0098 WA Card 9682 | 638.00 |
| 10/07 | Card Purchase 10/06 Hotels.com/Expedia | 2,570.38 |
| 10/10 | Recurring Card Purchase 10/09 MSFT * Dynamics365 800-642-7676 WA Card 9682 | 1,645.12 |
| 10/10 | Recurring Card Purchase 10/09 MSFT * Office 800-642-7676 WA Card 9682 | 577.47 |
| 10/12 | Card Purchase 10/11 Pentavision US 310-637-8765 Card 9682 | 13,415.00 |
| **Total ATM & Debit Card Withdrawals** | | **$25,433.46** |

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $25,433.46 |
| Total Card Deposits & Credits | $0.00 |

 October 01, 2019 through October 31, 2019
Account Number: [redacted] 31

## ATM & DEBIT CARD SUMMARY *(continued)*

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $25,433.46 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | ADP Payroll Billing 1086737483 CCD ID: 9659605001 | 3,487.50 |
| 10/04 | United Healthcare Billing 1083748348 CCD ID: 2837428417 | 1,127.00 |
| 10/04 | WP Engine Httpswpengine TX Billing 1086287561 CCD ID: 3627439912 | 7,055.00 |
| 10/05 | Peter Monica Billing 1083743991 CCD ID: 2837463822 | 33,800.00 |
| 10/08 | ADP Payroll Fee Billing 1086703467 CCD ID: 9659605001 | 31.00 |
| 10/08 | Ferguson Braswell Fraser Kubasta PC Billing 1087346354 CCD ID: 5381063721 | 16,255.00 |
| 10/11 | Bulkley Capital Billing 10834738474 CCD ID: 3894623646 | 30,000.00 |
| 10/12 | Kiwitech Inc Billing 1083745456 CCD ID: 8208226230 | 7,046.00 |
| 10/15 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 29,799.00 |
| 10/15 | Headstrong Sunwear Billing 1087366239 CCD ID: 9274626772 | 35,416.00 |
| 10/15 | Brent Simpson Quickpay 1082347266 | 3,485.49 |
| 10/15 | Richard Bardon Quickpay 1082846253 | 3,160.49 |
| 10/17 | Tipit, Inc Billing 1086576774 CCD ID: 9305953001 | 12,932.00 |
| 10/22 | ADP Payroll Fee Billing 1086703467 CCD ID: 9659605001 | 30.00 |
| 10/31 | ADP Payroll Billing 1083589001 CCD ID: 9659605001 | 3,485.50 |
| **Total Electronic Withdrawals** | | **$190,596.48** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/03 | $486,520.99 |
| 10/04 | 478,338.99 |
| 10/05 | 443,900.99 |
| 10/07 | 441,330.61 |
| 10/08 | 425,044.61 |
| 10/10 | 422,822.02 |
| 10/11 | 392,822.02 |
| 10/12 | 372,361.02 |
| 10/15 | 300,500.04 |
| 10/17 | 284,081.54 |
| 10/22 | 284,051.54 |
| 10/31 | 280,566.04 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



October 01, 2019 through October 31, 2019
Account Number: [redacted] 31

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

October 01, 2019 through October 31, 2019
Account Number: [redacted] 31

This Page Intentionally Left Blank

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 01, 2019 through November 31 2019
Account Number: [redacted] 31

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017881 DRE 201 210 30919 NNNNNNNNNNN 1 000000000 D2 0000
CLICK VISION GROUP LLC
5215 N O CONNOR BLVD FL 11
IRVING TX 75039-3713

00178810201000000022

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$280,566.40** |
| Deposits and Additions | 2 | 1,040,490.00 |
| ATM & Debit Card Withdrawals | 7 | -72,575.90 |
| Electronic Withdrawals | 15 | -1,001,932.89 |
| **Ending Balance** | **24** | **$246,537.61** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | Online Transfer From Chk ...6813 Transaction#: 26384724344 11/26 | $500,000.00 |
| 11/28 | Incoming Wire Transfer: Via: BBVA/8374636466 A/C: Acuity Advisors Dover DE | 640,490.00 |
| **Total Deposits and Additions** | | **$1,040,490.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | Recurring Card Purchase 11/02 Wework 855-593-9675 NY Card 9682 | $2,874.00 |
| 11/04 | Recurring Card Purchase 11/04 Sendgrid 800-736-0098 WA Card 9682 | 701.22 |
| 11/11 | Recurring Card Purchase 11/11 MSFT * Dynamics365 800-642-7676 WA Card 9682 | 1,660.51 |
| 11/11 | Recurring Card Purchase 11/11 MSFT * Office 800-642-7676 WA Card 9682 | 504.22 |
| 11/13 | Card Purchase 11/12 Hotels.com/Expedia | 3,463.12 |
| 11/15 | Card Purchase 11/14 Travelocity.com | 6,165.83 |
| 11/22 | Card Purchase 11/21 Pentavision US 310-637-8765 Card 9682 | 52,207.00 |
| **Total ATM & Debit Card Withdrawals** | | **$72,575.90** |





## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $72,575.90 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $72,575.90 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | United Healthcare Billing 1083748348 CCD ID: 2837428423 | 1,127.00 |
| 11/03 | WP Engine Httpswpengine TX Billing 1086287561 CCD ID: 3627439912 | 7,761.16 |
| 11/03 | Peter Monica Billing 1083743991 CCD ID: 2837463822 | 33,800.00 |
| 11/03 | ADP Payroll Fee Billing 1086703467 CCD ID: 9659605001 | 80.00 |
| 11/03 | Ferguson Braswell Fraser Kubasta PC Billing 1087346354 CCD ID: 5381063721 | 41,640.00 |
| 11/14 | Online Payment 8208226230 To KiwiTech | 7,821.00 |
| 11/14 | Online Domestic Wire Transfer Via: JPMC A/C: Eyecare Leaders Jacksonville FL | 50,000.00 |
| 11/14 | ADP Payroll CCD ID: 9659605001 | 3,484.50 |
| 11/28 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 30,991.00 |
| 11/28 | Headstrong Sunwear Billing 1087366239 CCD ID: 9274626772 | 46,040.80 |
| 11/28 | Online Domestic Wire Transfer Via: JPMC A/C: Eyecare Leaders Jacksonville FL | 50,000.00 |
| 11/28 | ADP Payroll CCD ID: 9659605001 | 14,990.43 |
| 11/28 | Online Payment 3902928374 To Dr David Moore | 110,000.00 |
| 11/28 | Online Domestic Wire Transfer Via: JPMC Internal Accounts Processing Mark Travis | 320,245.00 |
| 11/28 | Online Domestic Wire Transfer Via: Citibank N.A./02107364747 B/O: J J Ainsworth Family LP | 320,245.00 |
| **Total Electronic Withdrawals** | | **$1,001,932.89** |



CHASE

November 01, 2019 throu[redacted]0 2019
Account Number: [redacted] 31

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

10178810202000000062

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

EQUAL HOUSING LENDER **JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

November 01, 2019 throu 30, 2019
Account Number: 31

This Page Intentionally Left Blank

09/19 A

09/24 A

*daily ending balance2

# Total Elec

DFG079

Knapton

**EXHIBIT B3**

**Wire Transfer Documentation for $100,000 Loan
on May 31, 2019**



CASE

**Ameriprise Financial Services, Inc.** 70100 Ameriprise Financial Center Minneapolis, MN 55474
Fax: 1.866.432.9267

Ameriprise
Financial

# Outgoing: Wire

Reference Number: **52177977**

Client ID
19717909

Account Number
8 133

## Client Information

| | |
|---|---|
| First Client: | KURT R KNAPTON |
| From Account: | 8 133 |
| Servicing Advisor Name: | Derrick Kinney |
| Advisor ID: | 95685 |

## Bank Information

| | |
|---|---|
| Location: | Domestic |
| Account Ownership at Bank: | Click Vision Group LLC |
| Name of Bank: | JPMORGAN CHASE BANK, NA |
| Bank Routing Number: | 111000614 |
| Bank Account Number: | 7310 |
| Branch City: | BANK ONE TEXAS |
| State | TX |
| Credit Instructions for Receiving Bank: | Attn: Brent Simpson CEO Business Loan |

## Transaction Details

**Transaction 1**

| | |
|---|---|
| From Account: | 8 133 |
| Ownership: | KURT R KNAPTON AND MARTHA LU KNAPTON JT |
| Type: | One Time |
| Partial Cash Distribution: | Specific Cash Amount |
| Specified Amount: | $100000.00 |
| Redemption Type: | Partial |

## Acknowledgements and Signatures

© 2014 Ameriprise Financial, Inc.
All rights reserved.



DOC0202M910500

I authorize Ameriprise Financial Services, Inc. (AFSI) and its affiliates through their banking relationship to convert funds from my account per the currency instructions I have indicated above. I understand that Ameriprise earns no sales charge associated with this transaction. I acknowledge that a conversion to foreign currency transaction is subject to currency exchange risk. I agree that I will not hold AFSI and its affiliates liable for any action related to the exchange rate applied to this transaction.

Account Owner's Signature (must be dated within 15 days of receipt of the form in the Corporate Office). For a Fiduciary (ex. Power of Attorney, Trustee, Custodian) to sign, required documentation must be on file. For your protection we will verify signatures from a signature sample on file. If you do not have a signed application or account certification form on file, we will not be able to honor your request until the signed application or account certification form has been received.] This redemption revokes any trust or transfer on death ("TOD") designation on the funds or account being redeemed. I (We) affirm the information on this form is correct and may be included in any required reports to tax or regulatory authorities. I (We) agree to hold Ameriprise Financial Services, Inc. and its agent harmless for any and all situations arising from an ineligible or inappropriate transfer, or redemption.

Federal Reserve Regulation E requires a confirmation from the client for wires denominated in foreign currency before a wire can be processed. Ameriprise will contact the client via telephone to confirm this request and cannot process this request until a client confirmation is obtained.

- *Income Guide*[SM] will automatically terminate without warning if:
  - The systematic payout is changed to a frequency other than monthly.
  - There is a second systematic payout that overlaps with the existing program.

In certain circumstances, we may contact you in an effort to validate the request before the transaction can be processed.

Client/Trustee Name

**KURT R KNAPTON**

Client/Trustee Signature

X

Date (MMDDYYYY)
5/31/2019

**EXHIBIT B4**

**Wire Transfer Documentation for $25,000 Loan
on September 17, 2019**

J.P.Morgan

We've scheduled your wire.

Please print and save this page for your records.

## Account details

| | |
|---|---|
| Wire to | dba Click Optical (...7310) |
| Wire from | KURT KNAPTON, MARTHA MCKAIG KNAPTON (...1474) |
| Wire status | Pending |
| Transaction number | 5229105121 |

## Sender information

| | |
|---|---|
| Wire date | Sep 17, 2019 |
| Wire amount | $25,000.00 USD (U.S. Dollar) |
| Outgoing wire transfer fee | No fee |
| **Total** | **$25,000.00 USD (U.S. Dollar)**<br>Your account activity will show separate charges for wire amount and wire transfer fee. |

## Additional information

| | |
|---|---|
| Message to recipient bank | Investment in Click Vision Group LLC |
| Message to recipient | Short Term Loan to Company |
| Memo | Short Term Loan to Company |

JPMorgan Chase Bank, N.A. Member FDIC ©2019 JPMorgan Chase & Co. Equal Opportunity Lender

**EXHIBIT B5**

**Bank Statement Analysis: Azlo Bank Account *6318**
**January 2019 - December 2019**

**KURT KNAPTON - CLICK VISION GROUP, LLC**
**Bank Account Activity Analysis**
**AZLO Bank Account *6318;  January 2019 - December 2019**

**Exhibit B5**

| Date | Description | | Amount | Type |
|---|---|---|---|---|
| 4/2/2019 | ONLINE TRANSFER TO CHK …7310 TRANSACTION#: 8021846326 | 04/02 | (700,000.00) | ACCT_XFER |
| 8/15/2019 | ONLINE TRANSFER TO CHK …7310 TRANSACTION#: 8021846326 | 04/02 | (700,000.00) | ACCT_XFER |
| 11/26/2019 | ONLINE TRANSFER TO CHK …7310 TRANSACTION#: 8021846326 | 04/02 | (500,000.00) | ACCT_XFER |
| 12/28/2019 | ONLINE TRANSFER TO CHK …7310 TRANSACTION#: 8021846326 | 04/02 | (500,000.00) | ACCT_XFER |

**EXHIBIT B6**

**Bank Statement Extracts: Azlo Bank Account *6318**
**January 2019 - December 2019**



## BUSINESS STATEMENT

Brent Simpson
Click Vision Group LLC
14255 Dallas Parkway
Suite 650
Dallas, TX 75254

## SUMMARY for Business Account #6778836318

Jan 1, 2019 thru Dec 31, 2019

| | |
|---|---|
| Your beginning balance was | $688,160.33 |
| You withdrew, debited, made payments or transferred out | $20,506,889.66 |
| You deposited, credited or transferred in | $21,853,356.48 |
| **Your ending balance is** | **$2,034,627.15** |

Azlo Business, Inc.
201 Mission St. 25th Floor
San Francisco, CA 94105

Direct Inquiries to (844) 295-6466

Banking services provided by BBVA USA, Member FDIC

| Date | Description | Amount | Type | Balance |
|---|---|---|---|---|
| 3/28/19 | AUTHNET GATEWAY CLICK OPTICAL   7155817858 1870568569 | 48,968.90 | ACH_CREDIT | 1,338,369.62 |
| 3/28/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC – 03134 7508242917 03/28 | (33,972.73) | ACH_DEBIT | 1,304,396.89 |
| 3/28/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC – 03134 7419499032 03/28 | (34,895.39) | ACH_DEBIT | 1,269,501.50 |
| 3/28/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC – 03134 7460170485 03/28 | (32,492.52) | ACH_DEBIT | 1,237,008.98 |
| 3/29/19 | AUTHNET GATEWAY CLICK OPTICAL   6101951956 1870568569 | 46,862.48 | ACH_CREDIT | 1,283,871.46 |
| 3/29/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC – 03134 7126810840 03/29 | (32,620.61) | ACH_DEBIT | 1,251,250.85 |
| 4/1/19 | AUTHNET GATEWAY CLICK OPTICAL   8877498805 1870568569 | 47,593.70 | ACH_CREDIT | 1,298,844.55 |
| 4/1/19 | AUTHNET GATEWAY CLICK OPTICAL   6371985796 1870568569 | 44,137.05 | ACH_CREDIT | 1,342,981.60 |
| 4/1/19 | AUTHNET GATEWAY CLICK OPTICAL   6508252901 1870568569 | 50,619.30 | ACH_CREDIT | 1,393,600.90 |
| 4/1/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC – 03134 9081697643 04/01 | (35,934.89) | ACH_DEBIT | 1,357,666.01 |
| 4/2/19 | ONLINE TRANSFER TO CHK …7310 TRANSACTION#: 8021846326    04/02 | (700,000.00) | ACCT_XFER | 657,666.01 |
| 4/2/19 | AUTHNET GATEWAY CLICK OPTICAL   9052451883 1870568569 | 56,656.77 | ACH_CREDIT | 714,322.78 |
| 4/2/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC – 03134 7022611996 04/02 | (32,767.59) | ACH_DEBIT | 681,555.19 |
| 4/3/19 | AUTHNET GATEWAY CLICK OPTICAL   9226773162 1870568569 | 49,790.29 | ACH_CREDIT | 731,345.48 |
| 4/3/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 03134 8527884576 04/03 | (31,252.41) | ACH_DEBIT | 700,093.07 |
| 4/4/19 | AUTHNET GATEWAY CLICK OPTICAL   8278081395 1870568569 | 60,849.90 | ACH_CREDIT | 760,942.97 |
| 4/4/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC – 03134 6493614245 04/04 | (31,983.36) | ACH_DEBIT | 728,959.61 |
| 4/4/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC – 03134 7557536240 04/04 | (29,055.66) | ACH_DEBIT | 699,903.95 |
| 4/4/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC – 03134 8541180282 04/04 | (33,797.11) | ACH_DEBIT | 666,106.84 |
| 4/5/19 | AUTHNET GATEWAY CLICK OPTICAL   9138375963 1870568569 | 58,132.41 | ACH_CREDIT | 724,239.25 |
| 4/5/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC – 03134 9269574518 04/05 | (38,128.60) | ACH_DEBIT | 686,110.65 |

Azlo Business, Inc.
201 Mission St. 25th Floor
San Francisco, CA 94105
Direct Inquiries to (844) 295-6466

Account█████6318

Knapton 107

DFG089
100

| | | | | |
|---|---|---|---|---|
| 8/8/19 | AUTHNET GATEWAY CLICK OPTICAL 7714840326 1870568569 | 67,332.05 | ACH_CREDIT | 1,943,122.15 |
| 8/8/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 03134 8778941821 08/08 | (44,101.45) | ACH_DEBIT | 1,899,020.70 |
| 8/8/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 03134 9705391990 08/08 | (41,989.76) | ACH_DEBIT | 1,857,030.94 |
| 8/8/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 03134 6243797247 08/08 | (40,960.24) | ACH_DEBIT | 1,816,070.70 |
| 8/9/19 | AUTHNET GATEWAY CLICK OPTICAL 7235797440 1870568569 | 74,208.24 | ACH_CREDIT | 1,890,278.94 |
| 8/9/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 03134 7002129845 08/09 | (40,666.31) | ACH_DEBIT | 1,849,612.63 |
| 8/12/19 | AUTHNET GATEWAY CLICK OPTICAL 9026656439 1870568569 | 66,684.75 | ACH_CREDIT | 1,916,297.38 |
| 8/12/19 | AUTHNET GATEWAY CLICK OPTICAL 8783351655 1870568569 | 67,547.81 | ACH_CREDIT | 1,983,845.19 |
| 8/12/19 | AUTHNET GATEWAY CLICK OPTICAL 7641784870 1870568569 | 71,610.92 | ACH_CREDIT | 2,055,456.11 |
| 8/12/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 03134 9541043150 08/12 | (43,535.43) | ACH_DEBIT | 2,011,920.68 |
| 8/13/19 | AUTHNET GATEWAY CLICK OPTICAL 6157429186 1870568569 | 69,476.28 | ACH_CREDIT | 2,081,396.96 |
| 8/13/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 03134 7133784657 08/13 | (45,170.51) | ACH_DEBIT | 2,036,226.45 |
| 8/14/19 | AUTHNET GATEWAY CLICK OPTICAL 8066889340 1870568569 | 62,818.10 | ACH_CREDIT | 2,099,044.55 |
| 8/14/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 03134 5675755761 08/14 | (49,661.38) | ACH_DEBIT | 2,049,383.17 |
| 8/15/19 | ONLINE TRANSFER TO CHK ...7310 TRANSACTION#: 8021846326 04/02 | (700,000.00) | ACCT_XFER | 1,349,383.17 |
| 8/15/19 | AUTHNET GATEWAY CLICK OPTICAL 6513209825 1870568569 | 65,151.82 | ACH_CREDIT | 1,414,534.99 |
| 8/15/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 03134 8956197284 08/15 | (44,396.28) | ACH_DEBIT | 1,370,138.71 |
| 8/15/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 03134 7766679993 08/15 | (44,853.43) | ACH_DEBIT | 1,325,285.28 |
| 8/15/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 03134 9538328797 08/15 | (47,481.25) | ACH_DEBIT | 1,277,804.03 |
| 8/16/19 | AUTHNET GATEWAY CLICK OPTICAL 9739119725 1870568569 | 69,424.07 | ACH_CREDIT | 1,347,228.10 |
| 8/16/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 03134 6602563984 08/16 | (46,317.85) | ACH_DEBIT | 1,300,910.25 |



| | | | | |
|---|---|---|---|---|
| 11/23/19 | CHECK 9197 | (1,216.08) | CHECK_PAID | 2,485,039.66 |
| 11/23/19 | CHECK 9207 | (661.52) | CHECK_PAID | 2,484,378.14 |
| 11/23/19 | CHECK 9218 | (1,118.76) | CHECK_PAID | 2,483,259.38 |
| 11/23/19 | CHECK 9228 | (870.15) | CHECK_PAID | 2,482,389.23 |
| 11/23/19 | CHECK 9313 | (1,022.53) | CHECK_PAID | 2,481,366.70 |
| 11/23/19 | CHECK 9319 | (1,184.78) | CHECK_PAID | 2,480,181.92 |
| 11/24/19 | AUTHNET GATEWAY CLICK OPTICAL 6970608120 1870568569 71939845811870568569 | 84,276.16 | ACH_CREDIT | 2,564,458.08 |
| 11/24/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 0318654204869994 43793 | (50,317.34) | ACH_DEBIT | 2,514,140.74 |
| 11/24/19 | CHECK 9008 | (1,036.94) | CHECK_PAID | 2,513,103.80 |
| 11/24/19 | CHECK 9025 | (847.48) | CHECK_PAID | 2,512,256.32 |
| 11/24/19 | CHECK 9093 | (812.76) | CHECK_PAID | 2,511,443.56 |
| 11/24/19 | CHECK 9120 | (1,089.25) | CHECK_PAID | 2,510,354.31 |
| 11/24/19 | CHECK 9158 | (697.81) | CHECK_PAID | 2,509,656.50 |
| 11/24/19 | CHECK 9161 | (1,519.10) | CHECK_PAID | 2,508,137.40 |
| 11/24/19 | CHECK 9254 | (511.85) | CHECK_PAID | 2,507,625.55 |
| 11/24/19 | CHECK 9258 | (1,195.33) | CHECK_PAID | 2,506,430.22 |
| 11/24/19 | CHECK 9261 | (1,347.69) | CHECK_PAID | 2,505,082.53 |
| 11/24/19 | CHECK 9283 | (835.29) | CHECK_PAID | 2,504,247.24 |
| 11/24/19 | CHECK 9293 | (1,812.15) | CHECK_PAID | 2,502,435.09 |
| 11/24/19 | CHECK 9298 | (830.77) | CHECK_PAID | 2,501,604.32 |
| 11/24/19 | CHECK 9302 | (1,643.16) | CHECK_PAID | 2,499,961.16 |
| 11/24/19 | CHECK 9369 | (179.38) | CHECK_PAID | 2,499,781.78 |
| 11/25/19 | AUTHNET GATEWAY CLICK OPTICAL 6970608120 1870568569 69164013161870568569 | 81,997.61 | ACH_CREDIT | 2,581,779.39 |
| 11/25/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 0318750838069808 43794 | (49,624.53) | ACH_DEBIT | 2,532,154.86 |
| 11/25/19 | CHECK 9003 | (1,359.15) | CHECK_PAID | 2,530,795.71 |
| 11/25/19 | CHECK 9010 | (1,202.16) | CHECK_PAID | 2,529,593.55 |
| 11/25/19 | CHECK 9033 | (1,435.66) | CHECK_PAID | 2,528,157.89 |
| 11/25/19 | CHECK 9063 | (1,207.05) | CHECK_PAID | 2,526,950.84 |
| 11/25/19 | CHECK 9085 | (808.57) | CHECK_PAID | 2,526,142.27 |
| 11/25/19 | CHECK 9102 | (669.46) | CHECK_PAID | 2,525,472.81 |
| 11/25/19 | CHECK 9133 | (325.94) | CHECK_PAID | 2,525,146.87 |
| 11/25/19 | CHECK 9237 | (1,020.05) | CHECK_PAID | 2,524,126.82 |
| 11/25/19 | CHECK 9240 | (1,110.36) | CHECK_PAID | 2,523,016.46 |
| 11/25/19 | CHECK 9247 | (1,825.28) | CHECK_PAID | 2,521,191.18 |
| 11/25/19 | CHECK 9256 | (563.07) | CHECK_PAID | 2,520,628.11 |
| 11/25/19 | CHECK 9268 | (968.68) | CHECK_PAID | 2,519,659.43 |
| 11/25/19 | CHECK 9278 | (717.82) | CHECK_PAID | 2,518,941.61 |
| 11/25/19 | CHECK 9291 | (308.92) | CHECK_PAID | 2,518,632.69 |
| 11/25/19 | CHECK 9328 | (530.96) | CHECK_PAID | 2,518,101.73 |
| 11/25/19 | CHECK 9329 | (944.12) | CHECK_PAID | 2,517,157.61 |
| 11/26/19 | ONLINE TRANSFER TO CHK ...7310 TRANSACTION#: 8021846326 04/02 | (500,000.00) | ACCT_XFER | 2,017,157.61 |
| 11/26/19 | AUTHNET GATEWAY CLICK OPTICAL 6970608120 1870568569 79392190851870568569 | 77,166.20 | ACH_CREDIT | 2,094,323.81 |
| 11/26/19 | OOGP CHICAGO IL VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 0318852353910534 43795 | (48,991.60) | ACH_DEBIT | 2,045,332.21 |

| Date | Description | | Amount | Type | Balance |
|---|---|---|---|---|---|
| 12/26/19 | CHECK 9624 | | (1,765.94) | CHECK_PAID | 2,393,954.14 |
| 12/26/19 | CHECK 9661 | | (1,482.35) | CHECK_PAID | 2,392,471.79 |
| 12/26/19 | CHECK 9667 | | (1,066.07) | CHECK_PAID | 2,391,405.72 |
| 12/26/19 | CHECK 9668 | | (1,065.47) | CHECK_PAID | 2,390,340.25 |
| 12/26/19 | CHECK 9679 | | (893.05) | CHECK_PAID | 2,389,447.20 |
| 12/26/19 | CHECK 9686 | | (2,002.41) | CHECK_PAID | 2,387,444.79 |
| 12/26/19 | CHECK 9690 | | (1,077.85) | CHECK_PAID | 2,386,366.94 |
| 12/26/19 | CHECK 9736 | | (1,065.33) | CHECK_PAID | 2,385,301.61 |
| 12/26/19 | CHECK 9762 | | (1,686.66) | CHECK_PAID | 2,383,614.95 |
| 12/26/19 | CHECK 9765 | | (957.62) | CHECK_PAID | 2,382,657.33 |
| 12/26/19 | CHECK 9767 | | (1,062.02) | CHECK_PAID | 2,381,595.31 |
| 12/27/19 | AUTHNET GATEWAY CLICK OPTICAL    6970608120 1870568569    78318285651870568569 | | 81,374.40 | ACH_CREDIT | 2,462,969.71 |
| 12/27/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 0321859180383327 43826 | | (65,815.91) | ACH_DEBIT | 2,397,153.80 |
| 12/27/19 | CHECK 9420 | | (1,613.38) | CHECK_PAID | 2,395,540.42 |
| 12/27/19 | CHECK 9479 | | (896.08) | CHECK_PAID | 2,394,644.34 |
| 12/27/19 | CHECK 9540 | | (1,229.01) | CHECK_PAID | 2,393,415.33 |
| 12/27/19 | CHECK 9548 | | (315.92) | CHECK_PAID | 2,393,099.41 |
| 12/27/19 | CHECK 9587 | | (1,086.55) | CHECK_PAID | 2,392,012.86 |
| 12/27/19 | CHECK 9627 | | (1,398.32) | CHECK_PAID | 2,390,614.54 |
| 12/27/19 | CHECK 9633 | | (1,247.43) | CHECK_PAID | 2,389,367.11 |
| 12/27/19 | CHECK 9641 | | (811.39) | CHECK_PAID | 2,388,555.72 |
| 12/27/19 | CHECK 9671 | | (1,173.79) | CHECK_PAID | 2,387,381.93 |
| 12/27/19 | CHECK 9694 | | (757.67) | CHECK_PAID | 2,386,624.26 |
| 12/27/19 | CHECK 9753 | | (919.45) | CHECK_PAID | 2,385,704.81 |
| 12/28/19 | ONLINE TRANSFER TO CHK ...7310 TRANSACTION#: 8021846326    04/02 | | (500,000.00) | ACCT_XFER | 1,885,704.81 |
| 12/28/19 | AUTHNET GATEWAY CLICK OPTICAL    6970608120 1870568569    73527938331870568569 | | 82,537.06 | ACH_CREDIT | 1,968,241.87 |
| 12/28/19 | OOGP CHICAGO IL  VIA: WELLS FARGO/111900659 REF:CLICK VISION GROUP LLC - 0321952993418053 43827 | | (64,061.44) | ACH_DEBIT | 1,904,180.43 |
| 12/28/19 | CHECK 9415 | | (1,235.59) | CHECK_PAID | 1,902,944.84 |
| 12/28/19 | CHECK 9419 | | (762.13) | CHECK_PAID | 1,902,182.71 |
| 12/28/19 | CHECK 9462 | | (1,108.53) | CHECK_PAID | 1,901,074.18 |
| 12/28/19 | CHECK 9539 | | (397.17) | CHECK_PAID | 1,900,677.01 |
| 12/28/19 | CHECK 9545 | | (763.22) | CHECK_PAID | 1,899,913.79 |
| 12/28/19 | CHECK 9565 | | (803.22) | CHECK_PAID | 1,899,110.57 |
| 12/28/19 | CHECK 9582 | | (1,649.49) | CHECK_PAID | 1,897,461.08 |
| 12/28/19 | CHECK 9586 | | (977.70) | CHECK_PAID | 1,896,483.38 |
| 12/28/19 | CHECK 9609 | | (1,043.05) | CHECK_PAID | 1,895,440.33 |
| 12/28/19 | CHECK 9611 | | (1,427.88) | CHECK_PAID | 1,894,012.45 |
| 12/28/19 | CHECK 9637 | | (1,121.97) | CHECK_PAID | 1,892,890.48 |
| 12/28/19 | CHECK 9705 | | (1,260.40) | CHECK_PAID | 1,891,630.08 |
| 12/28/19 | CHECK 9725 | | (747.51) | CHECK_PAID | 1,890,882.57 |
| 12/28/19 | CHECK 9731 | | (1,076.41) | CHECK_PAID | 1,889,806.16 |
| 12/28/19 | CHECK 9743 | | (829.23) | CHECK_PAID | 1,888,976.93 |
| 12/28/19 | CHECK 9760 | | (972.87) | CHECK_PAID | 1,888,004.06 |
| 12/29/19 | AUTHNET GATEWAY CLICK OPTICAL    6970608120 1870568569    69959691391870568569 | | 82,968.00 | ACH_CREDIT | 1,970,972.06 |

Azlo Business, Inc.
201 Mission St. 25th Floor
San Francisco, CA 94105
Direct Inquiries to (844) 295-6466

Account # ████6318



Knapton 110

DFG092

103

**EXHIBIT C1**

**NTAN Presentation: "Capitalization" Slide**

Capitalization
12

|  | Capital | Debt | Equity |
|---|---|---|---|
| Brent Simpson | $150,000 |  | 83.4% |
| J&J Family Trust |  | $250,000 [1] | 8% |
| MCT Family Trust |  | $250,000 [1] | 8% |
| Rodriguez Capital |  | $25,000 [2] | 0.6% |

[1] Debt Terms:
• Due 4/2/2020
• No Payments
• 15% Interest
• Convertible at $3.5MM
• Collataralized
[2] Debt Terms:
• Due 12/8/2018
• No Payments
• 6% Interest
8:43 / 10:57
Click Optical Presentation
Unlisted
24 views • May 24, 2018
0
0
SHARE
SAVE

**EXHIBIT C2**

**December 5, 2019 Email from Gibson to Simpson RE Bulkley Capital Issues**

# Recap of 12/4 Discussion Points

From: Dave Gibson (davegibsongfr@gmail.com)

To: brent@clickoptical.com; krodk@sbcglobal.net

Cc: bbulkley@bulkleycapital.com; soochie52@gmail.com; marty.ccrg@gmail.com

Date: Thursday, December 5, 2019, 10:15 PM CST

Gents,

Thank you both for your notes today and for hearing my thoughts yesterday.

Memorializing the discussion points:

1. **Our QofE wasn't effective.** My QofE analysis requires a comparison of TTM bank statements to books/financials for the same period.
    a. Spot checking the data we believed was supplied by the bank suggested it wasn't directly downloaded from the bank.
    b. Brent confirmed that it was assembled by Janie and was not directly from the bank, which makes the QofE ineffective.
    c. A detailed discussion of Click's AP process last night identified that three transactions for $10,000 each (to Bulkley Capital) in May, June and July were actually one check written in October, then split and backdated, which would be atypical for a cash accounting business that captures the expense (on the books) in the month the payment was made. This practice suggests that a deeper analysis of the financials would be necessary for a QofE.

2. **I delayed closing.** I pulled back on 11/14 because I hadn't received a complete TTM data set, which was representative of previous requests for data; but also because the above payments were to Bulkley Capital, which are the only transactions(s) with which I have direct awareness.
    a. I knew that Bulkley was engaged in June, suggesting that the May payment couldn't have occurred when both the books and the bank statements indicate. This concern cast doubt on both data sets.
    b. In conversation with Brad on the 19th, I asked him if he had received those payments. He indicated a) he had not received any payment from Click and b) that Brent was aware that he was sharing that information with me, and c) Click had issued a check to Bulkley sometime prior, but that the check had not arrived.
    c. Brent was given wire information sometime prior to the 19th so payment could be made via wire.
    d. I was not able to verify how/when the missing payment had been made because the data set I believed to be from the bank ended on 6/17, and the financials did not indicate a

recent payment to Bulkley.

3. **Inconsistencies in Bulkley transactions.**   Brent and I spoke on 11/20 about the delay of payments to Bulkley.   He explained that there had been a misunderstanding of the contract between Bulkley and Click.
   a. Brent mentioned that he initially believed the invoices indicated $0 due, which was consistent with his then (June-July-Aug) understanding of the contract.
   b. Brent's belief was that the monthly retainer would be captured during closing, but that the misunderstanding resulted in his issuance of a payment for $30K in November.   Brent mentioned that it was a Chase-Pay check, which means that Chase was provided the payables detail and they issued the check.   Brent was aware it had not been received, requested a stop payment, and the funds had been redeposited in his account.   *( Note: last night I mentioned to Brent that the latest bank statement file I had did not indicate the funds had been redeposited.   He mentioned that he believed the funds had been returned when we spoke, but they had not.  His discussion with Chase indicates a 3 week turnaround time. )*
   c. I suggested there was a high urgency in resolving the situation with Bulkley.

4. **Unresolved Bulkley transactions**.   I reached out to Brad on 12/3; he mentioned that he not received a payment, but that Brent told him Richard was on his way over with a physical check.   Late on 12/4, I reached out to Brad and he indicated he didn't receive the payment.
   a. Brad mentioned on 12/4 that a check for $20K had been delivered to his office.
   b. *Note:  last night Brent explained that Richard's wife was sick on 12/3 and Richard didn't understand the urgency.   He also explained that the $20K did not replace the $30K payment, but was additional to satisfy the complete $50K owed to date.   He mentioned that he would issue another check for $30K once the original $30K was returned to his account from Chase.*

5. **Request for cooperation on J&J and MCT agreements**.   In conversation between Marty, Brent and me on 10/29, I told Brent I needed my attorney to review the agreement(s) that would purchase equity owned by J&J and MCT and satisfy all commitments because any claims that J&J or MCT would have against Click, or any legacy risk of claims, would involve me post our transaction.   Given that their equity acquisition was integral to my acquisition of equity, I believed this to be a fair request.
   a. Although Brent was clear that he believes my concerns were discussed with his counsel and captured in the agreements, I was not given the opportunity to review prior to the submittal of those agreements to J&J and MCT.

**Summary:**

1. Concerns identified in due diligence aren't actually about Bulkley, this happened to be the only transaction I knew about, and the only point I chose to push deeper.   The transactions we knew to be errant identified some accounting entries that we perceive as unusual and create

doubt about our data sets.

2. Disconnects in the payment process suggest a lack of cohesion and oversight in Click's financial processes. Brent shared yesterday that he had delegated much of the financial processes to Janie. He didn't have direct access to the books, nor did he access the Chase account to provide the requested data. Janie prepared the data he provided to me. Incidentally, Janie has been terminated and at least some financial processes are being handled by a CPA firm presently.

3. Misunderstandings of the terms in the contract with Bulkley, or not resolving a perceived inconsistency; and submitting the J&J and MCT agreements without my counsel's review (counter to my request) create concern to my mind, especially in consideration of a minority position post transaction.

4. Abby and Marty are both aware of some of these details, but not all. I need to align their schedules so all three of us can discuss this in detail and proceed with a clear and focused path. I intend to do this and report back to both of you presently.

5. Whether we choose to proceed, or Click chooses to proceed with another investor, I believe the data sets must be made complete and prepared such that they can withstand scrutiny, and the misunderstandings surrounding the Bulkley contract need be resolved. Should we opt to proceed, we would need a full understanding of what led to the misunderstandings in the contract and the delay is satisfying Click's responsibilities in the contract.

Respectfully,

Dave Gibson

davegibsongfr@gmail.com

214-558-8941 (call or text)

(gmt-6)

**EXHIBIT C3**

**May 22, 2020 Email from Simpson to Henn RE**
**“May 2020 Data Release”**

# Re: Requested Items and Status

From: Brent Simpson (brent@clickoptical.com)

To: dhenn@mdholdings.com

Cc: sean@clickoptical.com

Date: Friday, May 22, 2020, 5:25 PM CDT

I see the link is being restrictive. The updated Sharepoint link is: https://clickoptical-my.sharepoint.com/:f:/p/brent/EgpusVCfGntNuwKB2weyvmcBovECzPQwMn2vSjSSTC7dcw?e=wANdAS

Thank you for your understanding.

Brent

> On May 22, 2020, at 5:02 PM, Brent Simpson <brent@clickoptical.com> wrote:
>
> Dan,
> I hope you are planning a relaxing Memorial Day Weekend and appreciate your patience as we've been navigating the challenges of the last several weeks. In hopes of getting much of the information we discussed last week, I am providing much of the information and am working with appropriate parties to get any remaining requests as quickly as possible.
>
> As a reminder or history of our accounting, we have remained focused on growth; but realized one of our greatest risks was on Accounts Payable and Financial Reporting. We had been processing all items internally. To keep moving at scale, I opted to first tackle securing Accounts Payable while seeking an internal Controller. In December 2019, I terminated our internal bookkeeper and replaced her with Bill Thompson PC, a small local firm that could process payments to vendors and ECPs. I opted for them to not tackle financial reporting since we knew we would be bringing that in house. In January 2020, we were required to diversify retail accounts due to us having higher monthly transactions, but still keeping no chargebacks. This triggered routine audits that could freeze a merchant-associated account for 2-3 weeks. All of that is a long way of stating we are working through Financial Reporting and look forward to having a dedicated resource.
>
> 1. Financial Statements (2016 through YTD) – As we've discussed, it's reported a cash basis and does not necessarily reflect account balances. In light of COVID, I am thankful we took a conservative approach and did not utilize the float of Retail accounts. After promotional discounts to patients, we had Gross Revenue of $812K, very respectable for such a treacherous month.
> 2. I have lined up business managers at two of our practices. They said they are available to talk at your convenience. If wanting information about the practice before or after your conversation, I am glad to discuss. Both are ready to talk whenever you would like.
>     a. Mathew Sanders at Tacoma Eye Care – 253-330-8226
>     b. Chad Reynolds at Vision People – 516-882-2675
> 3. The following items are available

at https://clickoptical.sharepoint.com/:f:/s/AccountingandFinance/Eojf3UmT4U9JvwBBcw5_9hIBHb7XJ_FHLji0gAdmpWpQQg?e=lrdgZH

a. An export from our Quickbooks, providing the GL for all accounts from 1/1/2017 to 9/30/2019. All transactions from October on are with Bill Thompson PC and they are having an issue exporting, but working on it over the holiday weekend.
b. To complement the bank statements previously provided from Azlo/BBVA, I have provided an Excel version providing all transactions through 12/31/2019. I am going through 2020 reports since that is when we started rotating bank accounts.
c. Operational Bank Statements for 2019.

4. The response rate report from MPD came back incorrect and it is being re-run, per edits. I anticipate it being complete by Monday.

Again, I very much appreciate your patience, diligence and insight you bring and look forward to connecting to answer any questions as they arise.

Brent

**Brent Simpson**
President
Click Vision Group LLC
Brent@clickoptical.com | O: 972-807-3195 | M: 214-532-2130 | www.clickoptical.com

**EXHIBIT C4**

**Emails from Knapton and Ketterick to Tom Howell, CPA**

# Fw: Thank you and schedule check

From: KURT KNAPTON (krodk@sbcglobal.net)

To: sean.ketterick@gmail.com

Date: Tuesday, May 26, 2020, 3:14 PM CDT

Sean-

FYI, this e-mail message has not been returned yet. Sent it on Friday just after 6pm.

Kurt

----- Forwarded Message -----
**From:** KURT KNAPTON <krodk@sbcglobal.net>
**To:** howelltom1971@gmail.com <howelltom1971@gmail.com>
**Cc:** Brent Simpson <brent@clickoptical.com>
**Sent:** Friday, May 22, 2020, 6:11:16 PM CDT
**Subject:** Thank you and schedule check

Tom-

I'm a strategic advisor and investor in Click Optical (a.k.a Click Vision Group). Brent Simpson is copied.

Just wanted to reach out to you and personally say thank you for your support of Click Optical in regards to bookkeeping and accounting services since the beginning of the year. In particular, I understand that you also helped Brent with some data extracts today (and will continue to provide support early next week as needed) for some important due diligence requests that have hit. I really appreciate that because the timeliness of the due diligence requests are strategic to the business.

Brent gave me your e-mail address because I had asked to meet you, either on Zoom, or in person now that COVID restrictions are starting to lift a bit. I live in Arlington, so Grapevine isn't to far to travel for a coffee, etc.

It would work best for the three of us to meet together. I'm pretty open next week if there are some days and times that could work on you side.

Best Regards,

Kurt

Kurt Knapton
817.307.2898
RealmResources.net

# Re: Confirming Click Accounting Call with investor Dan Henn

From: Sean Ketterick (sean@clickoptical.com)

To: tomhowell1971@gmail.com

Cc: brent@clickoptical.com

Date: Tuesday, June 9, 2020, 11:38 AM CDT

Tom,

Wanted to follow-up again from last Thursday; could you provide specific times this week you're available to meet with our investors for cash reconciliation?

Best, Sean

Seán D. Ketterick | COO
972-807-3179
www.GetClickOptical.com

---

**From:** Sean Ketterick <sean@clickoptical.com>
**Sent:** Monday, June 8, 2020 3:59 PM
**To:** tomhowell1971@gmail.com <tomhowell1971@gmail.com>
**Cc:** Brent Simpson <brent@clickoptical.com>
**Subject:** Re: Confirming Click Accounting Call with investor Dan Henn

Tom,

Could you provide a few specific windows of time for this cash reconciliation meeting so we can schedule it this week with our potential investor, Dan Henn?

Thanks, Sean

Seán D. Ketterick | COO
972-807-3179
www.GetClickOptical.com

---

**From:** Sean Ketterick
**Sent:** Thursday, June 4, 2020 10:58 AM
**To:** tomhowell1971@gmail.com <tomhowell1971@gmail.com>
**Cc:** Brent Simpson <brent@clickoptical.com>
**Subject:** Confirming Click Accounting Call with investor Dan Henn

Tom,

Really important for Brent and me, could you confirm a specific hour between 2-5pm Today that you're available for a Zoom video call with Brent, myself, and our potential investor, Dan Henn for wrapping up cash reconciliation?

**I have Brent CC'd on the e-mail as he's busy with some other stuff at the moment so I'm reaching out to help close the loop.

Dan's just trying to figure out how to reduce the variance when he's reconciling cash. Brent and I suspect that the cash left in the Azlo accounts accounts for a lot of the variance since it's really a short-term accounts payable to the distributors.

Again, just need a specific hour you're good between 2-5pm today.

Thanks, Sean

Seán D. Ketterick | COO
972-807-3179
www.GetClickOptical.com

**EXHIBIT C5**

**December 2020 Strategic Planning Meeting Slide
That References William Atkinson Assoc.**

Knapton 125

DFG107

**EXHIBIT C6**

**Chart Reflecting Active Customer Practices**



Appendix (Exhibits A - M) Page 127 of 318

Active Accounts
y = 14.586x + 23.054
400
350
300
250
200
150
100
50
0
42940
42970
43000
43030
43060
43090
43120
43150
43180
43210
43240
43270
43300
43330
43360
43390
43420
43450
43480
43510
43540
43570
43600
43630

Knapton 127

DFG109

120

Appendix (Exhibits A - M) Page 128 of 318

**EXHIBIT C7**

**Chart Reflecting Order Data**

Knapton 128

DFG110

121



Knapton 129

DFG111

**EXHIBIT C8**

**Analysis of Customer Contact Lens Click-Through and
Direct Response Data**

Analysis of Customer Contact Lens Click-Through and Direct Response Data (provided by Brent Simpson during Dan Henn investment due diligence data request)

Data provided to Dan Henn, Kurt Knapton, and Reid Walker

Analysis done by Dan Henn, Sean Ketterick and Kurt Knapton

Open Rate:
Scatter chart. All Data
y = 3E-05x + 0.8867
R² = 0.00854
100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
0
50
100
150
200
250
300
350
400

Rx Retrieval/Communication Sent
Scatter Chart, All Data
y = 4E-06x + 0.4619
R² = 0.0003
100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
0
50
100
150
200
250
300
350
400

Appendix (Exhibits A - M) Page 133 of 318

**EXHIBIT D1**

**Original Notice of Records Inspection**

Knapton 133

DFG115

126

Dawson Forensic Group

Steve Dawson CPA, CFE
steve@dawsonforensics.com

P.O. Box 54462
Lubbock, Texas 79453
(806) 368-5779

Jeff D. Smith CFE
jeff@dawsonforensics.com

December 14, 2020

Via Email to Brent Simpson at brent@clickoptical.com

and Via Federal Express to:

Brent Simpson, CEO
Click Vision Group, LLC
14555 Dallas Parkway, Suite 100-272
Dallas, Texas 75254

RE: Records Inspection / Audit

As you are aware, Kurt Knapton has engaged our firm to perform an inspection of the records of Click Vision Group, LLC (the "Company") in accordance with Section 9.2.B of the Company Agreement. This inspection will include the time period from December 20, 2016 to December 9, 2020.

Our inspection will include an analysis of the Company's "Accounting Records". To remove any doubt as to what we define as "Accounting Records", the following information is provided:

Definition:

Accounting Records represent the accounting of all financial transactions of an organization, which includes the ultimate financial reporting, along with the underlying documentation that supports those transactions.

Levels:

The Levels of accounting records are presented below beginning with the highest "level":

*Financial Statements (Balance Sheet, Income Statement, Statement of Cash Flows)*

- This represents the highest level of Accounting Records in that the financial statements represent the final results of the accounting process. Financial statement line-items include the grouping of Accounts, and their respective account balances, in a manner that presents Assets, Liabilities, Equities, Revenues, Expenses, and Net Income for a time period.

*Trial Balance*

- A Trial Balance provides a listing of each individual Account and its balance. The trial balance thus is a breakdown of the accounts that are presented in a grouped format on the Financial Statements.

*General Ledger*

- The General Ledger provides the detail of each Transaction included within each Account. Accordingly, the General Ledger provides the minutiae necessary to determine "how" transactions are recorded and presented.

The above three "records" are typically contained in the digital file of the accounting software used by an organization.

*Underlying Documentation*

- The Financial Statements, Trial Balances, and General Ledgers provide the financial information in a format that addresses the question of "what is", and how the "what is" was derived ("what is" the financial position and results of operations of the organization, and how was it derived?).

  The Underlying Documentation provides the information necessary to determine that the "what is" is "what it should be" (e.g., is supported and is properly classified).

  Underlying Documentation is represented by any valid source document that supports a specific transaction. For revenues this can be billing records, billing statements, and the like. For expenses, this is typically inclusive of invoices for disbursements, purchase orders, and the like.

*Bank Statements*

- The Bank Statement is considered to be a third-party document that provides information into what actually went through the financial processes of the organization (deposits and disbursements). The Bank Statement provides information that typically assists in converting financial statement information from an accrual basis to a cash basis. A comparison of bank statement information with general ledger recorded information reveals discrepancies in recording, if any exist.

*Tax Returns*

- Tax returns provide information as to how the financial results were reported for various tax purposes (state and federal income tax, sales and use tax, etc.). Tax returns are utilized to determine completeness and propriety of reporting the results of operations.

This engagement can be performed via an on-site visit at the location where these records are maintained, and/or through the exchange of documentation utilizing electronic data / file sharing methods.

Please contact Steve Dawson CPA, CFE of the Dawson Forensic Group by phone at 806-368-5779 or by email to steve@dawsonforensics.com to coordinate the process of information exchange. We thank you in advance for your immediate attention to this matter.

Respectfully submitted,

[signature] CPA, CFE

Steve Dawson CPA, CFE
Dawson Forensic Group

**EXHIBIT D2**

**Affidavit of Kurt Knapton**

**STATE OF TEXAS §**

**____________ COUNTY §**

**AFFIDAVIT OF KURT KNAPTON**

BEFORE ME, the undersigned notary, on this day personally appeared Kurt Knapton attesting to the following:

"My name is Kurt Knapton, an accredited investor in Click Vision Group, LLC. I am over the age of 18 and am of sound mind and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I have reviewed the contents of the Forensic Analysis / Investigation - Initial Issuance Report dated January 22, 2021 issued by the Dawson Forensic Group to which this affidavit is attached. Regarding the contents of the Report, I attest to the following:

- All statements in the Executive Summary that are attributed to me represent a true and accurate representation of statements made by me to the investigation team of the Dawson Forensic Group.

Further affiant sayeth not".

________________________________________
Kurt Knapton

SWORN TO and subscribed before me by Kurt Knapton on this _______ day of ________ 2021.

________________________________________
Notary Public in and for the State of Texas
My commission expires: _________________

EXHIBIT E

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | March 20, 2017 | Card Purchase 03/18 Frisco Cdjr 2148724770 TX Card 0750 (Chystler Dodge Jeep Ram) | x | AUTOMOTIVE | Personal Auto Dealership | $ 3,000.00 | | |
| Chase | June 15, 2020 | 06/14 Autosolutionseshop Vilnius, Lith Card 1587 | x | AUTOMOTIVE | Personal Auto Expense | $ 159.95 | | |
| PNC BBVA AZLO | March 15, 2021 | CHECKCARD PURCHASE - ADVANCE AUTO 759 VISA 3039070103/14/21 CARD XXXXXX 3944 POS AT ADVANCE AUTO 7595 CARROLLTONTX | x | AUTOMOTIVE | Personal Auto Expense | $ 4.32 | | |
| PNC BBVA AZLO | March 16, 2021 | CHECK CLEARED (HUFFINES JEEP) | x | AUTOMOTIVE | Personal Auto Expense | $ 10,000.00 | | |
| PNC BBVA AZLO | March 16, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/14/21 CAR WASH USA EXPRESS - CARROLLTON TX | x | AUTOMOTIVE | Personal Auto Expense | $ 12.00 | | |
| PNC BBVA AZLO | March 16, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/15/21 TX VEHICLREGTXRENEWAL 8882064902 FL | x | AUTOMOTIVE | Personal Auto Expense | $ 91.50 | | |
| PNC BBVA AZLO | August 30, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 08/27/21 WHITEWATER CAR WASH- W FLOWER MOUND TX | x | AUTOMOTIVE | Personal Auto Expense | $ 5.00 | | |
| PNC BBVA AZLO | February 25, 2021 | DEBIT FOR GEICO 'AUTO PRIVACYCOM CO REF- TN: 2218996 | x | AUTOMOTIVE | Personal Auto Insurance | $ 125.03 | | |
| PNC BBVA AZLO | March 26, 2021 | DEBIT FOR GEICO 'AUTO PRIVACYCOM CO REF- TN: 2654949 | x | AUTOMOTIVE | Personal Auto Insurance | $ 125.08 | | |
| PNC BBVA AZLO | April 22, 2021 | DEBIT FOR GEICO 'AUTO PRIVACYCOM CO REF- TN: 2572658 | x | AUTOMOTIVE | Personal Auto Insurance | $ 179.78 | | |
| Chase | March 15, 2019 | Card Purchase With Pin 03/15 Discount-Tire-CO 3408 Carrollton TX Card 9682 | x | AUTOMOTIVE | Personal Auto Repair | $ 739.31 | | |
| Chase | January 17, 2018 | Card Purchase With Pin 01/17 Discount-Tire-CO 3408 Carrollton TX Card 3490 | x | AUTOMOTIVE | Personal Car Service | $ 235.51 | | |
| Chase | July 20, 2017 | Card Purchase 07/19 Hydroclean - Lewisvill Lewisville TX Card 3490 | x | AUTOMOTIVE | Personal Car Wash Service | $ 13.00 | | |
| Chase | November 7, 2017 | Card Purchase 11/06 Hydroclean - Lewisvill Lewisville TX Card 3490 | x | AUTOMOTIVE | Personal Car Wash Service | $ 13.00 | | |
| Chase | January 16, 2018 | Card Purchase 01/15 Hydroclean - Lewisvill Lewisville TX Card 3490 | x | AUTOMOTIVE | Personal Car Wash Service | $ 13.00 | $ 14,716.48 ✓ | 15 ✓ |
| Chase | December 30, 2016 | 12/28 Online Payment 5896066187 To Texas Child Support | x | CHILD SUPPORT | Child Support | $ 543.62 | | |
| Chase | October 11, 2017 | 10/11 Online Payment 6581844786 To Texas Child Support | x | CHILD SUPPORT | Child Support | $ 543.62 | | |
| Chase | April 17, 2018 | 04/17 Online Payment 7071217007 To Texas Child Support | x | CHILD SUPPORT | Child Support | $ 1,630.86 | | |
| Chase | February 12, 2019 | 02/12 Online Payment 7934157197 To Texas Child Support | x | CHILD SUPPORT | Child Support | $ 317.08 | | |
| Chase | March 11, 2020 | 03/11 Online Payment 9288572551 To Texas Child Support | x | CHILD SUPPORT | Child Support | $ 1,174.00 | | |
| Chase | June 16, 2020 | 06/15 Online Payment 9785374497 To Texas Child Support | x | CHILD SUPPORT | Child Support | $ 1,174.00 | | |
| Chase | January 22, 2021 | 01/22 Online Payment 11047330801 To Texas Child Support | x | CHILD SUPPORT | Child Support | $ 998.54 | $ 6,381.72 ✓ | 7 ✓ |
| Chase | November 6, 2017 | Card Purchase 11/04 Trinity Christian Acad Addison TX Card 3490 | x | CHILDREN'S ENTERTAINMENT | Personal Children's Education | $ 25.00 | | |
| Chase | July 11, 2017 | Card Purchase 07/09 Fort Worth Museum of SC Fort Worth TX Card 3490 | x | CHILDREN'S ENTERTAINMENT | Personal Children's Entertainment | $ 125.00 | | |
| Chase | September 25, 2017 | Card Purchase 09/25 Plano Childrens Theatr 972-4222575 TX Card 3490 | x | CHILDREN'S ENTERTAINMENT | Personal Children's Entertainment | $ 250.00 | | |
| Chase | September 25, 2017 | Card Purchase 09/25 Plano Childrens Theatr 972-4222575 TX Card 3490 | x | CHILDREN'S ENTERTAINMENT | Personal Children's Entertainment | $ 50.00 | | |
| Chase | June 19, 2017 | Card Purchase 06/16 Disney Ftesorts-Ftese 4078285630 FL Card 3490 | x | CHILDREN'S ENTERTAINMENT | Personal Disney Resorts | $ 223.88 | $ 673.88 ✓ | 5 ✓ |
| PNC BBVA AZLO | August 30, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 08/28/21 THE PORCH DALLAS TX | x | CHURCH EXPENSE | Personal Church Expense | $ 63.05 | $ 63.05 ✓ | 1 ✓ |
| Chase | January 25, 2019 | 01/24 Mgm Grand - Whiskey Dow Las Vegas NV Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 39.64 | | |
| Chase | January 25, 2019 | 01/24 Mgm Grand - Whiskey Dow Las Vegas NV Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 39.64 | | |
| Chase | January 25, 2019 | 01/25 Mgm Grand - Whiskey Dow Las Vegas NV Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 39.64 | | |
| Chase | January 28, 2019 | 01/24 American AirOOl 02798413 Fort Worth TX Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 40.00 | | |
| Chase | January 28, 2019 | 01/24 Curb- Taxi App Long Island C NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 38.65 | | |
| Chase | January 28, 2019 | 01/27 Sig - Front Desk 8552755733 NV Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 125.85 | | |
| Chase | January 28, 2019 | 01/27 Sig - Front Desk 8552755733 NV Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 212.62 | | |
| Chase | January 28, 2019 | 01/24 Biscayne Las Vegas NV Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 8.50 | | |
| Chase | January 28, 2019 | 01/24 Biscayne Las Vegas NV Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 7.50 | | |
| Chase | January 28, 2019 | 01/25 Johnny Rockets #309 702-3671166 NV Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 20.52 | | |
| Chase | January 28, 2019 | 01/25 Sig - Starbuckl Las Vegas NV Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 5.14 | | |
| Chase | January 28, 2019 | 01/25 Pan Asian Express #300 Las Vegas NV Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 18.36 | | |
| Chase | January 28, 2019 | 01/25 Mgm Grand - Whiskey Dow Las Vegas NV Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 34.64 | | |
| Chase | January 28, 2019 | 01/25 Starbucks Coffee Las Vegas NV Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 10.88 | | |
| Chase | January 28, 2019 | 01/26 Bonanno's NY Pizza #30 702-3671166 NV Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 8.54 | | |
| Chase | January 28, 2019 | 01/26 Public House Las Vegas NV Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 35.23 | | |
| Chase | January 28, 2019 | 01/26 Sig - Grnd Delight Las Vegas NV Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 6.22 | | |
| Chase | January 28, 2019 | 01/26 Sig - Grnd Delight Las Vegas NV Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 17.43 | | |
| Chase | January 28, 2019 | 01/26 Mgm Grd Starbucks IN Di Las Vegas NV Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 11.50 | | |
| Chase | January 28, 2019 | 01/26 Curb- Taxi App Long Island C NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 16.28 | | |

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | January 28, 2019 | 01/27 Curb- Taxi App Long Island C NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 18.84 | | |
| Chase | January 28, 2019 | Card Purchase With Pin 01/27 Hudson St1376 Las Vegas NV Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 3.49 | | |
| Chase | January 28, 2019 | 01/27 Stella Artois De Las Las Vegas NV Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Las Vegas Trip - Personal | $ 23.03 | | |
| Chase | March 22, 2019 | 03/20 Polynesian Restaurant 724-2831878 NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 271.91 | | |
| Chase | March 22, 2019 | 03/20 Daves Tavern New York NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 70.00 | | |
| Chase | March 22, 2019 | 03/20 Daves Tavern New York NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 20.00 | | |
| Chase | March 22, 2019 | 03/21 Accents #1668 New York NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 7.89 | | |
| Chase | March 22, 2019 | 03/21 Carmine's New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 49.64 | | |
| Chase | March 22, 2019 | 03/21 Shanghai Mong New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 171.16 | | |
| Chase | March 25, 2019 | 03/21 Shortys - 9th Ave Per J New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 61.17 | | |
| Chase | March 25, 2019 | 03/21 The Rum House New York NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 52.73 | | |
| Chase | March 25, 2019 | 03/22 Stout New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 36.57 | | |
| Chase | March 25, 2019 | 03/21 Lucys Cantina Royale - 212-6349100 NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 86.92 | | |
| Chase | March 25, 2019 | 03/22 Clyde Frazier S Wine An New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 90.39 | | |
| Chase | March 25, 2019 | 03/22 Ward III LLC New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 213.35 | | |
| Chase | March 25, 2019 | 03/22 Nyc Taxi 3E88 000-0000000 NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 16.28 | | |
| Chase | March 25, 2019 | 03/22 The Smith East Vi Hag New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 22.51 | | |
| Chase | March 25, 2019 | 03/22 The Smith East Villag New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 125.61 | | |
| Chase | March 25, 2019 | 03/22 Curb- Taxi App Long Island C NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 14.08 | | |
| Chase | March 25, 2019 | 03/23 Nurse Bettie New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 40.00 | | |
| Chase | March 25, 2019 | 03/23 Marshall Stack New York NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 40.00 | | |
| Chase | March 25, 2019 | 03/23 Nyctaxi2G75 Long Is City NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 20.75 | | |
| Chase | March 25, 2019 | 03/23 Jacob Javits Cc Concess New York NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 14.00 | | |
| Chase | March 25, 2019 | 03/23 Jacob Javits Cc Concess New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 16.75 | | |
| Chase | March 25, 2019 | 03/23 Jacob Javits Cc Concess New York NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 16.50 | | |
| Chase | March 25, 2019 | 03/23 Nyctaxi4D78 Long Is City NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 12.30 | | |
| Chase | March 25, 2019 | 03/23 W New York Ts Living Ro New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 142.03 | | |
| Chase | March 25, 2019 | Card Purchase With Pin 03/23 Riu Plaza NY Times Squ New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 30.05 | | |
| Chase | March 25, 2019 | 03/23 Scarlatto New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 85.82 | | |
| Chase | March 26, 2019 | 03/22 The Back Room New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 54.00 | | |
| Chase | March 26, 2019 | 03/22 The Back Room New York NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 36.00 | | |
| Chase | March 27, 2019 | 03/24 The New Yorker Hotel New York NY Card 4864 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 126.28 | | |
| Chase | March 27, 2019 | 03/24 The New Yorker Hotel New York NY Card 9682 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | New York Trip - Personal | $ 126.28 | | |
| Chase | July 24, 2017 | Card Purchase 07/21 The Wave Lounge CO Lake Buena VI FL Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Florida Travel | $ 65.37 | | |
| Chase | July 24, 2017 | Card Purchase 07/21 Wolfgang Puck 590261 Lake Buena VI FL Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Florida Travel | $ 182.30 | | |
| Chase | July 24, 2017 | Card Purchase 07/21 Sq *US Express Taxi Orlando FL Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Florida Travel | $ 35.60 | | |
| Chase | July 24, 2017 | Card Purchase 07/21 The Wave Lounge CO Lake Buena VI FL Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Florida Travel | $ 18.06 | | |
| Chase | July 24, 2017 | Card Purchase 07/22 Jeffrey's Coffee #11 Lake Buena VI FL Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Florida Travel | $ 11.58 | | |
| Chase | July 24, 2017 | Card Purchase With Pin 07/22 The UPS Store #6442 12 Orlando FL Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Florida Travel | $ 123.81 | | |
| Chase | June 9, 2017 | Card Purchase 06/08 Marina Inn Grande Dun Myrtle Beach SC Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Myrtle Beach Travel | $ 160.84 | | |
| Chase | June 9, 2017 | Card Purchase 06/09 Uber *US Jun08 7VAN 800-592-8996 CA Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Myrtle Beach Travel | $ 12.33 | | |
| Chase | June 9, 2017 | Card Purchase 06/09 Uber 'US Jun09 42Pn 800-592-8996 CA Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Myrtle Beach Travel | $ 5.90 | | |
| Chase | June 12, 2017 | Card Purchase 06/09 Uber 'US Jun09 Gswt 800-592-8996 CA Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Myrtle Beach Travel | $ 18.42 | | |
| Chase | June 12, 2017 | Card Purchase 06/09 Kingston Plantation F Myrtle Beach SC Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Myrtle Beach Travel | $ 108.90 | | |
| Chase | June 12, 2017 | Card Purchase 06/10 Uber 'US Jun10 7Jmq 800-592-8996 CA Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Myrtle Beach Travel | $ 16.88 | | |
| Chase | June 12, 2017 | Card Purchase 06/10 Uber 'US JunW Adf2 800-592-8996 CA Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Myrtle Beach Travel | $ 35.90 | | |

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | June 12, 2017 | Card Purchase 06/11 Uber 'US Jun11 Xqlm 800-592-8996 CA Card 3490 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Myrtle Beach Travel | $ 19.77 | | |
| Chase | April 17, 2017 | Card Purchase 04/14 The Restaurant @ Copia Napa CA Card 0750 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal NAPA Valley Winery Tours | $ 128.42 | | |
| Chase | April 17, 2017 | Card Purchase 04/14 Stags Leap Wine Shop Napa CA Card 0750 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal NAPA Valley Winery Tours | $ 154.64 | | |
| Chase | April 17, 2017 | Card Purchase 04/15 Uber *US Apr14 Boul 800-592-8996 CA Card 0750 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal NAPA Valley Winery Tours | $ 24.66 | | |
| Chase | April 17, 2017 | Card Purchase 04/15 Castello Di Amoros Calistoga CA Card 0750 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal NAPA Valley Winery Tours | $ 105.60 | | |
| Chase | April 17, 2017 | Card Purchase 04/15 Inglenook Rutherford CA Card 0750 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal NAPA Valley Winery Tours | $ 96.98 | | |
| Chase | April 17, 2017 | Card Purchase 04/15 Inglenook Rutherford CA Card 0750 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal NAPA Valley Winery Tours | $ 80.81 | | |
| Chase | April 17, 2017 | Card Purchase 04/16 Silverado F And B Napa CA Card 0750 | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal NAPA Valley Winery Tours | $ 192.90 | | |
| PNC BBVA AZLO | March 29, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/29/21 AIRBNB HM48J52RJD AIRBNB.COM CA | x | DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | Personal Travel | $ 269.63 | $ 4,722.41 ✓ | 75 ✓ |
| Chase | September 1, 2017 | Card Purchase 08/31 Bobs Steak And Chop Hou Grapevine TX Card 3490 | x | EXCESSIVE MEAL CHARGE | Excessive Meal Charge | $ 3,267.40 | | |
| Chase | October 10, 2017 | Card Purchase 10/08 Jaspers Plano TX Card 3490 | x | EXCESSIVE MEAL CHARGE | Excessive Meal Charge | $ 506.51 | | |
| Chase | November 10, 2017 | Card Purchase 11/09 The Standard Pour Dallas TX Card 3490 | x | EXCESSIVE MEAL CHARGE | Excessive Meal Charge | $ 340.11 | | |
| Chase | July 28, 2020 | 07/27 Perrys Steak House & G Dallas TX Card 1587 | x | EXCESSIVE MEAL CHARGE | Excessive Meal Charge | $ 501.09 | | |
| Chase | April 18, 2017 | Card Purchase 04/17 Midnight Rambler Dallas TX Card 0750 | x | EXCESSIVE MEAL CHARGE | Personal Hotel Bar | $ 132.42 | | |
| Chase | April 20, 2017 | Card Purchase 04/18 #43 Ocean Prime Dallas Dallas TX Card 0750 | x | EXCESSIVE MEAL CHARGE | Personal Meal | $ 228.49 | $ 4,976.02 ✓ | 6 ✓ |
| Chase | May 7, 2020 | Card Purchase 05/07 Fbfundraiser Stripe. Com CA Card 1587 | x | FUNDRAISING | Personal Fundraiser | $ 2,499.00 | | |
| Chase | March 13, 2017 | Card Purchase With Pin 03/13 The Home Depot #6572 Flower Mound TX Card 0750 | x | HOME IMPROVEMENT/EXPENSE | Personal Home Maintenance | $ 44.65 | | |
| Chase | April 4, 2017 | Card Purchase With Pin 04/04 The Home Depot #6572 Flower Mound TX Card 0750 | x | HOME IMPROVEMENT/EXPENSE | Personal Home Maintenance | $ 188.27 | | |
| Chase | July 3, 2017 | Card Purchase With Pin 07/03 The Home Depot #6572 Flower Mound TX Card 3490 | x | HOME IMPROVEMENT/EXPENSE | Personal Home Maintenance | $ 728.24 | | |
| Chase | July 12, 2018 | 07/12 Online Payment 7307813429 To Woodlake Estates Hoa | x | HOME IMPROVEMENT/EXPENSE | Personal Home Owner's Assoc. | $ 290.00 | | |
| PNC BBVA AZLO | March 23, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/22/21 Chorbie 972-6975221 TX | x | HOME IMPROVEMENT/EXPENSE | Personal Home Repair/Services | $ 59.54 | | |
| PNC BBVA AZLO | April 1, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/31/21 Chorbie 972-6975221 TX | x | HOME IMPROVEMENT/EXPENSE | Personal Home Repair/Services | $ 450.68 | | |
| PNC BBVA AZLO | April 6, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/05/21 Chorbie 972-6975221 TX | x | HOME IMPROVEMENT/EXPENSE | Personal Home Repair/Services | $ 29.77 | | |
| PNC BBVA AZLO | April 13, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/12/21 Chorbie 972-6975221 TX | x | HOME IMPROVEMENT/EXPENSE | Personal Home Repair/Services | $ 29.77 | | |
| PNC BBVA AZLO | April 20, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/19/21 Chorbie 972-6975221 TX | x | HOME IMPROVEMENT/EXPENSE | Personal Home Repair/Services | $ 29.77 | | |
| PNC BBVA AZLO | April 23, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/22/21 Chorbie 972-6975221 TX | x | HOME IMPROVEMENT/EXPENSE | Personal Home Repair/Services | $ 81.18 | | |
| PNC BBVA AZLO | May 4, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 05/03/21 Chorbie 972-6975221 TX | x | HOME IMPROVEMENT/EXPENSE | Personal Home Repair/Services | $ 29.77 | | |
| PNC BBVA AZLO | May 11, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 05'10/21 Chorbie 972-6975221 TX | x | HOME IMPROVEMENT/EXPENSE | Personal Home Repair/Services | $ 29.77 | | |
| PNC BBVA AZLO | May 18, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 05'17/21 Chorbie 972-6975221 TX | x | HOME IMPROVEMENT/EXPENSE | Personal Home Repair/Services | $ 29.77 | | |
| PNC BBVA AZLO | August 30, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 08/27/21 NEIGHBORHOOD SERVICES DALLAS TX | x | HOME IMPROVEMENT/EXPENSE | Personal Home Repair/Services | $ 19.24 | | |
| Chase | January 16, 2018 | Card Purchase 01/15 Neighborhood Services Dallas TX Card 3490 | x | HOME IMPROVEMENT/EXPENSE | Personal Home Services | $ 45.97 | | |
| Chase | January 30, 2018 | Card Purchase 01/29 Neighborhood Services Dallas TX Card 3490 | x | HOME IMPROVEMENT/EXPENSE | Personal Home Services | $ 102.06 | $ 4,687.45 ✓ | 17 ✓ |
| Chase | April 24, 2017 | 04/24 Online Wire Transfer Via: Eecu FT Worth/311981614 A/C: Jeanne Simpson Keller TX 76248 US Imad: 0424B1Qgc07C003968 Trn: 4765000114Es | x | PAYMENT TO MOTHER | Personal Transfer of Money to Mothe | $ 3,870.00 | | |
| Chase | April 24, 2017 | 04/24 Online Wire Transfer Via: Eecu FT Worth/311981614 A/C: Jeanne Simpson Keller TX 76248 US Imad: 0424B1 Qgc08C007486 Trn: 4776000114Es | x | PAYMENT TO MOTHER | Personal Transfer of Money to Mothe | $ 3,870.00 | | |
| Chase | March 12, 2021 | 03/12 Online Domestic Wire Transfer Via: Eecu FT Worth/311981614 A/C: Jeanne Simpson Keller TX 76248 US Imad: 0312B1Qgc01 C001876 Trn: 3069021071 Es | x | PAYMENT TO MOTHER | Personal Transfer of Money to Mothe | $ 14,000.00 | $ 21,740.00 ✓ | 3 ✓ |
| Chase | March 14, 2017 | Card Purchase 03/13 007Fbv Studio Movie Gri Lewisville TX Card 0750 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 58.17 | | |

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | April 3, 2017 | Card Purchase 03/31 Olive Tree Cafe/Comedy New York NY Card 0750 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 77.68 | | |
| Chase | January 24, 2018 | Card Purchase 01/22 Mercy Wine Bar Dallas TX Card 3490 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 144.49 | | |
| Chase | July 9, 2018 | 07/07 Dolphin Discovery Coz Cozumel Qroo Card 3490 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 206.00 | | |
| Chase | October 25, 2018 | 10/25 Moviehouse & Eatery Flower Mound TX Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 69.91 | | |
| Chase | March 18, 2019 | Card Purchase With Pin 03/17 Gamestop #1561 3634 L Flower Mound TX Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 34.94 | | |
| Chase | November 13, 2020 | 11/12 Hyatt Zilara Cancun 9543613551 VA Card 1587 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 1,606.50 | | |
| Chase | November 13, 2020 | 11/12 Hyatt Zilara Cancun 9543613551 VA Card 1587 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 1,285.20 | | |
| Chase | September 28, 2022 | Card Purchase 09/27 Mirage - Essentials Las Vegas NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 41.64 | | |
| Chase | September 28, 2022 | Card Purchase 09/27 Mirage_Fb_Parlor Lounge Las Vegas NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 42.72 | | |
| PNC BBVA AZLO | March 15, 2021 | DEBIT FOR KINDLE UNLTD*IQ4 PRIVACYCOM CO REF- TN: 9956496 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 10.81 | | |
| PNC BBVA AZLO | March 15, 2021 | DEBIT FOR NETFLIX.COM PRIVACYCOM CO REF- TN: 2795920 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 19.47 | | |
| PNC BBVA AZLO | March 15, 2021 | DEBIT FOR WALMART GROCERY PRIVACYCOM CO REF- TN: 7237398 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 72.24 | | |
| PNC BBVA AZLO | March 16, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03*15/21 HLU'Hulu 707707653394-U HULU.COM/BILLCA | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 12.98 | | |
| PNC BBVA AZLO | March 22, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/17/21 PERRYS STEAKHOUSE AND GRAPEVINE TX | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 189.67 | | |
| PNC BBVA AZLO | March 23, 2021 | DEBIT FOR NINTENDO *AME PRIVACYCOM CO REF- TN: 1449103 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 4.32 | | |
| PNC BBVA AZLO | March 25, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/23/21 KONA GRILL PLANO PLANO TX | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 183.71 | | |
| PNC BBVA AZLO | April 2, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/01/21 THE TAVERN AT LAKESIDE FLOWER MOUND TX | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 63.23 | | |
| PNC BBVA AZLO | April 12, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/10/21 HLU'Hulu 707707651542-U HULU.COM/BILLCA | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 12.98 | | |
| PNC BBVA AZLO | April 13, 2021 | DEBIT FOR CAPITAL ONE ONLINE PMT CO REF- 3FPFVTH6CCSHULU | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 61.26 | | |
| PNC BBVA AZLO | April 14, 2021 | DEBIT FOR NETFLIX.COM PRIVACYCOM CO REF- TN: 1068456 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 19.47 | | |
| PNC BBVA AZLO | April 14, 2021 | DEBIT FOR KINDLE UNLTD'MJB PRIVACYCOM CO REF- TN: 7094073 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 10.81 | | |
| PNC BBVA AZLO | April 20, 2021 | DEBIT FOR NINTENDO *AME PRIVACYCOM CO REF- TN: 2455906 | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 4.32 | | |
| PNC BBVA AZLO | May 11, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 05'10/21 HLU'Hulu 707707652028-U HULU.COM/BILLCA | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 12.98 | | |
| PNC BBVA AZLO | August 30, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 08/28/21 THE TAVERN AT LAKESIDE FLOWER MOUND TX | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 21.97 | | |
| PNC BBVA AZLO | August 30, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 08/28/21 THE TAVERN AT LAKESIDE FLOWER MOUND TX | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 42.78 | | |
| PNC BBVA AZLO | August 30, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 08/27/21 MIO NONNA TRATTORIA FLOWER MOUND TX | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 63.04 | | |
| PNC BBVA AZLO | August 30, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 08/29/21 BAR LOUIE ALLEN ALLEN TX | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 40.31 | | |
| PNC BBVA AZLO | September 3, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 09/02/21 SO •EPIC GELATO - FLOWE Flower Mound TX | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 13.26 | | |
| PNC BBVA AZLO | September 7, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 09/05/21 1845 TASTE TEXAS 972-4899750 TX | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 108.94 | | |
| PNC BBVA AZLO | September 7, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 09/07/21 1845 TASTE TEXAS 972-4899750 TX | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 48.30 | | |
| PNC BBVA AZLO | September 9, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 09/08/21 THE TAVERN AT LAKESIDE FLOWER MOUND TX | x | PERSONAL ENTERTAINMENT | Personal Entertainment | $ 15.65 | | |
| Chase | January 18, 1900 | Card Purchase With Pin 09/29 Optica Las Vegas NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Travel Entertainment | $ 194.84 | | |
| Chase | October 1, 2018 | 09/30 Mirage - Hotel & Casino 8552755733 NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Travel Entertainment | $ 2,533.75 | | |
| Chase | October 1, 2018 | 09/28 Palazzo Stadium Club Las Vegas NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Travel Entertainment | $ 74.79 | | |
| Chase | October 1, 2018 | 09/29 Grand Lux Cafe Venetian Las Vegas NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Travel Entertainment | $ 37.86 | | |
| Chase | October 1, 2018 | 09/28 Mirage - Essentials Las Vegas NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Travel Entertainment | $ 79.28 | | |
| Chase | October 1, 2018 | 09/28 Mirage - Otoro Las Vegas NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Travel Entertainment | $ 222.90 | | |
| Chase | October 1, 2018 | 09/29 Bouchon Bistro @ The Ve Las Vegas NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Travel Entertainment | $ 64.50 | | |
| Chase | October 1, 2018 | 09/30 Trattoria Del Lupo 702-7405522 NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Travel Entertainment | $ 35.23 | | |
| Chase | October 1, 2018 | 09/29 Mb Michael Jackson Tk 855-275-5733 NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Travel Entertainment | $ 160.65 | | |
| Chase | October 1, 2018 | 09/30 Stella Artois De Las Las Vegas NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Travel Entertainment | $ 11.52 | | |
| Chase | October 2, 2018 | 09/30 Taxi Svc Las Vegas Las Vegas NV Card 9682 | x | PERSONAL ENTERTAINMENT | Personal Travel Entertainment | $ 24.53 | | |

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | June 25, 2018 | Card Purchase 06/24 Rushmypassport.Com 866-261-1277 FL Card 3490 | x | PERSONAL ENTERTAINMENT | Personal Travel Expense | $ 296.45 | | |
| Chase | January 7, 2019 | 01/05 Bt Seatgeek Tickets 8885064101 NY Card 9682 | x | PERSONAL ENTERTAINMENT | Pesronal Entertainment | $ 762.00 | | |
| Chase | January 7, 2019 | 01/05 Stubhub, Inc. 8667882482 CA Card 9682 | x | PERSONAL ENTERTAINMENT | Pesronal Entertainment | $ 113.20 | | |
| Chase | January 9, 2019 | 01/08 Tmc Restaurant-Dal Dallas TX Card 9682 | x | PERSONAL ENTERTAINMENT | Pesronal Entertainment | $ 48.60 | | |
| Chase | January 10, 2019 | 01/09 Happiest Hour Dallas TX Card 4864 | x | PERSONAL ENTERTAINMENT | Pesronal Entertainment | $ 9.66 | | |
| Chase | January 10, 2019 | 01/09 Happiest Hour Dallas TX Card 4864 | x | PERSONAL ENTERTAINMENT | Pesronal Entertainment | $ 32.15 | | |
| Chase | January 10, 2019 | 01/10 Happiest Hour Dallas TX Card 9682 | x | PERSONAL ENTERTAINMENT | Pesronal Entertainment | $ 62.35 | | |
| Chase | January 10, 2019 | 01/10 Happiest Hour Dallas TX Card 9682 | x | PERSONAL ENTERTAINMENT | Pesronal Entertainment | $ 33.78 | | |
| Chase | January 22, 2019 | 01/18 Shawarma Bar Plano TX Card 4864 | x | PERSONAL ENTERTAINMENT | Pesronal Entertainment | $ 12.45 | | |
| Chase | January 22, 2019 | 01/20 Encore Event Technolo 847-221-3765 IL Card 9682 | x | PERSONAL ENTERTAINMENT | Pesronal Entertainment | $ 121.00 | | |
| Chase | February 5, 2019 | 02/05 Twilite Lounge Dallas TX Card 4864 | x | PERSONAL ENTERTAINMENT | Pesronal Entertainment | $ 58.00 | | |
| Chase | February 5, 2019 | 02/05 Armoury D E Dallas TX Card 9682 | x | PERSONAL ENTERTAINMENT | Pesronal Entertainment | $ 110.01 | | |
| Chase | December 20, 2019 | 12/20 Fandango 8668575191 CA Card 9682 | x | PERSONAL ENTERTAINMENT | Pesronal Entertainment | $ 25.03 | $ 9,724.28 | 56 |
| Chase | October 16, 2018 | Card Purchase With Pin 10/16 Barrel King Liquor Addison TX Card 9682 | x | PERSONAL GROCERY | Personal Alcohol Purchase | $ 60.60 | | |
| Chase | March 13, 2017 | Card Purchase With Pin 03/12 Walgreens Store 2050 Flower Mound TX Card 0750 | x | PERSONAL GROCERY | Personal Drugstore/Grocery Items | $ 298.04 | | |
| Chase | March 17, 2017 | Card Purchase 03/16 Walgreens #4171 Flower Mound TX Card 0750 | x | PERSONAL GROCERY | Personal Drugstore/Grocery Items | $ 234.03 | | |
| Chase | November 7, 2017 | Card Purchase 11/06 Walgreens #4171 Flower Mound TX Card 3490 | x | PERSONAL GROCERY | Personal Drugstore/Grocery Items | $ 40.00 | | |
| Chase | September 18, 2018 | 09/17 Walgreens #4171 Flower Mound TX Card 9682 | x | PERSONAL GROCERY | Personal Drugstore/Grocery Items | $ 40.00 | | |
| Chase | December 23, 2016 | Card Purchase with Pin 12/23 Wal-Mart Super Center Carrollton TX Card 0750 | x | PERSONAL GROCERY | Personal Grocery | $ 207.40 | | |
| Chase | September 25, 2017 | Card Purchase With Pin 09/23 Wholefds Ftw #10 3400 Fort Worth TX Card 3490 | x | PERSONAL GROCERY | Personal Grocery | $ 18.43 | | |
| Chase | November 15, 2017 | Card Purchase With Pin 11/15 Wal-Mart #5092 Lewisville TX Card 3490 | x | PERSONAL GROCERY | Personal Grocery | $ 42.88 | | |
| Chase | November 29, 2017 | Card Purchase With Pin 11/29 Wm Superc Wal-Mart Sup Irving TX Card 3490 | x | PERSONAL GROCERY | Personal Grocery | $ 917.96 | | |
| Chase | December 21, 2017 | Card Purchase With Pin 12/21 Wm Supers Wal-Mart S Lewisville (3 TX Card 3490 | x | PERSONAL GROCERY | Personal Grocery | $ 310.18 | | |
| Chase | January 4, 2018 | Card Purchase With Pin 01/04 Wm Supers Wal-Mart Sup Carrollton TX Card 3490 | x | PERSONAL GROCERY | Personal Grocery | $ 22.07 | | |
| Chase | April 18, 2018 | Card Purchase With Pin 04/18 Wal-Mart Super Center Lewisville TX Card 3490 | x | PERSONAL GROCERY | Personal Grocery | $ 388.49 | | |
| Chase | July 3, 2018 | Card Purchase W/Cash 07/03 Target T-1401 W Glade Euless TX Card 3490 Purchase $138.68 Cash Back $20.00 | x | PERSONAL GROCERY | Personal Grocery | $ 158.68 | | |
| Chase | July 27, 2018 | Card Purchase W/Cash 07/27 Tom Thumb Store 365 Flower Mound TX Card 1122 Purchase $262.85 Cash Back $20.00 | x | PERSONAL GROCERY | Personal Grocery | $ 282.85 | | |
| Chase | September 17, 2018 | Card Purchase With Pin 09/17 Tom Thumb Store 3572 Flower Mound TX Card 9682 | x | PERSONAL GROCERY | Personal Grocery | $ 21.80 | | |
| Chase | October 11, 2018 | Card Purchase With Pin 10/11 Wal-Mart #1216 Carrollton TX Card 9682 | x | PERSONAL GROCERY | Personal Grocery | $ 57.26 | | |
| Chase | October 15, 2018 | Card Purchase With Pin 10/13 Wm Superc Wal-Mart Su Flower Mound TX Card 9682 | x | PERSONAL GROCERY | Personal Grocery | $ 70.87 | | |
| Chase | December 24, 2018 | Card Purchase With Pin 12/22 Target T- 1400 Precinc Hurst TX Card 9682 | x | PERSONAL GROCERY | Personal Grocery | $ 173.28 | | |
| Chase | March 18, 2019 | Card Purchase With Pin 03/18 Walgreens Store 3601 W Austin TX Card 4864 | x | PERSONAL GROCERY | Personal Grocery | $ 37.70 | | |
| Chase | December 23, 2019 | Wal-Mart #0266 Privacycom PPD ID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 74.69 | | |
| Chase | December 26, 2019 | Walmart Grocery Privacycom PPD ID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 176.48 | | |
| Chase | January 8, 2020 | 01/07 Walgreens #4171 Flower Mound TX Card 9682 | x | PERSONAL GROCERY | Personal Grocery | $ 20.00 | | |
| Chase | January 10, 2020 | Walmart Grocery Privacycom PPD ID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 78.73 | | |
| Chase | January 10, 2020 | Walmart Grocery Privacycom PPD ID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 14.00 | | |
| Chase | February 2, 2020 | Walmart Grocery Privacycom PPD ID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 109.06 | | |
| Chase | February 10, 2020 | Walmart Grocery Privacycom. PPP ID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 108.70 | | |
| Chase | March 2, 2020 | Walmart Grocery Privacycom PPDID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 91.54 | | |
| Chase | March 2, 2020 | Walmart Grocery Privacycom PPD ID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 11.30 | | |
| Chase | March 2, 2020 | Walmart Grocery Privacycom PPD ID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 7.33 | | |
| Chase | March 5, 2020 | Walmart Grocery Privacycom PPD ID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 106.60 | | |

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTIO N COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | March 18, 2020 | Walmart Grocery Privacycom PPD ID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 69.37 | | |
| Chase | April 6, 2020 | Walmart Grocery Privacycom PPD ID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 71.64 | | |
| Chase | April 6, 2020 | Walmart Grocery Privacycom PPDID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 23.79 | | |
| Chase | April 6, 2020 | Walmart Grocery Privacycom PPDID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 20.97 | | |
| Chase | April 6, 2020 | Walmart Grocery Privacycom PPDID: 1471426777 | x | PERSONAL GROCERY | Personal Grocery | $ 4.08 | | |
| Chase | June 16, 2020 | Orig CO Name:Walmart Grocery Orig 10:1471426777 Desc Date: Descr:Privacycomsec:PPD Trace#: 101019083940603 Eed:200616 Ind Name:(844) 771 -8229 Trn: 1683940603TC. CO Entry Ind ID: | x | PERSONAL GROCERY | Personal Grocery | $ 143.58 | | |
| Chase | June 16, 2020 | Orig CO Name:Walmart Grocery Orig ID:1471426777 Desc Date: CO Entry Descr: Privacycomsec:PPD Trace#:101019083673767 Eed:200616 Ind ID:Ind Name:(844) 771-8229 Trn: 16836737671c | x | PERSONAL GROCERY | Personal Grocery | $ 20.32 | | |
| Chase | June 23, 2020 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: CO Entry Descr: PrivacycomsecPPD Trace#: 101019088926052 Eed:200623 Ind ID: Ind Name:(844) 771 -8229 Trn: 1758926052Tc | x | PERSONAL GROCERY | Personal Grocery | $ 77.35 | | |
| Chase | June 23, 2020 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: CO Entry Descr:Privacycomsec:PPD Trace#: 101019088926053 Eed:200623 Ind ID: Ind Name:(844) 771 -8229 Trn: 1758926053Tc | x | PERSONAL GROCERY | Personal Grocery | $ 7.33 | | |
| Chase | June 29, 2020 | Orig CO Name:Walmart Grocery Orig ID 1471426777 Desc Date: CO Entry Descr:Privacycomsec:PPD Trace#: 101019087629639 Eod:200629 Ind ID: Ind Name:(844) 771 -8229 Trn: 1817629839Tc | x | PERSONAL GROCERY | Personal Grocery | $ 110.20 | | |
| Chase | July 6, 2020 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Deso Date: CO Entry Descr:Privacycomsec:PPD Trace#:101019089469976 Eed:200706 Ind ID: Ind Name:(844) 771-8229 Trn: 1889469976TC | x | PERSONAL GROCERY | Personal Grocery | $ 201.87 | | |
| Chase | July 6, 2020 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: CO Entry Descr:Privacycomsec:PPD Traoe§: 10101905946997S Eed:200706 Ind ID: Ind Name:(844) 771 -8229 Trn: 1889469975TC | x | PERSONAL GROCERY | Personal Grocery | $ 79.16 | | |
| Chase | July 13, 2020 | Orig CO Name:Walmart Grocery Orig ID 1471426777 Desc Date Descr:Privacycomsec:PPD Trace#:101019089399062 Eed:200713 Ind Name:(844) 771 -8229 Trn: 1959399062Tc | x | PERSONAL GROCERY | Personal Grocery | $ 140.49 | | |
| Chase | July 13, 2020 | Orig CO Name:Walmart Grocery Orig ID 1471426777 Desc Date DescrPrivacycomsecPPD Trace#:101019089399066 Eed:200713 Ind Name:(844) 771 -8229 Trn: 1959399066Tc | x | PERSONAL GROCERY | Personal Grocery | $ 5.00 | | |
| Chase | July 13, 2020 | Orig CO Name:Walmart Grocery Orig ID:1471426777 Desc Date: Descr:Privacycomsec:PPD Trace#:101019089399068 Eed:200713 Ind Name:(844) 771 -8229 Trn: 1959399068TC | x | PERSONAL GROCERY | Personal Grocery | $ 4.00 | | |
| Chase | July 14, 2020 | Orig CO Name:Walmart Grocery Orig ID:1471426777 Desc Date: CO Entry Descr:Privacycomsec:PPD Trace#: 101019089594748 Eed:200714 Ind ID: Ind Name:(844) 771 -8229 Trn: 1969594748Tc | x | PERSONAL GROCERY | Personal Grocery | $ 40.73 | | |
| Chase | July 20, 2020 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: CO Entry Descr:Privacycomsec:PPD Trace#: 101019083655664 Eed:200720 Ind ID: Ind Name:(844) 771 -8229 Trn: 2023655664Tc | x | PERSONAL GROCERY | Personal Grocery | $ 68.14 | | |
| Chase | August 3, 2020 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: Descr:Privacycomsec:PPD Trace#: 101019086645831 Eed: 200803 Ind Name:(844) 771-8229 Trn: 2166645831 Tc | x | PERSONAL GROCERY | Personal Grocery | $ 129.15 | | |
| Chase | August 3, 2020 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: Descr:Privacycomsec:PPD Trace#: 101019086172417 Eed: 200803 Ind Name:(844) 771-8229 Trn: 2166172417Tc | x | PERSONAL GROCERY | Personal Grocery | $ 16.52 | | |
| Chase | August 3, 2020 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: Descr:Privacycomsec:PPD Trace#: 101019086172415 Eed: 200803 Ind Name:(844) 771-8229 Trn: 2166172415Tc | x | PERSONAL GROCERY | Personal Grocery | $ 11.16 | | |
| Chase | August 10, 2020 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: Descr:Privacycomsec:PPD Trace#: 101019085971684 Eed: 200810 Ind Name:(844) 771 -8229 Trn: 2235971684Tc | x | PERSONAL GROCERY | Personal Grocery | $ 84.91 | | |
| Chase | August 18, 2020 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: CO Entry Descr:Privacycomsec:PPD Trace#: 101019082711956 Eed:200818 Ind ID: Ind Name:(844) 771-8229 Trn: 2312711956Tc | x | PERSONAL GROCERY | Personal Grocery | $ 79.75 | | |
| Chase | August 31, 2020 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: CO Entry Descr:Privacycomsec:PPD Trace#: 101019089340682 Eed:200831 Ind ID: Ind Name:(844) 771 -8229 Trn: 2449340682TC | x | PERSONAL GROCERY | Personal Grocery | $ 153.55 | | |

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | November 2, 2020 | Card Purchase W/Cash 10/31 Wal-Mart #5963 Flower Mound IX Card 1587 Purchase $62.70 Cash Back $20.00 | x | PERSONAL GROCERY | Personal Grocery | $ 82.70 | | |
| Chase | November 2, 2020 | Card Purchase With Pin 10/31 Target T- 1401 W Glade Euless TX Card 1587 | x | PERSONAL GROCERY | Personal Grocery | $ 94.53 | | |
| Chase | January 4, 2021 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: CO Entry Descr:Privacycomsec:PPD Trace#: 101019081440317 Eed:210104 Ind ID: Ind Name:(844) 771-8229 Trn: 0041440317Tc | x | PERSONAL GROCERY | Personal Grocery | $ 75.26 | | |
| Chase | January 20, 2021 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: CO Entry Descr:Privacycomsec:PPD Trace#: 101019087383545 Eed:210120 Ind ID: Ind Name:(844) 771 -8229 Trn: 0207383545Tc | x | PERSONAL GROCERY | Personal Grocery | $ 113.92 | | |
| Chase | January 20, 2021 | Orig CO Name:Walmart.Com W+ Orig ID: 1471426777 Desc Date: CO Entry Descr:Privacycomsec:PPD Trace#: 101019087383574 Eed:210120 Ind ID: Ind Name:(844) 771 -8229 Trn: 0207383574TC | x | PERSONAL GROCERY | Personal Grocery | $ 98.00 | | |
| Chase | January 20, 2021 | Orig CO Name:Walmart Grocery Orig ID: 1471426777 Desc Date: CO Entry Descr:Privacycomsec:PPD Trace#: 101019087383548 Eed:210120 Ind ID: Ind Name:(844) 771 -8229 Trn: 0207383548Tc | x | PERSONAL GROCERY | Personal Grocery | $ 10.00 | | |
| PNC BBVA AZLO | March 1, 2021 | DEBIT FOR WALMART GROCERY PRIVACYCOM CO REF-TN: 5064190 | x | PERSONAL GROCERY | Personal Grocery | $ 130.93 | | |
| PNC BBVA AZLO | March 2, 2021 | DEBIT FOR WALMART GROCERY PRIVACYCOM CO REF-TN: 7293003 | x | PERSONAL GROCERY | Personal Grocery | $ 34.71 | | |
| PNC BBVA AZLO | March 2, 2021 | DEBIT FOR WALMART GROCERY PRIVACYCOM CO REF-TN: 6944397 | x | PERSONAL GROCERY | Personal Grocery | $ 5.00 | | |
| PNC BBVA AZLO | March 2, 2021 | DEBIT FOR WALMART GROCERY PRIVACYCOM CO REF-TN: 9691443 | x | PERSONAL GROCERY | Personal Grocery | $ 4.00 | | |
| PNC BBVA AZLO | March 15, 2021 | DEBIT FOR WALMART GROCERY PRIVACYCOM CO REF- TN: 8628348 | x | PERSONAL GROCERY | Personal Grocery | $ 4.00 | | |
| PNC BBVA AZLO | March 19, 2021 | CHECKCARD PURCHASE - WAL-MART #4240 VISA 2442400103/19/21 CARD XXXXXX3544 PCS -AT 3060 JUSTIN RD HIGHLAND VTX | x | PERSONAL GROCERY | Personal Grocery | $ 54.04 | | |
| PNC BBVA AZLO | March 22, 2021 | CHECKCARD PURCHASE - TARGET T-1032 VISA 3103208203/20/21 CARD XXXXXX3944 POS-AT 7845 N Macarthur Bllrving TX | x | PERSONAL GROCERY | Personal Grocery | $ 103.66 | | |
| PNC BBVA AZLO | March 22, 2021 | DEBIT FOR WALMART GROCERY PRIVACYCOM CO REF-TN: 3198987 | x | PERSONAL GROCERY | Personal Grocery | $ 96.63 | | |
| PNC BBVA AZLO | March 26, 2021 | DEBIT FOR WALMART GROCERY PRIVACYCOM CO REF- TN: 1336743 | x | PERSONAL GROCERY | Personal Grocery | $ 107.42 | | |
| PNC BBVA AZLO | March 29, 2021 | DEBIT FOR WALMART GROCERY PRIVACYCOM CO REF- TN: 3239427 | x | PERSONAL GROCERY | Personal Grocery | $ 7.00 | | |
| PNC BBVA AZLO | April 5, 2021 | DEBIT FOR WALMART GROCERY PRIVACYCOM CO REF- TN: 4250022 | x | PERSONAL GROCERY | Personal Grocery | $ 134.23 | | |
| PNC BBVA AZLO | April 5, 2021 | DEBIT FOR WALMART GROCERY PRIVACYCOM CO REF- TN: 8758022 | x | PERSONAL GROCERY | Personal Grocery | $ 9.82 | | |
| PNC BBVA AZLO | April 9, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/08/21 WALMART GROCERY 500-966-6546 AR | x | PERSONAL GROCERY | Personal Grocery | $ 62.41 | | |
| PNC BBVA AZLO | April 19, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/16/21 WALMART GROCERY 000-966-6546 AR | x | PERSONAL GROCERY | Personal Grocery | $ 80.37 | | |
| PNC BBVA AZLO | April 19, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/17/21 WALMART GROCERY 80^966-6546 AR | x | PERSONAL GROCERY | Personal Grocery | $ 7.00 | | |
| PNC BBVA AZLO | April 26, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/24/21 WALMART GROCERY 500-966-6546 AR | x | PERSONAL GROCERY | Personal Grocery | $ 82.85 | | |
| PNC BBVA AZLO | April 26, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/25/21 WALMART GROCERY 500-966-6546 AR | x | PERSONAL GROCERY | Personal Grocery | $ 5.00 | | |
| PNC BBVA AZLO | May 10, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 05'09/21 WALMART GROCERY 800-966-6546 AR | x | PERSONAL GROCERY | Personal Grocery | $ 49.45 | | |
| PNC BBVA AZLO | May 11, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 05/10/21 WALMART GROCERY 800-966-6546 AR | x | PERSONAL GROCERY | Personal Grocery | $ 7.00 | | |
| PNC BBVA AZLO | September 22, 2021 | CHECKCARD PURCHASE - WM SUPERCENTER # VISA 596300450922/21 CARD XXXXXX3944 POS -AT WaFMart Super CentFLOWER MOUTX | x | PERSONAL GROCERY | Personal Grocery | $ 10.72 | | |
| PNC BBVA AZLO | September 30, 2021 | CHECKCARD PURCHASE - WALGREENS STORE VISA 9999999909/30/21 CARD XXXXXX3944 POS -AT WALGREENS STORE 205FLOWER MOUTX | x | PERSONAL GROCERY | Personal Grocery | $ 17.86 | $ 7,232.52 ✓ | 80 ✓ |
| Chase | December 28, 2016 | 12/28 Online Payment 5896467321 To Medical City Children's | x | PERSONAL HEALTH | Child's Personal Health Expense | $ 95.00 | | |
| Chase | December 28, 2016 | 12/28 Online Payment 5896482983 To Melissa Rozas, Dds | x | PERSONAL HEALTH | Personal Dental Expense | $ 71.00 | | |
| Chase | May 22, 2017 | 05/20 Online Payment 6237884227 To Melissa Rozas, Dds | x | PERSONAL HEALTH | Personal Dental Expense | $ 36.00 | | |
| PNC BBVA AZLO | March 22, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/19/21 21 ST CENTURY DENTAL & S IRVING TX | x | PERSONAL HEALTH | Personal Health - Dental | $ 117.50 | | |
| PNC BBVA AZLO | March 29, 2021 | CHECK CLEARED | x | PERSONAL HEALTH | Personal Health - Dental | $ 617.00 | | |
| Chase | December 28, 2016 | 12/28 Online Payment 5896493485 To Clifford Chiropractic | x | PERSONAL HEALTH | Personal Health Expense | $ 40.00 | | |
| Chase | December 28, 2016 | 12/28 Online Payment 5896534814 To Quest Diagnostics | x | PERSONAL HEALTH | Personal Health Expense | $ 140.00 | | |
| Chase | June 25, 2018 | Card Purchase 06/23 Texas Hlth Prby Hsptl Flower Mound TX Card 3490 | x | PERSONAL HEALTH | Personal Hospital Expense | $ 400.00 | | |

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | August 15, 2018 | 08/14 Online Payment 7401125002 To Texas Health Physicians Group | x | PERSONAL HEALTH | Transfer Health Payment | $ 493.77 | $ 2,010.27 | 9 |
| Chase | October 6, 2020 | Card Purchase 10/05 Orsinger Nelson Downin 214-2732400 TX Card 1587 | x | PERSONAL LEGAL EXPENSES | Personal Family Law Firm Expense | $ 10,000.00 | | |
| Chase | March 15, 2021 | Card Purchase 03/12 Orsinger Nelson Downin 214-2732400 TX Card 6368 | x | PERSONAL LEGAL EXPENSES | Personal Family Law Firm Expense | $ 8,784.09 | | |
| Chase | March 15, 2021 | Card Purchase 03/12 Elsey & Peace Pile 972-9069695 TX Card 6368 | x | PERSONAL LEGAL EXPENSES | Personal Family Law Firm Expense | $ 1,146.70 | | |
| PNC BBVA AZLO | March 16, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/15/21 JACK BYNO ATTY AT LAW COLLEYVILLE TX | x | PERSONAL LEGAL EXPENSES | Personal Legal Expense - Traffic Ticke | $ 300.00 | $ 20,230.79 | 4 |
| Chase | July 30, 2018 | Card Purchase With Pin 07/29 Josabank Clothiers 6 Highland VIII TX Card 1122 | x | LUXURY ITEMS | Personal Clothes Purchases | $ 729.61 | | |
| PNC BBVA AZLO | September 7, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 09/07/21 ALLEN FLOWER AND GIFT 972-727-3268 TX | x | LUXURY ITEMS | Personal Gifts | $ 102.43 | | |
| Chase | January 14, 2019 | Card Purchase With Pin 01/13 Nordstrom #735 1445 E Southlake TX Card 9682 | x | LUXURY ITEMS | Personal Luxury Items | $ 442.48 | | |
| Chase | April 4, 2017 | Card Purchase 04/03 Paypal *Rcamstore 402-935-7733 CA Card 0750 | x | LUXURY ITEMS | Personal Purchase Camera Store | $ 529.99 | | |
| Chase | January 21, 2021 | 01/21 Online Domestic Wire Transfer Via: Union LA Aka Uboc/122000496 A/C: Epps LLC Rocklin CA 95765 US Ref: Click Vision Group LLC/Time/09:44 Imad: 0121 B1Qgc03C005584 Trn: 3133281021 Es | x | LUXURY ITEMS | Personal Services Retail Purchase | $ 3,082.00 | | |
| Chase | January 12, 2018 | Card Purchase 01/10 Neiman Marcus 02 214-3638311 TX Card 3490 | x | LUXURY ITEMS | Personal Shopping | $ 64.08 | | |
| Chase | January 14, 2019 | 01/14 Apl*Apple Online Stor 800-676-2775 CA Card 9682 | x | LUXURY ITEMS | Pesronal Electronics Purchase | $ 3,029.92 | $ 7,980.51 | 7 |
| Chase | December 28, 2016 | 12/28 Online Payment 5896066187 To Guardian Mortgage Company | x | PERSONAL MORTGAGE | Personal Mortgage Expense | $ 2,409.94 | | |
| Chase | March 17, 2017 | 03/17 Online Payment 6084742437 To Guardian Mortgage Company | x | PERSONAL MORTGAGE | Personal Mortgage Expense | $ 2,409.94 | | |
| Chase | April 4, 2017 | 04/04 Online Payment 6126066132 To Guardian Mortgage Company | x | PERSONAL MORTGAGE | Personal Mortgage Expense | $ 2,409.94 | | |
| Chase | October 11, 2017 | 10/11 Online Payment 6581844780 To Guardian Mortgage Company | x | PERSONAL MORTGAGE | Personal Mortgage Expense | $ 12,136.40 | | |
| Chase | October 16, 2017 | 10/16 Online Payment 6596879589 To Guardian Mortgage Company | x | PERSONAL MORTGAGE | Personal Mortgage Expense | $ 2,424.39 | | |
| Chase | November 21, 2017 | 11/21 Online Payment 6685796359 To Guardian Mortgage Company | x | PERSONAL MORTGAGE | Personal Mortgage Expense | $ 2,424.39 | | |
| Chase | December 28, 2017 | 12/28 Online Payment 6778620831 To Guardian Mortgage Company | x | PERSONAL MORTGAGE | Personal Mortgage Expense | $ 2,424.39 | | |
| Chase | January 25, 2018 | 01/25 Online Payment 6849118079 To Guardian Mortgage Company | x | PERSONAL MORTGAGE | Personal Mortgage Expense | $ 2,424.39 | | |
| Chase | October 24, 2018 | 10/24 Online Payment 7602986844 To Guardian Mortgage Company | x | PERSONAL MORTGAGE | Personal Mortgage Expense | $ 10,000.00 | $ 39,063.78 | 9 |
| Chase | October 11, 2017 | 10/11 Online Payment 6584794532 To Town of Flower Mound Texas | x | PERSONAL TAXES, FINES, FEES | Personal City Tax or Fine Payment | $ 177.41 | | |
| Chase | November 15, 2017 | 11/15 Online Payment 6656857396 To Town of Flower Mound Texas | x | PERSONAL TAXES, FINES, FEES | Personal City Tax or Fine Payment | $ 236.44 | | |
| Chase | April 16, 2018 | 04/14 Online Payment 7065850104 To Town of Flower Mound Texas | x | PERSONAL TAXES, FINES, FEES | Personal City Tax or Fine Payment | $ 290.25 | | |
| Chase | July 12, 2018 | 07/12 Online Payment 7308196964 To Town of Flower Mound Texas | x | PERSONAL TAXES, FINES, FEES | Personal City Tax or Fine Payment | $ 163.53 | | |
| Chase | February 3, 2020 | Flower Mound Uti PrivacycomPPP ID: 1471426777 | x | PERSONAL TAXES, FINES, FEES | Personal Utility Bill Payment | $ 285.98 | $ 1,153.61 | 5 |
| Chase | September 4, 2018 | Online Domestic Wire Fee | x | PERSONAL TRANSFER OF FUNDS | Personal Use Wire Transfer Fee | $ 25.00 | | |
| Chase | October 25, 2018 | Online Domestic Wire Fee | x | PERSONAL TRANSFER OF FUNDS | Personal Use Wire Transfer Fee | $ 25.00 | | |
| Chase | October 29, 2018 | Online Domestic Wire Fee | x | PERSONAL TRANSFER OF FUNDS | Personal Use Wire Transfer Fee | $ 25.00 | | |
| Chase | December 23, 2016 | 12/23 Online Transfer to Chk...0006 Transaction #: 5887481171 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 8,000.00 | | |
| Chase | December 28, 2016 | Online Transfer to Chk...0006 Transaction#: 5892414066 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,000.00 | | |
| Chase | January 3, 2017 | 12/31 Online Transfer To Chk ...0006 Transaction#: 5905210123 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,000.00 | | |
| Chase | January 12, 2017 | 01/12 Online Transfer To Chk.. .0006 Transaction#: 5931795605 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,307.69 | | |
| Chase | January 30, 2017 | 01/29 Online Transfer To Chk ...0006 Transaction#: 5968480982 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,307.62 | | |
| Chase | February 2, 2017 | 02/02 Online Transfer To Chk ...0006 Transaction#: 5980713641 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,153.81 | | |
| Chase | February 9, 2017 | 02/09 Online Transfer To Chk ...0006 Transaction#: 5996352074 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,153.81 | | |
| Chase | February 13, 2017 | 02/12 Online Transfer To Chk ...0006 Transaction#: 6003645128 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,000.00 | | |
| Chase | March 15, 2017 | 03/15 Online Transfer To Chk ...0006 Transaction#: 6079819026 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 500.00 | | |
| Chase | March 17, 2017 | 03/17 Online Transfer To Chk ...0006 Transaction#: 6084839394 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 4,615.38 | | |
| Chase | March 21, 2017 | 03/21 Online Transfer To Chk..0006 Transaction#: 6093054724 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,127.99 | | |
| Chase | March 29, 2017 | 03/29 Online Transfer To Chk... 0006 Transaction#: 6109564979 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 958.76 | | |
| Chase | July 5, 2017 | 07/04 Online Transfer To Chk ...0006 Transaction#: 6343433586 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,950.00 | | |
| Chase | September 29, 2017 | 09/29 Online Transfer To Chk.... 0006 Transaction#: 6553456963 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,000.00 | | |
| Chase | November 14, 2017 | 11/14 Online Transfer To Chk ...0006 Transaction#: 6668601542 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 100.00 | | |
| Chase | November 17, 2017 | 11/17 Online Transfer To Chk ...0006 Transaction#: 6678107821 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 85.00 | | |
| Chase | November 20, 2017 | 11/20 Online Transfer To Chk .. .0006 Transaction#: 6683998056 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 100.00 | | |
| Chase | November 21, 2017 | 11/21 Online Transfer To Chk ...0006 Transaction#: 6686597405 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | November 27, 2017 | 11/26 Online Transfer To Chk ...0006 Transaction#: 6696089903 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,000.00 | | |
| Chase | December 4, 2017 | 12/02 Online Transfer To Chk ...0006 Transaction#: 6715520150 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | December 21, 2017 | 12/21 Online Transfer To Chk ...0006 Transaction#: 6762969636 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,133.00 | | |

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | January 2, 2018 | 12/30 Online Transfer To Chk . .0006 Transaction#: 6785814412 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,182.00 | | |
| Chase | January 22, 2018 | 01/20 Online Transfer To Chk ...0006 Transaction#: 6839582816 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,500.00 | | |
| Chase | February 12, 2018 | 02/10 Online Transfer To Chk ...0006 Transaction#: 6894810243 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,452.18 | | |
| Chase | February 20, 2018 | 02/18 Online Transfer To Chk ...0006 Transaction#: 6914890061 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,200.00 | | |
| Chase | March 26, 2018 | 03/24 Online Transfer To Chk ...0006 Transaction#: 7006813351 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | April 2, 2018 | 04/02 Online Transfer To Chk ...0006 Transaction#: 7031523286 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 5,000.00 | | |
| Chase | April 13, 2018 | 04/13 Online Transfer To Chk ...0006 Transaction#: 7062403262 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 8,000.00 | | |
| Chase | April 17, 2018 | 04/17 Online Transfer To Chk ...0006 Transaction#: 7071217283 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,000.00 | | |
| Chase | April 20, 2018 | 04/20 Online Transfer To Chk .. .0006 Transaction#: 7080652734 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | April 26, 2018 | 04/26 Online Transfer To Chk ...0006 Transaction#: 7095003027 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 4,200.00 | | |
| Chase | June 20, 2018 | 06/20 Online Transfer To Chk ...0006 Transaction#: 7247480478 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 3,000.00 | | |
| Chase | June 27, 2018 | 06/27 Online Transfer To Chk ...0006 Transaction#: 7265527939 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 7,000.00 | | |
| Chase | July 10, 2018 | 07/10 Online Transfer To Chk ...0006 Transaction#: 7303792977 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | July 16, 2018 | 07/16 Online Transfer To Chk ...0006 Transaction#: 7320646830 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,000.00 | | |
| Chase | July 31, 2018 | 07/31 Online Transfer To Chk .. .0006 Transaction#: 7359654455 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,000.00 | | |
| Chase | August 6, 2018 | 08/04 Online Transfer To Chk ...0006 Transaction#: 7373515103 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | August 6, 2018 | 08/06 Online Transfer To Chk ...0006 Transaction#: 7379180866 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 8,250.00 | | |
| Chase | August 13, 2018 | 08/12 Online Transfer To Chk ...0006 Transaction#: 7395037422 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | August 13, 2018 | 08/13 Online Transfer To Chk ...0006 Transaction#: 7398370357 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 3,000.00 | | |
| Chase | September 25, 2018 | 09/25 Online Transfer To Chk ...0006 Transaction#: 7518846290 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | October 22, 2018 | 10/20 Online Transfer To Chk ...0006 Transaction#: 7593463574 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | October 25, 2018 | 10/25 Online Transfer To Chk ...0006 Transaction#: 7605366185 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 5,000.00 | | |
| Chase | November 5, 2018 | 11/03 Online Transfer To Chk ...0006 Transaction#: 7635562044 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 5,000.00 | | |
| Chase | November 13, 2018 | 11/13 Online Transfer To Chk ...0006 Transaction#: 7661694194 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 20,000.00 | | |
| Chase | April 1, 2019 | 03/30 Online Transfer To Chk ...0006 Transaction#: 8082336629 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | May 31, 2019 | 05/31 Online Transfer To Chk ...0006 Transaction#: 8285933480 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 20,000.00 | | |
| Chase | June 12, 2019 | 06/12 Online Transfer To Chk .. .0006 Transaction#: 8325696265 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | June 17, 2019 | 06/17 Online Transfer To Chk...0006 Transaction#: 8341299140 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | June 25, 2019 | 06/25 Online Transfer To Chk...0006 Transaction#: 8366112577 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,000.00 | | |
| Chase | June 26, 2019 | 06/26 Online Transfer To Chk ...0006 Transaction#: 8369268657 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 20,000.00 | | |
| Chase | September 17, 2019 | 09/17 Online Transfer To Chk ...0006 Transaction#: 8653952151 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 5,000.00 | | |
| Chase | September 23, 2019 | 09/23 Online Transfer To Chk ...0006 Transaction#: 8673480311 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | September 30, 2019 | 09/29 Online Transfer To Chk ...0006 Transaction#: 8693255160 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,000.00 | | |
| Chase | December 20, 2019 | 12/20 Online Transfer To Chk ..0006 Transaction#: 8990550513 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | December 23, 2019 | 12/23 Online Transfer To Chk ..0006 Transaction#: 8998928289 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 160.00 | | |
| Chase | December 24, 2019 | 12/24 Online Transfer To Chk ..0006 Transaction#: 9003123008 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 500.00 | | |
| Chase | February 4, 2020 | 02/04 Online Transfer To Chk ...0006 Transaction#: 9152699601 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 10,000.00 | | |
| Chase | February 5, 2020 | 02/05 Online Transfer To Chk ...0006 Transaction#: 9155306799 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 5,000.00 | | |
| Chase | February 6, 2020 | 02/06 Online Transfer To Chk ...0006 Transaction#: 9161229647 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 33,000.00 | | |
| Chase | February 12, 2020 | 02/12 Online Transfer To Chk ...0006 Transaction#: 9180373431 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | February 12, 2020 | 02/12 Online Transfer To Chk ...0006 Transaction#: 9182018401 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 4,000.00 | | |
| Chase | February 19, 2020 | 02/19 Online Transfer To Chk ...0006 Transaction#: 9207260775 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | February 24, 2020 | 02/24 Online Transfer To Chk ...0006 Transaction#: 9223945159 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 5,000.00 | | |
| Chase | March 3, 2020 | 03/03 Online Transfer To Chk ..0006 Transaction#: 9257892436 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,500.00 | | |
| Chase | March 5, 2020 | 03/05 Online Transfer To Chk ..0006 Transaction#: 9267264592 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,000.00 | | |
| Chase | March 10, 2020 | 03/10 Online Transfer To Chk ..0006 Transaction#: 9286000826 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | March 13, 2020 | 03/13 Online Transfer To Chk ...0006 Transaction#: 9297460819 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | March 13, 2020 | 03/13 Online Transfer To Chk ...0006 Transaction#: 9299626800 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 5,000.00 | | |
| Chase | March 20, 2020 | 03/20 Online Transfer To Chk ...0006 Transaction#: 9328934506 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 112,000.00 | | |
| Chase | June 15, 2020 | 06/14 Online Transfer To Chk ...0006 Transaction#: 9778277634 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 5,000.00 | | |
| Chase | July 2, 2020 | 07/02 Online Transfer To Chk ...0006 Transaction#: 9879729712 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | July 10, 2020 | 07/10 Online Transfer To Chk ...0006 Transaction#: 9924033256 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | July 16, 2020 | 07/16 Online Transfer To Chk ...0006 Transaction#: 9955558797 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | July 22, 2020 | 07/22 Online Transfer To Chk ...0006 Transaction#: 9987596722 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | July 29, 2020 | 07/29 Online Transfer To Chk ...0006 Transaction#: 10023391888 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | August 5, 2020 | 08/05 Online Transfer To Chk ...0006 Transaction#: 10066809229 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | August 13, 2020 | 08/13 Online Transfer To Chk .. .0006 Transaction#: 10112483179 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 1,000.00 | | |
| Chase | August 24, 2020 | 08/22 Online Transfer To Chk ...0006 Transaction#: 10162072970 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 200.00 | | |
| Chase | October 5, 2020 | 10/05 Online Transfer To Chk ...0006 Transaction#: 10410792937 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 10,000.00 | | |
| Chase | October 5, 2020 | 10/05 Online Transfer To Chk ...0006 Transaction#: 10411859131 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 5,000.00 | | |

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | October 6, 2020 | 10/06 Online Transfer To Chk ...0006 Transaction#: 10419244647 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | October 15, 2020 | 10/15 Online Transfer To Chk ...0006 Transaction#: 10469198105 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 750.00 | | |
| Chase | October 19, 2020 | 10/17 Online Transfer To Chk ...0006 Transaction#: 10479744426 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 500.00 | | |
| Chase | October 19, 2020 | 10/19 Online Transfer To Chk ...0006 Transaction#: 10491733422 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 100.00 | | |
| Chase | October 23, 2020 | 10/22 Online Transfer To Chk ...0006 Transaction#: 10508033389 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 100.00 | | |
| Chase | October 23, 2020 | 10/23 Online Transfer To Chk ..0006 Transaction# 10512553108 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 500.00 | | |
| Chase | October 26, 2020 | 10/24 Online Transfer To Chk ..0006 Transaction# 10517081266 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 500.00 | | |
| Chase | October 26, 2020 | 10/26 Online Transfer To Chk ..0006 Transaction# 10524585692 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 200.00 | | |
| Chase | October 29, 2020 | 10/29 Online Transfer To Chk ..0006 Transaction# 10539851041 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 500.00 | | |
| Chase | November 6, 2020 | 11/06 Online Transfer To Chk ...0006 Transaction#: 10596673780 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | November 6, 2020 | 11/06 Online Transfer To Chk ...0006 Transaction#: 10597839138 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | November 13, 2020 | 11/13 Online Transfer To Chk...0006 Transaction#: 10630980112 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | November 16, 2020 | 11/16 Online Transfer To Chk .. .0006 Transaction#: 10649218588 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 5,000.00 | | |
| Chase | December 7, 2020 | 12/05 Online Transfer To Chk ...0006 Transaction#: 10766601219 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 2,000.00 | | |
| Chase | January 21, 2021 | 01/21 Online Transfer To Chk ...0006 Transaction#: 11039253571 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Checking | $ 22,000.00 | | |
| Chase | September 4, 2018 | 09/04 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 0904B1Qgc01 C027172 Trn: 7392300247Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 27,000.00 | | |
| Chase | October 5, 2018 | 10/05 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brerit Simpson Flower Mound TX 75022 US I mad: 1005B1 Qgc02C005324 Trn: 5947200278Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 4,000.00 | | |
| Chase | October 25, 2018 | 10/25 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 1025B1Qgc04C004683 Trn: 4362300298Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 15,000.00 | | |
| Chase | October 29, 2018 | 10/29 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 1029B1Qgc01C004289 Trn: 4873600302ES | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 15,000.00 | | |
| Chase | November 14, 2018 | 11/14 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 1114B1Qgc03C007777 Trn: 5305600318Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 20,000.00 | | |
| Chase | December 11, 2018 | 12/11 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 1211 BlQgcOl C004385 Trn: 3850000345Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 5,000.00 | | |
| Chase | December 12, 2018 | 12/12 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 1212B1Qgc03C007049 Trn: 5390000346Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 25,000.00 | | |
| Chase | December 28, 2018 | 12/28 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 1228B1Qgc07C012276 Trn: 6170700362Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 15,000.00 | | |
| Chase | December 31, 2018 | 12/31 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 1231 B1Qgc07C019540 Trn: 5925000365Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 6,000.00 | | |
| Chase | January 16, 2019 | 01/16 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 0116B1Qgc07C026714 Trn: 5570000016Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 9,000.00 | | |
| Chase | January 22, 2019 | 01/22 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 0122B1Qgc05C013234 Trn: 7183300022Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 25,000.00 | | |
| Chase | January 29, 2019 | 01/29 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 0129B1Qgc05C002897 Trn: 3153500029Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 25,000.00 | | |
| Chase | January 30, 2019 | 01/30 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 0130B1Qgc08C008626 Trn: 5640700030Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 16,000.00 | | |
| Chase | February 12, 2019 | 02/12 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 0212B1Qgc05C001772 Trn: 3419200043Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 20,000.00 | | |
| Chase | February 20, 2019 | 02/20 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 0220B1Qgc04C006040 Trn: 5624600051 Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 20,000.00 | | |

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | September 23, 2019 | 09/23 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 0923B1Qgc03C011877 Trn: 5289700266Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 25,000.00 | | |
| Chase | September 30, 2019 | 09/30 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 0930B1Qgc06C016371 Trn: 5164600273Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 10,000.00 | | |
| Chase | February 4, 2020 | 02/04 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 0204B1Qgc05C012975 Trn: 5762400035Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 50,000.00 | | |
| Chase | February 5, 2020 | 02/05 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 0205B1Qgc02C027977 Trn: 6055700036Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 5,000.00 | | |
| Chase | February 24, 2020 | 02/24 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 0224B1Qgc07C017876 Trn: 6094700055Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 24,000.00 | | |
| Chase | April 1, 2020 | 04/01 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 0401B1Qgc05C005204 Trn: 4676720092Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 25,000.00 | | |
| Chase | April 30, 2020 | 04/30 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 0430B1Qgc05C019058 Trn: 5892420121 Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 8,000.00 | | |
| Chase | May 20, 2020 | 05/20 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 0520B1Qgc01 C018574 Trn: 6143320141 Es. | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 23,000.00 | | |
| Chase | June 15, 2020 | 06/15 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 0615B1Qgc07C006370 Trn: 5841020167Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 25,000.00 | | |
| Chase | November 18, 2020 | 11/18 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 1118B1Qgc02C001631 Trn: 3013500323Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 25,000.00 | | |
| Chase | December 4, 2020 | 12/04 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US I mad: 1204B1Qgc08C002923 Trn: 3039970339Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 25,000.00 | | |
| Chase | December 8, 2020 | 12/08 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX75022 US Imad: 1208B1Qgc06C010713 Trn: 3376190343Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 3,200.00 | | |
| Chase | December 14, 2020 | 12/14 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower 15,000.00 Mound TX75022 US I mad: 1214B1Qgc05C013465 Trn: 3491810349ES | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 15,000.00 | | |
| Chase | March 12, 2021 | 03/12 Online Domestic Wire Transfer A/C: Interactive Brokers LLC-Receipts Greenwich CT 06830- US Ref: U4564849/Brent Simpson/Bnf/For Further Credit To U4564849/Brent Simpso N Trn: 3071711071 Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 6,000.00 | | |
| Chase | March 12, 2021 | 03/12 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 0312B1Qgc02C002955 Trn: 3112671071 Es | x | PERSONAL TRANSFER OF FUNDS | Transfer to Personal Trading Account | $ 80,000.00 | | |
| Chase | November 14, 2018 | 11/14 Online Transfer To Mma ...6098 Transaction#: 7664262580 | x | PERSONAL TRANSFER OF FUNDS | Transfer to Separate MoneyMarket A | $ 350,000.00 | | |
| Chase | April 24, 2017 | Online Domestic Wire Fee | x | PERSONAL TRANSFER OF FUNDS | Wire Fee for Personal Wire | $ 25.00 | | |
| Chase | April 25, 2017 | Online Domestic Wire Fee | x | PERSONAL TRANSFER OF FUNDS | Wire Fee for Personal Wire | $ 25.00 | $ 1,391,112.24 | 132 |
| Chase | March 20, 2017 | Card Purchase 03/17 Aadvantage Elite Boost 800-8828880 AZ Card 0750 | x | PERSONAL TRAVEL PERKS | Personal Travel Benefit | $ 499.00 | $ 499.00 | 1 |
| Chase | December 28, 2016 | 12/28 Online Payment 5896488081 To Reliant Energy | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 183.69 | | |
| Chase | March 9, 2017 | 03/09 Online Payment 6064945295 To Reliant Energy | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 110.93 | | |
| Chase | March 17, 2017 | 03/17 Online Payment 6084745587 To Reliant Energy | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 111.00 | | |
| Chase | October 12, 2017 | Card Purchase 10/11 Reliant Energy 866-222-7100 TX Card 3490 | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 233.41 | | |
| Chase | November 8, 2017 | Recurring Card Purchase 11/08 Reliant Energy 866-222-7100 TX Card 3490 | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 144.90 | | |
| Chase | December 5, 2017 | Card Purchase 12/04 Reliant Energy 866-222-7100 TX Card 3490 | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 90.90 | | |
| Chase | January 2, 2018 | Card Purchase 01/02 Reliant Energy 866-222-7100 TX Card 3490 | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 104.74 | | |
| Chase | February 5, 2018 | Card Purchase 02/05 Reliant Energy 866-222-7100 TX Card 3490 | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 130.06 | | |

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | March 5, 2018 | Card Purchase 03/05 Reliant Energy 866-222-7100 TX Card 3490 | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 113.42 | | |
| Chase | April 3, 2018 | Card Purchase 04/02 Reliant Energy 866-222-7100 TX Card 3490 | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 87.90 | | |
| Chase | May 3, 2018 | Card Purchase 05/03 Reliant Energy 866-222-7100 TX Card 3490 | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 79.44 | | |
| Chase | June 1, 2018 | Card Purchase 06/01 Reliant Energy 866-222-7100 TX Card 3490 | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 132.97 | | |
| Chase | July 3, 2018 | 07/02 Reliant Energy 866-222-7100 TX Card 3490 | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 297.99 | | |
| Chase | April 29, 2019 | Atmos Energy Sgl UTIL Pymt PPD ID: 9000000090 | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 206.00 | | |
| Chase | February 6, 2020 | Atmos Energy Privacycom_________PPP ID: 1471426777 | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 262.92 | | |
| Chase | July 17, 2020 | 07/17 Online Payment 9962759479 To Reliant Energy | x | PERSONAL UTILITY BILLS | Personal Energy Bill | $ 566.07 | | |
| PNC BBVA AZLO | March 16, 2021 | DEBIT FOR CHECKCARD XXXXXX3&44 03/15/21 RELIANT ENERGY 866-222-7100 TX | x | PERSONAL UTILITY BILLS | Personal Home Energy Bill | $ 290.63 | | |
| PNC BBVA AZLO | September 20, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 09/17/21 RELIANT ENERGY 866-222-7100 TX | x | PERSONAL UTILITY BILLS | Personal Home Energy Bill | $ 136.50 | | |
| PNC BBVA AZLO | September 29, 2021 | DEBIT FOR CHECKCARD XXXXXX3SM4 09/28/21 RELIANT ENERGY 866-222-7100 TX | x | PERSONAL UTILITY BILLS | Personal Home Energy Bill | $ 96.00 | | |
| Chase | January 9, 2017 | 01/07 Online Payment 5922273388 To Atmos Energy 253.55 | x | PERSONAL UTILITY BILLS | Pesronal Energy (Gas) Bill | $ 253.55 | | |
| Chase | March 17, 2017 | 03/17 Online Payment 6085318413 To Atmos Energy | x | PERSONAL UTILITY BILLS | Pesronal Energy (Gas) Bill | $ 225.17 | | |
| Chase | January 16, 2018 | Card Purchase 01/15 Fsi* Atmos Energy 866-405-1926 TX Card 3490 | x | PERSONAL UTILITY BILLS | Pesronal Energy (Gas) Bill | $ 225.54 | $ 4,083.73 ✓ | 22 ✓ |
| Chase | April 23, 2018 | Card Purchase 04/20 Vistage Worldwide Inc 858-5236800 CA Card 3490 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,416.00 | | |
| Chase | April 25, 2018 | Card Purchase 04/23 Vistage Worldwide Inc 858-5236800 CA Card 3490 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 3,666.00 | | |
| Chase | May 24, 2018 | Card Purchase 05/22 Vistage Worldwide Inc 858-5236800 CA Card 3490 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,416.00 | | |
| Chase | June 25, 2018 | Card Purchase 06/20 Vistage Worldwide Inc 858-5236800 CA Card 3490 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,416.00 | | |
| Chase | August 22, 2018 | 08/20 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,416.00 | | |
| Chase | August 23, 2018 | 08/20 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,416.00 | | |
| Chase | September 24, 2018 | 09/21 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,465.00 | | |
| Chase | November 26, 2018 | Card Purchase 11/21 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,465.00 | | |
| Chase | January 9, 2019 | 01/07 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,465.00 | | |
| Chase | January 24, 2019 | 01/21 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,465.00 | | |
| Chase | February 25, 2019 | 02/21 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,465.00 | | |
| Chase | March 25, 2019 | 03/20 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,465.00 | | |
| Chase | April 25, 2019 | Card Purchase 04/22 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,465.00 | | |
| Chase | June 5, 2019 | Card Purchase 06/03 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,465.00 | | |
| Chase | June 24, 2019 | Card Purchase 06/20 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,465.00 | | |
| Chase | July 22, 2019 | 07/20 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,465.00 | | |
| Chase | September 20, 2019 | 09/18 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,465.00 | | |
| Chase | September 23, 2019 | 09/20 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,520.00 | | |
| Chase | December 18, 2019 | 12/16 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,520.00 | | |
| Chase | December 30, 2019 | 12/27 Vistage Worldwide Inc 858-5236800 CA Card 9682 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,520.00 | | |
| Chase | March 9, 2020 | Claim Reversal: Vistage Worldwide Inc 858-5236800 CA 44505731730 001. 12/16 Claimid: 3 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,520.00 | | |
| Chase | March 9, 2020 | Claim Reversal: Vistage Worldwide Inc 858-5236800 CA 94506904030 001. 12/27 Claimid: 4 | x | PERSONAL CLUB MEMBERSHIP | Personal Vistage Club Benefit | $ 1,520.00 | $ 34,461.00 ✓ | 22 ✓ |
| Chase | March 27, 2017 | ATM Withdrawal 03/26 2051 Long Prairie Rd Flower Mound TX Card 0750 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 400.00 | | |
| Chase | October 31, 2017 | ATM Withdrawal 10/31 9401 Lyndon B Johnson Fwy Dallas TX Card 3490 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 220.00 | | |
| Chase | January 8, 2018 | Non-Chase ATM Withdraw 01/05 4605 Frankford Roa Dallas TX Card 3490 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 102.50 | | |
| Chase | July 5, 2018 | ATM Withdrawal. 07/04 2051 Long Prairie Rd Flower Mound TX Card 3490 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 400.00 | | |
| Chase | September 26, 2018 | Non-Chase ATM Withdraw 09/26 3400 Las Vegas Blvd So Las Vegas NV Card 9682 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 507.99 | | |

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| Chase | September 27, 2018 | Non-Chase ATM Withdraw 09/27 3400 Las Vegas Blvd So Las Vegas NV Card 9682 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 1,007.99 | | |
| Chase | January 7, 2019 | Non-Chase ATM Withdraw 01/05 4350 Main Street The Colony TX Card 9682 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 202.50 | | |
| Chase | January 15, 2019 | Non-Chase ATM Withdraw 01/15 7950 Gaylord Pkwy Frisco TX Card 9682 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 402.50 | | |
| Chase | January 15, 2019 | Non-Chase ATM Withdraw 01/15 7950 Gaylord Pkwy Frisco TX Card 9682 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 202.50 | | |
| Chase | January 25, 2019 | Non-Chase ATM Withdraw 01/24 3799 Las Vegas Blvd So Las Vegas NV Card 9682 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 1,007.99 | | |
| Chase | January 25, 2019 | Non-Chase ATM Withdraw 01/25 3799 Las Vegas Blvd So Las Vegas NV Card 9682 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 1,007.99 | | |
| Chase | January 28, 2019 | Non-Chase ATM Withdraw 01/27 3708 Las Vegas Blvd. So Las Vegas NV Card 9682 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 1,007.99 | | |
| Chase | March 13, 2020 | ATM Withdrawal. 03/13 2051 Long Prairie Rd Flower Mound TX Card 1587 | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 600.00 | | |
| PNC BBVA AZLO | October 13, 2020 | ATM WITHDRAWAL - BBVA USA ATM0028 221513 1013/20 CARD XXXXXX4060 ATM-AT 2631 CROSS TIMBERS | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 500.00 | | |
| PNC BBVA AZLO | August 30, 2021 | ATM WITHDRAWAL - 7ELEVEN-FCTI VISA 7E00357708/26/21 CARD XXXXXX3944 ATM -AT 1112 N GREENVILLE AALLEN TX | x | PERSONAL CASH WITHDRAWAL | ATM Withdrawal | $ 100.00 | | |
| PNC BBVA AZLO | October 5, 2020 | CHECK CLEARED | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 100,010.00 | | |
| PNC BBVA AZLO | October 9, 2020 | CHECK CLEARED | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 25,000.00 | | |
| PNC BBVA AZLO | October 15, 2020 | CHECK CLEARED | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 10,000.00 | | |
| PNC BBVA AZLO | October 22, 2020 | CHECK CLEARED | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 6,000.00 | | |
| PNC BBVA AZLO | March 15, 2021 | ONLINE OR MOBILE WIRE TRANSFER REF 20210315F2QCZ60C002227 BNF BRENT SIMPSON | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 5,000.00 | | |
| PNC BBVA AZLO | March 18, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/17/21 APPLE CASH 1INFINITELOOPCA | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 100.00 | | |
| PNC BBVA AZLO | March 18, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/17/21 | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 100.00 | | |
| PNC BBVA AZLO | March 22, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/19/21 APPLE CASH 1INFINITELOOPCA | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 100.00 | | |
| PNC BBVA AZLO | March 23, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/22/21 APPLE CASH 1INFINITELOOPCA | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 100.00 | | |
| PNC BBVA AZLO | March 30, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/30/21 APPLE CASH 11NFINITELOOPCA | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 375.00 | | |
| PNC BBVA AZLO | April 8, 2021 | CHECK CLEARED | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 340.00 | | |
| PNC BBVA AZLO | April 12, 2021 | ONLINE OR MOBILE WIRE TRANSFER REF 20210412F2QCZ80C000873 BNF BRENT SIMPSON | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 5,000.00 | | |
| PNC BBVA AZLO | April 21, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/20/21 APPLE CASH 1INFINITELOOPCA | x | PERSONAL CASH WITHDRAWAL | Personal Cash Withdrawal | $ 50.00 | | |
| Chase | March 21, 2017 | 03/21 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 25,485.98 | | |
| Chase | September 18, 2017 | Non-Chase ATM Withdraw 09/16 Nrccfl13Flv13 Right of Las Vegas NV Card 3490 | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 509.99 | | |
| Chase | September 20, 2017 | 09/20 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 2,000.00 | | |
| Chase | April 18, 2018 | 04/18 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 11,970.00 | | |
| Chase | June 20, 2018 | 06/20 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 4,166.67 | | |
| Chase | August 14, 2018 | 08/14 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 34,333.33 | | |
| Chase | December 4, 2019 | 12/04 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 4,000.00 | | |
| Chase | January 7, 2020 | 01/07 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 300.00 | | |
| Chase | January 10, 2020 | 01/10 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 370.00 | | |
| Chase | January 21, 2020 | 01/18 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 570.00 | | |
| Chase | January 27, 2020 | 01/27 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 500.00 | | |
| Chase | January 28, 2020 | 01/28 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 260.00 | | |
| Chase | January 31, 2020 | 01/31 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 300.00 | | |
| Chase | November 17, 2020 | 11/17 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 9,414.54 | | |
| Chase | March 12, 2021 | 03/12 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 15,991.30 | | |
| Chase | July 3, 2022 | 07/03 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 2,600.00 | | |
| Chase | July 19, 2022 | 07/19 Withdrawal | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal | $ 530.00 | | |
| Chase | September 18, 2017 | Non-Chase ATM Fee-With | x | PERSONAL CASH WITHDRAWAL | Personal Withdrawal Fee | $ 2.50 | $ 273,149.26 | 46 |

Knapton 150

CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS
SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| BANK ACCOUNT: | DATE: | BANK TRANSACTION DETAIL | PERSONAL BENEFIT | CATEGORY DESCRIPTION | CATEGORY DESCRIPTION DETAIL | PERSONAL BENEFIT $ | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|---|---|---|---|---|
| PNC BBVA AZLO | March 24, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/19/21 CENTER FOR BIBLICAL COU DALLAS TX | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Counseling | $ 350.00 | | |
| PNC BBVA AZLO | March 30, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 03/25/21 CENTER FOR BIBLICAL COU DALLAS TX | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Counseling | $ 175.00 | | |
| PNC BBVA AZLO | April 22, 2021 | DEBIT FOR CHECKCARD XXXXXX3944 04/16/21 CENTER FOR BIBLICAL COU DALLAS TX | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Counseling | $ 175.00 | | |
| Chase | September 1, 2017 | Card Purchase 08/31 IN * Alexandria H. Doyl 214-3615900 TX Card 3490 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 200.00 | | |
| Chase | September 12, 2017 | Card Purchase 09/11 IN * Alexandria H. Doyl 214-3615900 TX Card 3490 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 100.00 | | |
| Chase | September 20, 2017 | Card Purchase 09/19 IN * Alexandria H. Doyl 214-3615900 TX Card 3490 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 100.00 | | |
| Chase | September 22, 2017 | Card Purchase 09/21 IN * Alexandria H. Doyl 214-3615900 TX Card 3490 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 100.00 | | |
| Chase | September 29, 2017 | Card Purchase 09/28 IN "Alexandria H. Doyl 214-3615900 TX Card 3490 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 200.00 | | |
| Chase | October 6, 2017 | Card Purchase 10/05 IN 'Alexandria H. Doyl 214-3615900 TX Card 3490 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 200.00 | | |
| Chase | October 27, 2017 | Card Purchase 10/26 IN * Alexandria H. Doyl 214-3615900 TX Card 3490 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 100.00 | | |
| Chase | November 3, 2017 | Card Purchase 11/02 IN 'Alexandria H. Doyl 214-3615900 TX Card 3490 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 100.00 | | |
| Chase | December 20, 2017 | Card Purchase 12/19 IN 'Alexandria H. Doyl 214-3615900 TX Card 3490 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 100.00 | | |
| Chase | January 10, 2018 | Card Purchase 01/09 IN * Alexandria H. Doyl 214-3615900 TX Card 3490 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 100.00 | | |
| Chase | January 11, 2018 | 01/09 Family Psychology Insti Dallas TX Card 9682 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 185.00 | | |
| Chase | January 17, 2018 | Card Purchase 01/16 IN 'Alexandria H. Doyl 214-3615900 TX Card 3490 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 100.00 | | |
| Chase | January 26, 2018 | Card Purchase 01/25 IN * Alexandria H. Doyl 214-3615900 TX Card 3490 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 100.00 | | |
| Chase | December 21, 2018 | 12/19 Family Psychology Insti Dallas TX Card 9682 | x | PSYCHOLOGIST / COUNSELING SERVICES | Personal Psychologist Office | $ 185.00 | $ 2,570.00 | 17 |
| | ALL DATES | TOTAL | | TOTAL | TOTAL | $ $1,851,232.00 | $1,851,232.00. | 539 |

Knapton 151

*Documenting all transactions for Personal Benefit of Brent Simpson*

- *By Category*

<u>Source: Bank Statements:</u>

Click Vision Group LLC - Chase Operating Bank Account [REDACTED] 7310

CLICK VISION GROUP LLC OPERATING – PNC BANK Account [REDACTED] 5004

CLICK VISION GROUP LLC – BBVA Account [REDACTED] 5346
later converted to
BRENT SIMPSON – PNC BANK Account [REDACTED] 1801

CLICK VISION GROUP LLC – AZLO BUSINESS CHECKING Account [REDACTED] 7990

ACUITY ADVISORS LLC – AZLO BUSINESS CHECKING Account [REDACTED] 9316

CLICK VISION GROUP LLC RETAIL – AZLO Account [REDACTED] 6318 (not located)

**SUMMARY**

**CLICK VISION GROUP LLC & ACCUITY ADVISORS LLC BANK TRANSACTIONS**

SORTED ON PERSONAL SPENDING BY BRENT SIMPSON

| CATEGORY DESCRIPTION | | CATEGORY TOTAL | TRANSACTION COUNT |
|---|---|---|---|
| AUTOMOTIVE | $ | 14,716.48 | 15 |
| CHILD SUPPORT | $ | 6,381.72 | 7 |
| CHILDREN'S ENTERTAINMENT | $ | 673.88 | 5 |
| CHURCH EXPENSE | $ | 63.05 | 1 |
| DESTINATION TRAVEL - PERSONAL ENTERTAINMENT | $ | 4,722.41 | 75 |
| EXCESSIVE MEAL CHARGE | $ | 4,976.02 | 6 |
| HOME IMPROVEMENT/EXPENSE | $ | 4,687.45 | 17 |
| LUXURY ITEMS | $ | 7,980.51 | 7 |
| PAYMENT TO MOTHER | $ | 21,740.00 | 3 |
| PERSONAL CASH WITHDRAWAL | $ | 273,149.26 | 46 |
| PERSONAL CLUB MEMBERSHIP | $ | 34,461.00 | 22 |
| PERSONAL ENTERTAINMENT | $ | 9,724.28 | 56 |
| PERSONAL GROCERY | $ | 7,232.52 | 80 |
| PERSONAL HEALTH | $ | 2,010.27 | 9 |
| PERSONAL LEGAL EXPENSES | $ | 20,230.79 | 4 |
| PERSONAL MORTGAGE | $ | 39,063.78 | 9 |
| PERSONAL TAXES, FINES, FEES | $ | 1,153.61 | 5 |
| PERSONAL TRANSFER OF FUNDS | $ | 1,391,112.24 | 132 |
| PERSONAL TRAVEL PERKS | $ | 499.00 | 1 |
| PERSONAL UTILITY BILLS | $ | 4,083.73 | 22 |
| PSYCHOLOGIST / COUNSELING SERVICES | $ | 2,570.00 | 17 |
| **TOTAL** | **$** | **1,851,232.00** | **539** |

* This recent transaction has yet to have spending tracked.

EXHIBIT F

Authentic Bank Statements obtained by subpoena:

Click Vision Group LLC
Chase Operating Bank Account [redacted] 7310
*- May 1, 2019 through November 29, 2019*

**Compared to…**

Fraudulent, Falsified and Doctored statements:

Click Vision Group LLC
Operating Bank Account [redacted] 7310
*- May 1, 2019 through November 29, 2019*



**AUTHENTIC RECORD:**

CHASE
JPMorgan Chase Bank, N.A
P O Box 182051
Columbus, OH 43218-2051

Account Number: [redacted]7310

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017181 DRE 201 210 15819 NNNNNNNNNNN 1 000000000 02 0000
CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$10.95** |
| Deposits and Additions | 1 | 100,000.00 |
| ATM & Debit Card Withdrawals | 13 | -729.78 |
| Electronic Withdrawals | 4 | -21,796.10 |
| **Ending Balance** | **18** | **$77,463.17** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/31 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Kurt R Knapton And Martha L Knaptonarlington 76017 Ref: Chase Nyc/Ctr/Bnf=Click Vision Group LLC Dallas, TX 752542953/Ac-00000 0009090 Rfb=469998 Obi=Attn: Brent Simpson Ceo Business Loan N/A N/A Imad: 0531I1B7032R026699 Trn: 9070709151Ff | $100,000.00 |
| **Total Deposits and Additions** | | **$100,000.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Card Purchase 04/30 Bls*Greper London Card 9682 | $50.00 |
| 05/01 | Recurring Card Purchase 04/30 Acuityscheduling Com Httpsacuityse NY Card 9682 | 20.25 |
| 05/03 | Recurring Card Purchase 05/02 Msft * E010083ND0 800-642-7676 WA Card 9682 | 303.81 |
| 05/03 | Recurring Card Purchase 05/02 Sendgrid 1-877-969-864 877-9698647 CO Card 9682 | 157.21 |
| 05/06 | Card Purchase 05/03 Atlassian Atlassian B V Card 9682 | 14.92 |
| 05/06 | Recurring Card Purchase 05/03 Msft * E010083Zrh 800-642-7676 WA Card 9682 | 32.49 |
| 05/06 | Recurring Card Purchase 05/04 Slack Slack Com CA Card 9682 | 25.58 |
| 05/08 | Recurring Card Purchase 05/07 Linkedin-463*7699624 Lnkd IN/Bill CA Card 9682 | 85.27 |
| 05/10 | Card Purchase 05/10 Wework 855-593-9675 NY Card 9682 | 1.69 |

**FALSIFIED RECORD:**

CHASE
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 01, 2019 through May 31, 2019
Account Number: [redacted]7310

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017191 DRE 201 210 15819 NNNNNNNNNNN 1 000000000 02 0000
CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$548,974.35** |
| ATM & Debit Card Withdrawals | 7 | -20,779.98 |
| Electronic Withdrawals | 15 | -129,919.14 |
| **Ending Balance** | **22** | **$398,275.23** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | Card Purchase 05/01 Pentavision US 310-637-8765 Card 9682 | $13,123.00 |
| 05/06 | Recurring Card Purchase 05/05 MSFT * Dynamics365 800-642-7676 WA Card 9682 | 1,617.70 |
| 05/06 | Recurring Card Purchase 05/05 MSFT * Office 800-642-7676 WA Card 9682 | 303.81 |
| 05/06 | Recurring Card Purchase 05/05 Wework 855-593-9675 NY Card 9682 | 157.21 |
| 05/08 | Card Purchase 05/07 Sendgrid 800-736-0098 WA 05/01 Card 9682 | 14.92 |
| 05/24 | Card Purchase 05/23 American Air00172717338 Fort Worth TX Card 9682 | 32.49 |
| 05/24 | Card Purchase 05/23 Hotels.com/Expedia Card 9682 | 25.58 |
| **Total ATM & Debit Card Withdrawals** | | **$20,779.98** |

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $20,779.98 |
| Total Card Deposits & Credits | $0.00 |

**AUTHENTIC RECORD:**

CHASE

Account Number: 7310

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/10 | Recurring Card Purchase 05/09 Msft * E01008342R 800-642-7676 WA Card 9682 | 31.39 |
| 05/14 | Card Purchase 05/13 Sq *Illuminate Coffee B Austin TX Card 4864 | 4.00 |
| 05/21 | Card Purchase 05/21 Wework 855-593-9675 NY Card 9682 | 1.89 |
| 05/21 | Card Purchase 05/21 Wework 855-593-9675 NY Card 9682 | 1.08 |
| **Total ATM & Debit Card Withdrawals** | | **$729.78** |

## ATM & DEBIT CARD SUMMARY

Richard Bardon Card 4864

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4.00 |
| Total Card Deposits & Credits | $0.00 |

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $725.78 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $729.78 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | Legacy Tenant Epay PPD ID: 9306953001 | $1,764.00 |
| 05/02 | Authnet Gateway Billing 106670959 CCD ID: 1870568569 | 25.00 |
| 05/02 | Authnet Gateway Billing 106630665 CCD ID: 1870568569 | 7.10 |
| 05/31 | 05/31 Online Transfer To Chk ...0006 Transaction#: 8285933480 | 20,000.00 |
| **Total Electronic Withdrawals** | | **$21,796.10** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/01 | -$81.20 |
| 05/02 | -1,877.30 |
| 05/03 | -2,308.32 |
| 05/06 | -2,411.31 |
| 05/08 | -2,496.53 |
| 05/10 | -2,529.66 |
| 05/14 | -2,533.66 |
| 05/21 | -2,536.83 |
| 05/31 | 77,463.17 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Page 2 of 4

SB1288158-F1 138

72502-1 JPMorgan Chase Bank, N.A.-00139

**FALSIFIED RECORD:**

CHASE

May 01, 2019 through May 31, 2019
Account Number: 7310

## ATM & DEBIT CARD SUMMARY *(continued)*

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $20,779.98 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Tipit, Inc Billing 1066576774 CCD ID: 9305953001 | $13,215.00 |
| 05/02 | ADP Payroll Fee Billing 106670959 CCD ID: 9659605001 | 40.00 |
| 05/07 | United Healthcare Billing 106630665 CCD ID: 2837428417 | 1,127.00 |
| 05/07 | WP Engine Httpswpengine TX Billing 1066287561 CCD ID: 3627439912 | 4,217.00 |
| 05/08 | Ferguson Braswell Fraser Kubasta PC Billing 1067346383 CCD ID: 8374756628 | 7,727.00 |
| 05/13 | ADP Payroll Billing 1066737483 CCD ID: 9659605001 | 4,217.00 |
| 05/13 | MPD Ventures Billing 1066234745 CCD ID: 3648112316 | 26,750.00 |
| 05/15 | Kiwitech Inc Billing 1062735456 CCD ID: 2637772551 | 8,379.27 |
| 05/16 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 28,630.00 |
| 05/16 | Headstrong Sunwear Billing 1067364639 CCD ID: 9274626772 | 11,400.00 |
| 05/16 | Brent Simpson Quickpay 1062347266 | 4,988.11 |
| 05/16 | Richard Bardon Quickpay 1062846562 | 2,593.76 |
| 05/20 | Chris Fernandez Billing 1062643553 CCD ID: 2928576784 | 4,000.00 |
| 05/29 | Tipit, Inc Billing 1064157557 CCD ID: 9305953001 | 9,861.00 |
| 05/30 | ADP Payroll Billing 1066898745 CCD ID: 9659605001 | 3,495.50 |
| **Total Electronic Withdrawals** | | **$129,919.14** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/01 | $535,759.35 |
| 05/02 | 535,719.35 |
| 05/07 | 511,951.80 |
| 05/08 | 504,224.80 |
| 05/13 | 473,229.30 |
| 05/15 | 464,850.03 |
| 05/16 | 417,238.16 |
| 05/20 | 413,238.16 |
| 05/29 | 401,770.73 |
| 05/30 | 398,275.23 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Knapton 156

Page 2 of 4 DFG053

**AUTHENTIC RECORD:**

CHASE

Account Number: [redacted] 7310

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

**FALSIFIED RECORD:**

CHASE

May 01, 2019 through May 31, 2019
Account Number: [redacted] 7310

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

10171910202000000062

JPMorgan Chase Bank, N.A. Member FDIC

**AUTHENTIC RECORD:**

CHASE

7310

This Page Intentionally Left Blank

SB1288158-F1 140

72502-1 JPMorgan Chase Bank, N.A.-00141

**FALSIFIED RECORD:**

CHASE

May 01, 2019 through May 31, 2019

Account Number: 7310

This Page Intentionally Left Blank

**AUTHENTIC RECORD:**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

Account Number: [redacted]7310

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017251 DRE 201 210 18419 NNNNNNNNNNN 1 000000000 D2 0000
CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$77,463.17** |
| Checks Paid | 2 | -24,973.33 |
| ATM & Debit Card Withdrawals | 43 | -5,749.86 |
| Electronic Withdrawals | 12 | -42,987.76 |
| **Ending Balance** | **57** | **$3,752.22** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1117 ^ | | 06/06 | $24,853.33 |
| 1122 * ^ | | 06/25 | 120.00 |
| **Total Checks Paid** | | | **$24,973.33** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Card Purchase 06/02 Formswift Com/Change 888-311-2977 CA Card 9682 | $29.95 |
| 06/03 | Recurring Card Purchase 05/31 Wp Engine Httpswpengine TX Card 9682 | 122.59 |
| 06/03 | Recurring Card Purchase 06/03 Grasshopper Com Logmein Com MA Card 9682 | 118.32 |
| 06/03 | Recurring Card Purchase 05/31 Instapage Httpsinstapag CA Card 9682 | 79.00 |

Page 1 of 4

SB1288158-F1 141

72502-1 JPMorgan Chase Bank, N.A.-00142

**FALSIFIED RECORD:**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 01, 2019 through June 28, 2019
Account Number: [redacted]7310

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017251 DRE 201 210 18419 NNNNNNNNNNN 1 000000000 D2 0000
CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$398,275.23** |
| ATM & Debit Card Withdrawals | 6 | -13,173.02 |
| Electronic Withdrawals | 14 | -118,289.33 |
| **Ending Balance** | **20** | **$266,812.88** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | Recurring Card Purchase 06/04 MSFT * Dynamics365 800-642-7676 WA Card 9682 | $955.36 |
| 06/05 | Recurring Card Purchase 06/04 MSFT * Office 800-642-7676 WA Card 9682 | 477.68 |
| 06/05 | Recurring Card Purchase 06/03 Wework 855-593-9675 NY Card 9682 | 2,874.00 |
| 06/07 | Recurring Card Purchase 06/06 Sendgrid 800-736-0098 WA Card 9682 | 750.00 |
| 06/10 | Card Purchase 06/09 American Air00172717338 Fort Worth TX Card 9682 | 4,788.43 |
| 06/10 | Card Purchase 06/09 Hotels.com/Expedia Card 9682 | 3,327.55 |
| **Total ATM & Debit Card Withdrawals** | | **$13,173.02** |

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $13,173.02 |
| Total Card Deposits & Credits | $0.00 |

Knapton 159

Page 1 of 3 DFG056

**AUTHENTIC RECORD:**

CHASE

Account Number [redacted]7310

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Recurring Card Purchase 06/03 Adobe *Creative Cloud 800-833-6687 CA Card 9682 | 57.36 |
| 06/03 | Recurring Card Purchase 06/02 Rocket Lawyer US Www.Rocketlaw CA Card 9682 | 39.99 |
| 06/03 | Recurring Card Purchase 06/02 Adobe *Stock 800-833-6687 CA Card 9682 | 32.46 |
| 06/03 | Recurring Card Purchase 06/02 Acuityscheduling Com Httpsacuitysc NY Card 9682 | 20.25 |
| 06/04 | Card Purchase 06/03 Bis*Grepsr London Card 9682 | 50.00 |
| 06/04 | Card Purchase 06/03 Atlassian Atlassian B.V Card 9682 | 14.92 |
| 06/04 | Card Purchase 06/04 Amzn Mktp US*M64R24T Amzn.Com/Bill WA Card 9682 | 82.24 |
| 06/04 | Card Purchase 06/04 Amazon.Com*MN6Ou9Wn0 Amzn.Com/Bill WA Card 9682 | 58.41 |
| 06/04 | Card Purchase 06/04 Amazon.Com*M67A01T91 Amzn.Com/Bill WA Card 9682 | 16.31 |
| 06/04 | Recurring Card Purchase 06/04 Msft * E01008Bndu 800-6427676 WA Card 9682 | 303.81 |
| 06/04 | Recurring Card Purchase 06/03 Msft * E01008Byd2 800-642-7676 WA Card 9682 | 54.14 |
| 06/04 | Recurring Card Purchase 06/03 Msft * E01008Bveg 800-642-7676 WA Card 9682 | 10.65 |
| 06/05 | Card Purchase 06/03 Vistage Worldwide Inc 858-5236800 CA Card 9682 | 1,465.00 |
| 06/05 | Card Purchase 06/04 Zoom US 888-799-9666 CA Card 9682 | 48.68 |
| 06/05 | Card Purchase 06/04 Amzn Mktp US*M62Le1O Amzn.Com/Bill WA Card 9682 | 16.18 |
| 06/05 | Card Purchase 06/04 Amzn Mktp US*M63Be2E Amzn.Com/Bill WA Card 9682 | 16.99 |
| 06/05 | Recurring Card Purchase 06/04 Slack Slack.Com CA Card 9682 | 25.58 |
| 06/06 | Card Purchase 06/06 Wework 855-593-9675 NY Card 9682 | 1.28 |
| 06/07 | Card Purchase 06/05 Servcorp US 312-8033700 GA Card 9682 | 542.92 |
| 06/10 | Card Purchase 06/08 Activecampaign, Inc 7733602270 IL Card 9682 | 70.00 |
| 06/10 | Recurring Card Purchase 06/09 Sendgrid 1-877-969-864 877-9698647 CO Card 9682 | 157.21 |
| 06/10 | Recurring Card Purchase 06/07 Linkedin-471*3433994 Lnkd.IN/Bill CA Card 9682 | 85.27 |
| 06/12 | Card Purchase 06/12 Wework 855-593-9675 NY Card 9682 | 1.08 |
| 06/12 | Card Purchase 06/12 Wework 855-593-9675 NY Card 9682 | 3.25 |
| 06/12 | Card Purchase With Pin 06/12 Office Depot 00 2909 F Dallas TX Card 4864 | 10.60 |
| 06/13 | Card Purchase 06/13 Wework 855-593-9675 NY Card 9682 | 1.28 |
| 06/13 | Recurring Card Purchase 06/13 Grasshopper Com Logmein.Com MA Card 9682 | 118.32 |
| 06/13 | Recurring Card Purchase 06/13 Adobe *Creative Cloud 800-833-6687 CA Card 9682 | 57.36 |
| 06/17 | Card Purchase 06/14 Zoom US 888-799-9666 CA Card 9682 | 47.94 |
| 06/17 | Card Purchase 06/16 Formswift Com/Charge 888-311-2977 CA Card 9682 | 29.95 |
| 06/17 | Recurring Card Purchase 06/16 Instapage Httpsinstapag CA Card 9682 | 79.00 |
| 06/18 | Card Purchase 06/17 Amzn Mktp US*M65Y06Q Amzn.Com/Bill WA Card 9682 | 22.45 |
| 06/19 | Card Purchase 06/19 Wework 855-593-9675 NY Card 9682 | 1.08 |
| 06/19 | Recurring Card Purchase 06/18 Rocket Lawyer US Www.Rocketlaw CA Card 9682 | 39.99 |
| 06/24 | Card Purchase 06/20 Vistage Worldwide Inc 858-5236800 CA Card 9682 | 1,465.00 |
| 06/24 | Recurring Card Purchase 06/21 Parsehub.Com Toronto On Card 9682 | 149.00 |
| 06/25 | Card Purchase 06/24 Activecampaign, Inc 7733602270 IL Card 9682 | 49.00 |
| 06/26 | Recurring Card Purchase 06/25 Wp Engine Httpswpengine TX Card 9682 | 122.59 |
| 06/26 | Recurring Card Purchase 06/26 Adobe *Stock 800-833-6687 CA Card 9682 | 32.46 |
| **Total ATM & Debit Card Withdrawals** | | **$5,749.86** |

## ATM & DEBIT CARD SUMMARY

Richard Bardon Card 4864

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $10.60 |
| Total Card Deposits & Credits | $0.00 |

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |

Page 2 of 4

72502-1 SB1288158-F1 142

JPMorgan Chase Bank, N.A.-00143

**FALSIFIED RECORD:**

CHASE

June 01, 2019 through June 28, 2019

Account Number [redacted]7310

## ATM & DEBIT CARD SUMMARY *(continued)*

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $13,173.02 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | ADP Payroll Fee Billing 1093947576 CCD ID: 9659605001 | 40.00 |
| 06/06 | United Healthcare Billing 1092248348 CCD ID: 2837428417 | 1,127.00 |
| 06/06 | WP Engine Httpswpengine TX Billing 1076287561 CCD ID: 3627439912 | 4,819.00 |
| 06/07 | Peter Monica Billing 1073743991 CCD ID: 2837463822 | 22,530.00 |
| 06/10 | MPD Ventures Billing 1091574445 CCD ID: 3648112316 | 26,350.00 |
| 06/10 | Ferguson Braswell Fraser Kubasta PC Billing 1077346354 CCD ID: 8374756628 | 8,111.00 |
| 06/13 | ADP Payroll Billing 1076737483 CCD ID: 9659605001 | 3,495.50 |
| 06/14 | Kiwitech Inc Billing 1073745456 CCD ID: 2637772551 | 4,641.88 |
| 06/17 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 25,472.00 |
| 06/17 | Headstrong Sunwear Billing 1077366239 CCD ID: 9274626772 | 12,400 |
| 06/17 | Brent Simpson Quickpay 1092347266 | 3,722.35 |
| 06/17 | Richard Bardon Quickpay 1092846253 | 2,047.10 |
| 06/18 | ADP Payroll Fee Billing 1076703467 CCD ID: 9659605001 | 39.00 |
| 06/27 | ADP Payroll Billing 1073589001 CCD ID: 9659605001 | 3,494.50 |
| **Total Electronic Withdrawals** | | **$118,289.33** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 06/04 | $398,235.23 | 06/13 | 318,629.71 |
| 06/05 | 393,928.19 | 06/14 | 313,654.83 |
| 06/06 | 387,982.19 | 06/17 | 270,346.38 |
| 06/07 | 364,702.19 | 06/18 | 270,307.38 |
| 06/10 | 322,125.21 | 06/27 | 266,812.88 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Knapton 160

Page 2 of 3 DFG057

**AUTHENTIC RECORD:**

CHASE

Account Number [redacted]7310

| | |
|---|---|
| Total Card Purchases | $5,739.26 |
| Total Card Deposits & Credits | $0.00 |
| **ATM & Debit Card Totals** | |
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $5,749.86 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | 06/03 Online Domestic Wire Transfer Via: Tolleson Private/111024645 A/C: Jim Strategic Investments Irving TX 75063 US Ref:/Bnf/Click Vision Group LLC Note Imad: 0603B1Qgc05C009105 Trn: 6022200154Es | $8,333.32 |
| 06/04 | Legacy Tenant Epay PPD ID: 9305953001 | 1,764.00 |
| 06/04 | Authnet Gateway Billing 107030962 CCD ID: 1870568569 | 25.00 |
| 06/04 | Authnet Gateway Billing 107043009 CCD ID: 1870568569 | 7.00 |
| 06/07 | Quickpay With Zelle Payment To Richard Bardon 8309747173 | 2,160.00 |
| 06/07 | Quickpay With Zelle Payment To Richard Bardon 8311113766 | 500.00 |
| 06/12 | 06/12 Online Transfer To Chk ...0006 Transaction#: 8325696265 | 2,000.00 |
| 06/13 | United Healthcar EDI Paymts 325422658103 ID: 1411289245 | 3,038.44 |
| 06/17 | 06/17 Online Transfer To Chk ...0006 Transaction#: 8341299140 | 2,000.00 |
| 06/24 | Quickpay With Zelle Payment To Richard Bardon 8362787508 | 2,160.00 |
| 06/25 | 06/25 Online Transfer To Chk ...0006 Transaction#: 8366112577 | 1,000.00 |
| 06/26 | 06/26 Online Transfer To Chk ...0006 Transaction#: 8369268657 | 20,000.00 |
| **Total Electronic Withdrawals** | | **$42,987.76** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 06/03 | $68,629.93 | 06/10 | 36,301.01 | 06/19 | 28,850.27 |
| 06/04 | 66,243.45 | 06/12 | 34,286.08 | 06/24 | 25,076.27 |
| 06/05 | 64,671.02 | 06/13 | 31,070.68 | 06/25 | 23,907.27 |
| 06/06 | 39,816.41 | 06/17 | 28,913.79 | 06/26 | 3,752.22 |
| 06/07 | 36,813.49 | 06/18 | 28,891.34 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Page 3 of 4

72502-1 SB1288158-F1 143 JPMorgan Chase Bank, N.A.-00144

**FALSIFIED RECORD:**

CHASE

June 01, 2019 through June 28, 2019
Account Number: [redacted]7310

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

Page 8 of 8 DFG058

**AUTHENTIC RECORD:**

CHASE

**FALSIFIED RECORD:**

Account Number ████ 7310

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

**JPMorgan Chase Bank, N.A. Member FDIC**




**AUTHENTIC RECORD:**

CHASE
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

Account Number [redacted]7310

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017388 DRE 201 210 21519 NNNNNNNNNNN 1 000000000 02 0000
CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,752.22** |
| Checks Paid | 1 | -220.00 |
| ATM & Debit Card Withdrawals | 42 | -4,070.69 |
| Electronic Withdrawals | 3 | -116.00 |
| **Ending Balance** | **46** | **-$654.47** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1113 ^ | | 07/25 | $220.00 |
| **Total Checks Paid** | | | **$220.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Recurring Card Purchase 06/30 Acuityscheduling Com Httpsacuityso NY Card 9682 | $20.25 |
| 07/02 | Card Purchase 06/29 Bls*Grepsr London Card 9682 | 50.00 |
| 07/03 | Recurring Card Purchase 07/03 Msft * E01008Jp7O 800-6427676 WA Card 9682 | 303.81 |
| 07/03 | Recurring Card Purchase 07/02 Sendgrid 1-877-969-864 877-9698647 CO Card 9682 | 157.21 |
| 07/03 | Recurring Card Purchase 07/02 Msft * E01008Jf6 800-642-7676 WA Card 9682 | 10.65 |
| 07/05 | Card Purchase 07/03 Atlassian Atlassian B V Card 9682 | 14.92 |
| 07/05 | Recurring Card Purchase 07/03 Msft * E01008K257 800-642-7676 WA Card 9682 | 54.14 |

Page 1 of 4

SB1288158-F1 145

72502-1 JPMorgan Chase Bank, N.A.-00146

**FALSIFIED RECORD:**

CHASE
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 29, 2019 through July 31, 2019
Account Number: [redacted]7310

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017388 DRE 201 210 21519 NNNNNNNNNNN 1 000000000 02 0000
CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$266,812.88** |
| ATM & Debit Card Withdrawals | 8 | -29,041.90 |
| Electronic Withdrawals | 15 | -114,440.23 |
| **Ending Balance** | **23** | **$123,330.75** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | Recurring Card Purchase 07/03 Wework 855-593-9675 NY Card 9682 | $2,874.00 |
| 07/07 | Recurring Card Purchase 07/06 Sendgrid 800-736-0098 WA Card 9682 | 480.00 |
| 07/08 | Recurring Card Purchase 07/07 MSFT * Office 800-642-7676 WA Card 9682 | 593.69 |
| 07/08 | Recurring Card Purchase 07/07 MSFT * Dynamics365 800-642-7676 WA Card 9682 | 1,652.71 |
| 07/11 | Card Purchase 07/10 Pentavision US 310-637-8765 Card 9682 | 11,751.00 |
| 07/15 | Card Purchase 07/14 American Air00172717338 Fort Worth TX Card 9682 | 3,580.18 |
| 07/17 | Card Purchase 07/16 American Air00172717338 Fort Worth TX Card 9682 | 3,934.34 |
| 07/22 | Card Purchase 07/21 American Air00172717338 Fort Worth TX Card 9682 | 4,175.98 |
| **Total ATM & Debit Card Withdrawals** | | **$29,041.90** |

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $29,041.90 |
| Total Card Deposits & Credits | $0.00 |

Page 1 of 4 DFG059



**AUTHENTIC RECORD:**

CHASE

Account Number: [redacted]7310

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | Recurring Card Purchase 07/04 Slack Slack.Com CA Card 9682 | 3.42 |
| 07/08 | Card Purchase 07/07 Hotelscom160681149765 Hotels.Com WA Card 9682 | 154.10 |
| 07/08 | Card Purchase 07/07 Hotelscom160695481027 Hotels.Com WA Card 9682 | 118.45 |
| 07/08 | Card Purchase 07/07 Hotelscom160695538987 Hotels.Com WA Card 9682 | 126.50 |
| 07/08 | Card Purchase 07/08 Hotelscom160735781089 Hotels.Com WA Card 9682 | 149.50 |
| 07/08 | Recurring Card Purchase 07/07 Linkedin-478*5729534 Lnkd.IN/Bill CA Card 9682 | 85.27 |
| 07/09 | Card Purchase 07/08 Activecampaign, Inc. 7733602270 IL Card 9682 | 70.00 |
| 07/15 | Card Purchase 07/12 Uber *Trip 800-592-8996 CA Card 4864 | 55.35 |
| 07/15 | Card Purchase 07/12 Uber *Trip 800-592-8996 CA Card 4864 | 10.00 |
| 07/15 | Card Purchase 07/13 Red Lion Hotels/Inns Anaheim CA Card 4864 | 51.13 |
| 07/15 | Card Purchase 07/12 Pizza Place Anaheim CA Card 4864 | 13.84 |
| 07/15 | Card Purchase 07/13 Doubletree Stes Anaheim Anaheim CA Card 4864 | 3.42 |
| 07/15 | Card Purchase 07/14 Zoom.US 888-799-9666 CA Card 9682 | 47.94 |
| 07/15 | Card Purchase 07/14 Uber *Eats 800-592-8996 CA Card 4864 | 46.14 |
| 07/15 | Card Purchase 07/15 Uber *Trip 800-592-8996 CA Card 4864 | 41.18 |
| 07/15 | Card Purchase 07/14 8 Oz Burger Bar Lax Los Angeles CA Card 4864 | 21.60 |
| 07/15 | Card Purchase 07/14 Coles T-4 Lax Los Angeles CA Card 4864 | 14.03 |
| 07/15 | Card Purchase 07/15 Uber *Trip 800-592-8996 CA Card 4864 | 19.71 |
| 07/15 | Recurring Card Purchase 07/13 Grasshopper Com Logmein Com MA Card 9682 | 121.34 |
| 07/15 | Recurring Card Purchase 07/13 Adobe *Creative Cloud 800-833-6687 CA Card 9682 | 57.36 |
| 07/15 | Recurring Card Purchase 07/12 Viasat IN-Flight Wi-Fi 888-6496711 CA Card 4864 | 14.00 |
| 07/15 | Recurring Card Purchase 07/15 Viasat IN-Flight Wi-Fi 888-6496711 CA Card 4864 | 10.00 |
| 07/16 | Card Purchase 07/16 Formswift.Com/Charge 888-311-2977 CA Card 9682 | 29.95 |
| 07/17 | Card Purchase 07/16 Alphagraphics Mark Dallas TX Card 4864 | 67.60 |
| 07/17 | Card Purchase 07/17 Amzn Mktp US*Mh3Ky2U Amzn.Com/Bill WA Card 9682 | 54.98 |
| 07/17 | Card Purchase 07/17 Amzn Mktp US*Mh7Vl38 Amzn.Com/Bill WA Card 9682 | 10.81 |
| 07/17 | Recurring Card Purchase 07/16 Instapage Httpsinstapag CA Card 9682 | 79.00 |
| 07/18 | Card Purchase 07/18 Amzn Mktp US*Mh0Zw4Q Amzn.Com/Bill WA Card 9682 | 9.85 |
| 07/19 | Recurring Card Purchase 07/18 Rocket Lawyer US Www.Rocketlaw CA Card 9682 | 39.99 |
| 07/22 | Card Purchase 07/20 Vistage Worldwide Inc 858-5236800 CA Card 9682 | 1,465.00 |
| 07/22 | Recurring Card Purchase 07/21 Parsehub.Com Toronto On Card 9682 | 149.00 |
| 07/25 | Card Purchase 07/24 Activecampaign, Inc. 7733602270 IL Card 9682 | 49.00 |
| 07/29 | Card Purchase 07/26 Plat Parking - Dallas Dallas TX Card 4864 | 200.00 |
| 07/31 | Card Purchase 07/29 Bis*Greper London Card 9682 | 50.00 |
| 07/31 | Recurring Card Purchase 07/30 Acuityscheduling.Com Httpsacuitysc NY Card 9682 | 20.25 |
| **Total ATM & Debit Card Withdrawals** | | **$4,070.69** |

## ATM & DEBIT CARD SUMMARY

Richard Bardon Card 4864

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $568.00 |
| Total Card Deposits & Credits | $0.00 |

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $3,502.69 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |

Page 2 of 4

SB1288158-F1 146

72502-1 JPMorgan Chase Bank, N.A.-00147

**FALSIFIED RECORD:**

CHASE

Account Number: [redacted]7310

## ATM & DEBIT CARD SUMMARY *(continued)*

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $29,041.90 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | ADP Payroll Fee Billing 1073947576 CCD ID: 9659605001 | 38.00 |
| 07/06 | United Healthcare Billing 1073748348 CCD ID: 2837428417 | 1,127.00 |
| 07/06 | WP Engine Httpswpengine TX Billing 1076287561 CCD ID: 3627439912 | 5,301.00 |
| 07/07 | Peter Monica Billing 1073743991 CCD ID: 2837463822 | 28,500.00 |
| 07/10 | Ferguson Braswell Fraser Kubasta PC Billing 1077346354 CCD ID: 8374756628 | 9,023.00 |
| 07/11 | ADP Payroll Billing 1076737483 CCD ID: 9659605001 | 3,493.50 |
| 07/12 | Tipit, Inc Billing 1066576774 CCD ID: 9305953001 | 10,798.00 |
| 07/14 | Kiwitech Inc Billing 1073745456 CCD ID: 2637772551 | 5,152.00 |
| 07/16 | ADP Payroll Fee Billing 1076703467 CCD ID: 9659605001 | 37.00 |
| 07/17 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 26,491.00 |
| 07/17 | Headstrong Sunwear Billing 1077366239 CCD ID: 9274626772 | 16,120.00 |
| 07/17 | Brent Simpson Quickpay 1072347266 | 2,464.71 |
| 07/17 | Richard Bardon Quickpay 1072846253 | 2,366.52 |
| 07/25 | ADP Payroll Billing 1073589001 CCD ID: 9659605001 | 3,492.50 |
| 07/30 | ADP Payroll Fee Billing 1076703467 CCD ID: 9659605001 | 36.00 |
| **Total Electronic Withdrawals** | | **$114,440.23** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/02 | $266,774.88 | 07/10 | 217,223.48 | 07/16 | 182,411.80 |
| 07/05 | 263,900.88 | 07/11 | 201,978.98 | 07/17 | 178,477.46 |
| 07/06 | 257,472.88 | 07/12 | 191,180.98 | 07/22 | 126,859.25 |
| 07/07 | 228,492.88 | 07/14 | 186,028.98 | 07/25 | 123,366.75 |
| 07/08 | 226,246.48 | 07/15 | 182,448.80 | 07/30 | 123,330.75 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Knapton 164

Page 2 of 4 DFG060



**AUTHENTIC RECORD:**

CHASE

Account Number [redacted] 7310

| | |
|---|---|
| Total Card Purchases | $4,070.69 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | Authnet Gateway Billing 107312382 CCD ID: 1870568569 | $25.00 |
| 07/02 | Authnet Gateway Billing 107251030 CCD ID: 1870568569 | 7.00 |
| 07/05 | Legacy Tenant Epay PPD ID: 9305953001 | 84.00 |
| **Total Electronic Withdrawals** | | **$116.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/01 | $3,731.97 | 07/09 | 2,318.00 | 07/19 | 1,498.78 |
| 07/02 | 3,649.97 | 07/15 | 1,790.96 | 07/22 | -115.22 |
| 07/03 | 3,178.30 | 07/16 | 1,761.01 | 07/25 | -384.22 |
| 07/05 | 3,021.82 | 07/17 | 1,548.62 | 07/29 | -584.22 |
| 07/08 | 2,388.00 | 07/18 | 1,538.77 | 07/31 | -654.47 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

SB1288158-F1 147

72502-1 JPMorgan Chase Bank, N.A.-00148

**FALSIFIED RECORD:**

June 29, 2019 through July 31, 2019

Account Number: [redacted] 7310

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4 DFG061

**AUTHENTIC RECORD:**

CHASE

Account Number: 7310

This Page Intentionally Left Blank

**FALSIFIED RECORD:**

CHASE

June 29, 2019 through July 31, 2019
Account Number: 7310

This Page Intentionally Left Blank

SB1288158-F1 148

72502-1 JPMorgan Chase Bank, N.A.-00149

Knapton 166

DFG062

308

**AUTHENTIC RECORD:**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

August 01, 2019 through August 30, 2019
Account Number: [redacted]7310

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017552 DRE 201 219 24819 NNNNNNNNNNN 1 000000000 D2 0000
CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$654.47** |
| ATM & Debit Card Withdrawals | 8 | -637.24 |
| Electronic Withdrawals | 3 | -2,237.00 |
| **Ending Balance** | 11 | **-$3,528.71** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | Recurring Card Purchase 08/02 Adobe *Stock 800-833-6687 CA Card 9682 | $32.46 |
| 08/05 | Card Purchase 08/03 Pmt Parking - Mp 214-871-6061 TX Card 4864 | 200.00 |
| 08/05 | Card Purchase 08/03 Atlassian Atlassian B V Card 9682 | 14.92 |
| 08/05 | Recurring Card Purchase 08/02 Sendgrid 1-877-969-864 877-9698647 CO Card 9682 | 117.21 |
| 08/05 | Recurring Card Purchase 08/03 Msft * E01008Ryua 800-642-7676 WA Card 9682 | 54.14 |
| 08/05 | Recurring Card Purchase 08/02 Msft * E01008Riky 800-642-7676 WA Card 9682 | 10.65 |
| 08/06 | Recurring Card Purchase 08/05 Wp Engine Httpswpengine TX Card 9682 | 122.59 |
| 08/08 | Recurring Card Purchase 08/07 Linkedin-486*2586954 Lnkd.IN/Bill CA Card 9682 | 85.27 |
| **Total ATM & Debit Card Withdrawals** | | **$637.24** |

## ATM & DEBIT CARD SUMMARY

Richard Bardin Card 4864

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $200.00 |
| Total Card Deposits & Credits | $0.00 |

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |

Page 1 of 4

72502-1 SB1288158-F1 149 JPMorgan Chase Bank, N.A.-00150

**FALSIFIED RECORD:**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

August 01, 2019 through August 30, 2019
Account Number: [redacted]7310

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017552 DRE 201 219 24619 NNNNNNNNNNN 1 000000000 D2 0000
CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$123,330.75** |
| Deposits and Additions | 1 | 700,000.00 |
| ATM & Debit Card Withdrawals | 8 | -37,619.32 |
| Electronic Withdrawals | 14 | -129,840.98 |
| **Ending Balance** | 23 | **$655,870.45** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/15 | Account Transfer From Chk …6813 Transaction#: 2638475888 | $700,000.00 |
| **Total Deposits and Additions** | | **$700,000.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | Recurring Card Purchase 08/03 Wework 855-593-9675 NY Card 9682 | $2,874.00 |
| 08/06 | Card Purchase 08/05 Hotels.com/Expedia Card 9682 | 12,734.77 |
| 08/06 | Recurring Card Purchase 08/05 Sendgrid 800-736-0098 WA Card 9682 | 601.00 |
| 08/08 | Recurring Card Purchase 08/07 MSFT * Dynamics365 800-642-7676 WA Card 9682 | 1,587.71 |
| 08/08 | Recurring Card Purchase 08/07 MSFT * Office 800-642-7676 WA Card 9682 | 542.43 |
| 08/13 | Card Purchase 08/12 Pentavision US 310-637-8765 Card 9682 | 10,711.00 |
| 08/20 | Card Purchase 08/19 American Air00172717338 Fort Worth TX Card 9682 | 4,454.08 |
| 08/25 | Card Purchase 08/24 American Air00172717338 Fort Worth TX Card 9682 | 4,114.33 |
| **Total ATM & Debit Card Withdrawals** | | **$37,619.32** |

Knapton 167

Page 1 of 4 DFG063

**AUTHENTIC RECORD:**

CHASE

Account Number: [redacted]7310

| | |
|---|---|
| Total Card Purchases | $437.24 |
| Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | |
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $637.24 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | 5215 North Ocon Epay PPD ID: 9215072001 | $2,205.00 |
| 08/02 | Authnet Gateway Billing 107750644 CCD ID: 1870568569 | 25.00 |
| 08/02 | Authnet Gateway Billing 107763240 CCD ID: 1870568569 | 7.00 |
| **Total Electronic Withdrawals** | | **$2,237.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/02 | -$2,923.98 |
| 08/05 | -3,320.85 |
| 08/06 | -3,443.44 |
| 08/08 | -3,528.71 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $408.00 | |
| **Total Service Charges** | **$503.00** | Will be assessed on 9/5/19 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Paid | 13 | 1 | 12 | $34.00 | $408.00 |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 11 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 9/5/19)** | | | | | $503.00 |

**ACCOUNT** [illegible]7310

| DESCRIPTION | VOLUME |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Accident Forgiveness** | |
| Insufficient Funds/Overdraft Item Paid | 13 |
| **Other Service Charges:** | |
| **Credits** | |
| Non-Electronic Transactions | 11 |

Page 2 of 4

SB1288158-F1 150

72502-1 JPMorgan Chase Bank, N.A.-00151

**FALSIFIED RECORD:**

CHASE

August 01, 2019 through August 30, 2019

Account Number: [redacted]7310

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $37,619.32 |
| Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | |
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $37,619.32 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | United Healthcare Billing 1073748348 CCD ID: 2837428417 | 1,127.00 |
| 08/05 | WP Engine Httpswpengine TX Billing 1076287561 CCD ID: 3627439912 | 5,831.00 |
| 08/06 | Peter Monica Billing 1073743991 CCD ID: 2837463822 | 32,260.00 |
| 08/08 | ADP Payroll Billing 1076737483 CCD ID: 9659605001 | 3,491.50 |
| 08/09 | Ferguson Braswell Fraser Kubasta PC Billing 1077346354 CCD ID: 8374756628 | 11,641.00 |
| 08/13 | ADP Payroll Fee Billing 1076703467 CCD ID: 9659605001 | 35.00 |
| 08/13 | Kiwitech Inc Billing 1073745456 CCD ID: 2637772551 | 5,719.00 |
| 08/16 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 27,551.00 |
| 08/16 | Headstrong Sunwear Billing 1077366239 CCD ID: 9274626772 | 20,956.00 |
| 08/16 | Brent Simpson Quickpay 1072347266 | 2,798.75 |
| 08/16 | Richard Bardon Quickpay 1072846253 | 2,461.23 |
| 08/19 | Tipit, Inc Billing 1066576774 CCD ID: 9305953001 | 12,445.00 |
| 08/22 | ADP Payroll Billing 1091589001 CCD ID: 9659605001 | 3,490.50 |
| 08/27 | ADP Payroll Fee Billing 1093703467 CCD ID: 9659605001 | 34.00 |
| **Total Electronic Withdrawals** | | **$129,840.98** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/04 | $120,456.75 | 08/13 | 34,175.34 | 08/22 | 660,018.78 |
| 08/05 | 113,498.75 | 08/15 | 734,175.34 | 08/25 | 655,904.45 |
| 08/06 | 67,902.98 | 08/16 | 680,408.36 | 08/27 | 655,870.45 |
| 08/08 | 62,281.34 | 08/19 | 667,963.36 | | |
| 08/09 | 50,640.34 | 08/20 | 663,509.28 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



**AUTHENTIC RECORD:**

CHASE

Account Number 7310

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4

SB1288158-F1 151

72502-1 JPMorgan Chase Bank, N.A.-00152

**FALSIFIED RECORD:**

CHASE

August 01, 2019 through August 30, 2019
Account Number: 7310

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

Knapton 169

Page 3 of 4 DFG065

**AUTHENTIC RECORD:**

CHASE

7310

This Page Intentionally Left Blank

SB1288158-F1

152

72502-1

JPMorgan Chase Bank, N.A.-00153

**FALSIFIED RECORD:**

CHASE

August 01, 2019 through August 30, 2019
Account Number: 7310

This Page Intentionally Left Blank

Page 4 of 4

DFG066

312

**AUTHENTIC RECORD:**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

Account Number: [redacted]7310

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00018582 DRE 301 219 27619 NNNNNNNNNNN 1 000000000 D2 0000
CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

**Good news! We're making it easier to get a replacement account number if your account is compromised.**

Starting November 17, 2019, if your account is compromised, we can simply issue you a replacement account number without the hassle of closing your existing account and opening a new one. This will allow you to continue using your existing debit card.

We've updated our Deposit Account Agreement to explain this change:

> *We can assign and transfer your account information and documentation to a replacement account number at our discretion. We may make this assignment when your account is reported compromised by you or any signer. If we issue you a replacement account number, this Deposit Account Agreement governing you and your account will continue to apply, without interruption, as if you retained the discontinued account number.*

Please call us at the number at the top of this statement if you have any questions.

**CHECKING SUMMARY** Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$3,528.71** |
| Deposits and Additions | 2 | 74,970.00 |
| Checks Paid | 1 | -100.00 |
| ATM & Debit Card Withdrawals | 8 | -3,547.98 |
| Electronic Withdrawals | 14 | -62,884.04 |
| Fees | 1 | -503.00 |
| **Ending Balance** | **26** | **$4,406.27** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

**FALSIFIED RECORD:**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

September 01, 2019 through September 30, 2019
Account Number: [redacted]7310

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00018582 DRE 301 219 27619 NNNNNNNNNNN 1 000000000 D2 0000
CLICK VISION GROUP LLC
14241 DALLAS PKWY STE 650
DALLAS TX 75254-2953

**Good news! We're making it easier to get a replacement account number if your account is compromised.**

Starting November 17, 2019, if your account is compromised, we can simply issue you a replacement account number without the hassle of closing your existing account and opening a new one. This will allow you to continue using your existing debit card.

We've updated our Deposit Account Agreement to explain this change:

> *We can assign and transfer your account information and documentation to a replacement account number at our discretion. We may make this assignment when your account is reported compromised by you or any signer. If we issue you a replacement account number, this Deposit Account Agreement governing you and your account will continue to apply, without interruption, as if you retained the discontinued account number.*

Please call us at the number at the top of this statement if you have any questions.

**CHECKING SUMMARY** Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$655,870.45** |
| ATM & Debit Card Withdrawals | 5 | -17,775.17 |
| Electronic Withdrawals | 14 | -141,499.30 |
| **Ending Balance** | **19** | **$496,595.98** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

**AUTHENTIC RECORD:**

CHASE

Account Number: ████████7310

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/17 | Book Transfer Credit B/O: Kurt Knapton Arlington TX 76017-3602 Ref: Short Term Loan To Company/Bnf/Investment IN Click Vision Group LLC Trn: 3432000260Es | $25,000.00 |
| 09/23 | Chips Credit Via: Bank of America, N.A./0959 B/O: Thrive Ideas, Incorporated Arlington, TX, 76010 US Ref: Nbnf=Click Vision Group LLC Dallas TX 75254-2953 US/Ac-000000009090 OR G=/488039036230 Arlington, TX, 7601 0 US Ogb=Bank of America, N.A. New York NY US Bbi=/Chgs/USD0./ Ssn: 0436759 Trn: 9840200266Fc | 49,970.00 |
| **Total Deposits and Additions** | | **$74,970.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1124 ^ | | 09/19 | $100.00 |
| **Total Checks Paid** | | | **$100.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | Recurring Card Purchase 09/17 Sendgrid 1-877-969-864 877-9696647 CO Card 9682 | $117.21 |
| 09/19 | Card Purchase 09/18 Dnh*Godaddy Com 480-5058855 AZ Card 9682 | 136.62 |
| 09/19 | Card Purchase 09/18 Slack Slack Com CA Card 9682 | 9.08 |
| 09/20 | Card Purchase 09/18 Vistage Worldwide Inc 858-5236800 CA Card 9682 | 1,465.00 |
| 09/20 | Recurring Card Purchase 09/20 Grasshopper Com Logmein Com MA Card 9682 | 242.68 |
| 09/23 | Card Purchase 09/20 Vistage Worldwide Inc 858-5236800 CA Card 9682 | 1,520.00 |
| 09/24 | Card Purchase 09/23 Activecampaign, Inc. 7733602270 IL Card 9682 | 49.00 |
| 09/30 | Recurring Card Purchase 09/27 Cloudflare 650-3198939 CA Card 9682 | 8.39 |
| **Total ATM & Debit Card Withdrawals** | | **$3,547.98** |

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $3,547.98 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $3,547.98 |
| Total Card Deposits & Credits | $0.00 |

**FALSIFIED RECORD:**

CHASE

September 01, 2019 through September 30, 2019
Account Number: ████████7310

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT |
|---|---|
| 09/15 | $500,116.48 |
| 09/19 | 496,627.98 |
| 09/24 | 496,595.98 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

10165820202000000062

**AUTHENTIC RECORD:**

CHASE

Account Number [redacted]7310

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | Authnet Gateway Billing 108086021 CCD ID: 1870568569 | $7.00 |
| 09/17 | 09/17 Online Domestic Wire Transfer Via: Tolleson Private/111024645 A/C: Jrm Strategic Investments Irving TX 75063 US Ref:/Bnf/Click Vision Group LLC Note Imad: 0917B1Qgc07C010106 Trn: 4466100260Es | 4,166.66 |
| 09/17 | 09/17 Online Transfer To Chk ...0006 Transaction#: 8653952151 | 5,000.00 |
| 09/17 | 09/17 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: 5215 North Oconnor Boulevard Tenantirving TX 75039 US Ref: Click Optical/Time/13:28 Imad: 0917B1Qgc05C009635 Trn: 4862500260Es | 4,630.50 |
| 09/17 | Quickpay With Zelle Payment To Richard Bandon 8654861821 | 2,160.00 |
| 09/17 | United Healthcar EDI Paymts 325422629870 ID: 1411289245 | 1,519.22 |
| 09/17 | Authnet Gateway Billing 108261451 CCD ID: 1870568569 | 45.00 |
| 09/20 | 5215 North Ocon Epay PPD ID: 9215072001 | 1,029.00 |
| 09/23 | 09/23 Online Transfer To Chk ...0006 Transaction#: 8673480311 | 2,000.00 |
| 09/23 | 09/23 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 0923B1Qgc03C011877 Trn: 5289700266Es | 25,000.00 |
| 09/24 | 09/24 Online Domestic Wire Transfer Via: Tolleson Private/111024645 A/C: Jrm Strategic Investments Irving TX 75063 US Ref:/Bnf/Click Vision Group LLC Note Imad: 0924B1Qgc07C003786 Trn: 5722300267Es | 4,166.66 |
| 09/26 | Quickpay With Zelle Payment To Richard Bandon 8683822177 | 2,160.00 |
| 09/30 | 09/29 Online Transfer To Chk ...0006 Transaction#: 8693255160 | 1,000.00 |
| 09/30 | 09/30 Online Domestic Wire Transfer Via: Etrade Bank/056073573 A/C: Brent Simpson Flower Mound TX 75022 US Imad: 0930B1Qgc06C016371 Trn: 5164600273Es | 10,000.00 |
| **Total Electronic Withdrawals** | | **$62,884.04** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | Service Charges For The Month of August | $503.00 |
| **Total Fees** | | **$503.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/04 | -$3,535.71 |
| 09/05 | -4,038.71 |
| 09/17 | 3,439.91 |
| 09/18 | 3,322.70 |
| 09/19 | 3,077.00 |
| 09/20 | 340.32 |
| 09/23 | 21,790.32 |
| 09/24 | 17,574.66 |
| 09/26 | 15,414.66 |
| 09/30 | 4,406.27 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $59.00 | |
| **Total Service Charges** | **$154.00** | Will be assessed on 10/3/19 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

**FALSIFIED RECORD:**

CHASE

September 01, 2019 through September 30, 2019

Account Number: [redacted]7310

This Page Intentionally Left Blank

**AUTHENTIC RECORD:**

**FALSIFIED RECORD:**

CHASE

Account Number [redacted]7310

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **No Hassle Fees** | | | | | |
| Stop Payments - Manual | 1 | Unlimited | 0 | $30.00 | $0.00 |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Retd | 2 | 1 | 1 | $34.00 | $34.00 |
| Insufficient Funds/Overdraft Item Paid | 1 | 1 | 0 | $34.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 2 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 18 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 1 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 5 | 4 | 1 | $25.00 | $25.00 |
| **Subtotal Other Service Charges (Will be assessed on 10/3/19)** | | | | | **$154.00** |

**ACCOUNT** 000000909077310

| DESCRIPTION | VOLUME |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **No Hassle Fees** | |
| Stop Payments - Manual | 1 |
| **Accident Forgiveness** | |
| Insufficient Funds/Overdraft Item Retd | 2 |
| Insufficient Funds/Overdraft Item Paid | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 2 |
| **Credits** | |
| Non-Electronic Transactions | 18 |
| **Electronic Credits** | |
| Domestic Incoming Wire Fee | 1 |
| **Miscellaneous Fees** | |
| Online Domestic Wire Fee | 5 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

JPMorgan Chase Bank, N.A. Member FDIC

**AUTHENTIC RECORD:**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

Account Number: [redacted]7310

00017881 DRE 201 210 30919 NNNNNNNNNNN 1 000000000 D2 0000
CLICK VISION GROUP LLC
5215 N O CONNOR BLVD FL 11
IRVING TX 75039-3713

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$4,406.27** |
| Checks Paid | 1 | -140.00 |
| ATM & Debit Card Withdrawals | 7 | -872.67 |
| Electronic Withdrawals | 4 | -3,756.22 |
| Fees | 1 | -154.00 |
| **Ending Balance** | **13** | **-$516.62** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1125 ^ | | 10/02 | $140.00 |
| **Total Checks Paid** | | | **$140.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Card Purchase 09/29 Bis' Groper London Card 9682 | $50.00 |
| 10/02 | Card Purchase 10/01 Plat Parking - Mp 214-871-6061 TX Card 4864 | 400.00 |
| 10/07 | Card Purchase 10/04 Slack Slack Com CA Card 9682 | 8.52 |
| 10/07 | Recurring Card Purchase 10/04 Sendgrid 1-877-969-864 877-9698647 CO Card 9682 | 117.21 |

Page 1 of 4

72502-1 SB1288158-F1 157 JPMorgan Chase Bank, N.A.-00158

**FALSIFIED RECORD:**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

October 01, 2019 through October 31, 2019
Account Number: [redacted]7310

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017881 DRE 201 210 30919 NNNNNNNNNNN 1 000000000 D2 0000
CLICK VISION GROUP LLC
5215 N O CONNOR BLVD FL 11
IRVING TX 75039-3713

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$496,595.98** |
| ATM & Debit Card Withdrawals | 7 | -25,433.46 |
| Electronic Withdrawals | 16 | -190,596.48 |
| **Ending Balance** | **23** | **$280,566.40** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | Card Purchase 10/02 American Air00172717338 Fort Worth TX Card 9682 | $3,713.49 |
| 10/03 | Recurring Card Purchase 10/02 Wework 855-593-9675 NY Card 9682 | 2,874.00 |
| 10/05 | Recurring Card Purchase 10/04 Sendgrid 800-736-0098 WA Card 9682 | 638.00 |
| 10/07 | Card Purchase 10/06 Hotels.com/Expedia | 2,570.38 |
| 10/10 | Recurring Card Purchase 10/09 MSFT * Dynamics365 800-642-7676 WA Card 9682 | 1,645.12 |
| 10/10 | Recurring Card Purchase 10/09 MSFT * Office 800-642-7676 WA Card 9682 | 577.47 |
| 10/12 | Card Purchase 10/11 Pentavision US 310-637-8765 Card 9682 | 13,415.00 |
| **Total ATM & Debit Card Withdrawals** | | **$25,433.46** |

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $25,433.46 |
| Total Card Deposits & Credits | $0.00 |

Page 1 of 4 DFG071

**AUTHENTIC RECORD:**

CHASE

Account Number: [redacted]7310

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/08 | Recurring Card Purchase 10/07 Linkedin-500*9808944 Lnkd.IN/Bill CA Card 9682 | 85.27 |
| 10/15 | Recurring Card Purchase 10/13 Grasshopper Com Logmein Com MA Card 9682 | 121.67 |
| 10/16 | Recurring Card Purchase 10/15 Storeapps Httpswww Stor CA Card 9682 | 90.00 |
| **Total ATM & Debit Card Withdrawals** | | **$872.67** |

## ATM & DEBIT CARD SUMMARY

Richard Bardon Card 4864

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $400.00 |
| Total Card Deposits & Credits | $0.00 |

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $472.67 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $872.67 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | 5215 North Ocon Epay PPD ID: 9215072001 | $2,205.00 |
| 10/02 | Authnet Gateway Billing 108461572 CCD ID: 1870568569 | 25.00 |
| 10/02 | Authnet Gateway Billing 108470909 CCD ID: 1870568569 | 7.00 |
| 10/10 | United Healthcar EDI Paymts 325422679299 ID: 1411269245 | 1,519.22 |
| **Total Electronic Withdrawals** | | **$3,756.22** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | Service Charges For The Month of September | $154.00 |
| **Total Fees** | | **$154.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/01 | $4,358.27 |
| 10/02 | 1,579.27 |
| 10/03 | 1,425.27 |
| 10/07 | 1,299.54 |
| 10/08 | 1,214.27 |
| 10/10 | -304.95 |
| 10/15 | -426.62 |
| 10/16 | -516.62 |

Page 2 of 4

SB1288158-F1 158

72502-1 JPMorgan Chase Bank, N.A.-00159

**FALSIFIED RECORD:**

CHASE

October 01, 2019 through October 31, 2019
Account Number: [redacted]7310

## ATM & DEBIT CARD SUMMARY *(continued)*

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $25,433.46 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | ADP Payroll Billing 1086737483 CCD ID: 9659605001 | 3,487.50 |
| 10/04 | United Healthcare Billing 1083748348 CCD ID: 2837428417 | 1,127.00 |
| 10/04 | WP Engine Httpswpengine TX Billing 1086287561 CCD ID: 3627439912 | 7,055.00 |
| 10/05 | Peter Monica Billing 1083743991 CCD ID: 2837463822 | 33,800.00 |
| 10/08 | ADP Payroll Fee Billing 1086703467 CCD ID: 9659605001 | 31.00 |
| 10/08 | Ferguson Braswell Fraser Kubasta PC Billing 1087346354 CCD ID: 5381063721 | 16,255.00 |
| 10/11 | Bulkley Capital Billing 10834738474 CCD ID: 3894623646 | 30,000.00 |
| 10/12 | Kiwitech Inc Billing 1083745456 CCD ID: 8208226230 | 7,046.00 |
| 10/15 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 29,799.00 |
| 10/15 | Headstrong Sunwear Billing 1087366239 CCD ID: 9274626772 | 35,416.00 |
| 10/15 | Brent Simpson Quickpay 1082347266 | 3,485.49 |
| 10/15 | Richard Bardon Quickpay 1082846253 | 3,160.49 |
| 10/17 | Tipit, Inc Billing 1086576774 CCD ID: 9305953001 | 12,932.00 |
| 10/22 | ADP Payroll Fee Billing 1086703467 CCD ID: 9659605001 | 30.00 |
| 10/31 | ADP Payroll Billing 1083589001 CCD ID: 9659605001 | 3,485.50 |
| **Total Electronic Withdrawals** | | **$190,596.48** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/03 | $486,520.99 |
| 10/04 | 478,338.99 |
| 10/05 | 443,900.99 |
| 10/07 | 441,330.61 |
| 10/08 | 425,044.61 |
| 10/10 | 422,822.02 |
| 10/11 | 392,822.02 |
| 10/12 | 372,361.02 |
| 10/15 | 300,500.04 |
| 10/17 | 284,081.54 |
| 10/22 | 284,051.54 |
| 10/31 | 280,566.04 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Knapton 176

Page 2 of 4 DFG072

**AUTHENTIC RECORD:**

CHASE

Account Number ████7310

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $77.95 | |
| **Total Service Charges** | **$172.95** | Will be assessed on 11/5/19 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Paid | 3 | 1 | 2 | $34.00 | $68.00 |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 12 | 500 | 0 | $0.40 | $0.00 |
| **Cash Management Services** | | | | | |
| Online - Financial Mgmt Access Fee | 1 | 0 | 1 | $9.95 | $9.95 |
| **Subtotal Other Service Charges (Will be assessed on 11/5/19)** | | | | | **$172.95** |

| ACCOUNT 000000909077310 | VOLUME |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Accident Forgiveness** | |
| Insufficient Funds/Overdraft Item Paid | 3 |
| **Other Service Charges:** | |
| **Credits** | |
| Non-Electronic Transactions | 12 |
| **Cash Management Services** | |
| Online - Financial Mgmt Access Fee | 1 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

**SB1288158-F1** **159**

72502-1 **JPMorgan Chase Bank, N.A.-00160**

**FALSIFIED RECORD:**

CHASE

October 01, 2019 through October 31, 2019
Account Number: ████7310

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

Knapton 177

Page 3 of 4 DFG073

**AUTHENTIC RECORD:**

CHASE

7310

This Page Intentionally Left Blank

SB1288158-F1 160

72502-1 JPMorgan Chase Bank, N.A.-00161

**FALSIFIED RECORD:**

CHASE

October 01, 2019 through October 31, 2019
Account Number: 7310

This Page Intentionally Left Blank

Page 4 of 4 DFG074

**AUTHENTIC RECORD:**

CHASE
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2019 through November 29, 2019
Account Number: [redacted]7310

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00018867 DRE 201 210 33019 NNNNNNNNNNN 1 000000000 02 0000
CLICK VISION GROUP LLC
5215 N O CONNOR BLVD FL 11
IRVING TX 75039-3713

**CHECKING SUMMARY** Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$516.62** |
| Fees | 1 | -172.95 |
| **Ending Balance** | **1** | **-$689.57** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

**FEES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | Service Charges For The Month of October | $172.95 |
| **Total Fees** | | **$172.95** |

**DAILY ENDING BALANCE**

| DATE | AMOUNT |
|---|---|
| 11/05 | -$689.57 |

**SERVICE CHARGE SUMMARY**

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $77.95 | |
| **Total Service Charges** | **$172.95** | Will be assessed on 12/4/19 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance

Page 1 of 2

72502-1 SB1288158-F1 161 JPMorgan Chase Bank, N.A.-00162

**FALSIFIED RECORD:**

CHASE
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 01, 2019 through November 31, 2019
Account Number: [redacted]7310

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017881 DRE 201 210 30219 NNNNNNNNNNN 1 000000000 10 0000

CLICK VISION GROUP LLC
5215 N O CONNOR BLVD FL 11
IRVING TX 75039-3713

**CHECKING SUMMARY** Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$280,566.40** |
| Deposits and Additions | 2 | 1,040,490 |
| ATM & Debit Card Withdrawals | 7 | -72,575 |
| Electronic Withdrawals **Ending** | 15 | -1,001,932 |
| **Balance** | **24** | **$246,537** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

**DEPOSITS AND ADDITIONS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | Online Transfer From Chk ...6813 Transaction#: 26384724344 11/26 | $500,000.00 |
| 11/28 | Incoming Wire Transfer: Via: BBVA/8374636466 A/C: Acuity Advisors Dover DE | 640,490.00 |
| **Total Deposits and Additions** | | **$1,040,490.00** |

**ATM & DEBIT CARD WITHDRAWALS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | Recurring Card Purchase 11/02 Wework 855-593-9675 NY Card 9682 | $2,874.00 |
| 11/04 | Recurring Card Purchase 11/04 Sendgrid 800-736-0098 WA Card 9682 | 701.22 |
| 11/11 | Recurring Card Purchase 11/11 MSFT * Dynamics365 800-642-7676 WA Card 9682 | 1,660.51 |
| 11/11 | Recurring Card Purchase 11/11 MSFT * Office 800-642-7676 WA Card 9682 | 504.22 |
| 11/13 | Card Purchase 11/12 Hotels.com/Expedia | 3,463.12 |
| 11/15 | Card Purchase 11/14 Travelocity.com | 6,165.83 |
| 11/22 | Card Purchase 11/21 Pentavision US 310-637-8765 Card 9682 | 52,207.00 |
| **Total ATM & Debit Card Withdrawals** | | **$72,57[illegible]** |

Page 1 of 4 DFG075

**AUTHENTIC RECORD:**

CHASE

Account Number: [redacted]7310

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Retd | 2 | 1 | 2 | $34.00 | $68.00 |
| **Other Service Charges:** | | | | | |
| **Cash Management Services** | | | | | |
| Online - Financial Mgmt Access Fee | 1 | 0 | 1 | $9.95 | $9.95 |
| **Subtotal Other Service Charges (Will be assessed on 12/4/19)** | | | | | **$172.95** |

**ACCOUNT** 000000909077310

| DESCRIPTION | VOLUME |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Accident Forgiveness** | |
| Insufficient Funds/Overdraft Item Retd | 2 |
| **Other Service Charges:** | |
| **Cash Management Services** | |
| Online - Financial Mgmt Access Fee | 1 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

72502-1 SB1288158-F1 162 JPMorgan Chase Bank, N.A.-00163

**FALSIFIED RECORD:**

CHASE

November 01, 2019 through November 30, 2019
Account Number: [redacted]7310

## ATM & DEBIT CARD SUMMARY

Brent Simpson Card 9682

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $72,576.90 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $72,575.90 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | United Healthcare Billing 1083748348 CCD ID: 2837428423 | 1,127.00 |
| 11/03 | WP Engine Httpswpengine TX Billing 1086287561 CCD ID: 3627439912 | 7,761.16 |
| 11/03 | Peter Monica Billing 1083743991 CCD ID: 2837463822 | 33,800.00 |
| 11/03 | ADP Payroll Fee Billing 1086703467 CCD ID: 9659605001 | 80.00 |
| 11/03 | Ferguson Braswell Fraser Kubasta PC Billing 1087346354 CCD ID: 5381063721 | 41,640.00 |
| 11/14 | Online Payment 8208226230 To KiwiTech | 7,821.00 |
| 11/14 | Online Domestic Wire Transfer Via: JPMC A/C: Eyecare Leaders Jacksonville FL | 50,000.00 |
| 11/14 | ADP Payroll CCD ID: 9659605001 | 3,484.50 |
| 11/28 | Online Domestic Wire Transfer Via: Citibank/107113746 A/C: Crystalpm Austin TX | 30,991.00 |
| 11/28 | Headstrong Sunwear Billing 1087366239 CCD ID: 9274626772 | 46,040.80 |
| 11/28 | Online Domestic Wire Transfer Via: JPMC A/C: Eyecare Leaders Jacksonville FL | 50,000.00 |
| 11/28 | ADP Payroll CCD ID: 9659605001 | 14,990.43 |
| 11/28 | Online Payment 3902928374 To Dr David Moore | 110,000.00 |
| 11/28 | Online Domestic Wire Transfer Via: JPMC Internal Accounts Processing Mark Travis | 320,245.00 |
| 11/28 | Online Domestic Wire Transfer Via: Citibank N.A./02107364747 B/O: J J Ainsworth Family LP | 320,245.00 |
| **Total Electronic Withdrawals** | | **$1,001,932.89** |

Page 2 of 4 DFG076

**AUTHENTIC RECORD:**

**FALSIFIED RECORD:**

CHASE

November 01, 2019 through November 30, 2019
Account Number: [redacted]7310

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

**AUTHENTIC RECORD:**

**FALSIFIED RECORD:**

CHASE

November 01, 2019 through November 30, 2019
Account Number: ████████7310

This Page Intentionally Left Blank

Knapton 182

EXHIBIT G

Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2017, or tax year beginning ________, 2017, ending ________, 20____.

▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2017**

| | | |
|---|---|---|
| A Principal business activity: Computer / IT related services | Name of partnership: Click Vision Group LLC | D Employer identification number: ██████2893 |
| B Principal product or service: Healthcare Data Services | Number, street, and room or suite no. If a P.O. box, see the instructions.: 14241 Dallas Parkway, Suite 650 | E Date business started: 12/20/2016 |
| C Business code number: 518210 | City or town, state or province, country, and ZIP or foreign postal code: Dallas TX 75254 | F Total assets (see the instructions): $ 122,884. |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return (6) ☐ Technical termination - also check (1) or (2)

H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 4

J Check if Schedules C and M-3 are attached ☐

**Caution.** *Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

**Income**

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 1,723,573. | | |
| b | Returns and allowances | 1b | | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 1,723,573. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 1,547,521. |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 176,052. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 6 | |
| 7 | Other income (loss) (attach statement) | | | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 176,052. |

**Deductions** (see the instructions for limitations)

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | 169,651. |
| 10 | Guaranteed payments to partners | | | 10 | |
| 11 | Repairs and maintenance | | | 11 | |
| 12 | Bad debts | | | 12 | |
| 13 | Rent | | | 13 | 6,600. |
| 14 | Taxes and licenses | | | 14 | 13,870. |
| 15 | Interest | | | 15 | |
| 16a | Depreciation (if required, attach Form 4562) | 16a | | | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | | 16c | |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| 18 | Retirement plans, etc. | | | 18 | |
| 19 | Employee benefit programs | | | 19 | 18,402. |
| 20 | Other deductions (attach statement) See Stmt | | | 20 | 440,467. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 648,990. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | | | 22 | -472,938. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ ______________________ Signature of partner or limited liability company member ▶ 03/13/2018 Date

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☐ Domestic general partnership b ☐ Domestic limited partnership<br>c ☒ Domestic limited liability company d ☐ Domestic limited liability partnership<br>e ☐ Foreign partnership f ☐ Other ▶ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | × | |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | × |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | × |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | × |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | × |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | × |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | × |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | × |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | × |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | × |
| 10 | At any time during calendar year 2017, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | × |

**Schedule B** **Other Information *(continued)***

| | | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2017 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ | | |
| 21 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 22 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year (See the Instructions for Form 8938)? | | X |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ Brent Simpson

Identifying number of TMP ▶ [redacted]410

If the TMP is an entity, name of TMP representative ▶

Phone number of TMP ▶

Address of designated TMP ▶ 2901 Queen Mary Dr Flower Mound, TX 75022

REV 09/11/18 TTBIZ

Knapton 185

| Schedule K | | Partners' Distributive Share Items | | | Total amount |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | | 1 | -472,938. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Guaranteed payments | | 4 | |
| | 5 | Interest income | | 5 | |
| | 6 | Dividends: a Ordinary dividends | | 6a | |
| | | b Qualified dividends | 6b | | |
| | 7 | Royalties | | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | 9a | |
| | b | Collectibles (28%) gain (loss) | 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | | 12 | |
| | 13a | Contributions | | 13a | |
| | b | Investment interest expense | | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶ (2) Amount ▶ | | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | | 13d | |
| Self-Employment | 14a | Net earnings (loss) from self-employment | | 14a | -316,958. |
| | b | Gross farming or fishing income | | 14b | |
| | c | Gross nonfarm income | | 14c | 176,052. |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | | 15a | |
| | b | Low-income housing credit (other) | | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 15c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | | 15d | |
| | e | Other rental credits (see instructions) Type ▶ | | 15e | |
| | f | Other credits (see instructions) Type ▶ | | 15f | |
| Foreign Transactions | 16a | Name of country or U.S. possession ▶ | | | |
| | b | Gross income from all sources | | 16b | |
| | c | Gross income sourced at partner level | | 16c | |
| | | Foreign gross income sourced at partnership level | | | |
| | d | Passive category ▶ e General category ▶ f Other ▶ | | 16f | |
| | | Deductions allocated and apportioned at partner level | | | |
| | g | Interest expense ▶ h Other ▶ | | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| | i | Passive category ▶ j General category ▶ k Other ▶ | | 16k | |
| | l | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | | 16l | |
| | m | Reduction in taxes available for credit (attach statement) | | 16m | |
| | n | Other foreign tax information (attach statement) | | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | | 17a | |
| | b | Adjusted gain or loss | | 17b | |
| | c | Depletion (other than oil and gas) | | 17c | |
| | d | Oil, gas, and geothermal properties—gross income | | 17d | |
| | e | Oil, gas, and geothermal properties—deductions | | 17e | |
| | f | Other AMT items (attach statement) | | 17f | |
| Other Information | 18a | Tax-exempt interest income | | 18a | |
| | b | Other tax-exempt income | | 18b | |
| | c | Nondeductible expenses | | 18c | |
| | 19a | Distributions of cash and marketable securities | | 19a | |
| | b | Distributions of other property | | 19b | |
| | 20a | Investment income | | 20a | |
| | b | Investment expenses | | 20b | |
| | c | Other items and amounts (attach statement) | | | |

## Analysis of Net Income (Loss)

1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . 1 -472,938.

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | -316,958. | -112,728. | | | -43,252. |

## Schedule L Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 45,822. | | 122,884. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | 45,822. | | 122,884. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | | | | |
| 18 All nonrecourse loans | | 50,000. | | 100,000. |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | -4,178. | | 22,884. |
| 22 Total liabilities and capital | | 45,822. | | 122,884. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** The partnership may be required to file Schedule M-3 (see instructions).

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -472,938. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): a Depreciation $ | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): a Depreciation $ b Travel and entertainment $ | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | -472,938. | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -472,938. |

## Schedule M-2 Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | -4,178. | 6 Distributions: a Cash | |
| 2 Capital contributed: a Cash | 500,000. | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | -472,938. | | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 22,884. | 9 Balance at end of year. Subtract line 8 from line 5 | 22,884. |

Knapton 187

Form **1125-A**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.**
▶ **Information about Form 1125-A and its instructions is at *www.irs.gov/form1125a.***

OMB No. 1545-0123

Name: Click Vision Group LLC

**Employer identification number**: [redacted]2893

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 1,547,521 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,547,521 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,547,521 |

**9a** Check all methods used for valuing closing inventory:

*(i)* ☐ Cost

*(ii)* ☐ Lower of cost or market

*(iii)* ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

Section references are to the Internal Revenue Code unless otherwise noted.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** If you are a qualifying taxpayer or a qualifying small business taxpayer (defined below), you can adopt or change your accounting method to account for inventoriable items in the same manner as materials and supplies that are not incidental.

Under this accounting method, inventory costs for raw materials purchased for use in producing finished goods and merchandise purchased for resale are deductible in the year the finished goods or merchandise are sold (but not before the year you paid for the raw materials or merchandise, if you are also using the cash method).

If you account for inventoriable items in the same manner as materials and supplies that are not incidental, you can currently deduct expenditures for direct labor and all indirect costs that would otherwise be included in inventory costs. See the instructions for lines 2 and 7.

For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on adopting or changing to this method of accounting, see Form 3115, Application for Change in Accounting Method, and its instructions.

***Qualifying taxpayer.*** A qualifying taxpayer is a taxpayer that, (a) for each prior tax year ending after December 16, 1998, has average annual gross receipts of $1 million or less for the 3 prior tax years, and (b) its business is not a tax shelter (as defined in section 448(d)(3)). See Rev. Proc. 2001-10, 2001-2 I.R.B. 272.

***Qualifying small business taxpayer.*** A qualifying small business taxpayer is a taxpayer that, (a) for each prior tax year ending on or after December 31, 2000, has average annual gross receipts of $10 million or less for the 3 prior tax years, (b) whose principal business activity is not an ineligible activity, and (c) whose business is not a tax shelter (as defined in section 448 (d)(3)). See Rev. Proc. 2002-28, 2002-18 I.R.B. 815.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

- The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.
- Real property or personal property (tangible and intangible) acquired for resale.
- The production of real property and tangible personal property by a corporation for use in its trade or business or in an activity engaged in for profit.

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

651117

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** **2017**

Department of the Treasury
Internal Revenue Service

For calendar year 2017, or tax year

beginning / / 2017 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

► See back of form and separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]2893

**B** Partnership's name, address, city, state, and ZIP code
Click Vision Group LLC
14241 Dallas Parkway, Suite 650
Dallas, TX 75254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's identifying number
[redacted]410

**F** Partner's name, address, city, state, and ZIP code
Brent Simpson
2901 Queen Mary Dr
Flower Mound, TX 75022

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H** ☒ Domestic partner ☐ Foreign partner

**I1** What type of entity is this partner? Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 100.00000 % | 54.00000 % |
| Loss | 100.00000 % | 54.00000 % |
| Capital | 70.00000 % | 54.00000 % |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ 54,000. |
| Qualified nonrecourse financing | $ |
| Recourse | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -4,178. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -316,958. |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ -321,136. |

☐ Tax basis ☒ GAAP ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ **Yes** ☒ **No**
If "Yes," attach statement (see instructions)

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -316,958. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | A -316,958. |
| | | C 117,989. |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |

*See attached statement for additional information.

For IRS Use Only

Knapton 189

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | *Report on* |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (j) |
| **2. Net rental real estate income (loss)** | See the Partner's Instructions |
| **3. Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Partner's Instructions |
| **4. Guaranteed payments** | Schedule E, line 28, column (j) |
| **5. Interest income** | Form 1040, line 8a |
| **6a. Ordinary dividends** | Form 1040, line 9a |
| **6b. Qualified dividends** | Form 1040, line 9b |
| **7. Royalties** | Schedule E, line 4 |
| **8. Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a. Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b. Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c. Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10. Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11. Other income (loss)** | |
| *Code* | |
| **A** Other portfolio income (loss) | See the Partner's Instructions |
| **B** Involuntary conversions | See the Partner's Instructions |
| **C** Sec. 1256 contracts & straddles | Form 6781, line 1 |
| **D** Mining exploration costs recapture | See Pub. 535 |
| **E** Cancellation of debt | Form 1040, line 21 or Form 982 |
| **F** Other income (loss) | See the Partner's Instructions |
| **12. Section 179 deduction** | See the Partner's Instructions |
| **13. Other deductions** | |
| **A** Cash contributions (50%) | See the Partner's Instructions |
| **B** Cash contributions (30%) | See the Partner's Instructions |
| **C** Noncash contributions (50%) | See the Partner's Instructions |
| **D** Noncash contributions (30%) | See the Partner's Instructions |
| **E** Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| **F** Capital gain property (20%) | See the Partner's Instructions |
| **G** Contributions (100%) | See the Partner's Instructions |
| **H** Investment interest expense | Form 4952, line 1 |
| **I** Deductions—royalty income | Schedule E, line 19 |
| **J** Section 59(e)(2) expenditures | See the Partner's Instructions |
| **K** Deductions—portfolio (2% floor) | Schedule A, line 23 |
| **L** Deductions—portfolio (other) | Schedule A, line 28 |
| **M** Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| **N** Educational assistance benefits | See the Partner's Instructions |
| **O** Dependent care benefits | Form 2441, line 12 |
| **P** Preproductive period expenses | See the Partner's Instructions |
| **Q** Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| **R** Pensions and IRAs | See the Partner's Instructions |
| **S** Reforestation expense deduction | See the Partner's Instructions |
| **T** Domestic production activities information | See Form 8903 instructions |
| **U** Qualified production activities income | Form 8903, line 7b |
| **V** Employer's Form W-2 wages | Form 8903, line 17 |
| **W** Other deductions | See the Partner's Instructions |
| **14. Self-employment earnings (loss)** | |

**Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | |
|---|---|
| **A** Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| **B** Gross farming or fishing income | See the Partner's Instructions |
| **C** Gross non-farm income | See the Partner's Instructions |
| **15. Credits** | |
| **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| **B** Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| **D** Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| **E** Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| **F** Other rental real estate credits | See the Partner's Instructions |
| **G** Other rental credits | See the Partner's Instructions |
| **H** Undistributed capital gains credit | Form 1040, line 73; check box a |
| **I** Biofuel producer credit | See the Partner's Instructions |
| **J** Work opportunity credit | See the Partner's Instructions |
| **K** Disabled access credit | See the Partner's Instructions |

| *Code* | *Report on* |
|---|---|
| **L** Empowerment zone employment credit | See the Partner's Instructions |
| **M** Credit for increasing research activities | See the Partner's Instructions |
| **N** Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| **O** Backup withholding | See the Partner's Instructions |
| **P** Other credits | See the Partner's Instructions |
| **16. Foreign transactions** | |
| **A** Name of country or U.S. possession | Form 1116, Part I |
| **B** Gross income from all sources | Form 1116, Part I |
| **C** Gross income sourced at partner level | Form 1116, Part I |
| *Foreign gross income sourced at partnership level* | |
| **D** Passive category | Form 1116, Part I |
| **E** General category | Form 1116, Part I |
| **F** Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partner level* | |
| **G** Interest expense | Form 1116, Part I |
| **H** Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partnership level to foreign source income* | |
| **I** Passive category | Form 1116, Part I |
| **J** General category | Form 1116, Part I |
| **K** Other | Form 1116, Part I |
| *Other information* | |
| **L** Total foreign taxes paid | Form 1116, Part II |
| **M** Total foreign taxes accrued | Form 1116, Part II |
| **N** Reduction in taxes available for credit | Form 1116, line 12 |
| **O** Foreign trading gross receipts | Form 8873 |
| **P** Extraterritorial income exclusion | Form 8873 |
| **Q** Other foreign transactions | See the Partner's Instructions |
| **17. Alternative minimum tax (AMT) items** | |
| **A** Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| **B** Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| **C** Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| **D** Oil, gas, & geothermal—gross income | See the Partner's Instructions and the Instructions for Form 6251 |
| **E** Oil, gas, & geothermal—deductions | See the Partner's Instructions and the Instructions for Form 6251 |
| **F** Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |
| **18. Tax-exempt income and nondeductible expenses** | |
| **A** Tax-exempt interest income | Form 1040, line 8b |
| **B** Other tax-exempt income | See the Partner's Instructions |
| **C** Nondeductible expenses | See the Partner's Instructions |
| **19. Distributions** | |
| **A** Cash and marketable securities | See the Partner's Instructions |
| **B** Distribution subject to section 737 | See the Partner's Instructions |
| **C** Other property | See the Partner's Instructions |
| **20. Other information** | |
| **A** Investment income | Form 4952, line 4a |
| **B** Investment expenses | Form 4952, line 5 |
| **C** Fuel tax credit information | Form 4136 |
| **D** Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| **E** Basis of energy property | See the Partner's Instructions |
| **F** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| **G** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| **H** Recapture of investment credit | See Form 4255 |
| **I** Recapture of other credits | See the Partner's Instructions |
| **J** Look-back interest—completed long-term contracts | See Form 8697 |
| **K** Look-back interest—income forecast method | See Form 8866 |
| **L** Dispositions of property with section 179 deductions | See the Partner's Instructions |
| **M** Recapture of section 179 deduction | See the Partner's Instructions |
| **N** Interest expense for corporate partners | See the Partner's Instructions |
| **O** Section 453(l)(3) information | See the Partner's Instructions |
| **P** Section 453A(c) information | See the Partner's Instructions |
| **Q** Section 1260(b) information | See the Partner's Instructions |
| **R** Interest allocable to production expenditures | See the Partner's Instructions |
| **S** CCF nonqualified withdrawals | See the Partner's Instructions |
| **T** Depletion information—oil and gas | See the Partner's Instructions |
| **U** Reserved | See the Partner's Instructions |
| **V** Unrelated business taxable income | See the Partner's Instructions |
| **W** Precontribution gain (loss) | See the Partner's Instructions |
| **X** Section 108(i) information | See the Partner's Instructions |
| **Y** Net investment income | See the Partner's Instructions |
| **Z** Other information | See the Partner's Instructions |

Knapton 190

## Additional information from your Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (Brent Simpson)

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (Brent Simpson)**
**Supplemental Information** **Continuation Statement**

| Description | Amount |
|---|---|
| Item L (c) - Capital account adjustments: | |
| Ordinary income (loss) | -316,958. |
| Total | -316,958. |

651117

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** 2017

Department of the Treasury
Internal Revenue Service

For calendar year 2017, or tax year beginning / / 2017 ending / /

# Partner's Share of Income, Deductions, Credits, etc.

► See back of form and separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]2893

**B** Partnership's name, address, city, state, and ZIP code
Click Vision Group LLC
14241 Dallas Parkway, Suite 650
Dallas, TX 75254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code
J&J Ainsworth Family LP
1709 Burning Tree Lane
Plano, TX 75093

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H** ☒ Domestic partner ☐ Foreign partner

**I1** What type of entity is this partner? Trust

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 8.00000 % | 8.00000 % |
| Loss | 8.00000 % | 8.00000 % |
| Capital | 8.00000 % | 8.00000 % |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ 8,000. |
| Qualified nonrecourse financing | $ |
| Recourse | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ 250,000. |
| Current year increase (decrease) | $ -21,626. |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ 228,374. |

☐ Tax basis ☒ GAAP ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ **Yes** ☒ **No**
If "Yes," attach statement (see instructions)

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| No. | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -21,626. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |

*See attached statement for additional information.

For IRS Use Only

Knapton 192

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | *Report on* |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (j) |
| **2. Net rental real estate income (loss)** | See the Partner's Instructions |
| **3. Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Partner's Instructions |
| **4. Guaranteed payments** | Schedule E, line 28, column (j) |
| **5. Interest income** | Form 1040, line 8a |
| **6a. Ordinary dividends** | Form 1040, line 9a |
| **6b. Qualified dividends** | Form 1040, line 9b |
| **7. Royalties** | Schedule E, line 4 |
| **8. Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a. Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b. Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c. Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10. Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11. Other income (loss)** | |
| *Code* | |
| **A** Other portfolio income (loss) | See the Partner's Instructions |
| **B** Involuntary conversions | See the Partner's Instructions |
| **C** Sec. 1256 contracts & straddles | Form 6781, line 1 |
| **D** Mining exploration costs recapture | See Pub. 535 |
| **E** Cancellation of debt | Form 1040, line 21 or Form 982 |
| **F** Other income (loss) | See the Partner's Instructions |
| **12. Section 179 deduction** | See the Partner's Instructions |
| **13. Other deductions** | |
| **A** Cash contributions (50%) | See the Partner's Instructions |
| **B** Cash contributions (30%) | See the Partner's Instructions |
| **C** Noncash contributions (50%) | See the Partner's Instructions |
| **D** Noncash contributions (30%) | See the Partner's Instructions |
| **E** Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| **F** Capital gain property (20%) | See the Partner's Instructions |
| **G** Contributions (100%) | See the Partner's Instructions |
| **H** Investment interest expense | Form 4952, line 1 |
| **I** Deductions—royalty income | Schedule E, line 19 |
| **J** Section 59(e)(2) expenditures | See the Partner's Instructions |
| **K** Deductions—portfolio (2% floor) | Schedule A, line 23 |
| **L** Deductions—portfolio (other) | Schedule A, line 28 |
| **M** Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| **N** Educational assistance benefits | See the Partner's Instructions |
| **O** Dependent care benefits | Form 2441, line 12 |
| **P** Preproductive period expenses | See the Partner's Instructions |
| **Q** Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| **R** Pensions and IRAs | See the Partner's Instructions |
| **S** Reforestation expense deduction | See the Partner's Instructions |
| **T** Domestic production activities information | See Form 8903 instructions |
| **U** Qualified production activities income | Form 8903, line 7b |
| **V** Employer's Form W-2 wages | Form 8903, line 17 |
| **W** Other deductions | See the Partner's Instructions |
| **14. Self-employment earnings (loss)** | |

**Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | |
|---|---|
| **A** Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| **B** Gross farming or fishing income | See the Partner's Instructions |
| **C** Gross non-farm income | See the Partner's Instructions |
| **15. Credits** | |
| **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| **B** Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| **D** Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| **E** Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| **F** Other rental real estate credits | See the Partner's Instructions |
| **G** Other rental credits | See the Partner's Instructions |
| **H** Undistributed capital gains credit | Form 1040, line 73; check box a |
| **I** Biofuel producer credit | See the Partner's Instructions |
| **J** Work opportunity credit | See the Partner's Instructions |
| **K** Disabled access credit | See the Partner's Instructions |

| *Code* | *Report on* |
|---|---|
| **L** Empowerment zone employment credit | See the Partner's Instructions |
| **M** Credit for increasing research activities | See the Partner's Instructions |
| **N** Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| **O** Backup withholding | See the Partner's Instructions |
| **P** Other credits | See the Partner's Instructions |
| **16. Foreign transactions** | |
| **A** Name of country or U.S. possession | Form 1116, Part I |
| **B** Gross income from all sources | Form 1116, Part I |
| **C** Gross income sourced at partner level | Form 1116, Part I |
| *Foreign gross income sourced at partnership level* | |
| **D** Passive category | Form 1116, Part I |
| **E** General category | Form 1116, Part I |
| **F** Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partner level* | |
| **G** Interest expense | Form 1116, Part I |
| **H** Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partnership level to foreign source income* | |
| **I** Passive category | Form 1116, Part I |
| **J** General category | Form 1116, Part I |
| **K** Other | Form 1116, Part I |
| *Other information* | |
| **L** Total foreign taxes paid | Form 1116, Part II |
| **M** Total foreign taxes accrued | Form 1116, Part II |
| **N** Reduction in taxes available for credit | Form 1116, line 12 |
| **O** Foreign trading gross receipts | Form 8873 |
| **P** Extraterritorial income exclusion | Form 8873 |
| **Q** Other foreign transactions | See the Partner's Instructions |
| **17. Alternative minimum tax (AMT) items** | |
| **A** Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| **B** Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| **C** Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| **D** Oil, gas, & geothermal—gross income | See the Partner's Instructions and the Instructions for Form 6251 |
| **E** Oil, gas, & geothermal—deductions | See the Partner's Instructions and the Instructions for Form 6251 |
| **F** Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |
| **18. Tax-exempt income and nondeductible expenses** | |
| **A** Tax-exempt interest income | Form 1040, line 8b |
| **B** Other tax-exempt income | See the Partner's Instructions |
| **C** Nondeductible expenses | See the Partner's Instructions |
| **19. Distributions** | |
| **A** Cash and marketable securities | See the Partner's Instructions |
| **B** Distribution subject to section 737 | See the Partner's Instructions |
| **C** Other property | See the Partner's Instructions |
| **20. Other information** | |
| **A** Investment income | Form 4952, line 4a |
| **B** Investment expenses | Form 4952, line 5 |
| **C** Fuel tax credit information | Form 4136 |
| **D** Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| **E** Basis of energy property | See the Partner's Instructions |
| **F** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| **G** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| **H** Recapture of investment credit | See Form 4255 |
| **I** Recapture of other credits | See the Partner's Instructions |
| **J** Look-back interest—completed long-term contracts | See Form 8697 |
| **K** Look-back interest—income forecast method | See Form 8866 |
| **L** Dispositions of property with section 179 deductions | See the Partner's Instructions |
| **M** Recapture of section 179 deduction | See the Partner's Instructions |
| **N** Interest expense for corporate partners | See the Partner's Instructions |
| **O** Section 453(l)(3) information | See the Partner's Instructions |
| **P** Section 453A(c) information | See the Partner's Instructions |
| **Q** Section 1260(b) information | See the Partner's Instructions |
| **R** Interest allocable to production expenditures | See the Partner's Instructions |
| **S** CCF nonqualified withdrawals | See the Partner's Instructions |
| **T** Depletion information—oil and gas | See the Partner's Instructions |
| **U** Reserved | See the Partner's Instructions |
| **V** Unrelated business taxable income | See the Partner's Instructions |
| **W** Precontribution gain (loss) | See the Partner's Instructions |
| **X** Section 108(i) information | See the Partner's Instructions |
| **Y** Net investment income | See the Partner's Instructions |
| **Z** Other information | See the Partner's Instructions |

REV 12/21/17 TTBIZ

# Additional information from your Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (J&J Ainsworth Family LP)

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (J&J Ainsworth Family LP)**
**Supplemental Information** **Continuation Statement**

| Description | Amount |
|---|---|
| Item L (c) - Capital account adjustments: | |
| Ordinary income (loss) | -21,626. |
| Total | -21,626. |

651117

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** 2017

Department of the Treasury
Internal Revenue Service

For calendar year 2017, or tax year beginning / / 2017 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

► See back of form and separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]2893

**B** Partnership's name, address, city, state, and ZIP code
Click Vision Group LLC
14241 Dallas Parkway, Suite 650
Dallas, TX 75254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code
MCT Texas Partners LP
4911 Cape Coral Dr
Dallas, TX 75287

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H** ☒ Domestic partner ☐ Foreign partner

**I1** What type of entity is this partner? Trust

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 8.00000 % | 8.00000 % |
| Loss | 8.00000 % | 8.00000 % |
| Capital | 8.00000 % | 8.00000 % |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ 8,000. |
| Qualified nonrecourse financing | $ |
| Recourse | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ 250,000. |
| Current year increase (decrease) | $ -21,626. |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ 228,374. |

☐ Tax basis ☒ GAAP ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes ☒ No
If "Yes," attach statement (see instructions)

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| No. | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -21,626. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |

*See attached statement for additional information.

For IRS Use Only

Knapton 195

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | *Report on* |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (j) |
| **2. Net rental real estate income (loss)** | See the Partner's Instructions |
| **3. Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Partner's Instructions |
| **4. Guaranteed payments** | Schedule E, line 28, column (j) |
| **5. Interest income** | Form 1040, line 8a |
| **6a. Ordinary dividends** | Form 1040, line 9a |
| **6b. Qualified dividends** | Form 1040, line 9b |
| **7. Royalties** | Schedule E, line 4 |
| **8. Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a. Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b. Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c. Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10. Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11. Other income (loss)** | |
| *Code* | |
| **A** Other portfolio income (loss) | See the Partner's Instructions |
| **B** Involuntary conversions | See the Partner's Instructions |
| **C** Sec. 1256 contracts & straddles | Form 6781, line 1 |
| **D** Mining exploration costs recapture | See Pub. 535 |
| **E** Cancellation of debt | Form 1040, line 21 or Form 982 |
| **F** Other income (loss) | See the Partner's Instructions |
| **12. Section 179 deduction** | See the Partner's Instructions |
| **13. Other deductions** | |
| **A** Cash contributions (50%) | See the Partner's Instructions |
| **B** Cash contributions (30%) | See the Partner's Instructions |
| **C** Noncash contributions (50%) | See the Partner's Instructions |
| **D** Noncash contributions (30%) | See the Partner's Instructions |
| **E** Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| **F** Capital gain property (20%) | See the Partner's Instructions |
| **G** Contributions (100%) | See the Partner's Instructions |
| **H** Investment interest expense | Form 4952, line 1 |
| **I** Deductions—royalty income | Schedule E, line 19 |
| **J** Section 59(e)(2) expenditures | See the Partner's Instructions |
| **K** Deductions—portfolio (2% floor) | Schedule A, line 23 |
| **L** Deductions—portfolio (other) | Schedule A, line 28 |
| **M** Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| **N** Educational assistance benefits | See the Partner's Instructions |
| **O** Dependent care benefits | Form 2441, line 12 |
| **P** Preproductive period expenses | See the Partner's Instructions |
| **Q** Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| **R** Pensions and IRAs | See the Partner's Instructions |
| **S** Reforestation expense deduction | See the Partner's Instructions |
| **T** Domestic production activities information | See Form 8903 instructions |
| **U** Qualified production activities income | Form 8903, line 7b |
| **V** Employer's Form W-2 wages | Form 8903, line 17 |
| **W** Other deductions | See the Partner's Instructions |
| **14. Self-employment earnings (loss)** | |

**Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | |
|---|---|
| **A** Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| **B** Gross farming or fishing income | See the Partner's Instructions |
| **C** Gross non-farm income | See the Partner's Instructions |
| **15. Credits** | |
| **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| **B** Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| **D** Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| **E** Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| **F** Other rental real estate credits | See the Partner's Instructions |
| **G** Other rental credits | See the Partner's Instructions |
| **H** Undistributed capital gains credit | Form 1040, line 73; check box a |
| **I** Biofuel producer credit | See the Partner's Instructions |
| **J** Work opportunity credit | See the Partner's Instructions |
| **K** Disabled access credit | See the Partner's Instructions |

| *Code* | *Report on* |
|---|---|
| **L** Empowerment zone employment credit | See the Partner's Instructions |
| **M** Credit for increasing research activities | See the Partner's Instructions |
| **N** Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| **O** Backup withholding | See the Partner's Instructions |
| **P** Other credits | See the Partner's Instructions |
| **16. Foreign transactions** | |
| **A** Name of country or U.S. possession | Form 1116, Part I |
| **B** Gross income from all sources | Form 1116, Part I |
| **C** Gross income sourced at partner level | Form 1116, Part I |
| *Foreign gross income sourced at partnership level* | |
| **D** Passive category | Form 1116, Part I |
| **E** General category | Form 1116, Part I |
| **F** Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partner level* | |
| **G** Interest expense | Form 1116, Part I |
| **H** Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partnership level to foreign source income* | |
| **I** Passive category | Form 1116, Part I |
| **J** General category | Form 1116, Part I |
| **K** Other | Form 1116, Part I |
| *Other information* | |
| **L** Total foreign taxes paid | Form 1116, Part II |
| **M** Total foreign taxes accrued | Form 1116, Part II |
| **N** Reduction in taxes available for credit | Form 1116, line 12 |
| **O** Foreign trading gross receipts | Form 8873 |
| **P** Extraterritorial income exclusion | Form 8873 |
| **Q** Other foreign transactions | See the Partner's Instructions |
| **17. Alternative minimum tax (AMT) items** | |
| **A** Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| **B** Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| **C** Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| **D** Oil, gas, & geothermal—gross income | See the Partner's Instructions and the Instructions for Form 6251 |
| **E** Oil, gas, & geothermal—deductions | See the Partner's Instructions and the Instructions for Form 6251 |
| **F** Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |
| **18. Tax-exempt income and nondeductible expenses** | |
| **A** Tax-exempt interest income | Form 1040, line 8b |
| **B** Other tax-exempt income | See the Partner's Instructions |
| **C** Nondeductible expenses | See the Partner's Instructions |
| **19. Distributions** | |
| **A** Cash and marketable securities | See the Partner's Instructions |
| **B** Distribution subject to section 737 | See the Partner's Instructions |
| **C** Other property | See the Partner's Instructions |
| **20. Other information** | |
| **A** Investment income | Form 4952, line 4a |
| **B** Investment expenses | Form 4952, line 5 |
| **C** Fuel tax credit information | Form 4136 |
| **D** Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| **E** Basis of energy property | See the Partner's Instructions |
| **F** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| **G** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| **H** Recapture of investment credit | See Form 4255 |
| **I** Recapture of other credits | See the Partner's Instructions |
| **J** Look-back interest—completed long-term contracts | See Form 8697 |
| **K** Look-back interest—income forecast method | See Form 8866 |
| **L** Dispositions of property with section 179 deductions | See the Partner's Instructions |
| **M** Recapture of section 179 deduction | See the Partner's Instructions |
| **N** Interest expense for corporate partners | See the Partner's Instructions |
| **O** Section 453(l)(3) information | See the Partner's Instructions |
| **P** Section 453A(c) information | See the Partner's Instructions |
| **Q** Section 1260(b) information | See the Partner's Instructions |
| **R** Interest allocable to production expenditures | See the Partner's Instructions |
| **S** CCF nonqualified withdrawals | See the Partner's Instructions |
| **T** Depletion information—oil and gas | See the Partner's Instructions |
| **U** Reserved | See the Partner's Instructions |
| **V** Unrelated business taxable income | See the Partner's Instructions |
| **W** Precontribution gain (loss) | See the Partner's Instructions |
| **X** Section 108(i) information | See the Partner's Instructions |
| **Y** Net investment income | See the Partner's Instructions |
| **Z** Other information | See the Partner's Instructions |

# Additional information from your Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (MCT Texas Partners LP)

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (MCT Texas Partners LP)**
**Supplemental Information** **Continuation Statement**

| Description | Amount |
|---|---|
| Item L (c) - Capital account adjustments: | |
| Ordinary income (loss) | -21,626. |
| Total | -21,626. |

651117

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** 2017

Department of the Treasury
Internal Revenue Service

For calendar year 2017, or tax year beginning / / 2017 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

### Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]2893

**B** Partnership's name, address, city, state, and ZIP code
Click Vision Group LLC
14241 Dallas Parkway, Suite 650
Dallas, TX 75254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code
Jacob Nelan
9756 Delmonico Dr
Fort Worth, TX 76244

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H** ☒ Domestic partner ☐ Foreign partner

**I1** What type of entity is this partner? Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 30.00000 % | 30.00000 % |
| Loss | 30.00000 % | 30.00000 % |
| Capital | 30.00000 % | 30.00000 % |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ 30,000. |
| Qualified nonrecourse financing | $ |
| Recourse | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -112,728. |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ -112,728. |

☐ Tax basis ☒ GAAP ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes ☒ No
If "Yes," attach statement (see instructions)

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -112,728. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |

*See attached statement for additional information.

For IRS Use Only

Knapton 198

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (j) |
| **2. Net rental real estate income (loss)** | See the Partner's Instructions |
| **3. Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Partner's Instructions |
| **4. Guaranteed payments** | Schedule E, line 28, column (j) |
| **5. Interest income** | Form 1040, line 8a |
| **6a. Ordinary dividends** | Form 1040, line 9a |
| **6b. Qualified dividends** | Form 1040, line 9b |
| **7. Royalties** | Schedule E, line 4 |
| **8. Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a. Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b. Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c. Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10. Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11. Other income (loss)** | |
| *Code* | |
| **A** Other portfolio income (loss) | See the Partner's Instructions |
| **B** Involuntary conversions | See the Partner's Instructions |
| **C** Sec. 1256 contracts & straddles | Form 6781, line 1 |
| **D** Mining exploration costs recapture | See Pub. 535 |
| **E** Cancellation of debt | Form 1040, line 21 or Form 982 |
| **F** Other income (loss) | See the Partner's Instructions |
| **12. Section 179 deduction** | See the Partner's Instructions |
| **13. Other deductions** | |
| **A** Cash contributions (50%) | See the Partner's Instructions |
| **B** Cash contributions (30%) | See the Partner's Instructions |
| **C** Noncash contributions (50%) | See the Partner's Instructions |
| **D** Noncash contributions (30%) | See the Partner's Instructions |
| **E** Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| **F** Capital gain property (20%) | See the Partner's Instructions |
| **G** Contributions (100%) | See the Partner's Instructions |
| **H** Investment interest expense | Form 4952, line 1 |
| **I** Deductions—royalty income | Schedule E, line 19 |
| **J** Section 59(e)(2) expenditures | See the Partner's Instructions |
| **K** Deductions—portfolio (2% floor) | Schedule A, line 23 |
| **L** Deductions—portfolio (other) | Schedule A, line 28 |
| **M** Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| **N** Educational assistance benefits | See the Partner's Instructions |
| **O** Dependent care benefits | Form 2441, line 12 |
| **P** Preproductive period expenses | See the Partner's Instructions |
| **Q** Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| **R** Pensions and IRAs | See the Partner's Instructions |
| **S** Reforestation expense deduction | See the Partner's Instructions |
| **T** Domestic production activities information | See Form 8903 instructions |
| **U** Qualified production activities income | Form 8903, line 7b |
| **V** Employer's Form W-2 wages | Form 8903, line 17 |
| **W** Other deductions | See the Partner's Instructions |
| **14. Self-employment earnings (loss)** | |

**Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | |
|---|---|
| **A** Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| **B** Gross farming or fishing income | See the Partner's Instructions |
| **C** Gross non-farm income | See the Partner's Instructions |
| **15. Credits** | |
| **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| **B** Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| **D** Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| **E** Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| **F** Other rental real estate credits | See the Partner's Instructions |
| **G** Other rental credits | See the Partner's Instructions |
| **H** Undistributed capital gains credit | Form 1040, line 73; check box a |
| **I** Biofuel producer credit | See the Partner's Instructions |
| **J** Work opportunity credit | See the Partner's Instructions |
| **K** Disabled access credit | See the Partner's Instructions |
| **L** Empowerment zone employment credit | See the Partner's Instructions |
| **M** Credit for increasing research activities | See the Partner's Instructions |
| **N** Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| **O** Backup withholding | See the Partner's Instructions |
| **P** Other credits | See the Partner's Instructions |
| **16. Foreign transactions** | |
| **A** Name of country or U.S. possession | Form 1116, Part I |
| **B** Gross income from all sources | Form 1116, Part I |
| **C** Gross income sourced at partner level | Form 1116, Part I |
| *Foreign gross income sourced at partnership level* | |
| **D** Passive category | Form 1116, Part I |
| **E** General category | Form 1116, Part I |
| **F** Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partner level* | |
| **G** Interest expense | Form 1116, Part I |
| **H** Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partnership level to foreign source income* | |
| **I** Passive category | Form 1116, Part I |
| **J** General category | Form 1116, Part I |
| **K** Other | Form 1116, Part I |
| *Other information* | |
| **L** Total foreign taxes paid | Form 1116, Part II |
| **M** Total foreign taxes accrued | Form 1116, Part II |
| **N** Reduction in taxes available for credit | Form 1116, line 12 |
| **O** Foreign trading gross receipts | Form 8873 |
| **P** Extraterritorial income exclusion | Form 8873 |
| **Q** Other foreign transactions | See the Partner's Instructions |
| **17. Alternative minimum tax (AMT) items** | |
| **A** Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| **B** Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| **C** Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| **D** Oil, gas, & geothermal—gross income | See the Partner's Instructions and the Instructions for Form 6251 |
| **E** Oil, gas, & geothermal—deductions | See the Partner's Instructions and the Instructions for Form 6251 |
| **F** Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |
| **18. Tax-exempt income and nondeductible expenses** | |
| **A** Tax-exempt interest income | Form 1040, line 8b |
| **B** Other tax-exempt income | See the Partner's Instructions |
| **C** Nondeductible expenses | See the Partner's Instructions |
| **19. Distributions** | |
| **A** Cash and marketable securities | See the Partner's Instructions |
| **B** Distribution subject to section 737 | See the Partner's Instructions |
| **C** Other property | See the Partner's Instructions |
| **20. Other information** | |
| **A** Investment income | Form 4952, line 4a |
| **B** Investment expenses | Form 4952, line 5 |
| **C** Fuel tax credit information | Form 4136 |
| **D** Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| **E** Basis of energy property | See the Partner's Instructions |
| **F** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| **G** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| **H** Recapture of investment credit | See Form 4255 |
| **I** Recapture of other credits | See the Partner's Instructions |
| **J** Look-back interest—completed long-term contracts | See Form 8697 |
| **K** Look-back interest—income forecast method | See Form 8866 |
| **L** Dispositions of property with section 179 deductions | See the Partner's Instructions |
| **M** Recapture of section 179 deduction | See the Partner's Instructions |
| **N** Interest expense for corporate partners | See the Partner's Instructions |
| **O** Section 453(l)(3) information | See the Partner's Instructions |
| **P** Section 453A(c) information | See the Partner's Instructions |
| **Q** Section 1260(b) information | See the Partner's Instructions |
| **R** Interest allocable to production expenditures | See the Partner's Instructions |
| **S** CCF nonqualified withdrawals | See the Partner's Instructions |
| **T** Depletion information—oil and gas | See the Partner's Instructions |
| **U** Reserved | See the Partner's Instructions |
| **V** Unrelated business taxable income | See the Partner's Instructions |
| **W** Precontribution gain (loss) | See the Partner's Instructions |
| **X** Section 108(i) information | See the Partner's Instructions |
| **Y** Net investment income | See the Partner's Instructions |
| **Z** Other information | See the Partner's Instructions |

REV 12/21/17 TTBIZ

Knapton 199

**Click Vision Group LLC** ████2893 **1**

**Additional information from your Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (Jacob Nelan)**

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (Jacob Nelan)**
**Supplemental Information** **Continuation Statement**

| Description | Amount |
|---|---|
| Item L (c) - Capital account adjustments: | |
| Ordinary income (loss) | -112,728. |
| Total | -112,728. |

Knapton 200

342

# Additional information from your 2017 Federal Partnership Tax Return

**Form 1065: Partnership Tax Return**

**Line 20, Other Deductions** **Continuation Statement**

| Description | Amount |
|---|---|
| Accounting | 11,240. |
| Advertising | 68,702. |
| Commissions | 35,342. |
| Legal and professional | 24,122. |
| Office expense | 19,959. |
| Outside services/independent contractors | 222,761. |
| Telephone | 6,741. |
| Travel | 21,437. |
| EHR Data Partnerships | 30,163. |
| **Total** | 440,467. |

Form **1065**
Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2018, or tax year beginning ________, 2018, ending ________, 20____.
▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2018**

| | Type or Print | | |
|---|---|---|---|
| **A** Principal business activity: Computer / IT related services | | Name of partnership: Click Vision Group LLC | **D** Employer identification number: ██2893 |
| **B** Principal product or service: Healthcare Data Services | | Number, street, and room or suite no. If a P.O. box, see instructions.: 14241 Dallas Parkway, Suite 650 | **E** Date business started: 12/20/2016 |
| **C** Business code number: 518210 | | City or town, state or province, country, and ZIP or foreign postal code: Dallas TX 75254 | **F** Total assets (see instructions): $ 698,459. |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year. ▶ 4
**J** Check if Schedules C and M-3 are attached . . . ▶ ☐

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| Section | Line | Description | | | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 10,926,455. | | |
| | b | Returns and allowances | 1b | | | |
| | c | Balance. Subtract line 1b from line 1a | | | 1c | 10,926,455. |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 9,860,783. |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 1,065,672. |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 6 | |
| | 7 | Other income (loss) (attach statement) | | | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 1,065,672. |
| Deductions (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | 148,459. |
| | 10 | Guaranteed payments to partners | | | 10 | |
| | 11 | Repairs and maintenance | | | 11 | |
| | 12 | Bad debts | | | 12 | |
| | 13 | Rent | | | 13 | 11,052. |
| | 14 | Taxes and licenses | | | 14 | 11,860. |
| | 15 | Interest (see instructions) | | | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | | | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | | 16c | |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| | 18 | Retirement plans, etc. | | | 18 | |
| | 19 | Employee benefit programs | | | 19 | 13,398. |
| | 20 | Other deductions (attach statement) See Stmt | | | 20 | 1,155,328. |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 1,340,097. |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | | | 22 | -274,425. |
| Tax and Payment | 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | | | 23 | |
| | 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | | | 24 | |
| | 25 | BBA AAR imputed underpayment (see instructions) | | | 25 | |
| | 26 | Other taxes (see instructions) | | | 26 | |
| | 27 | **Total balance due.** Add lines 23 through 27 | | | 27 | |
| | 28 | Payment (see instructions) | | | 28 | |
| | 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | | | 29 | |
| | 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment | | | 30 | 0. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ ______________________ Signature of partner or limited liability company member ▶ 03/09/2019 Date

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

**For Paperwork Reduction Act Notice, see separate instructions.** BAA Form **1065** (2018)

REV 04/01/19 TTBIZ

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| | a ☐ Domestic general partnership  b ☐ Domestic limited partnership | | |
| | c ☒ Domestic limited liability company  d ☐ Domestic limited liability partnership | | |
| | e ☐ Foreign partnership  f ☐ Other ▶ | | |
| 2 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | × |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | × | |
| 3 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | × |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | × |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 4 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | × |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| 5 | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | × |
| 6 | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | × |
| 7 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | × |
| 8 | At any time during calendar year 2018, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | × |
| 9 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | × |
| 10a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | × |
| | See instructions for details regarding a section 754 election. | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | × |

**Schedule B** **Other Information** *(continued)*

| | | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | × |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | × |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | × |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 16a | Did you make any payments in 2018 that would require you to file Form(s) 1099? See instructions | × | |
| b | If "Yes," did you or will you file required Form(s) 1099? | × | |
| 17 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 18 | Enter the number of partners that are foreign governments under section 892. ▶ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | × |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | × |
| 21 | Is the partnership a section 721(c) partnership, as defined in Treasury Regulations section 1.721(c)-1T(b)(14)? | | × |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions. If "Yes," enter the total amount of the disallowed deductions. ▶ $ | | × |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | × |
| 24 | Does the partnership satisfy one of the following conditions and the partnership does not own a pass-through entity with current year, or prior year, carryover excess business interest expense? See instructions | × | |
| a | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year do not exceed $25 million, and the partnership is not a tax shelter, or | | |
| b | The partnership only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7). If "No," complete and attach Form 8990. | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3. ▶ ______ If "No," complete Designation of Partnership Representative below. | | × |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| | | | |
|---|---|---|---|
| Name of PR ▶ | Brent Simpson | U.S. taxpayer identification number of PR ▶ | [redacted] 410 |
| U.S. address of PR ▶ | 2901 Queen Mary Dr Flower Mound TX 75022 | U.S. phone number of PR ▶ | |
| If the PR is an entity, name of the designated individual for the PR ▶ | | U.S. taxpayer identification number of the designated individual ▶ | |
| U.S. address of designated individual ▶ | | U.S. phone number of designated individual ▶ | |

| | | Yes | No |
|---|---|---|---|
| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? If "Yes," enter the amount from Form 8996, line 13. ▶ $ | | × |

## Schedule K Partners' Distributive Share Items

| Section | Line | Description | | | Total amount |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | | 1 | -274,425. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Guaranteed payments | | 4 | |
| | 5 | Interest income | | 5 | |
| | 6 | Dividends and dividend equivalents: a Ordinary dividends | | 6a | |
| | | b Qualified dividends | 6b | | |
| | | c Dividend equivalents | 6c | | |
| | 7 | Royalties | | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | 9a | |
| | b | Collectibles (28%) gain (loss) | 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | | 12 | |
| | 13a | Contributions | | 13a | |
| | b | Investment interest expense | | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶ (2) Amount ▶ | | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | | 13d | |
| Self-Employment | 14a | Net earnings (loss) from self-employment | | 14a | -230,517. |
| | b | Gross farming or fishing income | | 14b | |
| | c | Gross nonfarm income | | 14c | 1,065,672. |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | | 15a | |
| | b | Low-income housing credit (other) | | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 15c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | | 15d | |
| | e | Other rental credits (see instructions) Type ▶ | | 15e | |
| | f | Other credits (see instructions) Type ▶ | | 15f | |
| Foreign Transactions | 16a | Name of country or U.S. possession ▶ | | | |
| | b | Gross income from all sources | | 16b | |
| | c | Gross income sourced at partner level | | 16c | |
| | | Foreign gross income sourced at partnership level | | | |
| | d | Section 951A category ▶ e Foreign branch category ▶ | | 16e | |
| | f | Passive category ▶ g General category ▶ h Other (attach statement) ▶ | | 16h | |
| | | Deductions allocated and apportioned at partner level | | | |
| | i | Interest expense ▶ j Other ▶ | | 16j | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| | k | Section 951A category ▶ l Foreign branch category ▶ | | 16l | |
| | m | Passive category ▶ n General category ▶ o Other (attach statement) ▶ | | 16o | |
| | p | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | | 16p | |
| | q | Reduction in taxes available for credit (attach statement) | | 16q | |
| | r | Other foreign tax information (attach statement) | | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | | 17a | |
| | b | Adjusted gain or loss | | 17b | |
| | c | Depletion (other than oil and gas) | | 17c | |
| | d | Oil, gas, and geothermal properties—gross income | | 17d | |
| | e | Oil, gas, and geothermal properties—deductions | | 17e | |
| | f | Other AMT items (attach statement) | | 17f | |
| Other Information | 18a | Tax-exempt interest income | | 18a | |
| | b | Other tax-exempt income | | 18b | |
| | c | Nondeductible expenses | | 18c | |
| | 19a | Distributions of cash and marketable securities | | 19a | |
| | b | Distributions of other property | | 19b | 500,000. |
| | 20a | Investment income | | 20a | |
| | b | Investment expenses | | 20b | |
| | c | Other items and amounts (attach statement) See Stmt | | | |

Knapton 205

**Analysis of Net Income (Loss)**

| | | | |
|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | 1 | -274,425. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | -230,517. | | | | -43,908. |

**Schedule L — Balance Sheets per Books**

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 122,884. | | 698,459. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | 122,884. | | 698,459. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | | | | |
| 18 All nonrecourse loans | | 100,000. | | 50,000. |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | 1,400,000. |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | 22,884. | | -751,541. |
| 22 Total liabilities and capital | | 122,884. | | 698,459. |

**Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return**

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -274,425. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): a Depreciation $ | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): a Depreciation $ | | | |
| b Travel and entertainment $ | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | -274,425. | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -274,425. |

**Schedule M-2 — Analysis of Partners' Capital Accounts**

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 22,884. | 6 Distributions: a Cash | |
| 2 Capital contributed: a Cash | | b Property | 500,000. |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | -274,425. | | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | 500,000. |
| 5 Add lines 1 through 4 | -251,541. | 9 Balance at end of year. Subtract line 8 from line 5 | -751,541. |

Knapton 206

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to *www.irs.gov/Form1125A* for the latest information.**

OMB No. 1545-0123

Name: Click Vision Group LLC

**Employer identification number**: [redacted]2893

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 9,860,783 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 9,860,783 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 9,860,783 |

**9a** Check all methods used for valuing closing inventory:
*(i)* ☐ Cost
*(ii)* ☐ Lower of cost or market
*(iii)* ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

***Small business taxpayer.*** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

**SCHEDULE B-1 (Form 1065)**
(Rev. September 2017)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065.
▶ Go to *www.irs.gov/Form1065* for the latest information.

OMB No. 1545-0123

Name of partnership: Click Vision Group LLC

Employer identification number (EIN): [redacted]2893

## Part I Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Part II Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| Brent Simpson | [redacted]410 | US | 84.0000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065. BAA** REV 01/26/19 TTBIZ **Schedule B-1 (Form 1065) (Rev. 9-2017)**

651118

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** 2018

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year beginning / / 2018 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

► See back of form and separate instructions.

### Part I Information About the Partnership

**A** Partership's employer identification number
[redacted]2893

**B** Partnership's name, address, city, state, and ZIP code
Click Vision Group LLC
14241 Dallas Parkway, Suite 650
Dallas, TX 75254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's identifying number
[redacted]410

**F** Partner's name, address, city, state, and ZIP code
Brent Simpson
2901 Queen Mary Dr
Flower Mound TX 75022

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H** ☒ Domestic partner ☐ Foreign partner

**I1** What type of entity is this partner? Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 84.00000 % | 84.00000 % |
| Loss | 84.00000 % | 84.00000 % |
| Capital | 54.00000 % | 84.00000 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 84,000. | $ 42,000. |
| Qualified nonrecourse financing | $ | $ 1,176,000. |
| Recourse | $ | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -321,136. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -230,517. |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ -551,653. |

☐ Tax basis ☒ GAAP ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes ☒ No
If "Yes," attach statement (see instructions)

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 | Ordinary business income (loss) | -230,517. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | A -230,517. |
| | | C 895,164. |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | Z * STMT |
| | | AA* STMT |

*See attached statement for additional information.

For IRS Use Only

Knapton 209

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |
| **2. Net rental real estate income (loss)** | See the Partner's Instructions |
| **3. Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Partner's Instructions |
| **4. Guaranteed payments** | Schedule E, line 28, column (k) |
| **5. Interest income** | Form 1040, line 2b |
| **6a. Ordinary dividends** | Form 1040, line 3b |
| **6b. Qualified dividends** | Form 1040, line 3a |
| **6c. Dividend equivalents** | See the Partner's Instructions |
| **7. Royalties** | Schedule E, line 4 |
| **8. Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a. Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b. Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c. Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10. Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11. Other income (loss)** | |
| *Code* | |
| A Other portfolio income (loss) | See the Partner's Instructions |
| B Involuntary conversions | See the Partner's Instructions |
| C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D Mining exploration costs recapture | See Pub. 535 |
| E Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| F Section 951A income<br>G Section 965(a) inclusion<br>H Subpart F income other than sections 951A and 965 inclusion<br>I Other income (loss) | See the Partner's Instructions |
| **12. Section 179 deduction** | See the Partner's Instructions |
| **13. Other deductions** | |
| A Cash contributions (60%)<br>B Cash contributions (30%)<br>C Noncash contributions (50%)<br>D Noncash contributions (30%)<br>E Capital gain property to a 50% organization (30%)<br>F Capital gain property (20%)<br>G Contributions (100%) | See the Partner's Instructions |
| H Investment interest expense | Form 4952, line 1 |
| I Deductions—royalty income | Schedule E, line 19 |
| J Section 59(e)(2) expenditures | See the Partner's Instructions |
| K Excess business interest expense | See the Partner's Instructions |
| L Deductions—portfolio (other) | Schedule A, line 16 |
| M Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| N Educational assistance benefits | See the Partner's Instructions |
| O Dependent care benefits | Form 2441, line 12 |
| P Preproductive period expenses | See the Partner's Instructions |
| Q Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| R Pensions and IRAs | See the Partner's Instructions |
| S Reforestation expense deduction | See the Partner's Instructions |
| T through **V** | Reserved for future use |
| W Other deductions | See the Partner's Instructions |
| X Section 965(c) deduction | See the Partner's Instructions |
| **14. Self-employment earnings (loss)** | |

**Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | |
|---|---|
| A Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B Gross farming or fishing income | See the Partner's Instructions |
| C Gross non-farm income | See the Partner's Instructions |
| **15. Credits** | |
| A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings<br>B Low-income housing credit (other) from pre-2008 buildings<br>C Low-income housing credit (section 42(j)(5)) from post-2007 buildings<br>D Low-income housing credit (other) from post-2007 buildings<br>E Qualified rehabilitation expenditures (rental real estate)<br>F Other rental real estate credits<br>G Other rental credits | See the Partner's Instructions |
| H Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a |
| I Biofuel producer credit | See the Partner's Instructions |
| J Work opportunity credit<br>K Disabled access credit<br>L Empowerment zone employment credit<br>M Credit for increasing research activities<br>N Credit for employer social security and Medicare taxes<br>O Backup withholding<br>P Other credits | See the Partner's Instructions |
| **16. Foreign transactions** | |
| A Name of country or U.S. possession<br>B Gross income from all sources<br>C Gross income sourced at partner level | Form 1116, Part I |
| *Foreign gross income sourced at partnership level* | |
| D Section 951A category<br>E Foreign branch category<br>F Passive category<br>G General category<br>H Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partner level* | |
| I Interest expense | Form 1116, Part I |
| J Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partnership level to foreign source income* | |
| K Section 951A category<br>L Foreign branch category<br>M Passive category<br>N General category<br>O Other | Form 1116, Part I |
| *Other information* | |
| P Total foreign taxes paid | Form 1116, Part II |
| Q Total foreign taxes accrued | Form 1116, Part II |
| R Reduction in taxes available for credit | Form 1116, line 12 |
| S Foreign trading gross receipts | Form 8873 |
| T Extraterritorial income exclusion | Form 8873 |
| U Section 951A(c)(1)(A) tested income<br>V Tested foreign income tax<br>W Section 965 information<br>X Other foreign transactions | See the Partner's Instructions |
| **17. Alternative minimum tax (AMT) items** | |
| A Post-1986 depreciation adjustment<br>B Adjusted gain or loss<br>C Depletion (other than oil & gas)<br>D Oil, gas, & geothermal—gross income<br>E Oil, gas, & geothermal—deductions<br>F Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |
| **18. Tax-exempt income and nondeductible expenses** | |
| A Tax-exempt interest income | Form 1040, line 2a |
| B Other tax-exempt income | See the Partner's Instructions |
| C Nondeductible expenses | See the Partner's Instructions |
| **19. Distributions** | |
| A Cash and marketable securities<br>B Distribution subject to section 737<br>C Other property | See the Partner's Instructions |
| **20. Other information** | |
| A Investment income | Form 4952, line 4a |
| B Investment expenses | Form 4952, line 5 |
| C Fuel tax credit information | Form 4136 |
| D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E Basis of energy property | See the Partner's Instructions |
| F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H Recapture of investment credit | See Form 4255 |
| I Recapture of other credits | See the Partner's Instructions |
| J Look-back interest—completed long-term contracts | See Form 8697 |
| K Look-back interest—income forecast method | See Form 8866 |
| L Dispositions of property with section 179 deductions<br>M Recapture of section 179 deduction<br>N Interest expense for corporate partners<br>O through **Y**<br>Z Section 199A income<br>AA Section 199A W-2 wages<br>AB Section 199A unadjusted basis<br>AC Section 199A REIT dividends<br>AD Section 199A PTP income<br>AE Excess taxable income<br>AF Excess business interest income<br>AG Gross receipts for section 59A(e)<br>AH Other information | See the Partner's Instructions |

REV 01/26/19 TTBIZ

Knapton 210

**Form 1065** **Schedule K-1 - 199A Supplement (Line 20)** **2018**

| Name as Shown on Return | Employer Identification No. |
|---|---|
| Click Vision Group LLC | [redacted]2893 |
| **Partner Name** | **ID Number** |
| Brent Simpson | [redacted]410 |

**Partner's Share of Section 199A Information**

| Activity | QBI Code Z | Wages Code AA | UBIA Code AB | REIT Div Code AC | PTP Inc Code AD | SS TB |
|---|---|---|---|---|---|---|
| 1065 Line 22 | -230,517. | 124,705. | | | | X |
| Totals . . . . . . . . . . . . | -230,517. | 124,705. | 0. | 0. | 0. | |

Note: Section 179 deductions are included in QBI

spsw9908.SCR 12/05/18

**Form 1065** **199A Summary Worksheet** **2018**

Name as Shown on Return: Click Vision Group LLC

Employer Identification No.: [redacted]2893

**Important Information**

**Note:** The program will not automatically allocate 199A items in the event special allocations are used for ordinary, rental, or other rental income. Allocation of QBI amounts from this summary will need to be manually entered on each partner's Schedule K-1.

See *Tax Help* for more details.

**Total Amounts By Activity**

| Activity | QBI Code Z | Wages Code AA | UBIA Code AB | REIT Div Code AC | PTP Inc Code AD | SS TB |
|---|---|---|---|---|---|---|
| 1065 Line 22 | -274,425. | 148,459. | | | | X |
| Totals . . . . . . . . . . . . | -274,425. | 148,459. | 0. | 0. | 0. | |

Check box to opt out of including Sec 179 deduction in QBI . . . . ☐

spsw9907.SCR 02/12/19

651118

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** 2018

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year beginning / / 2018 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

► See back of form and separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]2893

**B** Partnership's name, address, city, state, and ZIP code
Click Vision Group LLC
14241 Dallas Parkway, Suite 650
Dallas, TX 75254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code
J&J Ainsworth Family LP
1709 Burning Tree Lane
Plano TX 75093

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H** ☒ Domestic partner ☐ Foreign partner

**I1** What type of entity is this partner? Trust

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 8.00000 % | 8.00000 % |
| Loss | 8.00000 % | 8.00000 % |
| Capital | 8.00000 % | 8.00000 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 8,000. | $ 4,000. |
| Qualified nonrecourse financing | $ | $ 112,000. |
| Recourse | $ | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 228,374. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -21,954. |
| Withdrawals & distributions | $ ( 250,000. ) |
| Ending capital account | $ -43,580. |

☐ Tax basis ☒ GAAP ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes ☒ No
If "Yes," attach statement (see instructions)

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -21,954. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |

| Line | Item | Code | Amount |
|---|---|---|---|
| 15 | Credits | | |
| 16 | Foreign transactions | | |
| 17 | Alternative minimum tax (AMT) items | | |
| 18 | Tax-exempt income and nondeductible expenses | | |
| 19 | Distributions | C | 250,000. |
| 20 | Other information | Z * | STMT |
| | | AA* | STMT |

*See attached statement for additional information.

For IRS Use Only

Knapton 213

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | *Report on* |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |
| **2. Net rental real estate income (loss)** | See the Partner's Instructions |
| **3. Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Partner's Instructions |
| **4. Guaranteed payments** | Schedule E, line 28, column (k) |
| **5. Interest income** | Form 1040, line 2b |
| **6a. Ordinary dividends** | Form 1040, line 3b |
| **6b. Qualified dividends** | Form 1040, line 3a |
| **6c. Dividend equivalents** | See the Partner's Instructions |
| **7. Royalties** | Schedule E, line 4 |
| **8. Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a. Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b. Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c. Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10. Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11. Other income (loss)** | |
| *Code* | |
| A Other portfolio income (loss) | See the Partner's Instructions |
| B Involuntary conversions | See the Partner's Instructions |
| C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D Mining exploration costs recapture | See Pub. 535 |
| E Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| F Section 951A income | See the Partner's Instructions |
| G Section 965(a) inclusion | See the Partner's Instructions |
| H Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions |
| I Other income (loss) | See the Partner's Instructions |
| **12. Section 179 deduction** | See the Partner's Instructions |
| **13. Other deductions** | |
| A Cash contributions (60%) | See the Partner's Instructions |
| B Cash contributions (30%) | See the Partner's Instructions |
| C Noncash contributions (50%) | See the Partner's Instructions |
| D Noncash contributions (30%) | See the Partner's Instructions |
| E Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| F Capital gain property (20%) | See the Partner's Instructions |
| G Contributions (100%) | See the Partner's Instructions |
| H Investment interest expense | Form 4952, line 1 |
| I Deductions—royalty income | Schedule E, line 19 |
| J Section 59(e)(2) expenditures | See the Partner's Instructions |
| K Excess business interest expense | See the Partner's Instructions |
| L Deductions—portfolio (other) | Schedule A, line 16 |
| M Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| N Educational assistance benefits | See the Partner's Instructions |
| O Dependent care benefits | Form 2441, line 12 |
| P Preproductive period expenses | See the Partner's Instructions |
| Q Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| R Pensions and IRAs | See the Partner's Instructions |
| S Reforestation expense deduction | See the Partner's Instructions |
| T through V | Reserved for future use |
| W Other deductions | See the Partner's Instructions |
| X Section 965(c) deduction | See the Partner's Instructions |
| **14. Self-employment earnings (loss)** | |

**Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | |
|---|---|
| A Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B Gross farming or fishing income | See the Partner's Instructions |
| C Gross non-farm income | See the Partner's Instructions |
| **15. Credits** | |
| A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| B Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| D Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| F Other rental real estate credits | See the Partner's Instructions |
| G Other rental credits | See the Partner's Instructions |
| H Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a |
| I Biofuel producer credit | See the Partner's Instructions |
| J Work opportunity credit | See the Partner's Instructions |
| K Disabled access credit | See the Partner's Instructions |
| L Empowerment zone employment credit | See the Partner's Instructions |
| M Credit for increasing research activities | See the Partner's Instructions |
| N Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| O Backup withholding | See the Partner's Instructions |
| P Other credits | See the Partner's Instructions |
| **16. Foreign transactions** | |
| A Name of country or U.S. possession | Form 1116, Part I |
| B Gross income from all sources | Form 1116, Part I |
| C Gross income sourced at partner level | Form 1116, Part I |
| *Foreign gross income sourced at partnership level* | |
| D Section 951A category | Form 1116, Part I |
| E Foreign branch category | Form 1116, Part I |
| F Passive category | Form 1116, Part I |
| G General category | Form 1116, Part I |
| H Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partner level* | |
| I Interest expense | Form 1116, Part I |
| J Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partnership level to foreign source income* | |
| K Section 951A category | Form 1116, Part I |
| L Foreign branch category | Form 1116, Part I |
| M Passive category | Form 1116, Part I |
| N General category | Form 1116, Part I |
| O Other | Form 1116, Part I |
| *Other information* | |
| P Total foreign taxes paid | Form 1116, Part II |
| Q Total foreign taxes accrued | Form 1116, Part II |
| R Reduction in taxes available for credit | Form 1116, line 12 |
| S Foreign trading gross receipts | Form 8873 |
| T Extraterritorial income exclusion | Form 8873 |
| U Section 951A(c)(1)(A) tested income | See the Partner's Instructions |
| V Tested foreign income tax | See the Partner's Instructions |
| W Section 965 information | See the Partner's Instructions |
| X Other foreign transactions | See the Partner's Instructions |
| **17. Alternative minimum tax (AMT) items** | |
| A Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| B Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D Oil, gas, & geothermal—gross income | See the Partner's Instructions and the Instructions for Form 6251 |
| E Oil, gas, & geothermal—deductions | See the Partner's Instructions and the Instructions for Form 6251 |
| F Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |
| **18. Tax-exempt income and nondeductible expenses** | |
| A Tax-exempt interest income | Form 1040, line 2a |
| B Other tax-exempt income | See the Partner's Instructions |
| C Nondeductible expenses | See the Partner's Instructions |
| **19. Distributions** | |
| A Cash and marketable securities | See the Partner's Instructions |
| B Distribution subject to section 737 | See the Partner's Instructions |
| C Other property | See the Partner's Instructions |
| **20. Other information** | |
| A Investment income | Form 4952, line 4a |
| B Investment expenses | Form 4952, line 5 |
| C Fuel tax credit information | Form 4136 |
| D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E Basis of energy property | See the Partner's Instructions |
| F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H Recapture of investment credit | See Form 4255 |
| I Recapture of other credits | See the Partner's Instructions |
| J Look-back interest—completed long-term contracts | See Form 8697 |
| K Look-back interest—income forecast method | See Form 8866 |
| L Dispositions of property with section 179 deductions | See the Partner's Instructions |
| M Recapture of section 179 deduction | See the Partner's Instructions |
| N Interest expense for corporate partners | See the Partner's Instructions |
| O through Y | See the Partner's Instructions |
| Z Section 199A income | See the Partner's Instructions |
| AA Section 199A W-2 wages | See the Partner's Instructions |
| AB Section 199A unadjusted basis | See the Partner's Instructions |
| AC Section 199A REIT dividends | See the Partner's Instructions |
| AD Section 199A PTP income | See the Partner's Instructions |
| AE Excess taxable income | See the Partner's Instructions |
| AF Excess business interest income | See the Partner's Instructions |
| AG Gross receipts for section 59A(e) | See the Partner's Instructions |
| AH Other information | See the Partner's Instructions |

REV 01/26/19 TTBIZ

Knapton 214

**Form 1065** **Schedule K-1 - 199A Supplement (Line 20)** **2018**

Name as Shown on Return: Click Vision Group LLC

Employer Identification No.: [redacted]2893

Partner Name: J&J Ainsworth Family LP

ID Number:

**Partner's Share of Section 199A Information**

| Activity | QBI Code Z | Wages Code AA | UBIA Code AB | REIT Div Code AC | PTP Inc Code AD | SS TB |
|---|---|---|---|---|---|---|
| 1065 Line 22 | -21,954. | 11,877. | | | | X |
| Totals . . . . . . . . . . . . | -21,954. | 11,877. | 0. | 0. | 0. | |

Note: Section 179 deductions are included in QBI

spsw9908.SCR 12/05/18

651118

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** 2018

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year beginning / / 2018 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

► See back of form and separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]2893

**B** Partnership's name, address, city, state, and ZIP code
Click Vision Group LLC
14241 Dallas Parkway, Suite 650
Dallas, TX 75254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code
MCT Texas Partners LP
4911 Cape Coral Dr
Dallas TX 75287

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H** ☒ Domestic partner ☐ Foreign partner

**I1** What type of entity is this partner? Trust

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 8.00000 % | 8.00000 % |
| Loss | 8.00000 % | 8.00000 % |
| Capital | 8.00000 % | 8.00000 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 8,000. | $ 4,000. |
| Qualified nonrecourse financing | $ | $ 112,000. |
| Recourse | $ | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 228,374. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -21,954. |
| Withdrawals & distributions | $ ( 250,000. ) |
| Ending capital account | $ -43,580. |

☐ Tax basis ☒ GAAP ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes ☒ No
If "Yes," attach statement (see instructions)

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 | Ordinary business income (loss) | -21,954. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |

| | | |
|---|---|---|
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| C | | 250,000. |
| 20 | Other information | |
| Z | * | STMT |
| AA | * | STMT |

*See attached statement for additional information.

For IRS Use Only

Knapton 216

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | *Report on* |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |
| **2. Net rental real estate income (loss)** | See the Partner's Instructions |
| **3. Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Partner's Instructions |
| **4. Guaranteed payments** | Schedule E, line 28, column (k) |
| **5. Interest income** | Form 1040, line 2b |
| **6a. Ordinary dividends** | Form 1040, line 3b |
| **6b. Qualified dividends** | Form 1040, line 3a |
| **6c. Dividend equivalents** | See the Partner's Instructions |
| **7. Royalties** | Schedule E, line 4 |
| **8. Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a. Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b. Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c. Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10. Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11. Other income (loss)** | |
| *Code* | |
| **A** Other portfolio income (loss) | See the Partner's Instructions |
| **B** Involuntary conversions | See the Partner's Instructions |
| **C** Sec. 1256 contracts & straddles | Form 6781, line 1 |
| **D** Mining exploration costs recapture | See Pub. 535 |
| **E** Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| **F** Section 951A income<br>**G** Section 965(a) inclusion<br>**H** Subpart F income other than sections 951A and 965 inclusion<br>**I** Other income (loss) | See the Partner's Instructions |
| **12. Section 179 deduction** | See the Partner's Instructions |
| **13. Other deductions** | |
| **A** Cash contributions (60%)<br>**B** Cash contributions (30%)<br>**C** Noncash contributions (50%)<br>**D** Noncash contributions (30%)<br>**E** Capital gain property to a 50% organization (30%)<br>**F** Capital gain property (20%)<br>**G** Contributions (100%) | See the Partner's Instructions |
| **H** Investment interest expense | Form 4952, line 1 |
| **I** Deductions—royalty income | Schedule E, line 19 |
| **J** Section 59(e)(2) expenditures | See the Partner's Instructions |
| **K** Excess business interest expense | See the Partner's Instructions |
| **L** Deductions—portfolio (other) | Schedule A, line 16 |
| **M** Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| **N** Educational assistance benefits | See the Partner's Instructions |
| **O** Dependent care benefits | Form 2441, line 12 |
| **P** Preproductive period expenses | See the Partner's Instructions |
| **Q** Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| **R** Pensions and IRAs | See the Partner's Instructions |
| **S** Reforestation expense deduction | See the Partner's Instructions |
| **T** through **V** | Reserved for future use |
| **W** Other deductions | See the Partner's Instructions |
| **X** Section 965(c) deduction | See the Partner's Instructions |
| **14. Self-employment earnings (loss)** | |

**Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | |
|---|---|
| **A** Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| **B** Gross farming or fishing income | See the Partner's Instructions |
| **C** Gross non-farm income | See the Partner's Instructions |
| **15. Credits** | |
| **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings<br>**B** Low-income housing credit (other) from pre-2008 buildings<br>**C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings<br>**D** Low-income housing credit (other) from post-2007 buildings<br>**E** Qualified rehabilitation expenditures (rental real estate)<br>**F** Other rental real estate credits<br>**G** Other rental credits | See the Partner's Instructions |
| **H** Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a |
| **I** Biofuel producer credit | See the Partner's Instructions |

| *Code* | *Report on* |
|---|---|
| **J** Work opportunity credit<br>**K** Disabled access credit<br>**L** Empowerment zone employment credit<br>**M** Credit for increasing research activities<br>**N** Credit for employer social security and Medicare taxes<br>**O** Backup withholding<br>**P** Other credits | See the Partner's Instructions |
| **16. Foreign transactions** | |
| **A** Name of country or U.S. possession<br>**B** Gross income from all sources<br>**C** Gross income sourced at partner level | Form 1116, Part I |
| *Foreign gross income sourced at partnership level* | |
| **D** Section 951A category<br>**E** Foreign branch category<br>**F** Passive category<br>**G** General category<br>**H** Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partner level* | |
| **I** Interest expense | Form 1116, Part I |
| **J** Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partnership level to foreign source income* | |
| **K** Section 951A category<br>**L** Foreign branch category<br>**M** Passive category<br>**N** General category<br>**O** Other | Form 1116, Part I |
| *Other information* | |
| **P** Total foreign taxes paid | Form 1116, Part II |
| **Q** Total foreign taxes accrued | Form 1116, Part II |
| **R** Reduction in taxes available for credit | Form 1116, line 12 |
| **S** Foreign trading gross receipts | Form 8873 |
| **T** Extraterritorial income exclusion | Form 8873 |
| **U** Section 951A(c)(1)(A) tested income<br>**V** Tested foreign income tax<br>**W** Section 965 information<br>**X** Other foreign transactions | See the Partner's Instructions |
| **17. Alternative minimum tax (AMT) items** | |
| **A** Post-1986 depreciation adjustment<br>**B** Adjusted gain or loss<br>**C** Depletion (other than oil & gas)<br>**D** Oil, gas, & geothermal—gross income<br>**E** Oil, gas, & geothermal—deductions<br>**F** Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |
| **18. Tax-exempt income and nondeductible expenses** | |
| **A** Tax-exempt interest income | Form 1040, line 2a |
| **B** Other tax-exempt income | See the Partner's Instructions |
| **C** Nondeductible expenses | See the Partner's Instructions |
| **19. Distributions** | |
| **A** Cash and marketable securities<br>**B** Distribution subject to section 737<br>**C** Other property | See the Partner's Instructions |
| **20. Other information** | |
| **A** Investment income | Form 4952, line 4a |
| **B** Investment expenses | Form 4952, line 5 |
| **C** Fuel tax credit information | Form 4136 |
| **D** Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| **E** Basis of energy property | See the Partner's Instructions |
| **F** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| **G** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| **H** Recapture of investment credit | See Form 4255 |
| **I** Recapture of other credits | See the Partner's Instructions |
| **J** Look-back interest—completed long-term contracts | See Form 8697 |
| **K** Look-back interest—income forecast method | See Form 8866 |
| **L** Dispositions of property with section 179 deductions<br>**M** Recapture of section 179 deduction<br>**N** Interest expense for corporate partners<br>**O** through **Y**<br>**Z** Section 199A income<br>**AA** Section 199A W-2 wages<br>**AB** Section 199A unadjusted basis<br>**AC** Section 199A REIT dividends<br>**AD** Section 199A PTP income<br>**AE** Excess taxable income<br>**AF** Excess business interest income<br>**AG** Gross receipts for section 59A(e)<br>**AH** Other information | See the Partner's Instructions |

REV 01/26/19 TTBIZ

Knapton 217

**Form 1065** **Schedule K-1 - 199A Supplement (Line 20)** **2018**

| Name as Shown on Return | Employer Identification No. |
|---|---|
| Click Vision Group LLC | [redacted]2893 |
| **Partner Name** | **ID Number** |
| MCT Texas Partners LP | |

**Partner's Share of Section 199A Information**

| Activity | QBI Code Z | Wages Code AA | UBIA Code AB | REIT Div Code AC | PTP Inc Code AD | SS TB |
|---|---|---|---|---|---|---|
| 1065 Line 22 | -21,954. | 11,877. | | | | X |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals . . . . . . . . . . . . | -21,954. | 11,877. | 0. | 0. | 0. | |

Note: Section 179 deductions are included in QBI

spsw9908.SCR 12/05/18

651118

☒ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** 2018

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year beginning / / 2018 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

► See back of form and separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]2893

**B** Partnership's name, address, city, state, and ZIP code
Click Vision Group LLC
14241 Dallas Parkway, Suite 650
Dallas, TX 75254

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code
Jacob Nelan
9756 Delmonico Dr
Fort Worth TX 76244

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H** ☒ Domestic partner ☐ Foreign partner

**I1** What type of entity is this partner? Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.00000 % | 0.00000 % |
| Loss | 0.00000 % | 0.00000 % |
| Capital | 30.00000 % | 0.00000 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 0. | $ 0. |
| Qualified nonrecourse financing | $ | $ 0. |
| Recourse | $ | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -112,728. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ -112,728. |

☐ Tax basis ☒ GAAP ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes ☒ No
If "Yes," attach statement (see instructions)

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | 20 | Other information |
| 13 | Other deductions | | |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

Knapton 219

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | *Report on* |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |
| **2. Net rental real estate income (loss)** | See the Partner's Instructions |
| **3. Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Partner's Instructions |
| **4. Guaranteed payments** | Schedule E, line 28, column (k) |
| **5. Interest income** | Form 1040, line 2b |
| **6a. Ordinary dividends** | Form 1040, line 3b |
| **6b. Qualified dividends** | Form 1040, line 3a |
| **6c. Dividend equivalents** | See the Partner's Instructions |
| **7. Royalties** | Schedule E, line 4 |
| **8. Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a. Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b. Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c. Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10. Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11. Other income (loss)** | |
| *Code* | |
| **A** Other portfolio income (loss) | See the Partner's Instructions |
| **B** Involuntary conversions | See the Partner's Instructions |
| **C** Sec. 1256 contracts & straddles | Form 6781, line 1 |
| **D** Mining exploration costs recapture | See Pub. 535 |
| **E** Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| **F** Section 951A income | See the Partner's Instructions |
| **G** Section 965(a) inclusion | See the Partner's Instructions |
| **H** Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions |
| **I** Other income (loss) | See the Partner's Instructions |
| **12. Section 179 deduction** | See the Partner's Instructions |
| **13. Other deductions** | |
| **A** Cash contributions (60%) | See the Partner's Instructions |
| **B** Cash contributions (30%) | See the Partner's Instructions |
| **C** Noncash contributions (50%) | See the Partner's Instructions |
| **D** Noncash contributions (30%) | See the Partner's Instructions |
| **E** Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| **F** Capital gain property (20%) | See the Partner's Instructions |
| **G** Contributions (100%) | See the Partner's Instructions |
| **H** Investment interest expense | Form 4952, line 1 |
| **I** Deductions—royalty income | Schedule E, line 19 |
| **J** Section 59(e)(2) expenditures | See the Partner's Instructions |
| **K** Excess business interest expense | See the Partner's Instructions |
| **L** Deductions—portfolio (other) | Schedule A, line 16 |
| **M** Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| **N** Educational assistance benefits | See the Partner's Instructions |
| **O** Dependent care benefits | Form 2441, line 12 |
| **P** Preproductive period expenses | See the Partner's Instructions |
| **Q** Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| **R** Pensions and IRAs | See the Partner's Instructions |
| **S** Reforestation expense deduction | See the Partner's Instructions |
| **T** through **V** | Reserved for future use |
| **W** Other deductions | See the Partner's Instructions |
| **X** Section 965(c) deduction | See the Partner's Instructions |
| **14. Self-employment earnings (loss)** | |

**Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | |
|---|---|
| **A** Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| **B** Gross farming or fishing income | See the Partner's Instructions |
| **C** Gross non-farm income | See the Partner's Instructions |
| **15. Credits** | |
| **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| **B** Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| **D** Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| **E** Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| **F** Other rental real estate credits | See the Partner's Instructions |
| **G** Other rental credits | See the Partner's Instructions |
| **H** Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a |
| **I** Biofuel producer credit | See the Partner's Instructions |

| *Code* | *Report on* |
|---|---|
| **J** Work opportunity credit | See the Partner's Instructions |
| **K** Disabled access credit | See the Partner's Instructions |
| **L** Empowerment zone employment credit | See the Partner's Instructions |
| **M** Credit for increasing research activities | See the Partner's Instructions |
| **N** Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| **O** Backup withholding | See the Partner's Instructions |
| **P** Other credits | See the Partner's Instructions |
| **16. Foreign transactions** | |
| **A** Name of country or U.S. possession | Form 1116, Part I |
| **B** Gross income from all sources | Form 1116, Part I |
| **C** Gross income sourced at partner level | Form 1116, Part I |
| *Foreign gross income sourced at partnership level* | |
| **D** Section 951A category | Form 1116, Part I |
| **E** Foreign branch category | Form 1116, Part I |
| **F** Passive category | Form 1116, Part I |
| **G** General category | Form 1116, Part I |
| **H** Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partner level* | |
| **I** Interest expense | Form 1116, Part I |
| **J** Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partnership level to foreign source income* | |
| **K** Section 951A category | Form 1116, Part I |
| **L** Foreign branch category | Form 1116, Part I |
| **M** Passive category | Form 1116, Part I |
| **N** General category | Form 1116, Part I |
| **O** Other | Form 1116, Part I |
| *Other information* | |
| **P** Total foreign taxes paid | Form 1116, Part II |
| **Q** Total foreign taxes accrued | Form 1116, Part II |
| **R** Reduction in taxes available for credit | Form 1116, line 12 |
| **S** Foreign trading gross receipts | Form 8873 |
| **T** Extraterritorial income exclusion | Form 8873 |
| **U** Section 951A(c)(1)(A) tested income | See the Partner's Instructions |
| **V** Tested foreign income tax | See the Partner's Instructions |
| **W** Section 965 information | See the Partner's Instructions |
| **X** Other foreign transactions | See the Partner's Instructions |
| **17. Alternative minimum tax (AMT) items** | |
| **A** Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| **B** Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| **C** Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| **D** Oil, gas, & geothermal—gross income | See the Partner's Instructions and the Instructions for Form 6251 |
| **E** Oil, gas, & geothermal—deductions | See the Partner's Instructions and the Instructions for Form 6251 |
| **F** Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |
| **18. Tax-exempt income and nondeductible expenses** | |
| **A** Tax-exempt interest income | Form 1040, line 2a |
| **B** Other tax-exempt income | See the Partner's Instructions |
| **C** Nondeductible expenses | See the Partner's Instructions |
| **19. Distributions** | |
| **A** Cash and marketable securities | See the Partner's Instructions |
| **B** Distribution subject to section 737 | See the Partner's Instructions |
| **C** Other property | See the Partner's Instructions |
| **20. Other information** | |
| **A** Investment income | Form 4952, line 4a |
| **B** Investment expenses | Form 4952, line 5 |
| **C** Fuel tax credit information | Form 4136 |
| **D** Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| **E** Basis of energy property | See the Partner's Instructions |
| **F** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| **G** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| **H** Recapture of investment credit | See Form 4255 |
| **I** Recapture of other credits | See the Partner's Instructions |
| **J** Look-back interest—completed long-term contracts | See Form 8697 |
| **K** Look-back interest—income forecast method | See Form 8866 |
| **L** Dispositions of property with section 179 deductions | See the Partner's Instructions |
| **M** Recapture of section 179 deduction | See the Partner's Instructions |
| **N** Interest expense for corporate partners | See the Partner's Instructions |
| **O** through **Y** | See the Partner's Instructions |
| **Z** Section 199A income | See the Partner's Instructions |
| **AA** Section 199A W-2 wages | See the Partner's Instructions |
| **AB** Section 199A unadjusted basis | See the Partner's Instructions |
| **AC** Section 199A REIT dividends | See the Partner's Instructions |
| **AD** Section 199A PTP income | See the Partner's Instructions |
| **AE** Excess taxable income | See the Partner's Instructions |
| **AF** Excess business interest income | See the Partner's Instructions |
| **AG** Gross receipts for section 59A(e) | See the Partner's Instructions |
| **AH** Other information | See the Partner's Instructions |

REV 01/26/19 TTBIZ

Knapton 220

**Form 1065** **Schedule K-1 - 199A Supplement (Line 20)** **2018**

| Name as Shown on Return | Employer Identification No. |
|---|---|
| Click Vision Group LLC | [redacted]2893 |
| **Partner Name** | **ID Number** |
| Jacob Nelan | |

**Partner's Share of Section 199A Information**

| Activity | QBI Code Z | Wages Code AA | UBIA Code AB | REIT Div Code AC | PTP Inc Code AD | SS TB |
|---|---|---|---|---|---|---|
| 1065 Line 22 | | | | | | X |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals . . . . . . . . . . . . | 0. | 0. | 0. | 0. | 0. | |

Note: Section 179 deductions are included in QBI

spsw9908.SCR 12/05/18

# 199A Worksheet by Activity

**2018**

► Keep for your records

| Name as Shown on Return | Employer Identification No. |
|---|---|
| Click Vision Group LLC | [redacted] 2893 |

Activity . . . . . . . . 1065 Line 22

Check if activity is **NOT** a qualified trade/business . . ☐

| | | | | | |
|---|---|---|---|---|---|
| **1** | Qualified Business Income | **1 a** | -274,425. | | |
| | Adjustments | **b** | | | |
| | Adjusted Qualified Business Income | | | **1 c** | -274,425. |
| **2 a** | Wages | **2 a** | 148,459. | | |
| **b** | Adjustments | **b** | | | |
| **c** | Adjusted Wages | | | **2 c** | 148,459. |
| **3 a** | Unadjusted Basis Immediately after Acquisition | **3 a** | | | |
| **b** | Adjustments | **b** | | | |
| **c** | Adjusted UBIA | | | **3 c** | |
| **4** | Specified Service Trade or Business? . . . . . . . . ☒ Yes ☐ No | | | | |

spsw9906.SCR 03/02/19

# Additional information from your 2018 Federal Partnership Tax Return

**Form 1065: Partnership Tax Return**

**Line 20, Other Deductions** **Continuation Statement**

| Description | Amount |
|---|---|
| Accounting | 12,002. |
| Advertising | 128,981. |
| Computer services and supplies | 19,437. |
| Legal and professional | 41,102. |
| Office expense | 26,442. |
| Outside services/independent contractors | 702,813. |
| Telephone | 6,442. |
| Travel | 65,443. |
| Utilities | 7,765. |
| EHR Data Partnerships | 136,239. |
| MacBook Pros | 8,662. |
| **Total** | 1,155,328. |

**Form 1065: Partnership Tax Return**

**Sch K, Line 20c, Other Items and Amounts** **Continuation Statement**

| Code | Description | Amount |
|---|---|---|
| Z | Section 199A income | -274,425. |
| AA | Section 199A W-2 wages | 148,459. |
| | **Total** | -125,966. |

# Instructions for Filing
# 2019 U.S. Partnership Return of Income

September 23, 2020

**Signature:**

A general partner or a limited liability company member should sign and date the return at the bottom of the first page.

**Due Date:**

File your 2019 Form 1065 on or before: March 16, 2020

(Note: Your state return may be due on a different date. Please review your state filing instructions.)

The IRS may treat tax returns that are lost in the mail as not filed on time, unless you send them by registered or certified mail. To avoid the risk of your tax return being lost, mail it via (1) certified U.S. mail, return receipt requested, or (2) one of the private delivery services listed in the IRS instructions under "When to File." Save the receipt, and you will be presumed to have timely filed your return - even if it is not received by the IRS.

**Filing:**

File your 2019 Form 1065, U.S. Partnership Return of Income, with:

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
Ogden, UT 84201-0011

Prior to filing your return, make sure you have reviewed the return for omissions or misstatements of material information.

**Print Extra Copies For:**

Partners: Print an extra copy of the Schedules K-1 and partner transmittal letter to give to each of your partners.

State Return: Some state taxing agencies require that you attach a copy of your federal Form 1065 to your state partnership return. If your state requires a copy of the federal Form 1065, make sure an additional filing copy has been printed and attached to the state return.

Your Records: Always print an extra copy of your return for your records.

**Tax Due or Refund:**

No tax is due with your Federal income tax return.

**Other Instructions:**

Elections: If you have completed any election forms, you will need to attach a copy of each to your return.

Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2019, or tax year beginning ______, 2019, ending ______, 20__.

▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2019**

| | | |
|---|---|---|
| A Principal business activity: Computer / IT related services | Name of partnership: Click Vision Group LLC | D Employer identification number: ■■■2893 |
| B Principal product or service: Healthcare Data Services | Type or Print — Number, street, and room or suite no. If a P.O. box, see instructions: 14555 Dallas Parkway, Suite 100 | E Date business started: 12/20/2016 |
| C Business code number: 518210 | City or town, state or province, country, and ZIP or foreign postal code: Dallas TX 75254 | F Total assets (see instructions): $ 550,392. |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☒ Address change (5) ☐ Amended return

H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

J Check if Schedules C and M-3 are attached ▶ ☐

K Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| Section | Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 22,111,022. | | |
| | b | Returns and allowances | 1b | 171,347. | | |
| | c | Balance. Subtract line 1b from line 1a | | | 1c | 21,939,675. |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 15,037,345. |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 6,902,330. |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) | | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 6 | |
| | 7 | Other income (loss) (attach statement) | | | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 6,902,330. |
| Deductions (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | 82,176. |
| | 10 | Guaranteed payments to partners | | | 10 | |
| | 11 | Repairs and maintenance | | | 11 | |
| | 12 | Bad debts | | | 12 | |
| | 13 | Rent | | | 13 | 27,960. |
| | 14 | Taxes and licenses | | | 14 | 7,763. |
| | 15 | Interest (see instructions) | | | 15 | 202,078. |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | | | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | | 16c | |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| | 18 | Retirement plans, etc. | | | 18 | |
| | 19 | Employee benefit programs | | | 19 | 16,435. |
| | 20 | Other deductions (attach statement) See Stmt | | | 20 | 6,710,184. |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 7,046,596. |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | | | 22 | -144,266. |
| Tax and Payment | 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | | | 23 | |
| | 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | | | 24 | |
| | 25 | BBA AAR imputed underpayment (see instructions) | | | 25 | |
| | 26 | Other taxes (see instructions) | | | 26 | |
| | 27 | **Total balance due.** Add lines 23 through 26 | | | 27 | |
| | 28 | Payment (see instructions) | | | 28 | |
| | 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | | | 29 | |
| | 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment | | | 30 | 0. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of partner or limited liability company member ▶ Date 03/01/2020

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ Self-Prepared | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

**For Paperwork Reduction Act Notice, see separate instructions.** BAA Form **1065** (2019)

**Schedule B Other Information**

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2019, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

**Schedule B** **Other Information** *(continued)*

| | | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | × |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | × |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ | | × |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |
| 16a | Did you make any payments in 2019 that would require you to file Form(s) 1099? See instructions | × | |
| b | If "Yes," did you or will you file required Form(s) 1099? | × | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | × |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | × |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1T(b)(14)? | | × |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | × |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | × |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | × |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | × |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ ______ If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ Brent Simpson

| | | | |
|---|---|---|---|
| U.S. address of PR | 2901 Queen Mary Dr Flower Mound TX 75022 | U.S. phone number of PR | (972)807-3195 |

If the PR is an entity, name of the designated individual for the PR ▶

| | | | |
|---|---|---|---|
| U.S. address of designated individual | | U.S. phone number of designated individual | |

| | | Yes | No |
|---|---|---|---|
| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | × |
| | If "Yes," enter the amount from Form 8996, line 14 ▶ $ | | |
| 27 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ▶ | | |
| 28 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | × |

**Schedule K — Partners' Distributive Share Items**

| Section | Line | Description | Line | Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | -144,266. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) — 3a | | |
| | b | Expenses from other rental activities (attach statement) — 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments: a Services 4a b Capital 4b | | |
| | | c Total. Add lines 4a and 4b | 4c | |
| | 5 | Interest income | 5 | |
| | 6 | Dividends and dividend equivalents: a Ordinary dividends | 6a | |
| | | b Qualified dividends 6b c Dividend equivalents 6c | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) — 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) — 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Contributions | 13a | |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶ (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | 13d | |
| Self-Employment | 14a | Net earnings (loss) from self-employment | 14a | -144,266. |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | 6,902,330. |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | 15d | |
| | e | Other rental credits (see instructions) Type ▶ | 15e | |
| | f | Other credits (see instructions) Type ▶ | 15f | |
| Foreign Transactions | 16a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 16b | |
| | c | Gross income sourced at partner level | 16c | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Reserved for future use ▶ e Foreign branch category ▶ | 16e | |
| | f | Passive category ▶ g General category ▶ h Other (attach statement) ▶ | 16h | |
| | | Deductions allocated and apportioned at partner level | | |
| | i | Interest expense ▶ j Other ▶ | 16j | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | k | Reserved for future use ▶ l Foreign branch category ▶ | 16l | |
| | m | Passive category ▶ n General category ▶ o Other (attach statement) ▶ | 16o | |
| | p | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16p | |
| | q | Reduction in taxes available for credit (attach statement) | 16q | |
| | r | Other foreign tax information (attach statement) | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | 17a | |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties—gross income | 17d | |
| | e | Oil, gas, and geothermal properties—deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| Other Information | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses | 18c | |
| | 19a | Distributions of cash and marketable securities | 19a | -54,462. |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement) | | |

Knapton 228

## Analysis of Net Income (Loss)

| | | | |
|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | 1 | -144,266. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | -121,184. | | -23,082. | | |

## Schedule L Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 697,170. | | 550,392. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | 697,170. | | 550,392. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | | | | |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) Ln 20 Stmt | | 1,524,601. | | 1,467,627. |
| 21 Partners' capital accounts | | -827,431. | | -917,235. |
| 22 Total liabilities and capital | | 697,170. | | 550,392. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -144,266. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): a Depreciation $ | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): a Depreciation $ b Travel and entertainment $ | | 8 Add lines 6 and 7 | |
| | | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -144,266. |
| 5 Add lines 1 through 4 | -144,266. | | |

## Schedule M-2 Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | -827,431. | 6 Distributions: a Cash | -54,462. |
| 2 Capital contributed: a Cash | | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | -144,266. | | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | -54,462. |
| 5 Add lines 1 through 4 | -971,697. | 9 Balance at end of year. Subtract line 8 from line 5 | -917,235. |

Knapton 229

Form **1125-A** (Rev. November 2018) Department of the Treasury Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

Name: Click Vision Group LLC

Employer identification number: [redacted]2893

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 13,715,637 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) See Statement | 5 | 1,321,708 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 15,037,345 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 15,037,345 |

9a Check all methods used for valuing closing inventory:
- (i) ☐ Cost
- (ii) ☐ Lower of cost or market
- (iii) ☐ Other (Specify method used and attach explanation.) ▶

b Check if there was a writedown of subnormal goods ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO **9d**

e If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☐ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

- A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.
- A small business taxpayer is not required to capitalize costs under section 263A.

# General Instructions

## Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

## Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

## Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

***Small business taxpayer.*** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

- The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.
- Real property or personal property (tangible and intangible) acquired for resale.
- The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

651119

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** 2019

Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year beginning / / 2019 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

► See back of form and separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]2893

**B** Partnership's name, address, city, state, and ZIP code
Click Vision Group LLC
14555 Dallas Parkway, Suite 100
Dallas, TX 75254

**C** IRS Center where partnership filed return ► Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
[redacted]410

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
Brent Simpson
2901 Queen Mary Dr
Flower Mound TX 75022

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN ______ Name ______

**I1** What type of entity is this partner? Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 84.00000 % | 84.00000 % |
| Loss | 84.00000 % | 84.00000 % |
| Capital | 84.00000 % | 84.00000 % |

Check if decrease is due to sale or exchange of partnership interest . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . | $ | $ |
| Qualified nonrecourse financing . . . . | $ | $ |
| Recourse . . . . | $ | $ |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** . . . . | $ -551,653. |
| Capital contributed during the year . . | $ |
| Current year net income (loss) . . . . | $ -121,184. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions . . . . | $ ( ) |
| **Ending capital account** . . . . . | $ -672,837. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . . $
Ending . . . . . . . . . . $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -121,184. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| | A | -121,184. |
| | C | 5,797,958. |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

Knapton 231

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |
| **2. Net rental real estate income (loss)** | See the Partner's Instructions |
| **3. Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Partner's Instructions |
| **4a. Guaranteed payment Services** | See the Partner's Instructions |
| **4b. Guaranteed payment Capital** | See the Partner's Instructions |
| **4c. Guaranteed payment Total** | See the Partner's Instructions |
| **5. Interest income** | Form 1040 or 1040-SR, line 2b |
| **6a. Ordinary dividends** | Form 1040 or 1040-SR, line 3b |
| **6b. Qualified dividends** | Form 1040 or 1040-SR, line 3a |
| **6c. Dividend equivalents** | See the Partner's Instructions |
| **7. Royalties** | Schedule E, line 4 |
| **8. Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a. Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b. Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c. Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10. Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11. Other income (loss)** | |

| Code | | Report on |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | See the Partner's Instructions |
| F | Section 743(b) positive adjustments | See the Partner's Instructions |
| G | Section 965(a) inclusion | See the Partner's Instructions |
| H | Income under subpart F (other than inclusions under sections 951A and 965) | See the Partner's Instructions |
| I | Other income (loss) | See the Partner's Instructions |

| | Report on |
|---|---|
| **12. Section 179 deduction** | See the Partner's Instructions |
| **13. Other deductions** | |

| Code | | Report on |
|---|---|---|
| A | Cash contributions (60%) | See the Partner's Instructions |
| B | Cash contributions (30%) | See the Partner's Instructions |
| C | Noncash contributions (50%) | See the Partner's Instructions |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| F | Capital gain property (20%) | See the Partner's Instructions |
| G | Contributions (100%) | See the Partner's Instructions |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions—royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Excess business interest expense | See the Partner's Instructions |
| L | Deductions—portfolio (other) | Schedule A, line 16 |
| M | Amounts paid for medical insurance | Schedule A, line 1, or Schedule 1 (Form 1040 or 1040-SR), line 16 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | through **U** | Reserved for future use |
| V | Section 743(b) negative adjustments | See the Partner's Instructions |
| W | Other deductions | See the Partner's Instructions |
| X | Section 965(c) deduction | See the Partner's Instructions |

**14. Self-employment earnings (loss)**

**Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| Code | | Report on |
|---|---|---|
| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

**15. Credits**

| Code | | Report on |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| B | Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| F | Other rental real estate credits | See the Partner's Instructions |
| G | Other rental credits | See the Partner's Instructions |
| H | Undistributed capital gains credit | Schedule 3 (Form 1040 or 1040-SR), line 13, box a |
| I | Biofuel producer credit | See the Partner's Instructions |
| J | Work opportunity credit | See the Partner's Instructions |
| K | Disabled access credit | See the Partner's Instructions |
| L | Empowerment zone employment credit | See the Partner's Instructions |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| O | Backup withholding | See the Partner's Instructions |
| P | Other credits | See the Partner's Instructions |

**16. Foreign transactions**

| Code | | Report on |
|---|---|---|
| A | Name of country or U.S. possession | Form 1116, Part I |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | Form 1116, Part I |
| | *Foreign gross income sourced at partnership level* | |
| D | Reserved for future use | |
| E | Foreign branch category | Form 1116, Part I |
| F | Passive category | Form 1116, Part I |
| G | General category | Form 1116, Part I |
| H | Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partner level* | |
| I | Interest expense | Form 1116, Part I |
| J | Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| K | Reserved for future use | Form 1116, Part I |
| L | Foreign branch category | Form 1116, Part I |
| M | Passive category | Form 1116, Part I |
| N | General category | Form 1116, Part I |
| O | Other | Form 1116, Part I |
| | *Other information* | |
| P | Total foreign taxes paid | Form 1116, Part II |
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | through **V** | Reserved for future use |
| W | Section 965 information | See the Partner's Instructions |
| X | Other foreign transactions | See the Partner's Instructions |

**17. Alternative minimum tax (AMT) items**

| Code | | Report on |
|---|---|---|
| A | Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal—gross income | See the Partner's Instructions and the Instructions for Form 6251 |
| E | Oil, gas, & geothermal—deductions | See the Partner's Instructions and the Instructions for Form 6251 |
| F | Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |

**18. Tax-exempt income and nondeductible expenses**

| Code | | Report on |
|---|---|---|
| A | Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

**19. Distributions**

| Code | | Report on |
|---|---|---|
| A | Cash and marketable securities | See the Partner's Instructions |
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | See the Partner's Instructions |

**20. Other information**

| Code | | Report on |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | through **G** | See the Partner's Instructions |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest—completed long-term contracts | See Form 8697 |
| K | Look-back interest—income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | See the Partner's Instructions |
| M | Recapture of section 179 deduction | See the Partner's Instructions |
| N | Interest expense for corporate partners | See the Partner's Instructions |
| O | through **Y** | See the Partner's Instructions |
| Z | Section 199A information | See the Partner's Instructions |
| AA | Section 704(c) information | See the Partner's Instructions |
| AB | Section 751 gain (loss) | See the Partner's Instructions |
| AC | Section 1(h)(5) gain (loss) | See the Partner's Instructions |
| AD | Deemed section 1250 unrecaptured gain | See the Partner's Instructions |
| AE | Excess taxable income | See the Partner's Instructions |
| AF | Excess business interest income | See the Partner's Instructions |
| AG | Gross receipts for section 59A(e) | See the Partner's Instructions |
| AH | Other information | See the Partner's Instructions |

REV 06/30/20 11:32

Knapton 232

# Additional information from your Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (Brent Simpson)

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (Brent Simpson)**
**Supplemental Information** **Continuation Statement**

| Description | Amount |
|---|---|
| Item L. Partner's Capital Account Analysis: | |
| Tax basis | |

651119

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** 2019

Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year

beginning / / 2019 ending / /

# Partner's Share of Income, Deductions, Credits, etc.

► See back of form and separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]2893

**B** Partnership's name, address, city, state, and ZIP code
Click Vision Group LLC
14555 Dallas Parkway, Suite 100
Dallas, TX 75254

**C** IRS Center where partnership filed return ► Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
J&J Ainsworth Family LP
1709 Burning Tree Lane
Plano TX 75093

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN ______ Name ______

**I1** What type of entity is this partner? Partnership

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 8.00000 % | 8.00000 % |
| Loss | 8.00000 % | 8.00000 % |
| Capital | 8.00000 % | 8.00000 % |

Check if decrease is due to sale or exchange of partnership interest . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ | $ |
| Recourse . . . | $ | $ |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** . . . . | $ -137,889. |
| Capital contributed during the year . . | $ |
| Current year net income (loss) . . . . | $ -11,541. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions . . . . | $ ( -27,231. ) |
| **Ending capital account** . . . . . | $ -122,199. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . $
Ending . . . . . . . . . $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 | Ordinary business income (loss) | -11,541. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| A | | -11,541. |
| C | | 552,186. |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| A | | -27,231. |
| 20 | Other information | |

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

Knapton 234

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |
| **2. Net rental real estate income (loss)** | See the Partner's Instructions |
| **3. Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Partner's Instructions |
| **4a. Guaranteed payment Services** | See the Partner's Instructions |
| **4b. Guaranteed payment Capital** | See the Partner's Instructions |
| **4c. Guaranteed payment Total** | See the Partner's Instructions |
| **5. Interest income** | Form 1040 or 1040-SR, line 2b |
| **6a. Ordinary dividends** | Form 1040 or 1040-SR, line 3b |
| **6b. Qualified dividends** | Form 1040 or 1040-SR, line 3a |
| **6c. Dividend equivalents** | See the Partner's Instructions |
| **7. Royalties** | Schedule E, line 4 |
| **8. Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a. Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b. Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c. Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10. Net section 1231 gain (loss)** | See the Partner's Instructions |

**11. Other income (loss)**

| Code | | |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | See the Partner's Instructions |
| F | Section 743(b) positive adjustments | See the Partner's Instructions |
| G | Section 965(a) inclusion | See the Partner's Instructions |
| H | Income under subpart F (other than inclusions under sections 951A and 965) | See the Partner's Instructions |
| I | Other income (loss) | See the Partner's Instructions |

| | |
|---|---|
| **12. Section 179 deduction** | See the Partner's Instructions |

**13. Other deductions**

| Code | | |
|---|---|---|
| A | Cash contributions (60%) | See the Partner's Instructions |
| B | Cash contributions (30%) | See the Partner's Instructions |
| C | Noncash contributions (50%) | See the Partner's Instructions |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| F | Capital gain property (20%) | See the Partner's Instructions |
| G | Contributions (100%) | See the Partner's Instructions |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions—royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Excess business interest expense | See the Partner's Instructions |
| L | Deductions—portfolio (other) | Schedule A, line 16 |
| M | Amounts paid for medical insurance | Schedule A, line 1, or Schedule 1 (Form 1040 or 1040-SR), line 16 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | through **U** | Reserved for future use |
| V | Section 743(b) negative adjustments | See the Partner's Instructions |
| W | Other deductions | See the Partner's Instructions |
| X | Section 965(c) deduction | See the Partner's Instructions |

**14. Self-employment earnings (loss)**

**Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| Code | | |
|---|---|---|
| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

**15. Credits**

| Code | | Report on |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| B | Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| F | Other rental real estate credits | See the Partner's Instructions |
| G | Other rental credits | See the Partner's Instructions |
| H | Undistributed capital gains credit | Schedule 3 (Form 1040 or 1040-SR), line 13, box a |
| I | Biofuel producer credit | See the Partner's Instructions |
| J | Work opportunity credit | See the Partner's Instructions |
| K | Disabled access credit | See the Partner's Instructions |
| L | Empowerment zone employment credit | See the Partner's Instructions |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| O | Backup withholding | See the Partner's Instructions |
| P | Other credits | See the Partner's Instructions |

**16. Foreign transactions**

| Code | | |
|---|---|---|
| A | Name of country or U.S. possession | Form 1116, Part I |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | Form 1116, Part I |
| | *Foreign gross income sourced at partnership level* | |
| D | Reserved for future use | Form 1116, Part I |
| E | Foreign branch category | Form 1116, Part I |
| F | Passive category | Form 1116, Part I |
| G | General category | Form 1116, Part I |
| H | Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partner level* | |
| I | Interest expense | Form 1116, Part I |
| J | Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| K | Reserved for future use | Form 1116, Part I |
| L | Foreign branch category | Form 1116, Part I |
| M | Passive category | Form 1116, Part I |
| N | General category | Form 1116, Part I |
| O | Other | Form 1116, Part I |
| | *Other information* | |
| P | Total foreign taxes paid | Form 1116, Part II |
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | through **V** | Reserved for future use |
| W | Section 965 information | See the Partner's Instructions |
| X | Other foreign transactions | See the Partner's Instructions |

**17. Alternative minimum tax (AMT) items**

| Code | | |
|---|---|---|
| A | Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal—gross income | See the Partner's Instructions and the Instructions for Form 6251 |
| E | Oil, gas, & geothermal—deductions | See the Partner's Instructions and the Instructions for Form 6251 |
| F | Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |

**18. Tax-exempt income and nondeductible expenses**

| Code | | |
|---|---|---|
| A | Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

**19. Distributions**

| Code | | |
|---|---|---|
| A | Cash and marketable securities | See the Partner's Instructions |
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | See the Partner's Instructions |

**20. Other information**

| Code | | |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | through **G** | See the Partner's Instructions |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest—completed long-term contracts | See Form 8697 |
| K | Look-back interest—income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | See the Partner's Instructions |
| M | Recapture of section 179 deduction | See the Partner's Instructions |
| N | Interest expense for corporate partners | See the Partner's Instructions |
| O | through **Y** | See the Partner's Instructions |
| Z | Section 199A information | See the Partner's Instructions |
| AA | Section 704(c) information | See the Partner's Instructions |
| AB | Section 751 gain (loss) | See the Partner's Instructions |
| AC | Section 1(h)(5) gain (loss) | See the Partner's Instructions |
| AD | Deemed section 1250 unrecaptured gain | See the Partner's Instructions |
| AE | Excess taxable income | See the Partner's Instructions |
| AF | Excess business interest income | See the Partner's Instructions |
| AG | Gross receipts for section 59A(e) | See the Partner's Instructions |
| AH | Other information | See the Partner's Instructions |

# Additional information from your Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (J&J Ainsworth Family LP)

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (J&J Ainsworth Family LP)**
**Supplemental Information** **Continuation Statement**

| Description | Amount |
|---|---|
| Item L. Partner's Capital Account Analysis: | |
| Tax basis | |

651119

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** 2019

Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year beginning / / 2019 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]2893

**B** Partnership's name, address, city, state, and ZIP code
Click Vision Group LLC
14555 Dallas Parkway, Suite 100
Dallas, TX 75254

**C** IRS Center where partnership filed return ▶ Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
MCT Texas Partners LP
4911 Cape Coral Dr
Dallas TX 75287

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN ______ Name ______

**I1** What type of entity is this partner? Partnership

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 8.00000 % | 8.00000 % |
| Loss | 8.00000 % | 8.00000 % |
| Capital | 8.00000 % | 8.00000 % |

Check if decrease is due to sale or exchange of partnership interest . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ | $ |
| Recourse . . . | $ | $ |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** . . . | $ -137,889. |
| Capital contributed during the year . . | $ |
| Current year net income (loss) . . . | $ -11,541. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions . . . | $ ( -27,231. ) |
| **Ending capital account** . . . . | $ -122,199. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . $
Ending . . . . . . . . . $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -11,541. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | A -11,541. |
| | | C 552,186. |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | A -27,231. |
| 20 | Other information | |

21 ☐ More than one activity for at-risk purposes*
22 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

Knapton 237

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |
| **2. Net rental real estate income (loss)** | See the Partner's Instructions |
| **3. Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Partner's Instructions |
| **4a. Guaranteed payment Services** | See the Partner's Instructions |
| **4b. Guaranteed payment Capital** | See the Partner's Instructions |
| **4c. Guaranteed payment Total** | See the Partner's Instructions |
| **5. Interest income** | Form 1040 or 1040-SR, line 2b |
| **6a. Ordinary dividends** | Form 1040 or 1040-SR, line 3b |
| **6b. Qualified dividends** | Form 1040 or 1040-SR, line 3a |
| **6c. Dividend equivalents** | See the Partner's Instructions |
| **7. Royalties** | Schedule E, line 4 |
| **8. Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a. Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b. Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c. Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10. Net section 1231 gain (loss)** | See the Partner's Instructions |

**11. Other income (loss)**

| Code | | Report on |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | See the Partner's Instructions |
| F | Section 743(b) positive adjustments | See the Partner's Instructions |
| G | Section 965(a) inclusion | See the Partner's Instructions |
| H | Income under subpart F (other than inclusions under sections 951A and 965) | See the Partner's Instructions |
| I | Other income (loss) | See the Partner's Instructions |

**12. Section 179 deduction** — See the Partner's Instructions

**13. Other deductions**

| Code | | Report on |
|---|---|---|
| A | Cash contributions (60%) | See the Partner's Instructions |
| B | Cash contributions (30%) | See the Partner's Instructions |
| C | Noncash contributions (50%) | See the Partner's Instructions |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| F | Capital gain property (20%) | See the Partner's Instructions |
| G | Contributions (100%) | See the Partner's Instructions |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions—royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Excess business interest expense | See the Partner's Instructions |
| L | Deductions—portfolio (other) | Schedule A, line 16 |
| M | Amounts paid for medical insurance | Schedule A, line 1, or Schedule 1 (Form 1040 or 1040-SR), line 16 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | through **U** | Reserved for future use |
| V | Section 743(b) negative adjustments | See the Partner's Instructions |
| W | Other deductions | See the Partner's Instructions |
| X | Section 965(c) deduction | See the Partner's Instructions |

**14. Self-employment earnings (loss)**

**Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| Code | | Report on |
|---|---|---|
| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

**15. Credits**

| Code | | Report on |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| B | Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| F | Other rental real estate credits | See the Partner's Instructions |
| G | Other rental credits | See the Partner's Instructions |
| H | Undistributed capital gains credit | Schedule 3 (Form 1040 or 1040-SR), line 13, box a |
| I | Biofuel producer credit | See the Partner's Instructions |
| J | Work opportunity credit | See the Partner's Instructions |
| K | Disabled access credit | See the Partner's Instructions |
| L | Empowerment zone employment credit | See the Partner's Instructions |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| O | Backup withholding | See the Partner's Instructions |
| P | Other credits | See the Partner's Instructions |

**16. Foreign transactions**

| Code | | Report on |
|---|---|---|
| A | Name of country or U.S. possession | Form 1116, Part I |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | Form 1116, Part I |
| | *Foreign gross income sourced at partnership level* | |
| D | Reserved for future use | |
| E | Foreign branch category | Form 1116, Part I |
| F | Passive category | Form 1116, Part I |
| G | General category | Form 1116, Part I |
| H | Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partner level* | |
| I | Interest expense | Form 1116, Part I |
| J | Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| K | Reserved for future use | Form 1116, Part I |
| L | Foreign branch category | Form 1116, Part I |
| M | Passive category | Form 1116, Part I |
| N | General category | Form 1116, Part I |
| O | Other | Form 1116, Part I |
| | *Other information* | |
| P | Total foreign taxes paid | Form 1116, Part II |
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | through **V** | Reserved for future use |
| W | Section 965 information | See the Partner's Instructions |
| X | Other foreign transactions | See the Partner's Instructions |

**17. Alternative minimum tax (AMT) items**

| Code | | Report on |
|---|---|---|
| A | Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal—gross income | See the Partner's Instructions and the Instructions for Form 6251 |
| E | Oil, gas, & geothermal—deductions | See the Partner's Instructions and the Instructions for Form 6251 |
| F | Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |

**18. Tax-exempt income and nondeductible expenses**

| Code | | Report on |
|---|---|---|
| A | Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

**19. Distributions**

| Code | | Report on |
|---|---|---|
| A | Cash and marketable securities | See the Partner's Instructions |
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | See the Partner's Instructions |

**20. Other information**

| Code | | Report on |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | through **G** | See the Partner's Instructions |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest—completed long-term contracts | See Form 8697 |
| K | Look-back interest—income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | See the Partner's Instructions |
| M | Recapture of section 179 deduction | See the Partner's Instructions |
| N | Interest expense for corporate partners | See the Partner's Instructions |
| O | through **Y** | See the Partner's Instructions |
| Z | Section 199A information | See the Partner's Instructions |
| AA | Section 704(c) information | See the Partner's Instructions |
| AB | Section 751 gain (loss) | See the Partner's Instructions |
| AC | Section 1(h)(5) gain (loss) | See the Partner's Instructions |
| AD | Deemed section 1250 unrecaptured gain | See the Partner's Instructions |
| AE | Excess taxable income | See the Partner's Instructions |
| AF | Excess business interest income | See the Partner's Instructions |
| AG | Gross receipts for section 59A(e) | See the Partner's Instructions |
| AH | Other information | See the Partner's Instructions |

REV 06/30/20 11:12

Knapton 238

# Additional information from your Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (MCT Texas Partners LP)

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (MCT Texas Partners LP)**
**Supplemental Information** **Continuation Statement**

| Description | Amount |
|---|---|
| Item L. Partner's Capital Account Analysis: | |
| Tax basis | |

**SCHEDULE B-1 (Form 1065)**
(Rev. August 2019)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065.
▶ Go to *www.irs.gov/Form1065* for the latest information.

OMB No. 1545-0123

Name of partnership: Click Vision Group LLC

Employer identification number (EIN): [redacted]2893

**Part I** **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| Brent Simpson | [redacted]410 | US | 84.0000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065. BAA** REV 06/30/20 TTBIZ **Schedule B-1 (Form 1065) (Rev. 8-2019)**

Form **8822-B**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

# Change of Address or Responsible Party — Business

► **Please type or print.**
► **See instructions on back.** ► **Do not attach this form to your return.**
► **Go to *www.irs.gov/Form8822B* for the latest information.**

OMB No. 1545-1163

**Before you begin:** If you are also changing your home address, use Form 8822 to report that change.

If you are a tax-exempt organization (see instructions), check here ☐

Check **all** boxes this change affects.

1 ☒ Employment, excise, income, and other business returns (Forms 720, 940, 941, 990, 1041, 1065, 1120, etc.)

2 ☐ Employee plan returns (Forms 5500, 5500-EZ, etc.)

3 ☒ Business location

**4a Business name**
Click Vision Group LLC

**4b Employer identification number**
[redacted]2893

**5 Old mailing address** (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.
14241 Dallas Parkway, Suite 650 Dallas TX 75254

| Foreign country name | Foreign province/county | Foreign postal code |
| --- | --- | --- |
| | | |

**6 New mailing address** (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.
14555 Dallas Parkway, Suite 100 Dallas TX 75254

| Foreign country name | Foreign province/county | Foreign postal code |
| --- | --- | --- |
| | | |

**7 New business location** (no., street, room or suite no., city or town, state, and ZIP code). If a foreign address, also complete spaces below, see instructions.
14555 Dallas Parkway, Suite 100 Dallas TX 75254

| Foreign country name | Foreign province/county | Foreign postal code |
| --- | --- | --- |
| | | |

**8 New responsible party's name**

**9 New responsible party's SSN, ITIN, or EIN. (CAUTION: YOU MUST REFER TO THE INSTRUCTIONS FOR FORM SS-4 TO SEE WHO MAY USE AN EIN.)**

**10 Signature.** Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Daytime telephone number of person to contact (optional) ► (972)807-3195

**Sign Here**

Signature of owner, officer, or representative — Date: 02/01/2020

Title: President

## Where To File

Send this form to the address shown here that applies to you.

| IF your old business address was in . . . | THEN use this address . . . |
| --- | --- |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service<br>Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, any place outside the United States | Internal Revenue Service<br>Ogden, UT 84201-0023 |

Knapton 241

**Form 1065 Schedule L**

# Other Liabilities

**2019**

| Name | Employer ID Number |
|---|---|
| Click Vision Group LLC | [redacted]2893 |

| **Other Current Liabilities:** | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| **Total to Form 1065, Schedule L, line 17** ► | | |

| **Other Liabilities:** | Beginning of tax year | End of tax year |
|---|---|---|
| Notes | 1,450,000. | 1,390,490. |
| Interest | 74,601. | 77,137. |
| **Total to Form 1065, Schedule L, line 20** ► | 1,524,601. | 1,467,627. |

ptpw1801.SCR 10/21/19

# 199A Worksheet by Activity 2019

► Keep for your records

| Partnership's name | Partnership's EIN |
|---|---|
| Click Vision Group LLC | [redacted]2893 |

Aggregation Code: ____

Trade or Business: 1065, Line 22
EIN: [redacted]2893

Check if activity is **NOT** a qualified trade/business . . . . [X]
Specified Service Trade or Business? . . . . . . . . . . [ ] Yes [X] No

QBI or qualified PTP items subject to partner-specific determinations:

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| **1 a** | Ordinary business income (loss) | **1 a** | | | |
| **b** | Adjustments | **b** | | | |
| **c** | Adjusted ordinary business income (loss) | | | **1 c** | |
| **2 a** | Rental income (loss) | **2 a** | | | |
| **b** | Adjustments | **b** | | | |
| **c** | Adjusted rental income (loss) | | | **2 c** | |
| **3 a** | Royalty income (loss) | **3 a** | | | |
| **b** | Adjustments | **b** | | | |
| **c** | Adjusted royalty income (loss) | | | **3 c** | |
| **4 a** | Section 1231 gain (loss) | **4 a** | | | |
| **b** | Adjustments | **b** | | | |
| **c** | Adjusted section 1231 gain (loss) | | | **4 c** | |
| **5** | Other income (loss) | | | **5** | |
| **6 a** | Section 179 deduction | **6 a** | | | |
| **b** | Adjustments | **b** | | | |
| **c** | Adjusted section 179 deduction | | | **6 c** | |
| **7** | Charitable contributions | | | **7** | |
| **8** | Other deductions | | | **8** | |
| **9 a** | W-2 wages | **9 a** | | | |
| **b** | Adjustments | **b** | | | |
| **c** | Adjusted W-2 Wages | | | **9 c** | |
| **10 a** | UBIA of qualified property | **10 a** | | | |
| **b** | Adjustments | **b** | | | |
| **c** | Adjusted UBIA of qualified property | | | **10 c** | |

spsw9906.SCR 04/20/20

# Additional information from your 2019 Federal Partnership Tax Return

**Form 1065: Partnership Tax Return**

**Line 20, Other Deductions** **Continuation Statement**

| Description | Amount |
|---|---|
| Advertising | 546,831. |
| Computer services and supplies | 21,514. |
| Legal and professional | 296,172. |
| Outside services/independent contractors | 5,226,322. |
| Travel | 71,880. |
| Business Operations | 146,623. |
| Data Warehouse and Hosting | 54,291. |
| EHR Partnership Fees | 346,551. |
| **Total** | 6,710,184. |

**Form 1125-A: Cost of Goods Sold**

**Other Costs Statement** **Continuation Statement**

| Other Cost | Other Amount |
|---|---|
| Transaction Processing | 641,199 |
| Shipping | 680,509 |
| **Total** | 1,321,708 |

# CLICK VISION GROUP LLC

14555 Dallas Parkway, Suite 100, Dallas, TX 75254

December 9, 2020

Kurt Knapton
5102 Oak Ln
Arlington, TX 76017

Dear Kurt:

As the terms of our agreement made on June 23, 2020, have not been fulfilled, a cashier's check in the amount of $355,000.00 is enclosed. This represents:

| | |
|---|---|
| $300,000 | Membership Redemption in Click Vision Group LLC |
| $100,000 | October 23, 2018 Note |
| $185,000 | December 19, 2019 Note |
| $597,000 | |

From this payment, the following amounts have been deducted:

| | |
|---|---|
| $80,000 | Return of Consulting Fees |
| $150,000 | Cost of Sean Ketterick (per our discussion on February 2, 2020 and June 22, 2020). As the total costs to projects and relationships have not been fully realized, the amount is a rounding down of salary paid. |
| $230,000 | |

As previously discussed, Sean did not document the names, contact and payment information for BAN lenders. Please forward your list prior to December 31, 2020, so their loans may be returned promptly.

Sincerely,

Brent Simpson
Managing Member
Click Vision Group LLC

EXHIBIT
1-U

Knapton 245


**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
  - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY** **Customer Copy**

**CASHIER'S CHECK** 9309222633

12/9/2020
Void after 7 years

**Remitter:** Click Vision Group LLC

$** 355,000.00 **

**Pay To The Order Of:** Kurt Knapton

Drawer: **JPMORGAN CHASE BANK, N.A.**

Memo:

Note: For information only. Comment has no effect on bank's payment.

NON NEGOTIABLE

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

CHASE

9309222633 25-3/440

Date 12/9/2020 Void after 7 years

**Remitter:** Click Vision Group LLC

**Pay To The Order Of:** Kurt Knapton

**Pay:** THREE HUNDRED FIFTY FIVE THOUSAND AND NO CENTS $** 355,000.00 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈9309222633⑈ ⑆[redacted]0037⑆ [redacted]1375⑈

Knapton 246


Shipment Receipt December 9, 2020 1Z2R3F801552050783

## Where

**Ship From**
Brent Simpson, Brent Simpson
2901 Queen Mary Dr, FLOWER MOUND, TX 75022
brent@clickoptical.com, 2145322130

**Ship To**
Kurt Knapton, Kurt Knapton
5102 Oak Ln, Arlington, TX 76017-3602

## What

**Package 1 - 1Z2R3F801552050783**

Weight
0 lbs

Dimensions
UPS Letter

# Service Details - UPS 2nd Day Air

Estimated Delivery Friday December 11, 2020 , End of Day

## Additional Options

## Payment

Bill Shipping Charges To: MasterCard ending in 8274

## Shipping Total

Shipping Fees

| **Package 1** | |
|---|---|
| UPS 2nd Day Air | $22.81 |
| Fuel Surcharge | $1.94 |

Transportation Charges: for services listed as guaranteed, refunds apply to transportation charges only. See Terms and Conditions in the Service Guide for details. Certain commodities and high value shipments may require additional transit time for customs clearance.

Subtotals

| | |
|---|---|
| **Shipping Fees** | $24.75 |
| **Combined Charges** | $24.75 |

Rate includes a fuel Surcharge, but excludes taxes, duties and other charges that may apply to the shipment.
Your invoice may vary from the displayed reference rates

Note: This document is not an invoice.

All shipments are subject to the UPS Tariff/Terms and Conditions of Service ("UPS terms") in effect on the date of shipment, which are available at www.ups.com/terms. Pursuant to the UPS Terms, UPS's maximum liability for loss or damage to each domestic package or international shipment is limited to $100, unless the shipper declares a greater value in the declared value field of the UPS shipping system used and pays the applicable charge (in which case UPS's maximum liability is the declared value). Special terms apply to some services and articles. Please review the UPS Terms for liability limits, exclusions from liability, maximum declared values, prohibited items, and other important terms of service. The shipper agrees that in the absence of a greater declared value, $100 value is a reasonable limitation under the circumstances of the transportation. Claims not timely made (generally noticed within sixty days and filed within nine months, but filed within sixty days for international shipments) are deemed waived and will not be paid. See the UPS Terms for details. Under no circumstances will UPS be liable for any special, incidental, or consequential damages.

**From:** UPS mcinfo@ups.com
**Subject:** Your UPS Package was delivered
**Date:** December 10, 2020 at 3:04 PM
**To:** brent@clickoptical.com

Hi Brent,

# Your package was delivered.

Delivered

**Thursday 12/10/2020**
**2:52 PM**

Track Your Package

UPS 2nd Day Air

**1Z2R3F801552050783**

Get delivery updates by text and email.

Log in to update your preferences.

©2020 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

Please do not reply to this email.

Manage Delivery Alerts | Privacy Notice | Service Terms | Opt Out

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z2R3F801552050783

**Weight**
0.00 LBS

**Service**

UPS 2nd Day Air

**Shipped / Billed On**
12/09/2020

**Delivered On**

12/10/2020 2:52 P.M.

**Delivered To**
Arlington, TX, US

**Received By**

DRIVER RELEASE

**Left At**
Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 12/21/2020 5:36 P.M. EST

JPMorganChase

**RCO Centralized Mail**
**Mail Code LA4-7300**
**700 Kansas Lane**
**Monroe, LA 71203-4774**

7/20/2022

STEPHEN W KOTARA
CURNUTT & HAFER LLP
301 WEST ABRAM STREET
ARLINGTON TX 76010

**NOTICE OF ADDRESS CHANGE:** Please note that as of August 2, 2021, all mail previously managed in our Indianapolis, IN, or Fort Worth, TX, facility will be managed by our centralized mail processing team in Monroe, LA.

Please update your mailing address records to the following:
RCO Centralized Mail
Mail Code: LA4-7300
700 Kansas Lane
Monroe, LA 71203-4774

Should you have questions regarding this Notice of Change, please contact us at 1-844-751-7728. We accept operator relay calls. **Please note: This is a change to the mailing address only.**

**Case Name: IN THE MATTER OF THE ARBITRATION BETWEEN KURT KNAPTON, CLAIMANT VS CLICK VISION GROUP, LLC, DANA BRENT SIMPSON, AND ACUITY ADVISORS LLC, RESPONDENTS**
**Case No.: 01-21-0002-2315**
**JPMorgan Chase File No.: SB1346182-F1**

Dear Sir/Madam:

Here is the information that fulfills your request on the matter referenced above.

If you have questions, please call us at 1-844-751-7728; we accept operator relay calls. We're here to help Monday through Friday from 8:30 a.m. to 7:00 p.m. Eastern Time. Please know that we are only able to provide the status of this request. We can't verbally disclose further information related to the records and/or information provided.

Please notify our office immediately of any email address changes to avoid electronic delivery delays for future productions.

Sincerely,

Leah Lucas
Operations Manager, VP
Chase Customer Service

JPMorgan Chase Bank, N.A. Member FDIC
SUBP17

EXHIBIT
1-V

**Table Of Contents :**
**SB1346182-F1**

**Account Number : [REDACTED]1375**
**Checking - Other Records** **1**

| Posting Date | 2019-12-16 | Account Number | 1375 |
|---|---|---|---|
| Amount | $2,931.65 | Bank Number | 1 |
| Capture Source | BY | Check/Serial # | 009309222633 |
| DB/CR | Debit | Routing Transit Number | 04400003 |
| Sequence Number | 9870355398 | Trancode | 000000 |
| UDK | 1191216009870355398 | Missing Image | 05 |
| Application Code | 1 | Item Type | Paper Item |
| IRD | | PE Indicator | P |
| Entry Number | 0000008390 | BOFD | 111900057 |
| Cost Center | 590169 | Teller Number | 1 |
| Teller Sequence Number | 185 | | |



EXHIBIT J

**CAUSE NO.: 01-21-0002-2315**

| | |
|---|---|
| **KURT KNAPTON,** *Claimant* <br> **v.** <br> **CLICK VISION GROUP, LLC, DANA BRENT SIMPSON, AND ACUITY ADVISORS LLC,** *Respondents* | **American Arbitration Association** |

**RESPONDENTS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Click Vision Group, LLC, Dana Brent Simpson, and Acuity Advisors LLC, (herein "Respondents")and file this Response to Motion for Summary Judgment and in support thereof would show the Arbitrator as follows[1]:

Legal Standard

1. "A party seeking to recover upon a claim, counterclaim, or cross-claim or to obtain a declaratory judgment may, at any time after the adverse party has appeared or answered, move with or without supporting affidavits for a summary judgment in his favor upon all or any part thereof." Tex. R. Civ. P. 166a(a). A party moving for summary judgment has the burden to prove that there is no genuine issue of material fact and that it is entitled to summary judgment as a matter of law. Tex. R. Civ. P. 166a(c); *Provident Life & Acc. Ins. Co. v. Knott*, 128 S.W.3d 211, 215 (Tex. 2003). Here, Claimant is not entitled to summary judgment because he has failed to provide legally sufficient evidence of the amount due under the promissory notes, his lost profits, and the attorney fees incurred.

[1] Counsel for Respondents filed a Motion for Extension of Time to file this Response due in part to having not been granted access to the AAA portal and having limited access to the filings made in this case. Respondents file this Response subject to the Motion for Extension of Time.

EXHIBIT 2-E

Default on Notes

2.       In June of 2018, Claimant showed interest in investing in Click Vision Group, LLC ("Click Optical") by making an initial $100,000.00 investment via convertible promissory note. Claimant would take three additional convertible promissory notes throughout his relationship with Click Optical. Claimant showed not only interest in Click Optical, but after bringing in an additional investor himself through the Baylor Angel Network, Claimant insisted he be brought on as a consultant. *See* Exhibit 1. As consultant, Claimant inserted himself into the day-to-day of Click Optical and became fully aware of its operations. As consultant, he negotiated convertible notes with three additional investors on behalf of Click Optical. He also insisted that Click Optical bring on Sean Ketterick as COO. Reluctantly, Click Optical's majority shareholder Brent Simpson agreed despite Ketterick's lack of experience and subpar business skills on the condition that Claimant guarantee his performance. Claimant agreed. In the Fall of 2020, Simpson had to subsequently fire both Claimant and Ketterick for poor performance. What followed were a series of demands by Claimant for repayment of his convertible promissory notes.

3.       On December 4, 2020, Claimant sent a demand on the note that matured on October 24, 2020 for $112,715.98. On December 17, 2020, Claimant mailed a second notice of default demanding a total of $303,316.39. *See* Exhibits 2 and 3. However, on December 9, 2020, the Respondent sent to the Claimant a check for $355,000.00 which to date has not been cashed. This payment represented the amount due under not only the notes as demanded, but all notes taken by the Claimant, less monies owed by the Claimant pursuant to his agreement to guarantee Ketterick's performance plus consulting fees paid to Claimant. Claimant was paid in full at that time. *See* Exhibit 4.

4. The Claimant worked as a consultant. Petitioner wanted to insert himself into the business more, demanding management control. Simpson did not allow that and as sole managing member of the company had every right to terminate his relationship with the Petitioner. Although Petitioner agreed to offset for payments to Sean Ketterick as COO, since he did not work out as COO and Simpson relied on Claimant's representations to allow Ketterick to come aboard. Apparently not content with his own promises, the Claimant did not accept $355,000.00 and now insists on claiming that he was never paid a dime and is seeking penalties and interest not due to him.

5. Even if Claimant shows that the $355,000.00 was not sufficient to repay the notes, or that Respondent is not entitled to any deductions, Claimant must still mitigate his damages. "Where a party is entitled to the benefits of a contract and can save himself from the damages resulting from its breach at a trifling expense or with reasonable exertions, it is his duty to incur such expense and make such exertions." *Walker v. Salt Flat Water Co.*, 96 S.W.2d 231, 232 (Tex. 1936). Claimant held a right under the notes to accept less payment without waiving further collection under the notes or jeopardizing any legal claims he may hold. He failed to do so. This caused unnecessary increase in interest and penalties for which Claimant now seeks. Claimant has not accounted for the payment of $355,000.00 and interest borne due to his failure to mitigate. Claimant has not proven what is due under the notes and at a minimum a fact issue remains with respect to the amount owed.

<u>Claimant Not Entitled to Lost Profits</u>

6. Claimant is not entitled to lost profits. Lost profits must be proven with reasonable certainty. "Recovery for lost profits does not require that the loss be susceptible of exact calculation. However, the injured party must do more than show that they suffered some

lost profits. The amount of the loss must be shown by competent evidence with reasonable certainty." *Holt Atheron Industries, Inc. v. Heine*, 835 S.W.2d 80, 84 (Tex. 1992). Evidence based on pure speculation is legally insufficient. *Id.*

7. Claimant provides no evidence or proof of direct profits lost as a result from any malfeasance of the Respondent. He provides no potential investments that he forewent in favor of the Respondent, much less the results of that investment. Claimant provides no expert opinion on his lost profits, but a mere estimate from a treatise with nothing more than a cursory analysis. The study cited to speaks of angel investments, in general, but does nothing to provide support for lost profits as applied to the Claimant's potential investments. This is insufficient to determine any lost profits with the specificity required by Texas law. Claimant's request for lost profits should be denied.

Attorney Fees

8. Claimant, even if successful, is not entitled to the attorney fees he seeks. The fee affidavit as presented is insufficient because it does not properly segregate the fees as owed nor do the entries in the invoices provide sufficient detail to determine whether or not they advanced a claim entitled to recovery. See *Gulf States Utilities Co. v. Law*, 79 S.W.3d 561, 567 (Tex. 2002). Petitioner has only one cause of action for which he can request attorney fees: breach of the promissory notes. However, the time entries provided to support the fees detail include such claims as fraud, alter ego, and arbitration law with respect to non-signatories.

9. Not only does the Petitioner fail to properly segregate fees, but the attorney fee invoices are replete with entries that are substantively lacking. Here are just a few exemplars:



| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/2021 | SWK | [redacted] review arbitration records [redacted] | 0.70 | 350.00 | 245.00 |
| 10/27/2021 | SWK | [redacted]; [redacted] Research Azlo; Research registered agent for Chase and PNC; Research bank subpoena deadline; [redacted] review arbitration article; [redacted] | 3.90 | 350.00 | 1,365.00 |
| | | Sub-total Fees: | | | $1,610.00 |

10. These entries explain nothing of what work was done and how the work advanced the case, and therefore necessary. The entry provides insufficient detail to determine whether or not the work done was legal work, let alone reasonable and necessary for the advancement of Claimant's case.

| | | | | | |
|---|---|---|---|---|---|
| 11/05/2021 | SWK | [redacted] research arbitration law on non-signatories; [redacted] research Acuity Advisors corporate formation. | 5.20 | 350.00 | 1,820.00 |
| 11/06/2021 | SWK | Organize case file; work in progress [redacted] review Simpson video presentation on youtube; draft amended demand; research non-signatories and arbitration. | 8.70 | 350.00 | 3,045.00 |

11. These entries are examples of insufficient detail to justify the amount of time spent. These entries are also an example of improper "block billing." The entry on November 5 does not distinguish between how much time was spend for researching law or simply looking into "corporate formation." Were 5 hours were spent simply researching corporate formation (whatever that means) and .2 spent on researching law? Or the other way around? Or some other combination of lawyer and non-lawyer work? We do not know, and this record does not explain. The same issue plagues the November 6 entry. The entry does not specify how much time was spent organizing the file (an obvious non-billable task) versus research and drafting (an arguable billable task given the lack of detail).

12. The attorney fee affidavit includes time entries from another law firm, Sheppard Mullin, and does not attest to the accuracy of those records or the affiant's authority to

authenticate those records. The records from Sheppard and Mullin should be disregarded out of hand due to the failure to properly authenticate the invoices. And should the Arbitrator allow the introduction of the Sheppard and Mullin invoices, the time entries are also insufficient. The time entries fail to properly segregate fees into those claims for which recovery of fees is available. This segregation is required by Texas law and the Petitioner fails to do so here.

13. The fee entries for the Sheppard Mullin invoices are equally problematic. The general theme of the fee entries are clearly for use in an attempt to generate a criminal prosecution against Mr. Simpson, and not for the recovery of monies for a breach of contract.

| | |
|---|---|
| Our Matter No. | 76DB-326528 |
| | Knapton, Kurt - Criminal Referral |
| Billing Atty: | William B. Mateja |

14. And for example:

| | | | |
|---|---|---|---|
| 01/25/21 | Receive and analyze forensic accounting report by Steve Dawson, circulated by Kurt Knapton; attend Zoom conference call with B. Mateja and Kurt Knapton re forensic accounting report, criminal referral strategy, and next steps; exchange multiple emails with Kurt Knapton and Steve Dawson re coordination and criminal referral contents; continue drafting factual background section of criminal referral letter. | JCH | 1.30 hrs. |
| 01/28/21 | Further analyze forensic accounting report by Steve Dawson, circulated by Kurt Knapton; attend and take notes during Zoom conference call with Steve Dawson re investigative findings, forensic accounting highlights, criminal referral strategy, and task allocation; edit notes from conference call to assist with drafting criminal referral. | JCH | .90 hrs. |

15. And also:

| | | | |
|---|---|---|---|
| 02/09/21 | Analyze investigative report by Steve Dawson to assist in drafting criminal referral letter; analyze previous communications, existing work product, and case materials provided by Kurt Knapton to assist in same; continue drafting criminal referral letter of Brent Simpson for potential distribution to Texas state prosecutors. | JCH | .90 hrs. |
| 02/10/21 | Continue drafting criminal referral letter of Brent Simpson for potential distribution to Texas state prosecutors; further analyze investigative report by Steve Dawson to assist in drafting criminal referral letter; analyze previous communications, existing work product, and case materials provided by Kurt Knapton to assist in same; call from Kurt Knapton re case status, referral contents, general strategy, and permissible communications; exchange emails with B. Mateja re same, client correspondence, and necessary actions. | JCH | 2.90 hrs. |
| 02/11/21 | Continue drafting criminal referral letter of Brent Simpson for potential distribution to Texas state prosecutors; further analyze investigative report by Steve Dawson to assist in drafting criminal referral letter; analyze communications, work product, and case materials provided by Kurt Knapton and Steve Dawson to assist in same. | JCH | 1.80 hrs. |
| 02/14/21 | Continue drafting criminal referral letter of Brent Simpson for potential distribution to Texas state prosecutors; further analyze investigative report by Steve Dawson to assist in drafting same; analyze communications, work product, and case materials provided by Kurt Knapton and Steve Dawson to assist in same; edit evidence and communications for potential use as exhibits in criminal referral package. | JCH | 1.70 hrs. |

16. The Claimant's use of a private attorney to get his pound of flesh through criminal prosecution is not recoverable. There is very little, if any, segregation or distinction of the services provided to advance a claim for breach of contract for which attorney fees are recoverable. The attorneys at Sheppard Mullin have not spoken for themselves in this arbitration, but surely would not consider the fees incurred to threaten a criminal prosecution in advance of a civil matter to be recoverable.

17. The Claimant has not shown and has provided insufficient evidence to demonstrate the attorney fees incurred advanced recoverable claims thus at a minimum creating

a fact issue regarding their availability. The attorney fees with respect to summary judgment must be denied.

18. Respondents have shown that Claimant is not entitled to summary judgment because he has failed to provide legally sufficient evidence of the amount due under the promissory notes, his lost profits, and the attorney fees incurred. Respondents pray that the Arbitrator deny Claimant's Motion for Summary Judgment.

Respectfully Submitted,

**HUNNICUTT LAW GROUP**

*/s/ Tim Robinson*

J. Stephen Hunnicutt
State Bar No. 10279510
Steve@HunnicuttLaw.com
Timothy A. Robinson
State Bar No. 24069040
Tim@Hunnicuttlaw.com
17330 Preston Road, Suite 200-C
Dallas, Texas 75252
(214) 361-6740 Phone
(214) 691-5099 Fax
***Attorneys for Respondents***

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be served on June 13, 2022.

Stephen W. Kotara
Curnutt & Hafer, LLP
301 W. Abram St.
Arlington, Texas 76010
skotara@curnutthafer.com
Gregg Butts
gbutts@curnutthafer.com
***Attorneys for Claimant***

*/s/ Tim Robinson*
Timothy A. Robinson

EXHIBIT K

CAUSE NO. 141-335985-22

| | | |
|---|---|---|
| KURT KNAPTON,<br>Applicant, | §<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§<br>§ | TARRANT COUNTY, TEXAS |
| CLICK VISION GROUP, LLC., DANA BRENTON SIMPSON, AND ACUITY ADVISORS, LLC,<br>Respondents. | §<br>§<br>§<br>§ | 141st JUDICIAL DISTRICT |

**DANA BRENTON SIMPSON'S**
**AMENDED WRITTEN DISCOVERY RESPONSES**

**INTERROGATORY NUMBER 1:** Please state your full legal name and any other name you have used at any time including each nickname and alias.

**ANSWER:** Dana Brenton Simpson and Brent.

**INTERROGATORY NUMBER 2:** Have you or your spouse filed an assumed name certificate or partnership certificate? If so, for each certificate please state:

a. the full assumed or partnership name used;

b. the full name(s) of the person(s) (you, your spouse, or both) using it; and

c. the city, country, and state that the assumed or partnership name was or is primarily used in.

**ANSWER:** No.

**INTERROGATORY NUMBER 3:** Have you or your spouse used an assumed name or partnership name without filing a certificate? If so, for each name please state:

a. the full assumed or partnership name used;

b. the full name(s) of the person(s) (you, your spouse, or both) using it; and

c. the city, country, and state that the assumed or partnership name was primarily

EXHIBIT 2-H

**INTERROGATORY NUMBER 9:** Are you now married? If you are, please state-

    a.    your spouse's full name;

    b.    the date of marriage; and

    c.    your spouse's complete present address.

    **ANSWER:** No.

**INTERROGATORY NUMBER 10:** Have you been married to someone whom you are not now married to? If you have, for each prior marriage please state:

    a.    whether the former spouse is still living;

    b.    the full present name of the former spouse if still living;

    c.    the date of the marriage;

    d.    the date the marriage ended and how it was terminated; and

    e.    the complete present residential address of the former spouse if still living.

    **ANSWER:**  a. Still living
                   b. Angie Delayne Hill
                   c. April 9, 2006
                   d. Divorced on December 10, 2010
                   e. 4218 Scott Dr, Rowlett, TX 75088

**INTERROGATORY NUMBER 11:** Have you and your spouse ever partitioned your community property by written agreement? If so, please state:

    a.    the date the agreement was signed;

    b.    the contents of the agreement, copying it verbatim, or alternatively, attaching a copy of the agreement to your answers; and

    c.    whether the agreement has been filed in the records of any county and, if it has, the name of each county in which it has been filed.

    **ANSWER:** No.

**INTERROGATORY NUMBER 12:** Do you have one or more children now living? If you do, for

    e. the amount of each deposit paid to the landlord.

**ANSWER:** No.

**INTERROGATORY NUMBER 16:** Do you have one or more boarders, tenants, or subtenants? If you do, for each one, please state:

a. the person's full name;

b. the amount of rent paid by him or her;

c. the date the person began renting from you;

d. the rental agreement you have with him or her; and

e. the amount of any deposit made by the person to you.

**ANSWER:** No.

**INTERROGATORY NUMBER 17:** What is your usual occupation?

**ANSWER:** Executive / marketing analyst.

**INTERROGATORY NUMBER 18:** Are you presently self-employed (or have you been self-employed during the past five years), either full time or part time? If so, please state:

a. the nature of your occupation, in detail;

b. the time frames of when you have been self-employed in various capacities or businesses;

c. the full names of any self-employed businesses you operated under;

d. a complete list of addresses and telephone numbers of any of your self- employed places of business;

e. your total annual income for each of the last five years, and the amount of total income each year for the portion of your time that you have been self-employed;

f. your average monthly income for the last six months in total; and your average monthly income for the last twelve month from self-employment sources;

g. whether any money is presently owed you and, if it is, from whom and in what amount is it owed.

**ANSWER:** No.

**INTERROGATORY NUMBER 19.:** Are you presently employed (or have you been employed during the last five years), either full time or part time, by someone other than yourself? If so, for each employer, please state:

a. the full name, complete address, and telephone number of each employer;

b. the title and nature of your role at each employer;

c. the time frames of when you have been employed at each employer;

d. your annual income for each of the last five years from each employer;

e. your average monthly income for the last twelve months from your employer(s);

f. your current wages or salary and how often you are paid; for example, daily, weekly, monthly;

g. if you work for commissions, the average monthly amount of your commissions during the last twelve months;

h. the day of the week you are paid or the date or dates you are paid every month or the other regular day or dates you are paid; and

i. whether any money or compensation is presently owed to you by an employer and, if so, from what source and in what amount it is owed.

**ANSWER:** a. Click Vision Group LLC, 14555 Dallas Parkway, Suite 100, 972-807-3195
b. President
c. 12/20/2016 – Present
d. 2017 - $125,000, 2018-Present - $0
e. $0
f. n/a
g. n/a
h. n/a
i. n/a

**INTERROGATORY NUMBER 20:** Does your spouse work now? If so, for each job your spouse has, including self-employment, please state:

a. whether any income is from self-employment;

b. the full name, complete address, and telephone number of each employer;

c. the annual compensation that your spouse has received for each of the last five years or for any portion of that time that your spouse has been employed by another or self-employed;

d. your spouse's average monthly income for the last six months; and

e. whether any compensation is presently owed your spouse and, if so, from what source and in what amount owed.

**ANSWER:** Not applicable.

**INTERROGATORY NUMBER 21:** Are you the sole support of your family? If you are not, for each other person who contributes support, please state:

a. the full name and complete address of the contributor;

b. your relationship to the contributor;

c. the amount of each contribution and when it is normally made; and

d. the full name and complete address of each person or entity whom the contributor acquires the assets from to make the contribution.

**ANSWER:** Yes.

**INTERROGATORY NUMBER 22:** Do you receive income or benefits from any source other than your employment or family contributions listed above? If you do, for each source, please state:

a. the full name and complete address of the source;

b. the amount of the income or benefits;

c. precisely when each payment is received throughout the year; and

d. the full name, complete address, and telephone number of each person, financial institution, or other entity that you deposit the payments with.

**ANSWER:** No.

**INTERROGATORY NUMBER 23:** For each of your expenses that recurs on a monthly or other regular basis and exceeds $100, please state:

a. the frequency the payments are made;

e. the full name of the person who pays the expense and, if not you, your relationship to that person.

**ANSWER:** See the documents in applicant's possession and control including the documents he obtained via subpoena in the arbitration related to this action as well as any documents applicant might have been provided by respondent in the past, since such time the monthly expenses are the same. The documents are more accessible to applicant or at the least are equally accessible and the burden is equal. TRCP 197.2 "Option to produce records. If the answer to an interrogatory may be derived or ascertained from . . . records, the responding party may answer the interrogatory by specifying . . . the records." In addition, the information sought is not reasonably calculated to lead to the discovery of assets, including because for example what does the amount of an electricity bill have to do with assets or their location?

**INTERROGATORY NUMBER 26:** Have you or your spouse made any payment exceeding $500 to any person or entity during the last twelve months? If so, for each payment, please state:

a. the date and amount of the payment;

b. the full name and complete address of the recipient;

c. the total amount owed the recipient before the payment was made;

d. the date the payment was due;

e. the balance due the recipient after the payment was made; and

f. the name(s) of the person(s) (you, your spouse, or both) who made the payment.

**ANSWER:** No.

**INTERROGATORY NUMBER 27**: Have you or your spouse received any real estate or personal property by inheritance? Do you or your spouse expect to receive any inheritance? If the answer to either question is yes, for each property or inheritance, please state, to the greatest extent possible:

a. a complete description of the property or inheritance;

b. the present estimated market value of the property or inheritance;

c. the complete present location of the property or inheritance;

d. the full name of the estate or person whom the property or inheritance was or will be inherited from;

e. name and complete address of the executor or administrator of the estate;

f. the name, number, and location of the court administering the estate;

g. the name(s) of the person(s) (you, your spouse, or both) who inherited or will inherit the property or inheritance; and

h. there has been a final distribution of the estate and, if so, when it was made.

**ANSWER:** No.

**INTERROGATORY NUMBER 28:** Within the last year, have you or your spouse received as a gift any money or property worth more than $500? If so, for each gift please state-

a. the full name, complete address, and telephone number of the person or entity that made the gift;

b. the date it was received;

c. the name(s) of the person(s) (you, your spouse, or both) who received it;

d. a complete description of the gift;

e. the present estimated market value of the gift;

f. the gift's present location; and

g. a detailed description of what was done with the gift if the recipient(s) (you, your spouse, or both) does not still have it.

**ANSWER:** No.

**INTERROGATORY NUMBER 29:** Do you or your spouse have an ownership interest in, option to purchase, contract to sell, leasehold in, or other interest in any real estate? If so, for each property, please state:

a. the legal and common descriptions and the location of the property;

b. the size of the property;

c. a description of every improvement on the property;

d. the name of the person (you, your spouse, or both) having the interest;

e. the full name and complete address of every other person or entity having any kind of interest in the property;

f. the present value of your or your spouse's equity in the property;

g.    whether the property is encumbered; if it is, also please state:

(1)    the nature of the encumbrance;

(2)    the full name and complete address of the holder of the encumbrance; and

(3)    the amount of the encumbrance;

h.    the cost of the property, excluding improvements;

i.    when and how the property was bought or acquired;

j.    whether any part of the property is within the corporate limits of a town and, if so, the name of the town; and

k.    whether any money or property has been placed in escrow; if it has, also please state:

(1)    the full name and complete address of the person or entity now having possession of the escrow amount or property; and

(2)    the amount of money or value of the property in escrow.

**ANSWER:**  2621 Huntly Ln, Flower Mound, TX 75022.  See documents from Denton County Appraisal District produced which are accurate and closing file on current house (currently obtaining from title company).  See DCAD records which are equally available to applicant and on information and belief are accurate. There is no money in escrow.  TRCP 197.2 "Option to produce records. If the answer to an interrogatory may be derived or ascertained from . . . records, the responding party may answer the interrogatory by specifying . . . the records."  In addition, the information sought is not reasonably calculated to lead to the discovery of assets, including because for example the home is a homestead.

**INTERROGATORY NUMBER 30:** Is there any checking account, savings account, trust fund, investment account, credit union account, pension plan, profit-sharing plan, mutual fund, trading or brokerage account, cryptocurrency account, or other account or fund of money that you, your spouse, or any family member now residing with you either owns an interest in or has a right of withdrawal or deposit? If there is, for each account, please state:

a.    the full name and relationship to you of each person owning an interest in the account or having access to it;

b.    the name (or title) and number of the account;

c. the full name and complete address of the person or entity holding the fund;

d. the present balance in the account; and

e. the full names and complete addresses of all authorized signatories to the account.

**ANSWER:** No.

**INTERROGATORY NUMBER 31:** Do you or does your spouse or any family member now residing with you have access to any depository, including but not limited to safes, vaults, and safe-deposit boxes? If so, for each depository, please state:

a. the full name and complete address of each person or entity whom the depository is rented or leased to;

b. the full name and complete address of the bank or other institution where the depository is located;

c. the full name and complete address of each person having access to the depository;

d. a complete description of the property contained in the depository on the date you are answering these interrogatories;

e. the date of each inventory of the depository; and

f. the complete contents of each inventory, copying the inventories verbatim, or alternatively, attaching copies of them to your answers.

**ANSWER:** No.

**INTERROGATORY NUMBER 32:** Has anything been removed from any depository, including but not limited to safes, vaults, and safe-deposit boxes, during the last twelve months? If it has, for each thing removed, please state:

a. a complete description of the property removed;

b. the date it was removed;

c. why it was removed;

d. the full name and complete address of each person who removed it;

e. the full name of the present custodian of the property and either the complete address of the property's present location or a detailed description of its disposition, whichever applies; and

a. a complete description of the animal, including registration information as applicable;

b. the complete address of its present location;

c. the present estimated market value of the animal;

d. the full name and complete address of the person or entity having possession of the animal;

e. the date and cost of acquisition of the animal;

f. the amount of any lien against the animal and the full name and complete address of the holder or owner of the lien; and

g. the name(s) of the person(s) (you, your spouse, or both) having title to or an interest in the animal and the nature of the interest.

**ANSWER:** No.

**INTERROGATORY NUMBER 45:** Do you or your spouse now own, claim any interest in, or have title to any farm machinery of any kind that has not been described in a previous answer? If so, for each item please state-

a. a complete description of the item, including as applicable its year, make, model, motor number, serial number, and other permanent identification numbers;

b. the complete address of its current location;

c. the full name and complete address of each person or entity having possession of the certificate of title or other document evidencing title to the item;

d. whether the item is subject to a lien and, if so, the amount of the indebtedness and the full name and complete address of the holder or owner of the lien;

e. the present estimated market value of the item;

f. the date and cost of acquisition of the item; and

g. the name(s) of the person(s) (you, your spouse, or both) having title to or an interest in the item and the nature of the interest.

**ANSWER:** No.

**INTERROGATORY NUMBER 46:** Do you or your spouse now own, claim any interest in, or have title to any of the following kinds of property?

a. stocks, bonds, or other securities;

b. mortgages or liens on real or personal property;

c. promissory notes, drafts, bills of exchange, or other commercial paper;

d. judgments;

e. savings bonds or other government-issued bonds;

f. any interests in oil, gas, or mineral leases;

g. certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits, or escrow funds;

h. Keogh plans, individual retirement accounts, profit-sharing plans, deferred compensation plans, pension plans, prepaid funeral plans, retirement benefits, or other retirement plans;

1. leases, life estates, remainder interests, or other interest in real property;

j. partnership interest or membership interest;

k. cryptocurrency assets, or

l. patents, copyrights, trademarks, service marks, franchises, or other such licenses.

**ANSWER:** No, except house and car already discussed and interest in other respondents which information is known to applicant, has been provided to applicant including by respondent, and has been obtained and by applicant through subpoenas and his affidavit and possibly other means such that TRCP 197.2 is applicable, "Option to produce records. If the answer to an interrogatory may be derived or ascertained from . . . records, the responding party may answer the interrogatory by specifying . . . the records."

**INTERROGATORY NUMBER 47:** Do you or your spouse now own, claim any interest in, or have title to any personal property including but not limited to household effects, furniture, tools, appliances, clothing, jewelry, or precious gems that is worth more than $500 and that has not been described in a previous answer? If so, for each item please state

a. a complete description of the item, including as applicable the year, make, model, serial number, and other permanent identification numbers;

b. the complete address of its present location;

c. the full name and complete address of the person or entity having possession or

**ANSWER:** No.

**INTERROGATORY NUMBER 50:** Do you or any member of your family now residing with you have an ownership interest in any business, partnership, corporation, limited liability company, limited partnership, joint venture, or other legal entity? If so, for each interest, please state:

    a.     the full name, complete address, and telephone number of the business or entity;

    b.     a detailed description of the type of business or other endeavor that it is engaged in;

    c.     the full name of the person (you or family member) having the interest and, if applicable, your relationship to that person;

    d.     the date, manner, and cost of acquisition of the interest;

    e.     a detailed description of the interest;

    f.     a description of the legal nature of the entity;

    g.     the full name and complete address of each officer, director, or partner in the business;

    h.     the full name and complete address of each bank that the business maintains any type of checking or deposit account in that the business has borrowed money from;

    1.     the present estimated market value of the interest and its percentage of the total value of the business; and

    J.     the amount of any interest you or a family member has transferred within the last year and the full name and complete address of the person or entity receiving the interest.

**ANSWER:**   Yes, I do have a member interest in the other respondents in this suit.  See documents in applicant's possession and control including that respondent already provided to applicant, and including that applicant created / possibly created himself. See applicant's affidavit and attachments sworn to in arbitration including in reference to obtaining subpoenas during the arbitration.   See documents in applicant's possession and control from his subpoenas.  As far as "I", the current present value is zero, but see value prior as indicated in the documents referenced and in applicant's possession and control.  TRCP 197.2 is applicable, "Option to produce records. If the answer to an interrogatory may be derived or ascertained from . . . records, the responding party may answer the interrogatory by specifying . . . the records."

**INTERROGATORY NUMBER 51:** Are you or your spouse a beneficiary or trustee of any trust? If so, for each trust, please state:

    a.     the full name of the trust;

b. the full name, complete address, and telephone number of the trustee;

c. the full name, complete address, and telephone number of each beneficiary of the trust;

d. a detailed description of the terms of the trust as they relate to you or your spouse as beneficiary;

e. a detailed description of how the trust is funded;

f. the total amount presently held in the trust;

g. the portion of the current balance held in the trust for you or your spouse;

h. the date that rights in the trust will vest in you or your spouse;

i. a description of the assets owned by the trust and their present estimated market value;

j. the account number and location of each checking, savings, or other depository account of the trust;

k. the date and period when trust disbursements are regularly made; and

l. the contents of every one of the trust's tax returns for the last five years, copying the returns verbatim, or alternatively, attaching copies of the returns to your answer.

**ANSWER:** No.

**INTERROGATORY NUMBER 52:** Do you or your spouse maintain any business or personal account with any bank, savings and loan association, credit union, or postal savings department? If so, for each account, please state:

a. the full name and complete address of the institution holding theaccount;

b. the full name and number that the account is maintained under;

c. the balance of the account five calendar days before the day you received these Interrogatories; and

d. the balance of the account on the day you answered these Interrogatories.

**ANSWER:** No.

**ANSWER:** No.

**INTERROGATORY NUMBER 72:** Do you claim that any real estate or personal property of yours or your spouse's is exempt from the claims of creditors? If so, for each piece of property claimed to be exempt, please state:

a. the legal and common descriptions of the property;

b. the present estimated value of the property;

c. your reason for claiming the property is exempt;

d. the name of the property, describing it as either "rural" or "urban" if it is real estate;

e. the complete address of its location;

f. the amount paid for the property when acquired by you or your spouse; and

g. the name(s) of the person(s) (you, your spouse, or both) owning or having an interest in the property.

**ANSWER:** Yes, all of it is exempt, including respondent's home and car and all respondent's and family's personal items. Please see documents produced in case and in possession and control of applicant and that are equally available to applicant. See Sherriff's Nulla Bona. TRCP 197.2 is applicable, "Option to produce records. If the answer to an interrogatory may be derived or ascertained from . . . records, the responding party may answer the interrogatory by specifying . . . the records."

**INTERROGATORY NUMBER 73:** Do you or your spouse have an interest in a pension plan, retirement fund, annuity fund, or profit-sharing plan? If so, for each interest please state -

a. the full name and complete address of the administrator of the plan or, if you cannot provide that information, the full name and address of the employer that the plan is provided through;

b. the present value of the interest that you or your spouse has in the plan;

c. a detailed description of the terms that you or your spouse may receive money or property under the plan; and

d. the name(s) of the person(s) (you, your spouse, or both) having the interest.

**ANSWER:** No.

**INTERROGATORY NUMBER 74:** At any time in the last five years, have you or your spouse

**INTERROGATORY NUMBER 77:** Please state all reasons why you have not paid your judgment debt to Applicant.

> **ANSWER:** Objection, this request is not reasonably calculated to lead to the discovery of assets, is harassing, is irrelevant and is improper including because settlement communications are confidential and privileged. I do not have the money or assets to pay it.

**INTERROGATORY NUMBER 78:** If Applicant is willing to accept less than the full amount of the judgment against you, how much money would you be able and willing to pay to Applicant within the next thirty days?

> **ANSWER:** Objection, this request is not reasonably calculated to lead to the discovery of assets, is harassing, is irrelevant and is improper including because settlement communications are confidential and privileged.

**INTERROGATORY NUMBER 79:** If arrangements for a lump-sum settlement cannot be made, please state when you could start making monthly or periodic payments and how much you are able and willing to pay each month toward satisfying your debt to Applicant.

> **ANSWER:** Objection, this request is not reasonably calculated to lead to the discovery of assets, is harassing, is irrelevant and is improper including because settlement communications are confidential and privileged.

**INTERROGATORY NUMBER 80:** Why are you unable or unwilling to pay more than the amount you listed in the answers to questions 78 and 79?

> **ANSWER:** Objection, this request is not reasonably calculated to lead to the discovery of assets, is harassing, is irrelevant and is improper including because settlement communications are confidential and privileged.

**INTERROGATORY NUMBER 81:** With respect to the real property located at 2621 Huntly Lane, Flower Mound, Texas, unless you have answered above, please state:

a. the date you acquired the property;

b. that purchase amount that was paid;

c. the full name and complete address of the seller;

d. the full name and complete address of your real estate agent;

e. the full name and complete address of the seller's real estate agent;

f. the full name and complete address of the title company that did the closing;

g. the method of your payment to the seller, including any down payment;

h. the source(s) of the assets or funds that were used to make payment of the purchase amount, including any down payment;

i. the full name and complete address of each person or entity whom you acquired the funds or assets from to make the payment of the purchase amount, including any down payment; and

j. whether the property is subject to a lien or mortgage and, if so, the amount of the indebtedness and the full name and complete address of the holder or owner of the lien or mortgage;

**ANSWER:** See closing documents/file from title company and document from entity where funds came from for purchase which are being produced. Please see documents produced in case and in possession and control of applicant and that are equally available to applicant. There is no lien or mortgage. TRCP 197.2 is applicable, "Option to produce records. If the answer to an interrogatory may be derived or ascertained from . . . records, the responding party may answer the interrogatory by specifying . . . the records."

applicant's possession from subpoenas and from previous dealings with respondent.

**REQUEST FOR PRODUCTION NUMBER 74:** All documents referenced or used by you to respond to Applicant's Interrogatories in Aid of Judgment to you.

**RESPONSE:** The requested items are being served on the requesting party with the response.

**REQUEST FOR PRODUCTION NUMBER 75:** All documents that constitute or refer in any way, directly or indirectly, to your purchase of the real property located at 2621 Huntly Lane, Flower Mound, Texas.

**RESPONSE:** The requested items are being served on the requesting party with the response.

**REQUEST FOR PRODUCTION NUMBER 76:** All documents that constitute or refer in any way, directly or indirectly, to the funds used to purchase the real property located at 2621 Huntly Lane, Flower Mound, Texas.

**RESPONSE:** The requested items are being served on the requesting party with the response.

**REQUEST FOR PRODUCTION NUMBER 77:** All documents that constitute or refer in any way, directly or indirectly, to your acquisition of the assets or funds used to purchase the real property located at 2621 Huntly Lane, Flower Mound, Texas.

**RESPONSE:** The requested items are being served on the requesting party with the response.

Respectfully submitted,
The DOYLE LAW Firm

By: */s/ James J. Doyle III*

James J. Doyle III
State Bar No. 24036501
4303 N. Central Expressway
Dallas, Texas 75205
Tel: (214) 477-2145
Fax: (214) 390-6262
james@tdlf.com
Attorney for Brent Simpson

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document has been served upon all counsel of record on February 6, 2023, pursuant to the Texas Rules of Civil Procedure.

/s/ *James J. Doyle III*

James J. Doyle III

CAUSE NO. 141-335985-22

| | | |
|---|---|---|
| KURT KNAPTON,<br>Applicant,<br><br><br><br>v.<br><br><br>CLICK VISION GROUP, LLC., DANA BRENTON SIMPSON, AND ACUITY ADVISORS, LLC,<br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br><br><br><br>TARRANT COUNTY, TEXAS<br><br><br><br><br>141st JUDICIAL DISTRICT |

**DECLARATION**

"My name is Dana Brenton Simpson, my date of birth is 4/15/73, and my address is 2621 Huntly Ln, Flower Mound, TX 75022, USA. I declare under penalty of perjury that the interrogatory answers in DANA BRENTON SIMPSON'S AMENDED WRITTEN DISCOVERY RESPONSES dated 2/6/23 are true and correct. Executed in Denton County, State of Texas, on the 7th day of February 2023.

________________________________
Signature of declarant Dana Brenton Simpson"

**National Title Group, LLC**
3360 Long Prairie Road, Suite 200, Flower Mound, TX 75022
Phone: (972)221-3521 | Fax: (972)355-0719

## BORROWER'S STATEMENT

**Settlement Date:** May 18, 2022
**Disbursement Date:** May 18, 2022
**Borrower:** Dana Brent Simpson

**Escrow Number:** 662200574
**Escrow Officer:** Cathy Miller

**Seller:** Scott Hamer and Stacy E Hamer

**Property:** 2621 Huntly Lane
Flower Mound, TX 75022
Lot(s): 39, Block: 2, Hillcrest at Wellington Ph 2

**Lender:**

| | | $ DEBITS | $ CREDITS |
|---|---|---|---|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | 1,000,000.00 | |
| Earnest Money Deposit | | | 15,000.00 |
| Option Money | | | 3,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | | |
| HOA Prorations - Credit Seller Semi-Annually at $410.00 | 05/19/22-08/31/22 ($410.00 / 184 X 105 days) | 233.97 | |
| County Taxes at $10,294.69 | 01/01/22-05/19/22 ($10,294.69 / 365 X 138 days) | | 3,892.24 |
| **TITLE & ESCROW CHARGES** | | | |
| Title - Settlement/Closing Fee | National Title Group, LLC | 550.00 | |
| Title - Guaranty Fee | Texas Title Insurance Guaranty Association | 2.00 | |
| Title - Owner's Title Insurance | National Title Group, LLC | 5,575.00 | |
| Title - TLTA Endorsement T-3 (Area & Boundary Amdmt/Survey Coverage Residential) | National Title Group, LLC | 278.75 | |

Policies to be issued:
Owners Policy
Coverage: $1,000,000.00 Premium: $5,575.00 Version: Texas Residential Owner Policy of Title Insurance One-To-Four Family Residences (T-1R)
Policy Code: NA-TX-9-1-2019 Owner's Policy

| | | $ DEBITS | $ CREDITS |
|---|---|---|---|
| **GOVERNMENT CHARGES** | | | |
| Recording Fees | National Title Group | 38.00 | |
| e-Recording ($4.64) | National Title Group | 4.64 | |
| **HOA CHARGES** | | | |
| HOA Clubhouse Fee | Wellington of Flower Mound Residential Assn. Inc. | 50.00 | |
| HOA Resale Certificate<br>$612.95 paid outside closing by Borrower | Guardian Association Management | 0.00 | |
| HOA Transfer Fee | Guardian Association Management | 245.00 | |

EXHIBIT
2-I

Knapton 281
(662200574/33) May 17, 2022 01:43 PM

| | | $ DEBITS | $ CREDITS |
|---|---|---|---|
| **MISCELLANEOUS CHARGES** | | | |
| Survey Fee | Old Town Surveying, LLC | 415.00 | |
| **Subtotals** | | 1,007,392.36 | 21,892.24 |
| **Balance Due FROM Borrower** | | | **985,500.12** |
| **TOTALS** | | 1,007,392.36 | 1,007,392.36 |

**APPROVED and ACCEPTED**

Borrower and Seller understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. Any real estate agent or lender involved may be furnished a copy of this Statement. Borrower and Seller understand that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for current year, and in the event of any change for current year, all necessary adjustments must be made between Borrower and Seller direct. The undersigned hereby authorizes National Title Group, LLC to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement. understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The Lender involved may be furnished a copy of this Statement. The undersigned hereby authorizes National Title Group, LLC to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of loan funds in the amount shown above and a receipt of a copy of this Statement.

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

BORROWER:

Dana Brent Simpson

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

National Title Group, LLC
Settlement Agent

May 5, 2022

Metropolitan Life Insurance Company
Total Control Account
PO Box 6300
Scranton, PA 18505-6300

Fax: 570-207-1706

**RE: REQUEST CASHIER'S CHECK**

I hereby request Metlife to send a cashier's check by overnight service in the amount of $18,000.00 from proceeds referenced by policy number [redacted] to the following company:

National Title Group
3360 Long Prairie Road
Suite 200
Flower Mound, TX 75022

MEMO: 662200574

I understand there are fees for such a transaction and approve them to be paid per your terms of service. Please contact me to confirm verify this transaction and confirm the transaction once it has been processed. I would greatly appreciate this request to be executed within 24 hours

Sincerely,

Dana Brenton Simpson
214-532-2130

EXHIBIT
2-J

May 17, 2022

Metropolitan Life Insurance Company
Total Control Account
PO Box 6300
Scranton, PA 18505-6300

Fax: 570-207-1706

**RE: REQUEST WIRE DISTRIBUTION**

---

I hereby request Metlife to electronically transfer (wire) an amount of $985,500.12 from proceeds referenced by policy number [redacted] to the following account:

| | |
|---|---|
| ACCOUNT-HOLDER NAME: | National Title Group |
| BANK NAME AND ADDRESS: | Texas Capital Bank, 2000 McKinney Ave, Ste 700, Dallas, TX 75201 |
| ACCOUNT NUMBER: | [redacted]0677 |
| BANK ABA NUMBER: | 111017979 |
| REFERENCE: | 662200574 |

I understand there are fees for such a transaction and approve them to be paid per your terms of service. Please contact me to confirm verify this transaction and confirm the transaction once it has been processed. I would greatly appreciate this request to be executed within 24 hours.

Sincerely,

Dana Brenton Simpson
214-532-2130

Form **712** (Rev. April 2006) Department of the Treasury Internal Revenue Service

# Life Insurance Statement

OMB No. 1545-0022

**Part I** **Decedent—Insured** (To be filed by the executor with Form 706, United States Estate (and Generation-Skipping Transfer) Tax Return, or Form 706-NA, United States Estate (and Generation-Skipping Transfer) Tax Return, Estate of nonresident not a citizen of the United States.)

| 1 Decedent's first name and middle initial | 2 Decedent's last name | 3 Decedent's social security number (if known) | 4 Date of death |
|---|---|---|---|
| Clinton D | Simpson | [redacted] | 11/07/2018 |

5 Name and address of insurance company
Metropolitan Life Insurance Company

| 6 Type of policy | 7 Policy number |
|---|---|
| Term | [redacted] |

| 8 Owner's name. If decedent is not owner, attach copy of application. | 9 Date issued | 10 Assignor's name. Attach copy of assignment. | 11 Date assigned |
|---|---|---|---|
| Clinton D Simpson | [redacted] | | |

| 12 Value of the policy at the time of assignment | 13 Amount of premium (see instructions) | 14 Name of beneficiaries |
|---|---|---|
| [redacted] | [redacted] | [redacted] Dana Brenton Simpson, [redacted] |

| | | |
|---|---|---|
| 15 | Face amount of policy | 15 $ [redacted] |
| 16 | Indemnity benefits | 16 $ |
| 17 | Additional insurance | 17 $ |
| 18 | Other benefits | 18 $ |
| 19 | Principal of any indebtedness to the company that is deductible in determining net proceeds | 19 $ |
| 20 | Interest on indebtedness (line 19) accrued to date of death | 20 $ |
| 21 | Amount of accumulated dividends | 21 $ |
| 22 | Amount of post-mortem dividends | 22 $ |
| 23 | Amount of returned premium | 23 $ |
| 24 | Amount of proceeds if payable in one sum | 24 $ [redacted] |
| 25 | Value of proceeds as of date of death (if not payable in one sum) | 25 $ |

26 Policy provisions concerning deferred payments or installments.
**Note.** If other than lump-sum settlement is authorized for a surviving spouse, attach a copy of the insurance policy.

27 Amount of installments . . . 27 $

28 Date of birth, sex, and name of any person the duration of whose life may measure the number of payments.

29 Amount applied by the insurance company as a single premium representing the purchase of installment benefits . . . 29 $

30 Basis (mortality table and rate of interest) used by insurer in valuing installment benefits.

31 Were there any transfers of the policy within the three years prior to the death of the decedent? ☐ Yes ☑ No

32 Date of assignment or transfer: / / (Month Day Year)

33 Was the insured the annuitant or beneficiary of any annuity contract issued by the company? ☐ Yes ☑ No

34 Did the decedent have any incidents of ownership on any policies on his/her life, but not owned by him/her at the date of death? ☐ Yes ☑ No

35 Names of companies with which decedent carried other policies and amount of such policies if this information is disclosed by your records.
[redacted]

The undersigned officer of the above-named insurance company (or appropriate federal agency or retirement system official) hereby certifies that this statement sets forth true and correct information.

Signature ▶ [redacted] Title ▶ [redacted] Date of Certification ▶ [redacted]

**For Paperwork Reduction Act Notice, see page 3.** Cat. No. 10170V Form **712** (Rev. 4-2006)

EXHIBIT L

Metropolitan Life Insurance Company
200 Park Avenue
New York, NY 10166

**Vivak Gupta**
Phone 888-773-6959
Fax: 855-274-0798
Email: garnishmentsandsubpoenas@metlife.com

March 29, 2023

VIA EMAIL TO: SKotara@curnutthafer.com

Stephen W. Kotara
SBA #: 11693200
Curnutt & Hafer, L.L.P.
301 West Abram Street
Arlington, TX 76010

**Re:**

| **Name: Clinton Simpson** | **Case No.:** 141-335985-22 |
|---|---|

This will acknowledge your recent request for information pertaining to the above-referenced matter.

MetLife is unable to locate any records requested in the subpoena. Provide any policy/account/claim number so that we can search our databases once again and provide the requested records to you.

If we do not hear from you, we will consider this case closed.

Feel free to contact me should you have any questions.

*Vivak Gupta*

Vivak Gupta

Cause No. **141-335985-22**

| | | |
|---|---|---|
| **KURT KNAPTON** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **vs.** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **CLICK VISION GROUP, LLC; DANA BRENT SIMPSON; and ACUITY ADVISORS LLC** | § | |
| | § | **141ST JUDICIAL DISTRICT** |

# CERTIFICATION OF NO RECORDS

Records Pertaining To: **KURT KNAPTON VS. CLICK VISION, ET AL; DOB:**

My name is Vivak Gupta *(Name of Custodian of Record – printed)* I am over 18 years of age, of sound mind, capable of making this statement, and personally acquainted with the facts therein stated and they are true and correct.

I am the custodian of Medical Records/Radiology Materials/Films of: **METROPOLITAN LIFE INSURANCE COMPANY**

A thorough search of our files, carried out under my direction and control, revealed no Medical Records/Radiology Materials/Films within the date range requested, for the following reason:

_X_(Custodian's Initials, if applicable) NO RECORDS FOUND – A thorough search has been made with all identifying information provided to me; the records/materials/films described in the Subpoena request were not found and to the best of my knowledge, do not exist. It is our policy to destroy Medical records every _____years and Radiology films/materials every ______ years.

_____(Custodian's Initials, if applicable) RECORDS HAVE BEEN DESTROYED. The Medical Records/materials/films described in the initial request were destroyed as part of our normal course of business and in accordance with record retention and destruction policies. It is our policy to destroy Medical Records every _____years and Radiology materials/films every ______ years.

_____(Custodian's initials, if applicable) RECORDS HAVE BEEN LOST OR CANNOT BE RETRIEVED. The Medical Records/Radiology materials/films described in the initial request have been lost due to a system malfunction and cannot be retrieved.

_____(Custodian's initials, if applicable) RECORDS ARE NOT AVAILABLE DUE TO A SPECIFIC CIRCUMSTANCE. (Explain why the requested records cannot be produced)

________________________________________________________

________________________________________________________

(If additional space is needed, please attach an explanation letter)

## UNSWORN DECLARATION (Texas Civil Practice & Remedies Code 132.001)

My name is Vivak Gupta

My address is 200 Park Avenue, New York, New York 10166

I declare under penalty of perjury, the foregoing completed, signed document (attached), is true and correct.

Signed in ____________County, State of _________, on the _______ day of 05/05, 2023

Vivak Gupta

DECLARANT'S SIGNATURE

Order No. **72502.005**

EXHIBIT M

CAUSE NO. 141-335985-22

| | | |
|---|---|---|
| KURT KNAPTON, Plaintiff, | § | IN THE DISTRICT COURT |
| vs. | § | 141st JUDICIAL DISTRICT |
| CLICK VISION GROUP, LLC; DANA BRENT SIMPSON; AND ACUTIY ADVISORS, LLC, Defendants. | § | DENTON COUNTY, TEXAS |

**AFFIDAVIT OF**
**NATIONAL TITLE GROUP LLC**

Before me, the undersigned authority, personally appeared Lori Lindsey, who, being by me duly sworn, deposed as follows:

My name is Lori Lindsey, I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated and they are true and correct.

I am a Senior Vice President, Research and Development, for National Title Group, LLC, and a custodian of records for National Title Group, LLC.

Attached hereto are 122 pages of records from National Title Group, LLC. These said pages of records are kept in the regular course of business, and it was the regular course of business of National Title Group, LLC, for an employee or representative of National Title Group, LLC, with knowledge of the act, event, condition, opinion recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.

The records attached hereto are the original or exact duplicates of the original or are true copies of the microfiche on which the image of the original documents have been transferred and nothing has been removed from the original file before making these copies, although some redactions have been made.

The records attached hereto are true, correct and complete.

L Lindsey
Lori Lindsey, Senior Vice President,
Research and Development
National Title Group, LLC

EXHIBIT 2-L

Sworn to and subscribed before me on February 16, 2023.

JUSTIN MITCHELL ROBERTS
Notary Public
STATE OF TEXAS
ID# 13121650-2
My Comm. Exp. July 20, 2025

______________________________
Notary Public, State of Texas

My Commission Expires: ____________

p:\crd\16\16-1037\Pleadings\NTG.Response Subpoena

**Cause No. 141-335985-22**

| | | |
|---|---|---|
| **KURT KNAPTON** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **vs.** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **CLICK VISION GROUP, LLC; DANA BRENT SIMPSON; and ACUITY ADVISORS LLC** | § | |
| | § | **141ST JUDICIAL DISTRICT** |

## NOTICE OF INTENTION FOR PRODUCTION OF DOCUMENTS

TO: ALL PARTIES BY AND THROUGH THEIR ATTORNEY(S) OF RECORD AS PROVIDED IN THE ATTACHED SERVICE LIST.

You will take notice that ten (10) days after the service hereof, the custodian of records for:

**NATIONAL TITLE GROUP, LLC-(Client Record Scope)**
**C/O LATHRAM POU**
**4131 N. CENTRAL EXPY, STE 450, DALLAS, TX 75204**

Shall receive a Subpoena to produce documents on or after ***02/16/2023***, or any other agreed upon time and/or place, before a Notary Public at the instance of:

**Written Deposition Service, LLC**
**1755 Wittington Place, Suite 750**
**Dallas, TX 75234**

or its designated agent, to be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rule 205.2 & 205.3, Texas Rules of Civil Procedure, that the authorized officer shall issue a Subpoena Duces Tecum and cause it to be served on the witness to produce any and all records as described on the attached Subpoena(s) and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, and to turn all such records over to the authorized officer so that photographic reproductions of the same may be made and attached.

**Respectfully Submitted,**

***/s/Stephen W. Kotara***

**Stephen W. Kotara**
**SBA #: 11693200**
**Curnutt & Hafer, L.L.P.**
**301 West Abram Street**
**Arlington, TX 76010**
**817-548-1000; Fax 817-548-1070**
**SKotara@curnutthafer.com**

**Attorney for: Applicant**

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of foregoing Notice of Intention for the Production of Documents was served to all attorneys of record in the above-styled and numbered matter, said service being effected in the following manner:

CERTIFIED MAIL/RETURN RECEIPT REQUESTED ______

HAND DELIVERY ______

TELECOPY ✓

OVERNIGHT/NEXT DAY DELIVERY VIA LONE STAR OR UPS ______

E-MAIL *

E-FILE ______

DATED: 1/26/23

BY: ***/s/Karen Glentz***

SERVED TO ALL PARTIES LISTED BELOW:
*Kurt Knapton vs. Click Vision Group, LLC, et al*

**ATTORNEYS OF RECORD**

* Brent Simpson, Pro Se
2901 Queen Mary Drive
Flower Mound, TX 75022

James J. Doyle, III
The Doyle Law Firm
4303 N. Central Expwy
Dallas, TX 75205
214-522-6202; Fax: 214-390-6262
Attorney For: Respondent

# SUBPOENA DUCES TECUM
# THE STATE OF TEXAS

## County of Tarrant

Greeting, to any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under Rule 176 of Texas Rules of Civil Procedure: You are hereby commanded to subpoena and summon the following witness(es):

**Designated Custodian of Records for: NATIONAL TITLE GROUP, LLC**
to be and appear before a Notary Public of my designation for **Written Deposition Service, LLC, 1755 Wittington Place, Suite 750, Dallas, TX 75234,** on orafter **02/16/2023**, at the office of the summoned witness. There to bring and produce for inspection and photocopying **RECORDS AS NAMED IN THE ATTACHED EXHIBIT;** at any and all times whatsoever.

Then and there to give evidence at the instance of the **Applicant**, **Kurt Knapton**, represented by **Stephen Kotara**, Texas Bar No. 11693200 Attorney of Record, in that Certain Cause No. **141-335985-22**, pending on the docket of the **District Court of the 141st Judicial District of Tarrant County,** Texas.
This Subpoena is issued under and by virtue of Rule 205.3 with the above named court, styled

***Kurt Knapton vs. Click Vision Group, LLC, et al***

and there remain from day to day and time to time until discharged according to law.

**WITNESS MY HAND,** this 11th day of January, 2023.

KAREN GLENTZ
Notary Public, State of Texas
Comm. Expires 03-06-2026
Notary ID 11145166

NOTARY PUBLIC

176.8 Enforcement of Subpoena (a) *Contempt.* Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both. This subpoena falls under exception to confidentiality, Rule 509 (e) Texas rules of Civil Evidence.

**OFFICER'S RETURN**

Came to hand this 8th day of Feb, 2023 and executed this the 8th day of Feb, 2023, in the following manner: By delivering to the witness Carmen Clark, a true copy hereof, with attached witness fee of $__________.

Returned this 8th day of Feb, 2023.

PROCESS SERVER

Order No. **72502.004**

Knapton 293

# EXHIBIT

## DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions shall apply with respect to this Subpoena for Production of Documents:

1. The terms "communication" or "communications" include all forms of written or verbal interchange, however transmitted, including but not limited to transmission by social media or email, and requests for communications include all documents (as defined below) evidencing any communications.

2. The terms "document" or "documents" shall be used in their broadest sense and shall include all written, printed, typed, electronically stored, taped, recorded, or graphic matter of every kind and description, however produced or reproduced, both originals and copies, and all attachments and appendices thereto in your actual or constructive possession, custody, or control, whether now existing or hereafter generated or prepared. Where a document is identified or produced, identical copies thereof that do not contain any markings, additions, or deletions different from the original need not be separately identified or produced.

3. A document "relates to" or is "relating to" a subject matter described herein when that document contains information concerning, or is in any way pertinent to, the subject matter, whether directly or indirectly.

4. "You" or "Your" shall mean and refer to National Title Group, LLC.

5. Each request below shall operate and be responded to independently and, unless otherwise indicated, no request limits the scope of any other request.

6. All Requests are for the time period 2022 through the present.

## REQUESTS FOR PRODUCTION

Produce the following documents and things in conformity with the Definitions and Instructions set forth above.

1.    All communications between you and Dana Brenton Simpson that relate to, refer to, or discuss 2621 Huntly Lane, Flower Mound, Texas, GF No. 662200574, or the May 2022 closing on 2621 Huntly Lane, Flower Mound, Texas.

2.    All communications between you and Texas Capital Bank that relate to, refer to, or discuss Dana Brenton Simpson, 2621 Huntly Lane, Flower Mound, Texas, or GF No. 662200574.

3.    Your complete May 2022 closing file for 2621 Huntly Lane, Flower Mound, Texas, GF No. 662200574.

4.    All documents that relate to, refer to, or evidence funds received from Texas Capital Bank for the May 2022 closing on 2621 Huntly Lane, Flower Mound, Texas, GF No. 662200574, including but not limited to wire transfers or cashier's checks.

5.    All documents that relate to, refer to, or evidence funds received from any other person or entity for the May 2022 closing on 2621 Huntly Lane, Flower Mound, Texas, GF No. 662200574, including but not limited to wire transfers or cashier's checks.

CAUSE NO. 141-335985-22

| | | |
|---|---|---|
| KURT KNAPTON,<br><br>Plaintiff,<br><br>vs.<br><br>CLICK VISION GROUP, LLC; DANA BRENT SIMPSON; AND ACUTIY ADVISORS, LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br>141st JUDICIAL DISTRICT<br><br>DENTON COUNTY, TEXAS |

**NON-PARTY'S RESPONSE**
**TO SUBPOENA DUES TECUM**

Non-party, National Title Group, LLC ("NTG"), pursuant to Rule 176.6 of the Texas Rules of Civil Procedure, hereby serves its responses to the Subpoena issued by Plaintiff, Kurt Knapton, in the above-entitled and numbered action.

Request No. 1: All communications between you and Dana Brenton Simpson that relate to, refer to, or discuss 2621 Huntly Lane, Flower Mound, Texas, GF No. 662200574, or the May 2022 closing on 2621 Huntly Lane, Flower Mound, Texas.

Response: NTG has produced the documents responsive to this request for production of documents.

Request No. 2: All communications between you and Texas Capital Bank that relate to, refer to, or discuss Dana Brenton Simpson, 2621 Huntly Lane, Flower Mound, Texas, or GF No. 662200574.

Response: NTG has produced the documents responsive to this request for production of documents.

Request No. 3: Your complete May 2022 closing file for 2621 Huntly Lane, Flower Mound, Texas, GF No. 662200574.

Response: NTG has produced the documents responsive to this request for production of documents.

Request No. 4: All documents that relate to, refer to, or evidence funds received from Texas Capital Bank for the May 2022 closing on 2621 Huntly Lane, Flower Mound, Texas, GF No. 662200574, including but not limited to wire transfer's or cashier's checks.

Response: NTG has produced the documents responsive to this request for production of documents.

Request No. 5: All documents that relate to, refer to, or evidence funds received from any other person or entity for the May 2022 closing on 2621 Huntly Lane, Flower Mound, Texas, GF No. 662200574, including but not limited to wire transfer's or cashier's checks.

Response: NTG has produced the documents responsive to this request for production of documents.

Respectfully submitted,

/s/ David M. O'Dens

David M. O'Dens
Texas Bar I.D. 15198100
*odens@settlepou.com*

SettlePou
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR NON-PARTY
NATIONAL TITLE GROUP, LLC

## Certificate of Service

I certify that this document was served in accordance with the Texas Rules of Civil Procedure on February 16, 2023.

/s/ David M. O'Dens
David M. O'Dens

p:\crd\16\16-1037\Pleadings\NTG.Response Subpoena

NON-PARTY'S RESPONSE TO SUBPOENA DUES TECUM PAGE 3 OF 3

Knapton 298

537

# Single Ledger Balance

*By Transaction Date*

**Ledger ID:** *662200574*
**Trust Account:** *FLOWER MOUND ESCROW-TX CAP / FLOWER MOUND ESCROW ACCOUNT (Acct [redacted]06*
**Transaction Date:** *All*
**Format / Sort Options:** *Sort by reference number; include pending transactions*

**Ledger ID:** *662200574*
**Settlement Date:** *05/18/22*
**Responsible Party:** *LAWYERSTITLE\Cathy.Miller*
**Buyer/Borrower:** *Dana Brent Simpson*
**Property:** *2621 Huntly Lane, Flower Mound, TX 7502:*
**Ledger Comment:**

**Beginning balance:** 0.00

| Ref/Ck Number | Tran. Date | Payee / Payor | Medium | Cleared Date | Amount |
|---|---|---|---|---|---|
| **INCOMING WIRES** | | | | | |
| ***POSTED*** | | | | | |
| 2080 | 05/17/22 | Acuity Advisors LLC | Wire | 05/17/22 | 985,500.12 |
| | | | | **1 INCOMING WIRE:** | **$985,500.12** |
| **RECEIPTS** | | | | | |
| ***POSTED*** | | | | | |
| 819 | 05/03/22 | Dana Brent Simpson | Cashier Check | 05/03/22 | 18,000.00 |
| | | | | **1 RECEIPT:** | **$18,000.00** |
| **CHECKS** | | | | | |
| ***POSTED*** | | | | | |
| 7669 | 05/18/22 | CertSimple, Inc. | Check | | 60.00 |
| 7670 | 05/18/22 | National Title Group, LLC | Check | | 6,075.69 |
| 7671 | 05/18/22 | Coldwell Banker Apex | Check | | 4,800.00 |
| 7672 | 05/18/22 | Lisa Wiggins | Check | | 25,200.00 |
| 7673 | 05/18/22 | Old Town Surveying, LLC | Check | | 415.00 |
| 7674 | 05/18/22 | Christy Arnold | Check | | 9,675.00 |
| 7675 | 05/18/22 | Wellington of Flower Mound Residentia | Check | | 250.00 |
| 7676 | 05/18/22 | Guardian Association Management | Check | | 275.00 |
| 7677 | 05/18/22 | CTC Rachel Jorgenson | Check | | 325.00 |
| | | | | **9 CHECKS:** | **$47,075.69** |
| **OUTGOING WIRES** | | | | | |
| ***POSTED*** | | | | | |
| 2773 | 05/18/22 | Scott Hamer and Stacy E Hamer | Wire | | 733,333.77 |
| 2774 | 05/18/22 | Chase | Wire | | 221,992.96 |
| | | | | **2 OUTGOING WIRES:** | **$955,326.73** |
| **LEDGER TRANSFERS(-)** | | | | | |
| ***POSTED*** | | | | | |
| 3461 | 05/18/22 | R.L. Pou, PC<br>To: RLPOU2022Q2 | | | 175.00 |
| 3462 | 05/18/22 | National Title Group<br>To: REC2022Q2 | | | 42.64 |
| 3463 | 05/18/22 | Texas Title Insurance Guaranty Associ<br>To: TTIGA2022Q2 | | | 2.00 |
| 3464 | 05/18/22 | North American Title Insurance Compa<br>To: UW-TX2022Q2 | | | 878.06 |
| | | | | **4 LEDGER TRANSFERS(-):** | **$1,097.70** |

Appendix (Exhibits A - M) Page 300 of 318

## Single Ledger Balance

**Trust Account:** *FLOWER MOUND ESCROW-TX CAP / FLOWER MOUND ESCROW ACCOUNT (Acct 14110306*

**Ledger ID:** 662200574 ***(continued)***

| Ref/Ck Number | Tran. Date | Payee / Payor | Medium | Cleared Date | Amount |
|---|---|---|---|---|---|
| | | | | **Ending ledger balance:** | **$0.00** |

Single Ledger Balance

Page 2 of 2
Printed on 05/18/22 at 4:00 PM by Jeanne.Reyes

Knapton 300

National Title Group, LLC 00052

539

# Disbursements Summary

**Order Number:** 662200574
**Borrower:** Dana Brent Simpson
**Seller:** Scott Hamer and Stacy E Hamer
**Lender:**
**Settlement Agent:** National Title Group, LLC
3360 Long Prairie Road
Suite 200
Flower Mound, TX 75022
(972)221-3521
**Settlement Date:** May 18, 2022
**Disbursement Date:** May 18, 2022
**Property Location:** 2621 Huntly Lane
Flower Mound, TX 75022

## RECEIPTS

***Posted***

| Trans. Type | Medium | Reference Number | Trans. Date | Deposit Number | Payor | Memo/ Trans. From | Amount |
|---|---|---|---|---|---|---|---|
| Wire(c) | Wire | 2080 | 05/17/22 | | Acuity Advisors LLC | Cash from Buyer | 985,500.12 |
| | | *Cash To Close From Borrower $985,500.12* | | | | | |
| Receipt(c) | Cashier Check | 819 | 05/03/22 | 297 | Dana Brent Simpson | | 18,000.00 |

**Total Posted Receipts (2):** **1,003,500.12**

**Total Pending and Posted Receipts (2):** **1,003,500.12**

## DISBURSEMENTS

***Posted***

| Trans. Type | Medium | Reference Number | Trans. Date | Payee | Memo/ Trans. To | Amount |
|---|---|---|---|---|---|---|
| Check | Check | 7669 | 05/18/22 | CertSimple, Inc. | Title - Tax Certificate | 60.00 |
| | | *Title - Tax Certificate (C.03) $60.00* | | | | |
| Wire | Wire | 2774 | 05/18/22 | Chase | Payoff of First Mortgage Loan | 221,992.96 |
| | | *Payoff of First Mortgage Loan (N.04) $221,992.96 Expires on 5/20/2022, Payoff amount $221,992.96, From 5/1/2022 Through 5/18/2022, 17 Days* | | | | |
| Check | Check | 7674 | 05/18/22 | Christy Arnold | Commissions | 9,675.00 |
| | | *Listing Agent Commission (H.06) $9,675.00* | | | | |
| Check | Check | 7671 | 05/18/22 | Coldwell Banker Apex | Commissions | 4,800.00 |
| | | *Selling Agent Commission (H.07) $4,800.00* | | | | |
| Check | Check | 7677 | 05/18/22 | CTC Rachel Jorgenson | Commissions | 325.00 |
| | | *Listing Agent Commission (H.06) $325.00* | | | | |
| Check | Check | 7676 | 05/18/22 | Guardian Association Management | HOA Transfer Fee | 275.00 |
| | | *HOA Transfer Fee (H.04) $275.00 Buyer's share $0.00, 0 Days of 0, Per diem , Plus $0.00 From Buyer for* | | | | |
| Check | Check | 7672 | 05/18/22 | Lisa Wiggins | Commissions | 25,200.00 |
| | | *Selling Agent Commission (H.07) $25,200.00* | | | | |
| L Transfer | | 3462 | 05/18/22 | National Title Group | REC2022Q2 | 42.64 |
| | | *Recording Fees (E.01) $38.00; e-Recording (E.02) $4.64* | | | | |
| Check | Check | 7670 | 05/18/22 | National Title Group, LLC | Settlement Agent Fees | 6,075.69 |
| | | *Title - Owner's Title Insurance (optional) (H.10) $4,738.75; Title - TLTA Endorsement T-3 (Area & Boundary Amdmt/Survey Coverage Residential) (H.11) $236.94; Title - Settlement/Closing Fee (C.02) $1,100.00* | | | | |

# Disbursements Summary

(continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| L Transfer | | 3464 | 05/18/22 | North American Title Insurance Company | UW-TX2022Q2 | 878.06 |
| | | *Title - Owner's Title Insurance (optional) (H.10) $836.25; Title - TLTA Endorsement T-3 (Area & Boundary Amdmt/Survey Coverage Residential) (H.11) $41.81* | | | | |
| Check | Check | 7673 | 05/18/22 | Old Town Surveying, LLC | Survey Fee | 415.00 |
| | | *Survey Fee (H.08) $415.00* | | | | |
| L Transfer | | 3461 | 05/18/22 | R.L. Pou, PC | RLPOU2022Q2 | 175.00 |
| | | *Title - Document Preparation (C.01) $175.00* | | | | |
| Wire | Wire | 2773 | 05/18/22 | Scott Hamer and Stacy E Hamer | Closing Proceeds | 733,333.77 |
| | | *Cash To Seller $733,333.77* | | | | |
| L Transfer | | 3463 | 05/18/22 | Texas Title Insurance Guaranty Associati | TTIGA2022Q2 | 2.00 |
| | | *Title - Guaranty Fee (H.09) $2.00* | | | | |
| Check | Check | 7675 | 05/18/22 | Wellington of Flower Mound Residential . | HOA Clubhouse Fee; HOA Conveyance Fee | 250.00 |
| | | *HOA Clubhouse Fee (H.01) $50.00 Buyer's share $0.00, 0 Days of 0, Per diem , Plus $0.00 From Buyer for ; HOA Conveyance Fee (H.02) $200.00 Buyer's share $0.00, 0 Days of 0, Per diem , Plus $0.00 From Buyer for* | | | | |
| | | | | | **Total Posted Disbursements (15):** | **1,003,500.12** |
| | | | | | **Total Pending and Posted Disbursements (15):** | **1,003,500.12** |

## Order Summary

| | |
|---|---|
| **Total Posted Receipts minus Total Posted Disbursements:** | **0.00** |
| **Total Posted Receipts minus Total Pending and Posted Disbursements = Balance:** | **0.00** |
| **Balance with Pending Receipts:** | **0.00** |

dotloop signature verification: dtlp.us/w...
DocuSign Envelope ID: E7269843-2EA4-4BED-A771-1160EE4F7AF0

11-08-2021

TREC TEXAS REAL ESTATE COMMISSION

PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)

# ONE TO FOUR FAMILY RESIDENTIAL CONTRACT (RESALE)

NOTICE: Not For Use For Condominium Transactions

EQUAL HOUSING OPPORTUNITY

SEH 05/02/22 2:10 PM CDT dotloop verified

1. **PARTIES:** The parties to this contract are **Scott E. Hamer** Stacy E Hamer (Seller) and **Dana Brent Simpson** (Buyer). Seller agrees to sell and convey to Buyer and Buyer agrees to buy from Seller the Property defined below.

2. **PROPERTY:** The land, improvements and accessories are collectively referred to as the Property (Property).
   A. LAND: Lot **39** Block **2**, **HILLCREST AT WELLINGTON PH 2 BLK A LOT 39** Addition, City of **Flower Mound**, County of **Denton**, Texas, known as **2621 Huntly Ln 75022-5136** (address/zip code), or as described on attached exhibit.
   B. IMPROVEMENTS: The house, garage and all other fixtures and improvements attached to the above-described real property, including without limitation, the following **permanently installed and built-in items**, if any: all equipment and appliances, valances, screens, shutters, awnings, wall-to-wall carpeting, mirrors, ceiling fans, attic fans, mail boxes, television antennas, mounts and brackets for televisions and speakers, heating and air-conditioning units, security and fire detection equipment, wiring, plumbing and lighting fixtures, chandeliers, water softener system, kitchen equipment, garage door openers, cleaning equipment, shrubbery, landscaping, outdoor cooking equipment, and all other property attached to the above described real property.
   C. ACCESSORIES: The following described related accessories, if any: window air conditioning units, stove, fireplace screens, curtains and rods, blinds, window shades, draperies and rods, door keys, mailbox keys, above ground pool, swimming pool equipment and maintenance accessories, artificial fireplace logs, security systems that are not fixtures, and controls for: (i) garage doors, (ii) entry gates, and (iii) other improvements and accessories. "Controls" includes Seller's transferable rights to the (i) software and applications used to access and control improvements or accessories, and (ii) hardware used solely to control improvements or accessories.
   D. EXCLUSIONS: The following improvements and accessories will be retained by Seller and must be removed prior to delivery of possession: **tv's (mounts to remain).**
   E. RESERVATIONS: Any reservation for oil, gas, or other minerals, water, timber, or other interests is made in accordance with an attached addendum.

3. **SALES PRICE:**
   A. Cash portion of Sales Price payable by Buyer at closing ............ $ **1,000,000.00**
   B. Sum of all financing described in the attached: ☐ Third Party Financing Addendum, ☐ Loan Assumption Addendum, ☐ Seller Financing Addendum ............ $ ____
   C. Sales Price (Sum of A and B) ............ $ **1,000,000.00**

4. **LEASES**: Except as disclosed in this contract, Seller is not aware of any leases affecting the Property. After the Effective Date, Seller may not, without Buyer's written consent, create a new lease, amend any existing lease, or convey any interest in the Property. (Check all applicable boxes)
   ☐ A. RESIDENTIAL LEASES: The Property is subject to one or more residential leases and the Addendum Regarding Residential Leases is attached to this contract.
   ☐ B. FIXTURE LEASES: Fixtures on the Property are subject to one or more fixture leases (for example, solar panels, propane tanks, water softener, security system) and the Addendum Regarding Fixture Leases is attached to this contract.
   ☐ C. NATURAL RESOURCE LEASES: "Natural Resource Lease" means an existing oil and gas, mineral, water, wind, or other natural resource lease affecting the Property to which Seller is a party.
   ☐ (1) Seller has delivered to Buyer a copy of all the Natural Resource Leases.
   ☐ (2) Seller has not delivered to Buyer a copy of all the Natural Resource Leases. Seller shall provide to Buyer a copy of all the Natural Resource Leases within 3 days after the Effective Date. Buyer may terminate the contract within ____ days after the date the Buyer receives all the Natural Resource Leases and the earnest money shall be refunded to Buyer.

Initialed for identification by Buyer DBS ____ and Seller SEH 05/01/22 7:22 PM CDT dotloop verified SEH 05/01/22 7:27 PM CDT dotloop verified TREC NO. 20-16

Coldwell Banker Apex, 465 W George Bush Turnpike #100 Richardson TX 75080 Phone: (254) 913-1576 Fax: (972) 755-8945 2621 Huntly Ln
Lisa Wiggins Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com

Knapton 303

National Title Group, LLC 00082

Appendix (Exhibits A - M) Page 304 of 318

dotloop signature verification:
DocuSign Envelope ID: E7269843-2EA4-4BED-A771-1160EE4F7AF0

Contract Concerning 2621 Huntly Ln, Flower Mound, TX 75022-5136 (Address of Property) Page 2 of 11 11-08-2021

**5. EARNEST MONEY AND TERMINATION OPTION:**

A. DELIVERY OF EARNEST MONEY AND OPTION FEE: Within 3 days after the Effective Date, Buyer must deliver to **National Title**, as escrow agent, at **3360 Long Prairie Road, Flower Mound, TX 75022** (address): $ **15,000.00** as earnest money and $**3,000.00** as the Option Fee. The earnest money and Option Fee shall be made payable to escrow agent and may be paid separately or combined in a single payment.

(1) Buyer shall deliver additional earnest money of $ **0.00** to escrow agent within **n/a** days after the Effective Date of this contract.

(2) If the last day to deliver the earnest money, Option Fee, or the additional earnest money falls on a Saturday, Sunday, or legal holiday, the time to deliver the earnest money, Option Fee, or the additional earnest money, as applicable, is extended until the end of the next day that is not a Saturday, Sunday, or legal holiday.

(3) The amount(s) escrow agent receives under this paragraph shall be applied first to the Option Fee, then to the earnest money, and then to the additional earnest money.

(4) Buyer authorizes escrow agent to release and deliver the Option Fee to Seller at any time without further notice to or consent from Buyer, and releases escrow agent from liability for delivery of the Option Fee to Seller. The Option Fee will be credited to the Sales Price at closing.

B. TERMINATION OPTION: For nominal consideration, the receipt of which Seller acknowledges, and Buyer's agreement to pay the Option Fee within the time required, Seller grants Buyer the unrestricted right to terminate this contract by giving notice of termination to Seller within **4** days after the Effective Date of this contract (Option Period). Notices under this paragraph must be given by 5:00 p.m. (local time where the Property is located) by the date specified. If Buyer gives notice of termination within the time prescribed: (i) the Option Fee will not be refunded and escrow agent shall release any Option Fee remaining with escrow agent to Seller; and (ii) any earnest money will be refunded to Buyer.

C. FAILURE TO TIMELY DELIVER EARNEST MONEY: If Buyer fails to deliver the earnest money within the time required, Seller may terminate this contract or exercise Seller's remedies under Paragraph 15, or both, by providing notice to Buyer before Buyer delivers the earnest money.

D. FAILURE TO TIMELY DELIVER OPTION FEE: If no dollar amount is stated as the Option Fee or if Buyer fails to deliver the Option Fee within the time required, Buyer shall not have the unrestricted right to terminate this contract under this paragraph 5.

E. TIME: **Time is of the essence for this paragraph and strict compliance with the time for performance is required.**

**6. TITLE POLICY AND SURVEY:**

A. TITLE POLICY: Seller shall furnish to Buyer at ☐ Seller's ☒ Buyer's expense an owner policy of title insurance (Title Policy) issued by **National Title** (Title Company) in the amount of the Sales Price, dated at or after closing, insuring Buyer against loss under the provisions of the Title Policy, subject to the promulgated exclusions (including existing building and zoning ordinances) and the following exceptions:

(1) Restrictive covenants common to the platted subdivision in which the Property is located.

(2) The standard printed exception for standby fees, taxes and assessments.

(3) Liens created as part of the financing described in Paragraph 3.

(4) Utility easements created by the dedication deed or plat of the subdivision in which the Property is located.

(5) Reservations or exceptions otherwise permitted by this contract or as may be approved by Buyer in writing.

(6) The standard printed exception as to marital rights.

(7) The standard printed exception as to waters, tidelands, beaches, streams, and related matters.

(8) The standard printed exception as to discrepancies, conflicts, shortages in area or boundary lines, encroachments or protrusions, or overlapping improvements:

☐ (i) will not be amended or deleted from the title policy; or

☒ (ii) will be amended to read, "shortages in area" at the expense of ☒ Buyer ☐ Seller.

(9) The exception or exclusion regarding minerals approved by the Texas Department of Insurance.

B. COMMITMENT: Within 20 days after the Title Company receives a copy of this contract, Seller shall furnish to Buyer a commitment for title insurance (Commitment) and, at Buyer's expense, legible copies of restrictive covenants and documents evidencing exceptions in the Commitment (Exception Documents) other than the standard printed exceptions. Seller authorizes the Title Company to deliver the Commitment and Exception Documents to Buyer at Buyer's address shown in Paragraph 21. If the Commitment and Exception Documents are not delivered to Buyer within the specified time, the time for delivery will be automatically extended up to 15 days or 3 days before the Closing Date, whichever is earlier. If the Commitment and Exception Documents are not delivered within the time required, Buyer may terminate this contract and the earnest money will be refunded to Buyer.

Initialed for identification by Buyer DES and Seller SEH 05/01/22 SEH 05/01/22 TREC NO. 20-16
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com 2621 Huntly Ln
dotloop verified dotloop verified

Knapton 304

National Title Group, LLC 00083

Appendix (Exhibits A - M) Page 305 of 318

dotloop signature verification:
DocuSign Envelope ID: E7269843-2EA4-4BED-A771-1160EE4F7AF0

Contract Concerning 2621 Huntly Ln, Flower Mound, TX 75022-5136 (Address of Property) Page 3 of 11 11-08-2021

C. SURVEY: The survey must be made by a registered professional land surveyor acceptable to the Title Company and Buyer's lender(s). (Check one box only)

☐ (1) Within _____ days after the Effective Date of this contract, Seller shall furnish to Buyer and Title Company Seller's existing survey of the Property and a Residential Real Property Affidavit promulgated by the Texas Department of Insurance (T-47 Affidavit). **If Seller fails to furnish the existing survey or affidavit within the time prescribed, Buyer shall obtain a new survey at Seller's expense no later than 3 days prior to Closing Date.** If the existing survey or affidavit is not acceptable to Title Company or Buyer's lender(s), Buyer shall obtain a new survey at ☐ Seller's ☐ Buyer's expense no later than 3 days prior to Closing Date.

☒ (2) Within 12 days after the Effective Date of this contract, Buyer shall obtain a new survey at Buyer's expense. Buyer is deemed to receive the survey on the date of actual receipt or the date specified in this paragraph, whichever is earlier.

☐ (3) Within _____ days after the Effective Date of this contract, Seller, at Seller's expense shall furnish a new survey to Buyer.

D. OBJECTIONS: Buyer may object in writing to defects, exceptions, or encumbrances to title: disclosed on the survey other than items 6A(1) through (7) above; disclosed in the Commitment other than items 6A(1) through (9) above; or which prohibit the following use or activity: ______________________________.
Buyer must object the earlier of (i) the Closing Date or (ii) 2 days after Buyer receives the Commitment, Exception Documents, and the survey. Buyer's failure to object within the time allowed will constitute a waiver of Buyer's right to object; except that the requirements in Schedule C of the Commitment are not waived by Buyer. Provided Seller is not obligated to incur any expense, Seller shall cure any timely objections of Buyer or any third party lender within 15 days after Seller receives the objections (Cure Period) and the Closing Date will be extended as necessary. If objections are not cured within the Cure Period, Buyer may, by delivering notice to Seller within 5 days after the end of the Cure Period: (i) terminate this contract and the earnest money will be refunded to Buyer; or (ii) waive the objections. If Buyer does not terminate within the time required, Buyer shall be deemed to have waived the objections. If the Commitment or Survey is revised or any new Exception Document(s) is delivered, Buyer may object to any new matter revealed in the revised Commitment or Survey or new Exception Document(s) within the same time stated in this paragraph to make objections beginning when the revised Commitment, Survey, or Exception Document(s) is delivered to Buyer.

E. TITLE NOTICES:

(1) ABSTRACT OR TITLE POLICY: Broker advises Buyer to have an abstract of title covering the Property examined by an attorney of Buyer's selection, or Buyer should be furnished with or obtain a Title Policy. If a Title Policy is furnished, the Commitment should be promptly reviewed by an attorney of Buyer's choice due to the time limitations on Buyer's right to object.

(2) MEMBERSHIP IN PROPERTY OWNERS ASSOCIATION(S): The Property ☒ is ☐ is not subject to mandatory membership in a property owners association(s). If the Property is subject to mandatory membership in a property owners association(s), Seller notifies Buyer under §5.012, Texas Property Code, that, as a purchaser of property in the residential community identified in Paragraph 2A in which the Property is located, you are obligated to be a member of the property owners association(s). Restrictive covenants governing the use and occupancy of the Property and all dedicatory instruments governing the establishment, maintenance, or operation of this residential community have been or will be recorded in the Real Property Records of the county in which the Property is located. Copies of the restrictive covenants and dedicatory instruments may be obtained from the county clerk. **You are obligated to pay assessments to the property owners association(s). The amount of the assessments is subject to change. Your failure to pay the assessments could result in enforcement of the association's lien on and the foreclosure of the Property.**
Section 207.003, Property Code, entitles an owner to receive copies of any document that governs the establishment, maintenance, or operation of a subdivision, including, but not limited to, restrictions, bylaws, rules and regulations, and a resale certificate from a property owners' association. A resale certificate contains information including, but not limited to, statements specifying the amount and frequency of regular assessments and the style and cause number of lawsuits to which the property owners' association is a party, other than lawsuits relating to unpaid ad valorem taxes of an individual member of the association. These documents must be made available to you by the property owners' association or the association's agent on your request.
**If Buyer is concerned about these matters, the TREC promulgated Addendum for Property Subject to Mandatory Membership in a Property Owners Association(s) should be used.**

(3) STATUTORY TAX DISTRICTS: If the Property is situated in a utility or other statutorily created district providing water, sewer, drainage, or flood control facilities and services,

Initialed for identification by Buyer DES _______ and Seller SEH SEH TREC NO. 20-16
05/01/22 7:22 PM CDT dotloop verified 05/01/22 7:27 PM CDT dotloop verified
Produced with Lone Wolf Transactions (zipForm Edition) 717 N ...as, TX 75201 www.lwolf.com 2621 Huntly Ln

Knapton 305

National Title Group, LLC 544 00084

Appendix (Exhibits A - M) Page 306 of 318

dotloop signature verification:
DocuSign Envelope ID: E7269843-2EA4-4BED-A771-1160EE4F7AF0

Contract Concerning 2621 Huntly Ln, Flower Mound, TX 75022-5136 Page 4 of 11 11-08-2021
(Address of Property)

Chapter 49, Texas Water Code, requires Seller to deliver and Buyer to sign the statutory notice relating to the tax rate, bonded indebtedness, or standby fee of the district prior to final execution of this contract.

(4) TIDE WATERS: If the Property abuts the tidally influenced waters of the state, §33.135, Texas Natural Resources Code, requires a notice regarding coastal area property to be included in the contract. An addendum containing the notice promulgated by TREC or required by the parties must be used.

(5) ANNEXATION: If the Property is located outside the limits of a municipality, Seller notifies Buyer under §5.011, Texas Property Code, that the Property may now or later be included in the extraterritorial jurisdiction of a municipality and may now or later be subject to annexation by the municipality. Each municipality maintains a map that depicts its boundaries and extraterritorial jurisdiction. To determine if the Property is located within a municipality's extraterritorial jurisdiction or is likely to be located within a municipality's extraterritorial jurisdiction, contact all municipalities located in the general proximity of the Property for further information.

(6) PROPERTY LOCATED IN A CERTIFICATED SERVICE AREA OF A UTILITY SERVICE PROVIDER: Notice required by §13.257, Water Code: The real property, described in Paragraph 2, that you are about to purchase may be located in a certificated water or sewer service area, which is authorized by law to provide water or sewer service to the properties in the certificated area. If your property is located in a certificated area there may be special costs or charges that you will be required to pay before you can receive water or sewer service. There may be a period required to construct lines or other facilities necessary to provide water or sewer service to your property. You are advised to determine if the property is in a certificated area and contact the utility service provider to determine the cost that you will be required to pay and the period, if any, that is required to provide water or sewer service to your property. The undersigned Buyer hereby acknowledges receipt of the foregoing notice at or before the execution of a binding contract for the purchase of the real property described in Paragraph 2 or at closing of purchase of the real property.

(7) PUBLIC IMPROVEMENT DISTRICTS: If the Property is in a public improvement district, Seller must give Buyer written notice as required by §5.014, Property Code. An addendum containing the required notice shall be attached to this contract.

(8) TRANSFER FEES: If the Property is subject to a private transfer fee obligation, §5.205, Property Code, requires Seller to notify Buyer as follows: The private transfer fee obligation may be governed by Chapter 5, Subchapter G of the Texas Property Code.

(9) PROPANE GAS SYSTEM SERVICE AREA: If the Property is located in a propane gas system service area owned by a distribution system retailer, Seller must give Buyer written notice as required by §141.010, Texas Utilities Code. An addendum containing the notice approved by TREC or required by the parties should be used.

(10) NOTICE OF WATER LEVEL FLUCTUATIONS: If the Property adjoins an impoundment of water, including a reservoir or lake, constructed and maintained under Chapter 11, Water Code, that has a storage capacity of at least 5,000 acre-feet at the impoundment's normal operating level, Seller hereby notifies Buyer: "The water level of the impoundment of water adjoining the Property fluctuates for various reasons, including as a result of: (1) an entity lawfully exercising its right to use the water stored in the impoundment; or (2) drought or flood conditions."

7. **PROPERTY CONDITION:**

A. ACCESS, INSPECTIONS AND UTILITIES: Seller shall permit Buyer and Buyer's agents access to the Property at reasonable times. Buyer may have the Property inspected by inspectors selected by Buyer and licensed by TREC or otherwise permitted by law to make inspections. Any hydrostatic testing must be separately authorized by Seller in writing. Seller at Seller's expense shall immediately cause existing utilities to be turned on and shall keep the utilities on during the time this contract is in effect.

B. SELLER'S DISCLOSURE NOTICE PURSUANT TO §5.008, TEXAS PROPERTY CODE (Notice): (Check one box only)

[X] (1) Buyer has received the Notice.

[ ] (2) Buyer has not received the Notice. Within ______________ days after the Effective Date of this contract, Seller shall deliver the Notice to Buyer. If Buyer does not receive the Notice, Buyer may terminate this contract at any time prior to the closing and the earnest money will be refunded to Buyer. If Seller delivers the Notice, Buyer may terminate this contract for any reason within 7 days after Buyer receives the Notice or prior to the closing, whichever first occurs, and the earnest money will be refunded to Buyer.

[ ] (3) The Seller is not required to furnish the notice under the Texas Property Code.

C. SELLER'S DISCLOSURE OF LEAD-BASED PAINT AND LEAD-BASED PAINT HAZARDS is required by Federal law for a residential dwelling constructed prior to 1978.

SEH
05/01/22
SEH
05/01/22
dotloop verified dotloop verified

Initialed for identification by Buyer ______ ______ and Seller TREC NO. 20-16
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com 2621 Huntly Ln

Knapton 306

National Title Group, LLC 545 00085

dotloop signature verification:
DocuSign Envelope ID: E7269843-2EA4-4BED-A771-1160EE4F7AF0

Contract Concerning 2621 Huntly Ln, Flower Mound, TX 75022-5136 (Address of Property) Page 5 of 11 11-08-2021

D. ACCEPTANCE OF PROPERTY CONDITION: "As Is" means the present condition of the Property with any and all defects and without warranty except for the warranties of title and the warranties in this contract. Buyer's agreement to accept the Property As Is under Paragraph 7D(1) or (2) does not preclude Buyer from inspecting the Property under Paragraph 7A, from negotiating repairs or treatments in a subsequent amendment, or from terminating this contract during the Option Period, if any.

(Check one box only)

[X] (1) Buyer accepts the Property As Is.

[ ] (2) Buyer accepts the Property As Is provided Seller, at Seller's expense, shall complete the following specific repairs and treatments: ______________________________

(Do not insert general phrases, such as "subject to inspections" that do not identify specific repairs and treatments.)

E. LENDER REQUIRED REPAIRS AND TREATMENTS: Unless otherwise agreed in writing, neither party is obligated to pay for lender required repairs, which includes treatment for wood destroying insects. If the parties do not agree to pay for the lender required repairs or treatments, this contract will terminate and the earnest money will be refunded to Buyer. If the cost of lender required repairs and treatments exceeds 5% of the Sales Price, Buyer may terminate this contract and the earnest money will be refunded to Buyer.

F. COMPLETION OF REPAIRS AND TREATMENTS: Unless otherwise agreed in writing: (i) Seller shall complete all agreed repairs and treatments prior to the Closing Date; and (ii) all required permits must be obtained, and repairs and treatments must be performed by persons who are licensed to provide such repairs or treatments or, if no license is required by law, are commercially engaged in the trade of providing such repairs or treatments. At Buyer's election, any transferable warranties received by Seller with respect to the repairs and treatments will be transferred to Buyer at Buyer's expense. If Seller fails to complete any agreed repairs and treatments prior to the Closing Date, Buyer may exercise remedies under Paragraph 15 or extend the Closing Date up to 5 days if necessary for Seller to complete the repairs and treatments.

G. ENVIRONMENTAL MATTERS: Buyer is advised that the presence of wetlands, toxic substances, including asbestos and wastes or other environmental hazards, or the presence of a threatened or endangered species or its habitat may affect Buyer's intended use of the Property. If Buyer is concerned about these matters, an addendum promulgated by TREC or required by the parties should be used.

H. RESIDENTIAL SERVICE CONTRACTS: Buyer may purchase a residential service contract from a residential service company. If Buyer purchases a residential service contract, Seller shall reimburse Buyer at closing for the cost of the residential service contract in an amount not exceeding $ 0.00. Buyer should review any residential service contract for the scope of coverage, exclusions and limitations. **The purchase of a residential service contract is optional. Similar coverage may be purchased from various companies authorized to do business in Texas.**

**8. BROKERS AND SALES AGENTS:**

A. BROKER OR SALES AGENT DISCLOSURE: Texas law requires a real estate broker or sales agent who is a party to a transaction or acting on behalf of a spouse, parent, child, business entity in which the broker or sales agent owns more than 10%, or a trust for which the broker or sales agent acts as a trustee or of which the broker or sales agent or the broker or sales agent's spouse, parent or child is a beneficiary, to notify the other party in writing before entering into a contract of sale. Disclose if applicable: ______________________________

B. BROKERS' FEES: All obligations of the parties for payment of brokers' fees are contained in separate written agreements.

**9. CLOSING:**

A. The closing of the sale will be on or before May 18, 2022, or within 7 days after objections made under Paragraph 6D have been cured or waived, whichever date is later (Closing Date). If either party fails to close the sale by the Closing Date, the non-defaulting party may exercise the remedies contained in Paragraph 15.

B. At closing:

(1) Seller shall execute and deliver a general warranty deed conveying title to the Property to Buyer and showing no additional exceptions to those permitted in Paragraph 6 and furnish tax statements or certificates showing no delinquent taxes on the Property.

(2) Buyer shall pay the Sales Price in good funds acceptable to the escrow agent.

(3) Seller and Buyer shall execute and deliver any notices, statements, certificates, affidavits, releases, loan documents and other documents reasonably required for the closing of the sale and the issuance of the Title Policy.

(4) There will be no liens, assessments, or security interests against the Property which will not be satisfied out of the sales proceeds unless securing the payment of any loans assumed by Buyer and assumed loans will not be in default.

Initialed for identification by Buyer DES ______ and Seller SEH 05/01/22 7:22 PM CDT dotloop verified SEH 05/01/22 7:27 PM CDT dotloop verified TREC NO. 20-16
Produced with Lone Wolf Transactions (zipForm Edition) 717 N H...s, TX 75201 www.lwolf.com 2621 Huntly Ln

Knapton 307

National Title Group, LLC 00086

Appendix (Exhibits A - M) Page 308 of 318

dotloop signature verification:
DocuSign Envelope ID: E7269843-2EA4-4BED-A771-1160EE4F7AF0

Contract Concerning 2621 Huntly Ln, Flower Mound, TX 75022-5136 (Address of Property) Page 6 of 11 11-08-2021

10. **POSSESSION:**

A. BUYER'S POSSESSION: Seller shall deliver to Buyer possession of the Property in its present or required condition, ordinary wear and tear excepted: [ ] upon closing and funding [X] according to a temporary residential lease form promulgated by TREC or other written lease required by the parties. Any possession by Buyer prior to closing or by Seller after closing which is not authorized by a written lease will establish a tenancy at sufferance relationship between the parties. **Consult your insurance agent prior to change of ownership and possession because insurance coverage may be limited or terminated. The absence of a written lease or appropriate insurance coverage may expose the parties to economic loss.**

B. SMART DEVICES: "Smart Device" means a device that connects to the internet to enable remote use, monitoring, and management of: (i) the Property; (ii) items identified in any Non-Realty Items Addendum; or (iii) items in a Fixture Lease assigned to Buyer. At the time Seller delivers possession of the Property to Buyer, Seller shall:

(1) deliver to Buyer written information containing all access codes, usernames, passwords, and applications Buyer will need to access, operate, manage, and control the Smart Devices; and

(2) terminate and remove all access and connections to the improvements and accessories from any of Seller's personal devices including but not limited to phones and computers.

11. **SPECIAL PROVISIONS:** (Insert only factual statements and business details applicable to the sale. TREC rules prohibit license holders from adding factual statements or business details for which a contract addendum, lease or other form has been promulgated by TREC for mandatory use.)

12. **SETTLEMENT AND OTHER EXPENSES:**

A. The following expenses must be paid at or prior to closing:

(1) Expenses payable by Seller (Seller's Expenses):

(a) Releases of existing liens, including prepayment penalties and recording fees; release of Seller's loan liability; tax statements or certificates; preparation of deed; one-half of escrow fee; and other expenses payable by Seller under this contract.

(b) Seller shall also pay an amount not to exceed $ 0.00 to be applied in the following order: Buyer's Expenses which Buyer is prohibited from paying by FHA, VA, Texas Veterans Land Board or other governmental loan programs, and then to other Buyer's Expenses as allowed by the lender.

(2) Expenses payable by Buyer (Buyer's Expenses): Appraisal fees; loan application fees; origination charges; credit reports; preparation of loan documents; interest on the notes from date of disbursement to one month prior to dates of first monthly payments; recording fees; copies of easements and restrictions; loan title policy with endorsements required by lender; loan-related inspection fees; photos; amortization schedules; one-half of escrow fee; all prepaid items, including required premiums for flood and hazard insurance, reserve deposits for insurance, ad valorem taxes and special governmental assessments; final compliance inspection; courier fee; repair inspection; underwriting fee; wire transfer fee; expenses incident to any loan; Private Mortgage Insurance Premium (PMI), VA Loan Funding Fee, or FHA Mortgage Insurance Premium (MIP) as required by the lender; and other expenses payable by Buyer under this contract.

B. If any expense exceeds an amount expressly stated in this contract for such expense to be paid by a party, that party may terminate this contract unless the other party agrees to pay such excess. Buyer may not pay charges and fees expressly prohibited by FHA, VA, Texas Veterans Land Board or other governmental loan program regulations.

13. **PRORATIONS:** Taxes for the current year, interest, maintenance fees, assessments, dues and rents will be prorated through the Closing Date. The tax proration may be calculated taking into consideration any change in exemptions that will affect the current year's taxes. If taxes for the current year vary from the

Initialed for identification by Buyer DES and Seller SEH 05/01/22 SEH 05/01/22 TREC NO. 20-16
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com 2621 Huntly Ln
Knapton 308
National Title Group, LLC - 00087

Appendix (Exhibits A - M) Page 309 of 318

dotloop signature verification: dtlp.us/wTxn-udrl
DocuSign Envelope ID: E7269843-2EA4-4BED-A771-1160EE4F7AF0

Contract Concerning **2621 Huntly Ln, Flower Mound, TX 75022-5136** Page 7 of 11 11-08-2021
(Address of Property)

amount prorated at closing, the parties shall adjust the prorations when tax statements for the current year are available. If taxes are not paid at or prior to closing, Buyer shall pay taxes for the current year.

14. **CASUALTY LOSS:** If any part of the Property is damaged or destroyed by fire or other casualty after the Effective Date of this contract, Seller shall restore the Property to its previous condition as soon as reasonably possible, but in any event by the Closing Date. If Seller fails to do so due to factors beyond Seller's control, Buyer may (a) terminate this contract and the earnest money will be refunded to Buyer (b) extend the time for performance up to 15 days and the Closing Date will be extended as necessary or (c) accept the Property in its damaged condition with an assignment of insurance proceeds, if permitted by Seller's insurance carrier, and receive credit from Seller at closing in the amount of the deductible under the insurance policy. Seller's obligations under this paragraph are independent of any other obligations of Seller under this contract.

15. **DEFAULT:** If Buyer fails to comply with this contract, Buyer will be in default, and Seller may (a) enforce specific performance, seek such other relief as may be provided by law, or both, or (b) terminate this contract and receive the earnest money as liquidated damages, thereby releasing both parties from this contract. If Seller fails to comply with this contract, Seller will be in default and Buyer may (a) enforce specific performance, seek such other relief as may be provided by law, or both, or (b) terminate this contract and receive the earnest money, thereby releasing both parties from this contract.

16. **MEDIATION:** It is the policy of the State of Texas to encourage resolution of disputes through alternative dispute resolution procedures such as mediation. Any dispute between Seller and Buyer related to this contract which is not resolved through informal discussion will be submitted to a mutually acceptable mediation service or provider. The parties to the mediation shall bear the mediation costs equally. This paragraph does not preclude a party from seeking equitable relief from a court of competent jurisdiction.

17. **ATTORNEY'S FEES:** A Buyer, Seller, Listing Broker, Other Broker, or escrow agent who prevails in any legal proceeding related to this contract is entitled to recover reasonable attorney's fees and all costs of such proceeding.

18. **ESCROW:**

A. ESCROW: The escrow agent is not (i) a party to this contract and does not have liability for the performance or nonperformance of any party to this contract, (ii) liable for interest on the earnest money and (iii) liable for the loss of any earnest money caused by the failure of any financial institution in which the earnest money has been deposited unless the financial institution is acting as escrow agent. Escrow agent may require any disbursement made in connection with this contract to be conditioned on escrow agent's collection of good funds acceptable to escrow agent.

B. EXPENSES: At closing, the earnest money must be applied first to any cash down payment, then to Buyer's Expenses and any excess refunded to Buyer. If no closing occurs, escrow agent may: (i) require a written release of liability of the escrow agent from all parties; and (ii) require payment of unpaid expenses incurred on behalf of a party. Escrow agent may deduct authorized expenses from the earnest money payable to a party. "Authorized expenses" means expenses incurred by escrow agent on behalf of the party entitled to the earnest money that were authorized by this contract or that party.

C. DEMAND: Upon termination of this contract, either party or the escrow agent may send a release of earnest money to each party and the parties shall execute counterparts of the release and deliver same to the escrow agent. If either party fails to execute the release, either party may make a written demand to the escrow agent for the earnest money. If only one party makes written demand for the earnest money, escrow agent shall promptly provide a copy of the demand to the other party. If escrow agent does not receive written objection to the demand from the other party within 15 days, escrow agent may disburse the earnest money to the party making demand reduced by the amount of unpaid expenses incurred on behalf of the party receiving the earnest money and escrow agent may pay the same to the creditors. If escrow agent complies with the provisions of this paragraph, each party hereby releases escrow agent from all adverse claims related to the disbursal of the earnest money.

D. DAMAGES: Any party who wrongfully fails or refuses to sign a release acceptable to the escrow agent within 7 days of receipt of the request will be liable to the other party for (i) damages; (ii) the earnest money; (iii) reasonable attorney's fees; and (iv) all costs of suit.

E. NOTICES: Escrow agent's notices will be effective when sent in compliance with Paragraph 21. Notice of objection to the demand will be deemed effective upon receipt by escrow agent.

19. **REPRESENTATIONS:** All covenants, representations and warranties in this contract survive closing. If any representation of Seller in this contract is untrue on the Closing Date, Seller will be in default. Unless expressly prohibited by written agreement, Seller may continue to show the Property and receive, negotiate and accept back up offers.

20. **FEDERAL TAX REQUIREMENTS:** If Seller is a "foreign person," as defined by Internal Revenue Code and its regulations, or if Seller fails to deliver an affidavit or a certificate of non-foreign status to Buyer that Seller is not a "foreign person," then Buyer shall withhold from the sales proceeds an amount sufficient to comply with applicable tax law and deliver the same to the

Initialed for identification by Buyer ______ ______ and Seller SEH 05/01/22 7:27 PM CDT dotloop verified SEH 05/01/22 7:27 PM CDT dotloop verified TREC NO. 20-16
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com 2621 Huntly Ln

Knapton 309

National Title Group, LLC 00088

Appendix (Exhibits A - M) Page 310 of 318

dotloop signature verification:
DocuSign Envelope ID: E7269843-2EA4-4BED-A771-1160EE4F7AF0

Contract Concerning **2621 Huntly Ln, Flower Mound, TX 75022-5136** (Address of Property) Page 8 of 11 11-08-2021

Internal Revenue Service together with appropriate tax forms. Internal Revenue Service regulations require filing written reports if currency in excess of specified amounts is received in the transaction.

21. **NOTICES:** All notices from one party to the other must be in writing and are effective when mailed to, hand-delivered at, or transmitted by fax or electronic transmission as follows:

| **To Buyer at:** ______________ | **To Seller at:** ______________ |
|---|---|
| Phone: ______________ | Phone: ______________ |
| E-mail/Fax: **cc:lisa@wigginsrealtygroup.com** | E-mail/Fax: **cc: Christyarnold@kw.com** |
| E-mail/Fax: **brent.simpson@me.com** | E-mail/Fax: **sehamer01@gmail.com** |

22. **AGREEMENT OF PARTIES:** This contract contains the entire agreement of the parties and cannot be changed except by their written agreement. Addenda which are a part of this contract are (Check all applicable boxes):

- ☐ Third Party Financing Addendum
- ☐ Seller Financing Addendum
- ☒ Addendum for Property Subject to Mandatory Membership in a Property Owners Association
- ☐ Buyer's Temporary Residential Lease
- ☐ Loan Assumption Addendum
- ☐ Addendum for Sale of Other Property by Buyer
- ☐ Addendum for Reservation of Oil, Gas and Other Minerals
- ☐ Addendum for "Back-Up" Contract
- ☐ Addendum for Coastal Area Property
- ☐ Addendum for Authorizing Hydrostatic Testing
- ☒ Addendum Concerning Right to Terminate Due to Lender's Appraisal
- ☐ Environmental Assessment, Threatened or Endangered Species and Wetlands Addendum
- ☒ Seller's Temporary Residential Lease
- ☐ Short Sale Addendum
- ☐ Addendum for Property Located Seaward of the Gulf Intracoastal Waterway
- ☐ Addendum for Seller's Disclosure of Information on Lead-based Paint and Lead-based Paint Hazards as Required by Federal Law
- ☐ Addendum for Property in a Propane Gas System Service Area
- ☐ Addendum Regarding Residential Leases
- ☐ Addendum Regarding Fixture Leases
- ☐ Addendum containing Notice of Obligation to Pay Improvement District Assessment
- ☐ Other (list): ______________

23. **CONSULT AN ATTORNEY BEFORE SIGNING:** TREC rules prohibit real estate license holders from giving legal advice. READ THIS CONTRACT CAREFULLY.

| Buyer's Attorney is: ______________ | Seller's Attorney is: ______________ |
|---|---|
| Phone: ______________ | Phone: ______________ |
| Fax: ______________ | Fax: ______________ |
| E-mail: ______________ | E-mail: ______________ |

Initialed for identification by Buyer DSS ______ and Seller SEH 05/01/22 7:22 PM CDT SEH 05/01/22 7:27 PM CDT TREC NO. 20-16

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com 2621 Huntly Ln

Knapton 310

National Title Group, LLC 549 00089

Appendix (Exhibits A - M) Page 311 of 318

dotloop signature verification: dtlp.us/w…-0dde-2FrP
DocuSign Envelope ID: E7269843-2EA4-4BED-A771-1160EE4F7AF0

Contract Concerning 2621 Huntly Ln, Flower Mound, TX 75022-5136 Page 9 of 11 11-08-2021
(Address of Property)

**EXECUTED the ________ day of** May 1, 2022 **, ______(Effective Date).**
**(BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)**

DocuSigned by: Dana Brent Simpson 4/30/2022
Buyer **Dana Brent Simpson**

Scott E Hamer — dotloop verified 05/01/22 7:22 PM CDT BE4F-ASNA-GK36-P2OM
Seller **Scott E. Hamer**

Buyer

Stacy E Hamer — dotloop verified 05/01/22 7:27 PM CDT GNPB-UOYW-LJKN-QG6V
Seller Stacy E. Hamer

TREC — TEXAS REAL ESTATE COMMISSION

The form of this contract has been approved by the Texas Real Estate Commission. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, (512) 936-3000 (http://www.trec.texas.gov) TREC NO. 20-16. This form replaces TREC NO. 20-15.

TREC NO. 20-16

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com 2621 Huntly Ln

Knapton 311

National Title Group, LLC 00090 550

Appendix (Exhibits A - M) Page 312 of 318

dotloop signature verification: dtlp.us/wTxn ... e 2rP
DocuSign Envelope ID: E7269843-2EA4-4BED-A771-1160EE4F7AF0

Contract Concerning **2621 Huntly Ln, Flower Mound, TX 75022-5136** (Address of Property) Page 10 of 11 11-08-2021

**BROKER INFORMATION**
(Print name(s) only. Do not sign)

| | |
|---|---|
| **CB Apex Realtors LLC** — **590914**<br>Other Broker Firm — License No. | **Keller Williams Realty-FM** — **9005113**<br>Listing Broker Firm — License No. |
| represents [X] Buyer only as Buyer's agent<br>[ ] Seller as Listing Broker's subagent | represents [ ] Seller and Buyer as an intermediary<br>[X] Seller only as Seller's agent |
| **Lisa Wiggins** — **0654547**<br>Associate's Name — License No. | **Christy Arnold** — **0646338**<br>Listing Associate's Name — License No. |
| Team Name | Team Name |
| **lisa@wigginsrealtygroup.com** — **(469)758-7900**<br>Associate's Email Address — Phone | **christyarnold@kw.com** — **(214)701-8700**<br>Listing Associate's Email Address — Phone |
| **Tonja Demaret** — **507485**<br>Licensed Supervisor of Associate — License No. | **Berek B. Mcewen** — **0532775**<br>Licensed Supervisor of Listing Associate — License No. |
| **4151 Cross Timbers Dr. Ste 130** — **(214)223-9870**<br>Other Broker's Address — Phone | **2611 Cross Timbers Ste 100** — **(972)874-1905**<br>Listing Broker's Office Address — Phone |
| **Flower Mound** **TX** **75028**<br>City State Zip | **Flower Mound** **TX** **75028**<br>City State Zip |
| | Selling Associate's Name — License No. |
| | Team Name |
| | Selling Associate's Email Address — Phone |
| | Licensed Supervisor of Selling Associate — License No. |
| | Selling Associate's Office Address |
| | City State Zip |

Disclosure: Pursuant to a previous, separate agreement (such as a MLS offer of compensation or other agreement between brokers), Listing Broker has agreed to pay Other Broker a fee (3 __________). This disclosure is for informational purposes and does not change the previous agreement between brokers to pay or share a commission.

TREC NO. 20-16

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com 2621 Huntly Ln

Knapton 312

National Title Group, LLC - 00091 551

Appendix (Exhibits A - M) Page 313 of 318

dotloop signature verification: dtlp.us/wTxn-udde
DocuSign Envelope ID: E7269843-2EA4-4BED-A771-1160EE4F7AF0

Contract Concerning **2621 Huntly Ln, Flower Mound, TX 75022-5136** (Address of Property) Page 11 of 11 11-08-2021

**OPTION FEE RECEIPT**

Receipt of $__________ (Option Fee) in the form of __________ is acknowledged.

Escrow Agent **National Title** Date

**EARNEST MONEY RECEIPT**

Receipt of $__________ Earnest Money in the form of __________ is acknowledged.

Escrow Agent Received by Email Address Date/Time

Address Phone

City State Zip Fax

**CONTRACT RECEIPT**

Receipt of the Contract is acknowledged.

National Title | [signature] madison@nationaltitlegroup.com 5-2-2022

Escrow Agent Received by Email Address Date

National Title Group
3360 Long Prairie Rd, Ste 200 972-221-3521
Address Phone

Flower Mound, Texas 75022 972-355-0719
City State Zip Fax

**ADDITIONAL EARNEST MONEY RECEIPT**

Receipt of $__________ additional Earnest Money in the form of __________ is acknowledged.

Escrow Agent Received by Email Address Date/Time

Address Phone

City State Zip Fax

TREC NO. 20-16

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com 2621 Huntly Ln

Knapton 313

National Title Group, LLC 00092

dotloop signature verification Case 24-42912 Doc 26-2 Filed 01/07/25 Entered 01/07/25 18:26:02 Desc
DocuSign Envelope ID: E7269843-2EA4-4BED-A771-1160EE4F7AF0 Appendix (Exhibits A - M) Page 314 of 318

Contract Concerning 2621 Huntly Ln, Flower Mound, TX 75022-5136 (Address of Property) Page 11 of 11 11-08-2021

**OPTION FEE RECEIPT**

Receipt of $ 3000.00 (Option Fee) in the form of Cashier's Check is acknowledged.

National Title [signature] — 5-3-2022

Escrow Agent **National Title** — Date

**EARNEST MONEY RECEIPT**

Receipt of $ 15000.00 Earnest Money in the form of cashier's check is acknowledged.

National Title [signature] — madison@nationaltitlegroup.com — 11:45AM 5-3-2022

Escrow Agent — Received by — Email Address — Date/Time

National Title Group — 972-221-3521

Address 3360 Long Prairie Rd, Ste 200 — Phone

Flower Mound, Texas 75022 — 972-355-0719

City — State — Zip — Fax

**CONTRACT RECEIPT**

Receipt of the Contract is acknowledged.

National Title [signature] — madison@nationaltitlegroup.com — 5-2-2022

Escrow Agent — Received by — Email Address — Date

National Title Group — 972-221-3521

Address 3360 Long Prairie Rd, Ste 200 — Phone

Flower Mound, Texas 75022 — 972-355-0719

City — State — Zip — Fax

**ADDITIONAL EARNEST MONEY RECEIPT**

Receipt of $____________ additional Earnest Money in the form of ____________ is acknowledged.

Escrow Agent — Received by — Email Address — Date/Time

Address — Phone

City — State — Zip — Fax

TREC NO. 20-16

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com 2621 Huntly Ln

EXHIBIT 2-M

Knapton 314

553

FORM 166040

07107366

PNC BANK
PNC Bank, National Association
Texas

CASHIER'S CHECK

No. 00119741

70-2189/719

[redacted]0574

DATE MAY 03, 2022

PAY TO THE ORDER OF NATIONAL TITLE GROUP, LLC $ 18,000.00

EIGHTEEN THOUSAND AND 00 / 100****************************** DOLLARS

Security features included. Details on back.

ACUITY ADVISORS LLC
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

MIX
Paper from responsible sources
FSC® C101537

⑈00119741⑈ ⑆071921891⑆ 4686307418⑈

**From:** wireroom@texascapitalbank.com
**To:** fmwires
**Subject:** [Cust Inc Wire Advice - eMail] Message ID:220517152408F100 Advice Code:INCSADEM
**Date:** Tuesday, May 17, 2022 3:32:42 PM

---

From: PNCBANK PITT Wire Transfer Dept.

This funds transfer was received on 2022-05-17, for $985,500.12.
The funds have been CREDITED to account # **********0677.

Sender:
Name : PNCBANK PITT
ABA # : 043000096
Reference # : 225HK205522UD5P6
Received from : PNC BANK, N.A.
By Order Of : ACUITY ADVISORS LLC

OMAD Reference # : 20220517K1B7041C00204705171624FT03

Additional Funds Transfer Information:

Beneficiary: NATIONAL TITLE CROUP, LLC

Beneficiary Bank:

* * *

Originator Info: ACUITY ADVISORS LLC

Originator Bank: PNC BANK, N.A.

Originator Bank Info:

Bank to Bank and all other FRB info fields: {6500}/REF/225HK205522UD5P6*

---------------
CTP Information
---------------
Local Instrument Code:
Cover Payment Information:

Unstructured Remittance Data:

Related Remittance Information:

Strucutred Remittance Originator:

Strucutured Remittance Beneficiary:

Structured Remittance Invoices:

0.00
0.00
0.00

0.00